**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

<u>Northern</u> District of <u>Texas</u>
(State)

Case number (*If known*): _____ Chapter <u>11</u>

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Senior Care Centers, LLC |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   2 6 – 3 7 8 8 5 5 0

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 600 N. Pearl Street, Suite 1100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Dallas,      TX      75201 | |
| City      State      ZIP Code | City      State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Dallas | |
| County | Number      Street |
| | City      State      ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

| Debtor | **Senior Care Centers, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor **See Attached Schedule 1** _____ Relationship _____

　　　District _____ When _____
　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　Case number, if known _____

Debtor    **Senior Care Centers, LLC**
Name

Case number *(if known)*_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
            Number         Street

_____

_____
            City                         State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

           Contact name _____

           Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor __Senior Care Centers, LLC_____ Case number (if known)_____
        Name

**16. Estimated liabilities**

☐ $0-$50,000                  ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000            ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000           ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million         ☒ $100,000,001-$500 million     ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/04/2018__
           MM / DD / YYYY

✘ /s/ Kevin O'Halloran                                          Kevin O'Halloran
Signature of authorized representative of debtor                Printed name

Title **Chief Restructuring Officer**

---

**18. Signature of attorney**

✘ /s/ Trey A. Monsour                          Date __12/04/2018__
Signature of attorney for debtor                     MM / DD / YYYY

**Trey A. Monsour**
Printed name
**Polsinelli PC**
Firm name
**2950 N. Harwood Street, Suite 2100**
Number       Street
**Dallas**                                      **TX**        **75201**
City                                            State         ZIP Code

**713-374-1643**                                **tmonsour@polsinelli.com**
Contact phone                                   Email address

**14277200**                                    **TX**
Bar number                                      State

---

## SCHEDULE 1

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), filed a petition in the United States Bankruptcy Court for the Northern District of Texas for relief under chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Entity Name | EIN |
|---|---|
| Alief SCC LLC | 37-1770523 |
| Bandera SCC LLC | 37-1770617 |
| Baytown SCC LLC | 37-1770778 |
| Beltline SCC LLC | 26-3797264 |
| Booker SCC LLC | 35-2530967 |
| Bossier SCC LLC | 37-1782017 |
| Bradford SCC LLC | 61-1759535 |
| Brinker SCC LLC | 26-3797304 |
| Brownwood SCC LLC | 80-0820677 |
| Capitol SCC LLC | 35-2521750 |
| CapWest-Texas LLC | 74-3024897 |
| Cedar Bayou SCC LLC | 30-0848889 |
| Clear Brook SCC LLC | 61-1761877 |
| Colonial SCC LLC | 32-0464385 |
| Community SCC LLC | 27-3757951 |
| Corpus Christi SCC LLC | 32-0419807 |
| Crestwood SCC LLC | 26-3797349 |
| Crowley SCC LLC | 45-2506697 |
| CTLTC Real Estate, LLC | 73-1650202 |
| Fairpark SCC LLC | 26-3797381 |
| Gamble Hospice Care Central LLC | 20-5916688 |
| Gamble Hospice Care Northeast LLC | 20-5916661 |
| Gamble Hospice Care Northwest LLC | 27-0092044 |
| Gamble Hospice Care of Cenla LLC | 46-3434510 |
| Green Oaks SCC LLC | 45-2507218 |
| Harbor Lakes SCC LLC | 45-2507299 |
| Harden HUD Holdco LLC | 46-3991502 |
| Harden Non-HUD Holdco LLC | 90-1023391 |
| Harden Pharmacy LLC | 20-0201995 |
| Hearthstone SCC LLC | 27-0899154 |
| Hewitt SCC LLC | 45-2487237 |
| HG SCC LLC | 26-3797415 |
| Hill Country SCC LLC | 27-2474199 |
| Holland SCC LLC | 38-3981427 |
| Hunters Pond SCC LLC | 35-2532886 |

| | |
|---|---|
| Jacksonville SCC LLC | 27-2474216 |
| La Hacienda SCC LLC | 37-1771074 |
| Lakepointe SCC LLC | 26-3797457 |
| Major Timbers LLC | 74-2987477 |
| Marlandwood East SCC LLC | 61-1721871 |
| Marlandwood West SCC LLC | 80-0952192 |
| Meadow Creek SCC LLC | 32-0419278 |
| Midland SCC LLC | 27-2474231 |
| Mill Forest Road SCC LLC | 32-0455137 |
| Mission SCC LLC | 27-3758086 |
| Mullican SCC LLC | 26-3797499 |
| Mystic Park SCC LLC | 30-0851898 |
| Normandie SCC LLC | 37-1781542 |
| Onion Creek SCC LLC | 27-3647425 |
| Park Bend SCC LLC | 27-0899410 |
| Pasadena SCC LLC | 30-0851694 |
| Pecan Tree SCC LLC | 27-2474241 |
| Pecan Valley SCC LLC | 36-4809585 |
| Pleasantmanor SCC LLC | 26-3797536 |
| PM Management - Allen NC LLC | 27-1774961 |
| PM Management - Babcock NC LLC | 20-0517829 |
| PM Management - Cedar Park NC LLC | 45-3141050 |
| PM Management - Corpus Christi NC II LLC | 20-4755231 |
| PM Management - Corpus Christi NC III LLC | 20-4755129 |
| PM Management - Corsicana NC II LLC | 27-4099281 |
| PM Management - Corsicana NC III LLC | 27-4099353 |
| PM Management - Corsicana NC LLC | 27-0871333 |
| PM Management - Denison NC LLC | 27-1775022 |
| PM Management - El Paso I NC LLC | 27-4642965 |
| PM Management - Fredericksburg NC LLC | 26-3930599 |
| PM Management - Frisco NC LLC | 27-1775082 |
| PM Management - Garland NC LLC | 27-1775137 |
| PM Management - Golden Triangle NC I LLC | 27-4099478 |
| PM Management - Golden Triangle NC II LLC | 27-4099536 |
| PM Management - Golden Triangle NC III LLC | 27-4099597 |
| PM Management - Golden Triangle NC IV LLC | 27-4099654 |
| PM Management - Killeen I NC LLC | 27-4643105 |
| PM Management - Killeen II NC LLC | 27-4643179 |
| PM Management - Killeen III NC LLC | 27-4643245 |
| PM Management - Lewisville NC LLC | 27-1775296 |
| PM Management - New Braunfels NC LLC | 20-4506293 |
| PM Management - Park Valley NC LLC | 36-4607186 |
| PM Management - Pflugerville AL LLC | 74-3024007 |

| | |
|---|---|
| PM Management - Portland AL LLC | 20-4755018 |
| PM Management - Portland NC LLC | 20-4754928 |
| PM Management - Round Rock AL LLC | 27-3925304 |
| PM Management - San Antonio NC LLC | 27-4251216 |
| Presidential SCC LLC | 30-0851913 |
| Redoak SCC LLC | 26-3797569 |
| Riverside SCC LLC | 35-2521889 |
| Round Rock SCC LLC | 90-1018936 |
| Rowlett SCC LLC | 26-3797606 |
| Ruston SCC LLC | 61-1760242 |
| RW SCC LLC | 26-3797631 |
| Sagebrook SCC LLC | 27-0899571 |
| San Angelo SCC LLC | 27-2474254 |
| SCC Edinburg LLC | 80-0821195 |
| SCC Hospice Holdco LLC | 80-2193166 |
| SCC Senior Care Investments LLC | 27-2474123 |
| SCC Socorro LLC | 38-3935459 |
| Senior Care Center Management II LLC | 80-0951280 |
| Senior Care Center Management LLC | 26-3797811 |
| Senior Care Centers Home Health LLC | 80-0731931 |
| Senior Care Centers, LLC | 26-3788550 |
| Senior Rehab Solutions LLC | 26-4244829 |
| Senior Rehab Solutions North Louisiana LLC | 35-2531690 |
| Shreveport SCC LLC | 37-1781659 |
| Solutions 2 Wellness LLC | 61-1754065 |
| South Oaks SCC LLC | 30-0848002 |
| Springlake ALF SCC LLC | 37-1782436 |
| Springlake SCC LLC | 38-3969102 |
| Stallings Court SCC LLC | 45-2507393 |
| Stonebridge SCC LLC | 27-0899234 |
| Stonegate SCC LLC | 35-2543005 |
| Summer Regency SCC LLC | 90-1017782 |
| TRISUN Healthcare LLC | 03-0432497 |
| Valley Grande SCC LLC | 30-0871341 |
| Vintage  SCC LLC | 26-3797710 |
| West Oaks SCC LLC | 36-4799535 |
| Western Hills SCC LLC | 80-0951922 |
| Weston Inn SCC LLC | 30-0797871 |
| Westover Hills SCC LLC | 35-2533303 |
| Whitesboro SCC LLC | 26-3797745 |
| Windcrest SCC LLC | 90-1019541 |
| Windmill SCC LLC | 30-0848067 |
| Wurzbach SCC LLC | 90-1019920 |

**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
SENIOR CARE CENTERS, LLC**

December● , 2018

Under the provisions of the Second Amended and Restated Limited Liability Company Agreement of Senior Care Centers, LLC (the "**Company**"), a limited liability company duly organized and validly existing under the laws of the State of Delaware, as amended, and the Delaware Limited Liability Company Act, as amended, effective as of the date written above, the undersigned constituting all members of the Board of Directors (the "**Board**") and the Board of each of the Company's subsidiaries, hereby consent in writing that the following resolutions be adopted and direct that this consent be filed with the Company's (and each of the Company's subsidiaries') official minutes, to have the same force as a unanimous vote of the Directors (and the directors of each of the Company's subsidiaries) at a meeting duly held this date:

**A.     Chapter 11 Filing**

**WHEREAS**, the Board has considered presentations by management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

**NOW, THEREFORE, IT IS**

**RESOLVED**, that in the judgment of the Board it is desirable and in the best interests of the Company to appoint Kevin O'Halloran to serve as chief restructuring officer (the "**Chief Restructuring Officer**") of the Company; and it is further

**RESOLVED**, that in the judgment of the Board it is desirable and in the best interests of the Company to appoint Venson Wallin from BDO USA, LLP to serve as chief financial officer (the "**Chief Financial Officer**") of the Company; and it is further

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed voluntary petitions for relief for the Company and each of the Company's affiliates (each affiliate is listed on the attached Schedule 1 and collectively referred to herein as the "**Chapter 11 Cases**") under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and it is further

**RESOLVED**, that the Chief Executive Officer, Chief Restructuring Officer and Chief Financial Officer (collectively, the "**Authorized Officers**"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions,

1

papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is further

**RESOLVED**, that the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions.

**B.      Retention of Professionals**

**IT IS FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of POLSINELLI PC as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of POLSINELLI PC; and it is further

**IT IS FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of HUNTON ANDREWS KURTH LLP as conflicts counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of HUNTON ANDREWS KURTH LLP; and it is further

**IT IS FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of GRAY ROBINSON, P.A as counsel to represent and assist the Board in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Board's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of GRAY ROBINSON, P.A.; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of BDO USA, LLP to represent and assist the Authorized Officers and the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers are, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of BDO USA, LLP; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of OMNI MANAGEMENT GROUP, INC. as notice, claims, and balloting agent and as administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of OMNI MANAGEMENT GROUP, INC.; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of SITRICK AND COMPANY as corporate communications consultants to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of SITRICK AND COMPANY; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such cases.

**C.    Cash Collateral and Adequate Protection**

**RESOLVED**, that the Company will obtain benefits from the use of collateral, including cash collateral, as that term is defined in Bankruptcy Code section 363(a) (the "**Collateral**"), which is security for the prepetition lenders as set forth in that certain Amended and Restated Credit and Security Agreement dated January 12, 2017 (as amended, restated, modified, or supplemented from time to time, the "**Non-HUD Credit Agreement**") and certain Amended and Restated Credit and Security Agreement dated June 21, 2017 (as amended, restated, modified, or supplemented from time to time, the "**HUD Credit Agreement**"); and it is further

**RESOLVED**, that to use and obtain the benefits of the Collateral and in accordance with Bankruptcy Code section 363, the Company will provide certain adequate protection to the prepetition lenders (the "**Adequate Protection Obligations**"), as documented in a proposed

3

interim order (the **"Cash Collateral Order"**) and submitted for approval to the Bankruptcy Court; and it is further

**RESOLVED**, that the form, terms and provisions of the Cash Collateral Order to which the Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are authorized, adopted and approved, and each of the Authorized Officers of the Company be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the Cash Collateral Order, and such other agreements, certificates, instruments, receipts, petitions, motions or other papers or documents to which the Company is or will be a party (collectively with the Cash Collateral Order, the "Cash Collateral Documents"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Directors, with such changes, additions, and modifications thereto as the officers of the Company executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof; and it is further

**RESOLVED**, that the Company, as debtor and debtor-in-possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations (as set forth in the Cash Collateral Order) and to undertake any and all related transactions on substantially the same terms as contemplated under the Cash Collateral Documents (collectively, the "**Adequate Protection Transactions**"); and it is further

**RESOLVED**, that the Authorized Officers of the Company be, and they hereby are, authorized and directed, and each of them acting alone hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company, as debtor and debtor in possession, to take such actions as in their discretion is determined to be necessary, desirable, or appropriate and execute the Adequate Protection Transactions, including delivery of: (a) the Cash Collateral Documents and such agreements, certificates, instruments, guaranties, notices and any and all other documents, including, without limitation, any amendments to any Cash Collateral Documents (collectively, the "**Adequate Protection Documents**"); (b) such other instruments, certificates, notices, assignments, and documents as may be reasonably requested by the prepetition lenders; and (c) such forms of deposit, account control agreements, officer's certificates and compliance certificates as may be required by the Cash Collateral Documents or any other Adequate Protection Document; and it is further

**RESOLVED**, that each of the Authorized Officers of the Company be, and they hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the Adequate Protection Transactions and all fees and expenses incurred by or on behalf of the Company in connection with the foregoing resolutions, in accordance with the terms of the Adequate Protection Documents, which shall in their sole judgment be necessary, proper or advisable to perform the Company's obligations under or in connection with the Cash Collateral Order or any of the other Adequate Protection Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions; and it is further

**RESOLVED,** that each of the Authorized Officers of the Company be, and they hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the Cash Collateral Order or any of the Adequate Protection Documents or to do such other things which shall in their sole judgment be necessary, desirable, proper, or advisable to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by their execution thereof

**RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that all members of the Board of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and it is further

**RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board; and it is further

**RESOLVED,** that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member or managing member of each direct subsidiary of the Company, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.

This Consent may be signed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one instrument.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the undersigned have executed this Consent effective as of the date first set forth above.

_____
Alan Munday

_____
Allen Boerner

_____
John Heller

_____
Scott Rickard

6

IN WITNESS WHEREOF, the undersigned have executed this Consent effective as of the date first set forth above.

_____
Alan Munday

_____
Allen Boerner

_____
John Heller

_____
Scott Rickard

**Schedule 1**

Company and Affiliates

- Alief SCC LLC
- Bandera SCC LLC
- Baytown SCC LLC
- Beltline SCC LLC
- Booker SCC LLC
- Bossier SCC LLC
- Bradford SCC LLC
- Brinker  SCC LLC
- Brownwood SCC LLC
- Capitol SCC LLC
- CapWest-Texas LLC
- Cedar Bayou SCC LLC
- Clear Brook SCC LLC
- Colonial SCC LLC
- Community SCC LLC
- Corpus Christi SCC LLC
- Crestwood SCC LLC
- Crowley SCC LLC
- CTLTC Real Estate, LLC
- Fairpark SCC LLC
- Gamble Hospice Care Central LLC
- Gamble Hospice Care Northeast LLC
- Gamble Hospice Care Northwest LLC
- Gamble Hospice Care of Cenla LLC
- Green Oaks SCC LLC
- Harbor Lakes SCC LLC
- Harden HUD Holdco LLC
- Harden Non-HUD Holdco LLC
- Harden Pharmacy LLC
- Hearthstone SCC LLC
- Hewitt SCC LLC
- HG SCC LLC
- Hill Country SCC LLC
- Holland SCC LLC
- Hunters Pond SCC LLC
- Jacksonville SCC LLC
- La Hacienda SCC LLC
- Lakepointe SCC LLC
- Major Timbers LLC
- Marlandwood East SCC LLC

7

- Marlandwood West SCC LLC
- Meadow Creek SCC LLC
- Midland SCC LLC
- Mill Forest Road SCC LLC
- Mission SCC LLC
- Mullican SCC LLC
- Mystic Park SCC LLC
- Normandie SCC LLC
- Onion Creek SCC LLC
- Park Bend SCC LLC
- Pasadena SCC LLC
- Pecan Tree SCC LLC
- Pecan Valley SCC LLC
- Pleasantmanor SCC LLC
- PM Management - Allen NC LLC
- PM Management - Babcock NC LLC
- PM Management - Cedar Park NC LLC
- PM Management - Corpus Christi NC II LLC
- PM Management - Corpus Christi NC III LLC
- PM Management - Corsicana NC II LLC
- PM Management - Corsicana NC III LLC
- PM Management - Corsicana NC LLC
- PM Management - Denison NC LLC
- PM Management - El Paso I NC LLC
- PM Management - Fredericksburg NC LLC
- PM Management - Frisco NC LLC
- PM Management - Garland NC LLC
- PM Management - Golden Triangle NC I LLC
- PM Management - Golden Triangle NC II LLC
- PM Management - Golden Triangle NC III LLC
- PM Management - Golden Triangle NC IV LLC
- PM Management - Killeen I NC LLC
- PM Management - Killeen II NC LLC
- PM Management - Killeen III NC LLC
- PM Management - Lewisville NC LLC
- PM Management - New Braunfels NC LLC
- PM Management - Park Valley NC LLC
- PM Management - Pflugerville AL LLC
- PM Management - Portland AL LLC
- PM Management - Portland NC LLC
- PM Management - Round Rock AL LLC
- PM Management - San Antonio NC LLC
- Presidential SCC LLC
- Redoak SCC LLC

8

- Riverside SCC LLC
- Round Rock SCC LLC
- Rowlett SCC LLC
- Ruston SCC LLC
- RW SCC LLC
- Sagebrook SCC LLC
- San Angelo SCC LLC
- SCC Edinburg LLC
- SCC Hospice Holdco LLC
- SCC Senior Care Investments LLC
- SCC Socorro LLC
- Senior Care Center Management II LLC
- Senior Care Center Management LLC
- Senior Care Centers Home Health, LLC
- Senior Care Centers LLC
- Senior Rehab Solutions LLC
- Senior Rehab Solutions North Louisiana LLC
- Shreveport SCC LLC
- Solutions 2 Wellness LLC
- South Oaks SCC LLC
- Springlake ALF SCC LLC
- Springlake SCC LLC
- Stallings Court SCC LLC
- Stonebridge SCC LLC
- Stonegate SCC LLC
- Summer Regency SCC LLC
- TRISUN Healthcare LLC
- Valley Grande SCC LLC
- Vintage  SCC LLC
- West Oaks SCC LLC
- Western Hills SCC LLC
- Weston Inn SCC LLC
- Westover Hills SCC LLC
- Whitesboro SCC LLC
- Windcrest SCC LLC
- Windmill SCC LLC
- Wurzbach SCC LLC

Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (*Pro Hac Vice* Pending)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

PROPOSED COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| SENIOR CARE CENTERS, LLC, *et al.*, | |
| | Case No. 18-_____ (___) |
| Debtors. | |
| | (Joint Administration Pending) |

### CONSOLIDATED LIST OF CREDITORS WHO HAVE THE 40 LARGEST
### UNSECURED CLAIMS AND ARE NOT INSIDERS

The above-captioned debtor and its debtor affiliates (collectively, the "**Debtors**") hereby certify that the *Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* submitted herewith contains the names and addresses of the Debtors' consolidated top 40 unsecured creditors (the "**Top 40 List**"). The list has been prepared from the Debtors' unaudited books and records as of the Petition Date. The Top 40 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 40 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims. The information presented in the Top 40 List shall not constitute an admission by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

| Debtor name | Senior Care Centers LLC |
|---|---|

**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS**

Case No. (If known) _____

## Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Sabra Health Care Reit, Inc. 353 N Clark, Ste 2900 Chicago, IL 60654 | Sabra Health Care Reit, Inc. Tel: 888-393-8248 Email: Bchappell@Sabrahealth.Com Bhealey@Sabrahealth.Com | Rent | | | | $31,785,032.13 |
| 2   Healthcare Services Group Inc 3220 Tillman Dr Ste 300 Bensalem, PA 19020 | Healthcare Services Group Inc Tel: 267-525-8551 Email: Jotoole @Hcsgcorp.Com | HSG | | | | $7,963,956.84 |
| 3   Omnicare, Inc. P.O. Box 715276 Columbus, OH 43271-5276 | Omnicare, Inc. Tel: 480-765-6353 Email: Susan.Vallone@Cvshealth.Com | Pharmacy | | | | $7,040,541.07 |
| 4   Medline Industries Inc Dept 1080 P.O. Box 121080 Dallas, TX 75312-1080 | Medline Industries Inc Tel: 800-388-2147 Email: Finance @Medline.Com | Trade | | | | $3,151,957.78 |
| 5   Recovercare LLC P.O. Box 936446 Atlanta, GA 31193-6446 | Recovercare LLC Tel: 800-826-0270 Email: Billing@Joernsrecovercare.Com | Trade | | | | $2,259,824.04 |

Debtor name **Senior Care Centers LLC**                                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Direct Supply<br>P.O. Box 88201<br>Milwaukee, WI 53288-0201 | Direct Supply<br>Tel: 888-433-3224 | Supplies | | | | $1,406,964.18 |
| 7  Schryver Medical Sales And Marketing, LLC<br>12075 East 45Th Ave<br>Suite 600<br>Denver, CO 80239 | Schryver Medical Sales And Marketing, LLC<br>Tel: 800-638-3240 | Trade | | | | $1,382,300.38 |
| 8  Acadian Ambulance Services, Inc.<br>P.O. Box 92970<br>Lafayette, LA 70509 | Acadian Ambulance Services, Inc.<br>Tel: 800-259-3333 | Transport | | | | $836,859.51 |
| 9  Sedgwick CMS<br>175 W. Jackson<br>Suite 700<br>Chicago, IL 60604 | Sedgwick CMS<br>Tel: 713-914-3238 | Trade | | | | $811,236.45 |
| 10  Specialized Medical Services, Inc.<br>7237 Solution Center<br>Chicago, IL 60677-7002 | Specialized Medical Services, Inc.<br>Tel: 800-786-3656 | Trade | | | | $755,222.84 |
| 11  Diagnostic Laboratories & Radiology<br>2820 N Ontario St.<br>Burbank, CA 91504-2015 | Diagnostic Laboratories & Radiology<br>Tel: 818-549-1880 | Trade | | | | $536,447.30 |
| 12  Mobilexusa (DSSI)<br>930 Ridgebrook Road 3rd Floor<br>Sparks, MD 21152 | Mobilexusa (DSSI)<br>Tel: 800-388-2147 | Trade | | | | $477,200.57 |

Debtor name  **Senior Care Centers LLC**                                      Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 13  Pharmerica<br>P.O. Box 409251<br>Atlanta, GA 30384-9251 | Pharmerica<br>Tel: 800-722-3005 | Pharmacy | | | | $401,318.39 |
| 14  Seqirus USA, Inc.<br>P.O. Box 934973<br>3585 Atlanta Ave<br>Hapeville, GA 30354 | Seqirus USA, Inc.<br>Tel: 855-358-8966<br>Email:<br>Usainc.Accountsreceivable@Seqirus.Com | Trade | | | | $333,126.39 |
| 15  Centurylink<br>P.O. Box 52187<br>Phoenix, AZ 85072-2187 | Centurylink<br>Tel: 865-465-2313 | Telephone | | | | $324,315.96 |
| 16  Pointclickcare Technologies, Inc.<br>P.O. Box 674802<br>Detroit, MI 48267-4802 | Pointclickcare Technologies, Inc.<br>Tel: 800-277-5889 | Trade | | | | $305,072.46 |
| 17  San Antonio North Knoll LLC<br>10960 Wilshire Blvd, 5Th Fl<br>Los Angeles, CA 90024 | San Antonio North Knoll LLC<br>Email: Dbellis@Nksf.Com;<br>Nsm12Lmu@Yahoo.Com;<br>Tokum@Picoainc.Com | Rent | | | | $276,686.29 |
| 18  Hidalgo Healthcare Realty<br>5647 New Copeland Rd<br>Tyler, TX 75703 | Hidalgo Healthcare Realty<br>Email: Lparker@Sciconstruction-Tx.Com | Rent | | | | $250,951.87 |
| 19  Cedar Park Healthcare LLC<br>21726 Hardy Oak Blvd<br>San Antonio, TX 78258 | Cedar Park Healthcare LLC<br>Email:<br>Jsmithers@Smithersconstruction.Com,<br>Lwhite@Smithersconstruction.Com | Rent | | | | $227,424.00 |

Debtor name **Senior Care Centers LLC**                                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 Performance Food Group - Temple P.O. Box 951641 Dallas, TX 75395-1641 | Performance Food Group - Temple Tel: 800-375-3606 | Food | | | | $205,982.24 |
| 21 Belfor Usa Group, Inc. 4820 Ih 35 North Waco, TX 76705 | Belfor Usa Group, Inc. Tel: 254-799-8400 Email: Lori.Ballard@Us.Belfor.Com | Trade | | | | $200,000.00 |
| 22 GPDP Development Ltd. 610 Towson Avenue Fort Smith, AR 72901 | GPDP Development Ltd. Email: Jana.Mundy@Gpfsm.Com | Rent | | | | $189,170.32 |
| 23 BKD, LLP Attn: Accounts Receivable P.O. Box 1190 Springfield, MO 65801-1190 | BKD, LLP Tel: 417-866-5822 Email: Bbowmaster@Bkd.Com | Trade | | | | $184,535.00 |
| 24 Century Healthcare LLC CHC Companion P.O. Box 3280 Grapevine, TX 76099-3280 | Century Healthcare LLC | Insurance | | | | $175,991.18 |
| 25 OLP Wyoming Springs LLC c/o One Liberty Properties, Inc. 60 Cuttermill Rd, Suite 303 Great Neck, NY 11021 | OLP Wyoming Springs LLC Email: Pchachlani@1Liberty.Com | Rent | | | | $169,370.52 |
| 26 ADP, Inc. P.O. Box 842875 Boston, MA 02284-2875 | ADP, Inc. Tel: 800-225-5237 | Trade | | | | $164,817.69 |

Debtor name **Senior Care Centers LLC**                                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27  Staples Business Advantage (DSSI) 500 Staples Drive Framingham, MA 01702 | Staples Business Advantage (DSSI) Tel: 877-826-7755 Email: John.Jones3@Staples.Com | Supplies | | | | $153,040.47 |
| 28  Presto-X / Rentokil Sterite P.O. Box 13848 Reading, PA 19612 | Presto-X / Rentokil Sterite Tel: 877-764-0007 Email: Nationalcollections@Rentokil.Com | Trade | | | | $143,727.29 |
| 29  Colonial Life Accident & Insurance Co Processing Center P.O. Box 1365 Columbia, SC 29202-1365 | Colonial Life Accident & Insurance Co Tel: Email: | Insurance | | | | $138,876.78 |
| 30  PC Connection Sales Dba Connections P.O. Box 536472 Pittsburgh, PA 15253-5906 | PC Connection Sales Tel: 800-800-0011 Email: | Trade | | | | $130,583.12 |
| 31  GB&P Lubbock Ltd 610 Towson Avenue Fort Smith, AR 72901 | GB&P Lubbock Ltd Email: Jana.Mundy@Gpfsm.Com | Rent | | | | $125,094.22 |
| 32  Clinical Resources LLC 3338 Peachtree Road, Ne Suite 102 Atlanta, GA 30326 | Clinical Resources LLC Tel: 404-343-7227 Email: | Contractbr | | | | $123,787.07 |

Debtor name **Senior Care Centers LLC**

Case No. (If known)

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33 AHS-Medrec, Inc. D/B/A Medrec<br>P.O. Box 732800<br>Dallas, TX 75373-2800 | AHS-Medrec, Inc. D/B/A Medrec<br>Tel: 888-740-4341<br>Email: | Contraclbr | | | | $118,702.72 |
| 34 CEU360<br>5048 Tennyson Parkway<br>Suite 200<br>Plano, TX 75024 | CEU360<br>Tel: 800-554-2387<br>Email: | Trade | | | | $110,792.00 |
| 35 HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | HD Supply Facilities Maintenance<br>Tel: 800-798-8888<br>Email: | Trade | | | | $103,050.31 |
| 36 Staples Promotional Products<br>Bin #150003<br>P.O. Box 790322<br>St. Louis, MO 63179-0322 | Staples Promotional Products<br>Tel: 469-262-4548<br>Email: | Trade | | | | $102,126.56 |
| 37 CNA Deductible Recovery Group<br>P.O. Box 6065-02<br>Hermitage, PA 16148-1068 | CNA Deductible Recovery Group<br>Tel: 888-999-1365<br>Email: | Trade | | | | $100,000.00 |
| 38 Ogletree Deakins<br>P.O. Box 89<br>Columbia, SC 29202 | Ogletree Deakins<br>Tel: 864-241-1900<br>Email: | Trade | | | | $98,319.99 |

Debtor name **Senior Care Centers LLC**

Case No. (If known)

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 39 Navarro Snf Development, LP 9840 Jacksboro Hwy Ft. Worth, TX 76135 | Navarro Snf Development, LP Email: Mcdonnellconst@Gmail.Com; Mcdonnellbuildersmf@Gmail.Com | Rent | | | | $95,839.00 |
| 40 Trinity Tile And Stone 3705 Tarragona Lane Austin, TX 78727 | Trinity Tile And Stone Email: | Trade | | | | $87,667.48 |

Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (*Pro Hac Vice* Pending)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

PROPOSED COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE CENTERS, LLC, *et al.*, | Case No. 18-_____ (___) |
| Debtors. | (Joint Administration Pending) |

### CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO
### FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") respectfully represent that the following corporations directly or indirectly own 10% or more of any class of the Debtors' equity interests.

| Entity | Ownership |
|---|---|
| Alief SCC LLC | Senior Care Centers, LLC (100%) |
| Bandera SCC LLC | Senior Care Centers, LLC (100%) |
| Baytown SCC LLC | Senior Care Centers, LLC (100%) |
| Beltline SCC LLC | Senior Care Centers, LLC (100%) |
| Booker SCC LLC | Senior Care Centers, LLC (100%) |
| Bossier SCC LLC | Senior Care Centers, LLC (100%) |
| Bradford SCC LLC | Senior Care Centers, LLC (100%) |
| Brinker SCC LLC | Senior Care Centers, LLC (100%) |
| Brownwood SCC LLC | Senior Care Centers, LLC (100%) |
| Capitol SCC LLC | Senior Care Centers, LLC (100%) |
| CapWest-Texas LLC | CTLTC Real Estate, LLC (100%) |
| Cedar Bayou SCC LLC | Senior Care Centers, LLC (100%) |
| Clear Brook SCC LLC | Senior Care Centers, LLC (100%) |

| | |
|---|---|
| Colonial SCC LLC | Senior Care Centers, LLC (100%) |
| Community SCC LLC | Senior Care Centers, LLC (100%) |
| Corpus Christi SCC LLC | Senior Care Centers, LLC (100%) |
| Crestwood SCC LLC | Senior Care Centers, LLC (100%) |
| Crowley SCC LLC | Senior Care Centers, LLC (100%) |
| CTLTC Real Estate, LLC | Senior Care Centers, LLC (100%) |
| Fairpark SCC LLC | Senior Care Centers, LLC (100%) |
| Gamble Hospice Care Central LLC | Gamble Hospice Care Northwest LLC (100%) |
| Gamble Hospice Care Northeast LLC | Gamble Hospice Care Northwest LLC (100%) |
| Gamble Hospice Care Northwest LLC | SCC Hospice Holdco LLC (100%) |
| Gamble Hospice Care of Cenla LLC | SCC Hospice Holdco LLC (100%) |
| Green Oaks SCC LLC | Senior Care Centers, LLC (100%) |
| Harbor Lakes SCC LLC | Senior Care Centers, LLC (100%) |
| Harden HUD Holdco LLC | CTLTC Real Estate, LLC (100%) |
| Harden Non-HUD Holdco LLC | CTLTC Real Estate, LLC (100%) |
| Harden Pharmacy LLC | CTLTC Real Estate, LLC (100%) |
| Hearthstone SCC LLC | Senior Care Centers, LLC (100%) |
| Hewitt SCC LLC | Senior Care Centers, LLC (100%) |
| HG SCC LLC | Senior Care Centers, LLC (100%) |
| Hill Country SCC LLC | Senior Care Centers, LLC (100%) |
| Holland SCC LLC | Senior Care Centers, LLC (100%) |
| Hunters Pond SCC LLC | Senior Care Centers, LLC (100%) |
| Jacksonville SCC LLC | Senior Care Centers, LLC (100%) |
| La Hacienda SCC LLC | Senior Care Centers, LLC (100%) |
| Lakepointe SCC LLC | Senior Care Centers, LLC (100%) |
| Major Timbers LLC | CTLTC Real Estate, LLC (100%) |
| Marlandwood East SCC LLC | Senior Care Centers, LLC (100%) |
| Marlandwood West SCC LLC | Senior Care Centers, LLC (100%) |
| Meadow Creek SCC LLC | Senior Care Centers, LLC (100%) |
| Midland SCC LLC | Senior Care Centers, LLC (100%) |
| Mill Forest Road SCC LLC | Senior Care Centers, LLC (100%) |
| Mission SCC LLC | Senior Care Centers, LLC (100%) |
| Mullican SCC LLC | Senior Care Centers, LLC (100%) |
| Mystic Park SCC LLC | Senior Care Centers, LLC (100%) |
| Normandie SCC LLC | Senior Care Centers, LLC (100%) |
| Onion Creek SCC LLC | Senior Care Centers, LLC (100%) |
| Park Bend SCC LLC | Senior Care Centers, LLC (100%) |
| Pasadena SCC LLC | Senior Care Centers, LLC (100%) |
| Pecan Tree SCC LLC | Senior Care Centers, LLC (100%) |
| Pecan Valley SCC LLC | Senior Care Centers, LLC (100%) |
| Pleasantmanor SCC LLC | Senior Care Centers, LLC (100%) |
| PM Management - Allen NC LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Babcock NC LLC | Harden Non-HUD Holdco, LLC (100%) |

| | |
|---|---|
| PM Management - Cedar Park NC LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Corpus Christi NC II LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Corpus Christi NC III LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Corsicana NC II LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Corsicana NC III LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Corsicana NC LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Denison NC LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - El Paso I NC LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Fredericksburg NC LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Frisco NC LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Garland NC LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Golden Triangle NC I LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Golden Triangle NC II LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Golden Triangle NC III LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Golden Triangle NC IV LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Killeen I NC LLC | Harden HUD Holdco, LLC (100%) |
| PM Management - Killeen II NC LLC | Harden HUD Holdco, LLC (100%) |
| PM Management - Killeen III NC LLC | Harden HUD Holdco, LLC (100%) |
| PM Management - Lewisville NC LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - New Braunfels NC LLC | Harden HUD Holdco, LLC (100%) |
| PM Management - Park Valley NC LLC | Harden HUD Holdco, LLC (100%) |
| PM Management - Pflugerville AL LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Portland AL LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Portland NC LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - Round Rock AL LLC | Harden Non-HUD Holdco, LLC (100%) |
| PM Management - San Antonio NC LLC | Harden Non-HUD Holdco, LLC (100%) |
| Presidential SCC LLC | Senior Care Centers, LLC (100%) |
| Redoak SCC LLC | Senior Care Centers, LLC (100%) |
| Riverside SCC LLC | Senior Care Centers, LLC (100%) |
| Round Rock SCC LLC | Senior Care Centers, LLC (100%) |
| Rowlett SCC LLC | Senior Care Centers, LLC (100%) |
| Ruston SCC LLC | Senior Care Centers, LLC (100%) |
| RW SCC LLC | Senior Care Centers, LLC (100%) |
| Sagebrook SCC LLC | Senior Care Centers, LLC (100%) |
| San Angelo SCC LLC | Senior Care Centers, LLC (100%) |
| SCC Edinburg LLC | Senior Care Centers, LLC (100%) |
| SCC Hospice Holdco LLC | Senior Care Centers, LLC (100%) |
| SCC Senior Care Investments LLC | Senior Care Centers, LLC (100%) |
| SCC Socorro LLC | Senior Care Centers, LLC (100%) |
| Senior Care Center Management II LLC | Senior Care Centers, LLC (100%) |
| Senior Care Center Management LLC | Senior Care Centers, LLC (100%) |
| Senior Care Centers Home Health LLC | Senior Care Centers, LLC (100%) |
| Senior Care Centers, LLC | Silver Star Investments, LLC (68.3%) |

| | |
|---|---|
| Senior Rehab Solutions LLC | Senior Care Centers, LLC (85.09%)<br>CTLTC Real Estate, LLC (14.91%) |
| Senior Rehab Solutions North Louisiana LLC | Senior Care Centers, LLC (100%) |
| Shreveport SCC LLC | Senior Care Centers, LLC (100%) |
| Solutions 2 Wellness LLC | Senior Care Centers, LLC (100%) |
| South Oaks SCC LLC | Senior Care Centers, LLC (100%) |
| Springlake ALF SCC LLC | Senior Care Centers, LLC (100%) |
| Springlake SCC LLC | Senior Care Centers, LLC (100%) |
| Stallings Court SCC LLC | Senior Care Centers, LLC (100%) |
| Stonebridge SCC LLC | Senior Care Centers, LLC (100%) |
| Stonegate SCC LLC | Senior Care Centers, LLC (100%) |
| Summer Regency SCC LLC | Senior Care Centers, LLC (100%) |
| TRISUN Healthcare LLC | CTLTC Real Estate, LLC (100%) |
| Valley Grande SCC LLC | Senior Care Centers, LLC (100%) |
| Vintage  SCC LLC | Senior Care Centers, LLC (100%) |
| West Oaks SCC LLC | Senior Care Centers, LLC (100%) |
| Western Hills SCC LLC | Senior Care Centers, LLC (100%) |
| Weston Inn SCC LLC | Senior Care Centers, LLC (100%) |
| Westover Hills SCC LLC | Senior Care Centers, LLC (100%) |
| Whitesboro SCC LLC | Senior Care Centers, LLC (100%) |
| Windcrest SCC LLC | Senior Care Centers, LLC (100%) |
| Windmill SCC LLC | Senior Care Centers, LLC (100%) |
| Wurzbach SCC LLC | Senior Care Centers, LLC (100%) |

**Fill in this information to identify the case and this filing:**

Debtor Name __Senior Care Centers, LLC, et al.__

United States Bankruptcy Court for the: __Northern__ District of __Texas__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/4/2018__ ✘ __/s/ Kevin O'Halloran__
MM / DD / YYYY      Signature of individual signing on behalf of debtor

__Kevin O'Halloran__
Printed name

__Chief Restructuring Officer__
Position or relationship to debtor

Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (*Pro Hac Vice* Pending)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

PROPOSED COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>SENIOR CARE CENTERS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-_____ (___)<br><br>(Joint Administration Pending) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the above-captioned debtor hereby provides the following list of holders of equity interests:

| Equity Holder | Equity Funded | % of Equity | Shares | Current Ownership |
|---|---|---|---|---|
| Family Trust of Kenneth Alan Pieroni and Annette Pieroni dated 11/29/2006 | 200,000.00 | 1.6000% | 200,000 | **0.3643%** |
| Charles W. Wafer | 1,000,000.00 | 8.0000% | 1,000,000 | **1.8213%** |
| The J.M. Mallick Revocable Trust dated 8/26/1987 | 500,000.00 | 4.0000% | 500,000 | **0.9107%** |
| The Maconachy Family Trust dated 10/22/1992 | 250,000.00 | 2.0000% | 250,000 | **0.4553%** |
| Michael Metcalf Chapman 2006 Revocable Trust | 200,000.00 | 1.6000% | 200,000 | **0.3643%** |
| John W. Maconachy | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Jack Evans and Mary Jeanette Evans, Individuals With Survivorship | 500,000.00 | 4.0000% | 500,000 | **0.9107%** |

| | | | | |
|---|---|---|---|---|
| The Brian and Sarah Chisick Revocable Trust dated 3/7/1979 | 1,000,000.00 | 8.0000% | 1,000,000 | **1.8213%** |
| LBK Holdings, L.P. | 250,000.00 | 2.0000% | 250,000 | **0.4553%** |
| Bruce Silk Revocable Trust Agreement dated 4/27/2005 | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Damon C. Suter and Malinda M. Suter as Trustees for the Suter Family Trust dated 4/12/2002 | 250,000.00 | 2.0000% | 250,000 | **0.4553%** |
| Place Family Partnership | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Michael L. McClung and Bonnie J. McClung, joint tenants | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Tom Vickers | 150,000.00 | 1.2000% | 150,000 | **0.2732%** |
| Pam S. Philips | 200,000.00 | 1.6000% | 200,000 | **0.3643%** |
| John F. Philips | 400,000.00 | 3.2000% | 400,000 | **0.7285%** |
| Garganey Properties, LLC (Michael Lesoing) | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Vellema Family Trust dated 6/13/2005 | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Siauli Shirley Yang | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Norman R. Leopold & Penelope J. Leopold | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Julian and Aleen Movsesian | 500,000.00 | 4.0000% | 500,000 | **0.9107%** |
| ERJMJ Investments, LP | 2,000,000.00 | 16.0000% | 2,000,000 | **3.6427%** |
| Summit Cove, LLC | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| John C. and Judith K. Austin, Trustees of the Austin Family Trust, dated 11/6/1980 | 750,000.00 | 6.0000% | 750,000 | **1.3660%** |
| Herbert N. Samuels, a Married Man as his Separate Property | 50,000.00 | 0.4000% | 50,000 | **0.0911%** |
| The Sondra Marks Samuels Trust DTD 12/13/2000 | 50,000.00 | 0.4000% | 50,000 | **0.0911%** |
| Revocable Declaration of Trust of Clifton L. Benson, Jr. Dated 8/4/1999 | 200,000.00 | 1.6000% | 200,000 | **0.3643%** |
| Page Benson Dickens | 200,000.00 | 1.6000% | 200,000 | **0.3643%** |
| The Clifton L. Benson, Jr. Family Limited Partnership I | 200,000.00 | 1.6000% | 200,000 | **0.3643%** |
| Trust for the Benefit of Alice M. Glassman U/T/D 7/20/1962 | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |

| | | | | |
|---|---|---|---|---|
| Trust for the Benefit of Gene A. Heller U/T/D 7/20/1962 | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Trust for the Benefit of James P. Levin U/T/D 7/20/1962 | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Trust for the Benefit of Philip M. Gruber U/T/D 7/20/1962 | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Ashdam Group, LLC a Delaware LLC | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| David K. Samuels and Nadine Samuels as JTWROS | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Barbara Mei Revocable Trust dated 6/21/2007 | 250,000.00 | 2.0000% | 250,000 | **0.4553%** |
| Amritpal Rana | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Kosmas G. Toskos | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Tim and Jennifer Ayers | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Anthony and Margaret Whitehouse Community Property | 200,000.00 | 1.6000% | 200,000 | **0.3643%** |
| Vijyantika Patel Trust, dated 7/16/1992 | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Arthur E. Engel Trust of 1988 | 500,000.00 | 4.0000% | 500,000 | **0.9107%** |
| Alfred Lai Living Trust dated 6/1/1994 | 300,000.00 | 2.4000% | 300,000 | **0.5464%** |
| Brian Davis | 100,000.00 | 0.8000% | 100,000 | **0.1821%** |
| Michael Oles and Kathleen A. Oles JTWROS | 150,000.00 | 1.2000% | 150,000 | **0.2732%** |
| Family Trust of Rich Skolburg dated 11/7/2006 | 250,000.00 | 2.0000% | 250,000 | **0.4553%** |
| Silver Star Investments LLC Total (Founders Capital) | 1,000,000.00 | 68.3004% | 37,500,000 | **68.3004%** |
| Antonio Cagnolo | 300,000.00 | 1.5292% | 75,000 | **0.1366%** |
| Brett T. Dalman Trust dtd 11/17/14 | 750,000.00 | 3.8230% | 187,500 | **0.3415%** |
| ERJMJ Investments | 5,000,000.00 | 25.4868% | 1,250,000 | **2.2767%** |
| The Bruno Living Trust DTD 1/17/1998 | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| The Luke Children Family Trust | 150,000.00 | 0.7646% | 37,500 | **0.0683%** |
| K & S Coastal Holdings, LLC | 400,000.00 | 2.0389% | 100,000 | **0.1821%** |
| Reisner Millennium Investments, LLC | 200,000.00 | 1.0195% | 50,000 | **0.0911%** |
| SST General Partnership | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |

| | | | | |
|---|---|---|---|---|
| Cartledge Trust dtd 6/4/2009 | 65,000.00 | 0.3313% | 16,250 | **0.0296%** |
| Brent Austin | 150,000.00 | 0.7646% | 37,500 | **0.0683%** |
| John C. and Judith K. Austin, Trustees of the Austin Family Trust, dated 11/6/1980 | 1,000,000.00 | 5.0974% | 250,000 | **0.4553%** |
| Todd A. Hayes Revocable Living Trust | 200,000.00 | 1.0195% | 50,000 | **0.0911%** |
| The Luke Children Family Trust | 350,000.00 | 1.7841% | 87,500 | **0.1594%** |
| Frank & Diana Mandarino Recocable Trust dtd 7/13/2006 | 200,000.00 | 1.0195% | 50,000 | **0.0911%** |
| Garganey Properties, LLC (Michael Lesoing) | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Osman & Denise Castillo, JTWROS | 250,000.00 | 1.2743% | 62,500 | **0.1138%** |
| Robert M. Coury | 50,000.00 | 0.2549% | 12,500 | **0.0228%** |
| Thomas D. Maconachy | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| The Maconachy Family Trust dated 10/22/1992 | 125,000.00 | 0.6372% | 31,250 | **0.0569%** |
| Michael Arthur Goldman | 50,000.00 | 0.2549% | 12,500 | **0.0228%** |
| Robert & Susan Pedroza | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Albert Mehrabian & Linda Marie Mehrabian | 60,000.00 | 0.3058% | 15,000 | **0.0273%** |
| Robert E. Reichel | 120,000.00 | 0.6117% | 30,000 | **0.0546%** |
| Rosenblum Living Trust | 150,000.00 | 0.7646% | 37,500 | **0.0683%** |
| Artemis G. Toskos & Kosmas G. Toskos, JTWROS | 200,000.00 | 1.0195% | 50,000 | **0.0911%** |
| All for Him Investments, LLC | 200,000.00 | 1.0195% | 50,000 | **0.0911%** |
| LeWinter Family Trust (Jerry LeWinter) | 450,000.00 | 2.2938% | 112,500 | **0.2049%** |
| Ohana Del Sol LLC | 300,000.00 | 1.5292% | 75,000 | **0.1366%** |
| Andrew J. Maconachy | 30,000.00 | 0.1529% | 7,500 | **0.0137%** |
| John W. Maconachy | 50,000.00 | 0.2549% | 12,500 | **0.0228%** |
| Steven L. Grose | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Lee Allen Inc. | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |

| | | | | |
|---|---|---|---|---|
| Edgar W. Jones, Jr. | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Jeffery A. Bynum | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Khoi Dang Pham Revocable Living Trust | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Michael B. Dworman & Leif W. Ellisen | 50,000.00 | 0.2549% | 12,500 | **0.0228%** |
| RKH- Kurt Hartmann 2011 Trust | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Hellums Family Revocable Trust | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| John R. Gabriel Revocable Trust | 250,000.00 | 1.2743% | 62,500 | **0.1138%** |
| Hartag Enterprises, LLLP | 500,000.00 | 2.5487% | 125,000 | **0.2277%** |
| John Senick | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Harry M. Boon Living Trust | 120,000.00 | 0.6117% | 30,000 | **0.0546%** |
| Scott Curry | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Geoffrey Basler | 300,000.00 | 1.5292% | 75,000 | **0.1366%** |
| The Chas V. Eckert III, Family Trust | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Polly Ann Fox-Brenton | 50,000.00 | 0.2549% | 12,500 | **0.0228%** |
| John & Susan Foradas Family Trust | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Douglas C. Van Nostran | 50,000.00 | 0.2549% | 12,500 | **0.0228%** |
| Leonard Tamburro | 50,000.00 | 0.2549% | 12,500 | **0.0228%** |
| Pamela Pelini | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Equity Trust Company Custodian FBO Edward Zorehkey IRA | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Lawrence Weinberger | 200,000.00 | 1.0195% | 50,000 | **0.0911%** |
| Thomas F. Vickers and Patricia J. Vickers | 150,000.00 | 0.7646% | 37,500 | **0.0683%** |
| Theodore G Habing Living Trust dtd 5/1/98 | 200,000.00 | 1.0195% | 50,000 | **0.0911%** |
| Forest Bradford Kelly | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Arthur E. Engel Trust of 1988 | 500,000.00 | 2.5487% | 125,000 | **0.2277%** |
| Fred Kastell | 200,000.00 | 1.0195% | 50,000 | **0.0911%** |

| | | | | |
|---|---|---|---|---|
| Vellema Family Trust dated 6/13/2005 | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Equity Trust Company, Custodian FBO: Tim Carl Ayers A/C 200133719 | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Bruce Silk Revocable Trust Agreement dated 4/27/2005 | 50,000.00 | 0.2549% | 12,500 | **0.0228%** |
| Charles Pedrani and Vivien Francis | 600,000.00 | 3.0584% | 150,000 | **0.2732%** |
| XL Lender's Trust | 300,000.00 | 1.5292% | 75,000 | **0.1366%** |
| The LeWinter May 15, 2015 Family Trust (Mark LeWinter) | 50,000.00 | 0.2549% | 12,500 | **0.0228%** |
| Ketron Family Trust dtd 2/23/99 | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Robert & Susan Pedroza | 20,000.00 | 0.1019% | 5,000 | **0.0091%** |
| George Anderl Living Trust | 200,000.00 | 1.0195% | 50,000 | **0.0911%** |
| Weshop Marketing Company Defined Benefit Pension Plan and Trust | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| PFM USA LLC | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Lycay LLC | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| William Brian Graff and Elisabetta Miserere Graff Revocable Living Trust | 250,000.00 | 1.2743% | 62,500 | **0.1138%** |
| Jubilee Minerals LLC | 50,000.00 | 0.2549% | 12,500 | **0.0228%** |
| W. Bruce Bercovich | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| Geary Plaza Irrevocable Trust | 200,000.00 | 1.0195% | 50,000 | **0.0911%** |
| Revocable Living Trust of Larry J. Milam and Debra A. Milam | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |
| David H. Smith | 65,000.00 | 0.3313% | 16,250 | **0.0296%** |
| Place Family Partnership | 50,000.00 | 0.2549% | 12,500 | **0.0228%** |
| The Survivors Trust under The Jones Family Revocable Trust | 200,000.00 | 1.0195% | 50,000 | **0.0911%** |
| Broyhill Family Foundation, Inc. | 500,000.00 | 2.5487% | 125,000 | **0.2277%** |
| Broyhill Realty, Inc. | 250,000.00 | 1.2743% | 62,500 | **0.1138%** |
| Thomas P. Cocke | 100,000.00 | 0.5097% | 25,000 | **0.0455%** |

| | | | | |
|---|---|---|---|---|
| Millennium Trust Company, LLC Custodian FBO Suzanne Ruth Young | 400,000.00 | 2.0389% | 100,000 | **0.1821%** |
| Seth and Carolyn Rudnick | 125,000.00 | 0.6372% | 31,250 | **0.0569%** |
| Millennium Trust Company, LLC Custodian FBO Bruce V. Roberts | 10,000.00 | 0.0510% | 2,500 | **0.0046%** |
| Quest IRA Inc., FBO David John Hetzel IRA #2657621 | 78,000.00 | 0.3976% | 19,500 | **0.0355%** |

---

**Fill in this information to identify the case and this filing:**

Debtor Name  __Senior Care Centers, LLC__

United States Bankruptcy Court for the:  __Northern__  District of __Texas__
(State)

Case number (*If known*):  _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☒ *Other document that requires a declaration*__List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/4/2018__          ✘ __/s/ Kevin O'Halloran_____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

__Kevin O'Halloran_____
Printed name

__Chief Restructuring Officer_____
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

IN RE:                               §
                                     §
  SENIOR CARE CENTERS, LLC,  et al.     §        Case No. _____
                                     §
                  Debtor(s)          §        Chapter ___11___

**DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
PETITION, LISTS, STATEMENTS, AND SCHEDULES**

## PART I:  DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and ***I hereby declare under penalty of perjury*** that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]*  –
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☒    *[Only include if petitioner is a corporation, partnership or limited liability company]*  –
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: ___12/4/2018___.     _____/s/ Kevin O'Halloran_____     _____
                                      Debtor                                Joint Debtor

## PART II:  DECLARATION OF ATTORNEY:

I declare ***under penalty of perjury*** that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: ___12/4/2018___.     _____/s/ Trey A. Monsour_____
                                     Attorney for Debtor