Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (*Pro Hac Vice* Pending)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

PROPOSED COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| Senior Care Centers, LLC, *et al.*,[1] | § § | Case No. 18-33967 (BJH) |
| Debtors. | § § § | (Joint Administration Requested) |

**MOTION OF DEBTORS FOR ENTRY OF AN ORDER DIRECTING
JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

The above-captioned debtors and debtors in possession (the "**Debtors**") hereby move (the "**Motion**") for entry of an order, substantially in the form attached hereto as Exhibit B (the "**Proposed Order**"), pursuant to section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Texas (the "**Local Rules**"), directing the joint administration of these chapter 11 cases and the consolidation thereof for procedural purposes only. In support of the Motion, the Debtors rely upon the *Declaration of*

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as Exhibit A. The Debtors' mailing address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

65407188.6

*Kevin O'Halloran, Chief Restructuring Officer of Senior Care Centers, LLC, in Support of Chapter 11 Petitions and First Day Pleadings*, filed with the Court concurrently herewith (the "**First Day Declaration**"). In further support of the Motion, the Debtors, by and through their undersigned counsel, respectfully represent as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). The Debtors consent to entry of a final order under Article III of the United States Constitution.

2. Venue is proper in this district is proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are Bankruptcy Code section 105(a), Bankruptcy Rule 1015(b), and Local Rule 1015-1.

## BACKGROUND

4. On the date hereof (the "**Petition Date**"), each of the Debtors filed a voluntary petition in this Court commencing a case for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

5. The factual background regarding the Debtors, including their business operations, their capital and debt structures, and the events leading to the filing of the Chapter 11 Cases is set forth in the First Day Declaration and incorporated herein by reference.

6. The Debtors continue to operate their businesses and manage their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

7. No trustee or examiner, or official committee of unsecured creditors has been appointed in the Chapter 11 Cases.

**RELIEF REQUESTED**

8. By this Motion, the Debtors respectfully request entry of an order directing the joint administration of these Chapter 11 Cases and the consolidation thereof for procedural purposes only, and directing parties in interest to use a consolidated caption. Many of the motions, applications, hearings, and orders that will arise in these Chapter 11 Cases will affect most, if not all, of the Debtors jointly. For that reason, the Debtors respectfully submit that their interests, as well as the interests of their creditors and other parties in interest, would be best served by the joint administration of these Chapter 11 Cases for procedural purposes only.

9. The Debtors further seek entry of an order directing the Clerk of the Court to maintain one file and one docket for all of these Chapter 11 Cases under the case of Senior Care Centers, LLC. In addition, the Debtors seek the Court's direction that separate docket entries be made on the dockets of each Chapter 11 Case (except that of Senior Care Centers, LLC) substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Senior Care Centers, LLC and its affiliates that have concurrently commenced chapter 11 cases. The docket in the chapter 11 case of Senior Care Centers, LLC, Case No. 18-33967 (BJH), should be consulted for all matters affecting this case."

The Debtors further request that the caption of these Chapter 11 Cases be modified as follows to reflect their joint administration:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| Senior Care Centers, LLC, *et al.*,[1] | § § § | Case No. 18-33967 (BJH) |
| Debtors. | § | (Jointly Administered) |

§

―――――――――

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as <u>Exhibit A</u>. The Debtors' mailing address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

## BASIS FOR RELIEF

10. Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates." Local Rule 1015-1 further provides, "[w]hen a case is filed for or against a debtor related to a debtor with a case pending in the Bankruptcy Court, a party in interest may file a motion for joint administration in each case." Additionally, "[t]he filing of a joint petition shall be deemed an order directing joint administration for the purpose of Bankruptcy Rule 1015, unless the court orders otherwise." Local Rule 1015-1(b).

11. Each Debtor is a wholly-owned or majority-owned direct or indirect subsidiary of Senior Care Centers, LLC. The Debtors, therefore, are "affiliates" within the meaning of Bankruptcy Code section 101(2) and, accordingly, this Court has the authority to grant the requested relief pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

12. Joint administration of these Chapter 11 Cases will ease the administrative burden on this Court and all parties in interest. Joint administration of these Chapter 11 Cases will not prejudice creditors or other parties in interest because joint administration is purely procedural and will not impact the parties' substantive rights.

13. Joint administration is generally non-controversial, and courts in this jurisdiction routinely order joint administration in cases with multiple related debtors. See, e.g., *In re Think Finance, LLC, et al.*, Case No. 17-33964 (Bankr. N.D. Tex. Oct. 23, 2017) [Dkt. No. 7]; *In re Preferred Care, Inc., et al.*, Case No. 17-44642 (Bankr. N.D. Tex. Nov. 13, 2017) [Dkt. Nos. 89, 104]; *In re Williams Financial Group, Inc., et al.*, Case No. 17-33578 (Bankr. N.D. Tex. Sept.

24, 2017) [Dkt No. 39]. Accordingly, based on the foregoing facts and authorities, the Debtors submit that the relief requested in this Motion should be granted.

### CONSENT TO JURISDICTION

14. The Debtors consent to the entry of a final judgment or order with respect to this Motion if it is determined that the Court would lack Article III jurisdiction to enter such final order or judgment absent consent of the parties

### NOTICE

15. Notice of this Motion shall be provided to: (a) the Office of the United States Trustee for the Northern District of Texas; (b) the Office of the Attorney General of the states in which the Debtors operate Facilities; (c) the Debtors' forty largest unsecured creditors on a consolidated basis; (d) counsel to CIBC Bank USA; (e) Sabra Texas Holdings, L.P.; (f) the Internal Revenue Service; and (g) the Department of Medicaid, Department of Health, and Division of Health Services Regulation in each state in which the Debtors operate Facilities.

16. The Debtors respectfully submit that such notice is sufficient and that no further notice of this Motion is required.

### NO PRIOR REQUEST

17. No prior motion for the relief requested herein has been made to this or any other court.

*[The remainder of this page intentionally left blank]*

**WHEREFORE**, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as <u>Exhibit B</u>, (i) directing the joint administration of these Chapter 11 Cases and consolidating them for procedural purposes only pursuant to Bankruptcy Code section 105(a), Bankruptcy Rule 1015(b), and Local Rule 1015-1; and (ii) granting such other and further relief as the Court deems appropriate.

Dated: December 4 , 2018
       Dallas, Texas

**POLSINELLI PC**

/s/    DRAFT
Trey A. Monsour
State Bar No. 14277200
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

-and-

Jeremy R. Johnson (*Pro Hac Vice* Pending)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## **Exhibit A**

(Sorted Alphabetically)

| # | Debtor Name | EIN |
|---|---|---|
| 1. | Alief SCC LLC | 0523 |
| 2. | Bandera SCC LLC | 0617 |
| 3. | Baytown SCC LLC | 0778 |
| 4. | Beltline SCC LLC | 7264 |
| 5. | Booker SCC LLC | 0967 |
| 6. | Bossier SCC LLC | 2017 |
| 7. | Bradford SCC LLC | 9535 |
| 8. | Brinker SCC LLC | 7304 |
| 9. | Brownwood SCC LLC | 0677 |
| 10. | Capitol SCC LLC | 1750 |
| 11. | CapWest-Texas LLC | 4897 |
| 12. | Cedar Bayou SCC LLC | 8889 |
| 13. | Clear Brook SCC LLC | 1877 |
| 14. | Colonial SCC LLC | 4385 |
| 15. | Community SCC LLC | 7951 |
| 16. | Corpus Christi SCC LLC | 9807 |
| 17. | Crestwood SCC LLC | 7349 |
| 18. | Crowley SCC LLC | 6697 |
| 19. | CTLTC Real Estate, LLC | 0202 |
| 20. | Fairpark SCC LLC | 7381 |
| 21. | Gamble Hospice Care Central LLC | 6688 |
| 22. | Gamble Hospice Care Northeast LLC | 6661 |
| 23. | Gamble Hospice Care Northwest LLC | 2044 |
| 24. | Gamble Hospice Care of Cenla LLC | 4510 |
| 25. | Green Oaks SCC LLC | 7218 |
| 26. | Harbor Lakes SCC LLC | 7299 |
| 27. | Harden HUD Holdco LLC | 1502 |
| 28. | Harden Non-HUD Holdco LLC | 3391 |
| 29. | Harden Pharmacy LLC | 1995 |
| 30. | Hearthstone SCC LLC | 9154 |
| 31. | Hewitt SCC LLC | 7237 |
| 32. | HG SCC LLC | 7415 |
| 33. | Hill Country SCC LLC | 4199 |
| 34. | Holland SCC LLC | 1427 |
| 35. | Hunters Pond SCC LLC | 2886 |
| 36. | Jacksonville SCC LLC | 4216 |
| 37. | La Hacienda SCC LLC | 1074 |
| 38. | Lakepointe SCC LLC | 7457 |
| 39. | Major Timbers LLC | 7477 |
| 40. | Marlandwood East SCC LLC | 1871 |

65407188.6

| # | Debtor Name | EIN |
|---|---|---|
| 41. | Marlandwood West SCC LLC | 2192 |
| 42. | Meadow Creek SCC LLC | 9278 |
| 43. | Midland SCC LLC | 4231 |
| 44. | Mill Forest Road SCC LLC | 5137 |
| 45. | Mission SCC LLC | 8086 |
| 46. | Mullican SCC LLC | 7499 |
| 47. | Mystic Park SCC LLC | 1898 |
| 48. | Normandie SCC LLC | 1542 |
| 49. | Onion Creek SCC LLC | 7425 |
| 50. | Park Bend SCC LLC | 9410 |
| 51. | Pasadena SCC LLC | 1694 |
| 52. | Pecan Tree SCC LLC | 4241 |
| 53. | Pecan Valley SCC LLC | 9585 |
| 54. | Pleasantmanor SCC LLC | 7536 |
| 55. | PM Management - Allen NC LLC | 4961 |
| 56. | PM Management - Babcock NC LLC | 7829 |
| 57. | PM Management - Cedar Park NC LLC | 1050 |
| 58. | PM Management - Corpus Christi NC II LLC | 5231 |
| 59. | PM Management - Corpus Christi NC III LLC | 5129 |
| 60. | PM Management - Corsicana NC II LLC | 9281 |
| 61. | PM Management - Corsicana NC III LLC | 9353 |
| 62. | PM Management - Corsicana NC LLC | 1333 |
| 63. | PM Management - Denison NC LLC | 5022 |
| 64. | PM Management - El Paso I NC LLC | 2965 |
| 65. | PM Management - Fredericksburg NC LLC | 0599 |
| 66. | PM Management - Frisco NC LLC | 5082 |
| 67. | PM Management - Garland NC LLC | 5137 |
| 68. | PM Management - Golden Triangle NC I LLC | 9478 |
| 69. | PM Management - Golden Triangle NC II LLC | 9536 |
| 70. | PM Management - Golden Triangle NC III LLC | 9597 |
| 71. | PM Management - Golden Triangle NC IV LLC | 9654 |
| 72. | PM Management - Killeen I NC LLC | 3105 |
| 73. | PM Management - Killeen II NC LLC | 3179 |
| 74. | PM Management - Killeen III NC LLC | 3245 |
| 75. | PM Management - Lewisville NC LLC | 5296 |
| 76. | PM Management - New Braunfels NC LLC | 6293 |
| 77. | PM Management - Park Valley NC LLC | 7186 |
| 78. | PM Management - Pflugerville AL LLC | 4007 |
| 79. | PM Management - Portland AL LLC | 5018 |
| 80. | PM Management - Portland NC LLC | 4928 |
| 81. | PM Management - Round Rock AL LLC | 5304 |
| 82. | PM Management - San Antonio NC LLC | 1216 |
| 83. | Presidential SCC LLC | 1913 |
| 84. | Redoak SCC LLC | 7569 |

65407188.6

| # | Debtor Name | EIN |
|---|---|---|
| 85. | Riverside SCC LLC | 1889 |
| 86. | Round Rock SCC LLC | 8936 |
| 87. | Rowlett SCC LLC | 7606 |
| 88. | Ruston SCC LLC | 0242 |
| 89. | RW SCC LLC | 7631 |
| 90. | Sagebrook SCC LLC | 9571 |
| 91. | San Angelo SCC LLC | 4254 |
| 92. | SCC Edinburg LLC | 1195 |
| 93. | SCC Hospice Holdco LLC | 3166 |
| 94. | SCC Senior Care Investments LLC | 4123 |
| 95. | SCC Socorro LLC | 5459 |
| 96. | Senior Care Center Management II LLC | 1280 |
| 97. | Senior Care Center Management LLC | 7811 |
| 98. | Senior Care Centers Home Health, LLC | 1931 |
| 99. | Senior Care Centers LLC | 8550 |
| 100. | Senior Rehab Solutions LLC | 4829 |
| 101. | Senior Rehab Solutions North Louisiana LLC | 1690 |
| 102. | Shreveport SCC LLC | 1659 |
| 103. | Solutions 2 Wellness LLC | 4065 |
| 104. | South Oaks SCC LLC | 8002 |
| 105. | Springlake ALF SCC LLC | 2436 |
| 106. | Springlake SCC LLC | 9102 |
| 107. | Stallings Court SCC LLC | 7393 |
| 108. | Stonebridge SCC LLC | 9234 |
| 109. | Stonegate SCC LLC | 3005 |
| 110. | Summer Regency SCC LLC | 7782 |
| 111. | TRISUN Healthcare LLC | 2497 |
| 112. | Valley Grande SCC LLC | 1341 |
| 113. | Vintage  SCC LLC | 7710 |
| 114. | West Oaks SCC LLC | 9535 |
| 115. | Western Hills SCC LLC | 1922 |
| 116. | Weston Inn SCC LLC | 7871 |
| 117. | Westover Hills SCC LLC | 3303 |
| 118. | Whitesboro SCC LLC | 7745 |
| 119. | Windcrest SCC LLC | 9541 |
| 120. | Windmill SCC LLC | 8067 |
| 121. | Wurzbach SCC LLC | 9920 |

## **Exhibit B**

Proposed Order

65407188.6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Senior Care Centers, LLC, *et al.*,[1] | § | Case No. 18-33967 (BJH) |
| | § | |
| Debtors. | § | (Joint Administration Requested) |
| | § | |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an (this "**Order**") directing the joint administration of these Chapter 11 Cases and the consolidation thereof for procedural purposes only; the Court having reviewed the Motion and the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. 157 and §§ 1334(b); and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Debtors consent to entry of a final order under Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their

---

[1] A list of the Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, is attached to the Motion as Exhibit A.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

65407188.6

creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is granted as set forth herein.

2. The above-captioned Chapter 11 Cases shall be jointly administered by the Court and consolidated for procedural purposes only under the case of Senior Care Centers, LLC, Case No. 18-33967 (BJH).

3. If, when filed, these Chapter 11 Cases were assigned to separate judges, all of the Chapter 11 Cases shall be transferred to the judge presiding over the Chapter 11 Case of Senior Care Centers, LLC, Case No. 18-33967 (BJH).

4. Parties in interest are directed to use the proposed caption, attached hereto as Exhibit 1, which satisfies the requirements of Bankruptcy Code section 342(c), when filing a pleading with the Court in the Debtors' Chapter 11 Cases, indicating that the pleading relates to the jointly administered Chapter 11 Cases.

5. The Clerk of this Court shall make a docket entry in each Chapter 11 Case (except that of Senior Care Centers, LLC) substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Senior Care Centers, LLC and its affiliates that have concurrently commenced chapter 11 cases. The docket in the chapter 11 case of Senior Care Centers, LLC, Case No. 18-33967 (BJH), should be consulted for all matters affecting this case."

6. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

65407188.6

3

7. Notice of the Motion as provided therein shall be deemed good and sufficient, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

8. Notwithstanding the applicability of any Bankruptcy Rule, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. Notwithstanding the relief granted in this Order, any creditor filing a proof of claim against any Debtor shall file such proof of claim in the Chapter 11 Case of each Debtor to which such claim relates.

10. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

### ###End of Order###

## **Exhibit 1**

Proposed Caption

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Senior Care Centers, LLC, *et al.*,[1] | § | Case No. 18-18-33967 (BJH) |
| | § | |
| Debtors. | § | (Joint Administration Requested) |
| | § | |

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as <u>Exhibit A</u>. The Debtors' mailing address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

65407188.6

## **Exhibit A**

(Sorted Alphabetically)

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | Alief SCC LLC | 18-33987-11 | 0523 |
| 2. | Bandera SCC LLC | 18-33989-11 | 0617 |
| 3. | Baytown SCC LLC | 18-33992-11 | 0778 |
| 4. | Beltline SCC LLC | 18-33996-11 | 7264 |
| 5. | Booker SCC LLC | 18-33999-11 | 0967 |
| 6. | Bossier SCC LLC | 18-34003-11 | 2017 |
| 7. | Bradford SCC LLC | 18-34004-11 | 9535 |
| 8. | Brinker SCC LLC | 18-34005-11 | 7304 |
| 9. | Brownwood SCC LLC | 18-33968-11 | 0677 |
| 10. | Capitol SCC LLC | 18-34006-11 | 1750 |
| 11. | CapWest-Texas LLC | 18-34008-11 | 4897 |
| 12. | Cedar Bayou SCC LLC | 18-34010-11 | 8889 |
| 13. | Clear Brook SCC LLC | 18-34012-11 | 1877 |
| 14. | Colonial SCC LLC | 18-34014-11 | 4385 |
| 15. | Community SCC LLC | 18-33969-11 | 7951 |
| 16. | Corpus Christi SCC LLC | 18-34016-11 | 9807 |
| 17. | Crestwood SCC LLC | 18-34017-11 | 7349 |
| 18. | Crowley SCC LLC | 18-33970-11 | 6697 |
| 19. | CTLTC Real Estate, LLC | 18-34018-11 | 0202 |
| 20. | Fairpark SCC LLC | 18-34020-11 | 7381 |
| 21. | Gamble Hospice Care Central LLC | 18-34022-11 | 6688 |
| 22. | Gamble Hospice Care Northeast LLC | 18-34025-11 | 6661 |
| 23. | Gamble Hospice Care Northwest LLC | 18-34027-11 | 2044 |
| 24. | Gamble Hospice Care of Cenla LLC | 18-34029-11 | 4510 |
| 25. | Green Oaks SCC LLC | 18-33971-11 | 7218 |
| 26. | Harbor Lakes SCC LLC | 18-33972-11 | 7299 |
| 27. | Harden HUD Holdco LLC | 18-34032-11 | 1502 |
| 28. | Harden Non-HUD Holdco LLC | 18-34035-11 | 3391 |
| 29. | Harden Pharmacy LLC | 18-34036-11 | 1995 |
| 30. | Hearthstone SCC LLC | 18-34037-11 | 9154 |
| 31. | Hewitt SCC LLC | 18-33973-11 | 7237 |
| 32. | HG SCC LLC | 18-34040-11 | 7415 |
| 33. | Hill Country SCC LLC | 18-34043-11 | 4199 |
| 34. | Holland SCC LLC | 18-33974-11 | 1427 |
| 35. | Hunters Pond SCC LLC | 18-34045-11 | 2886 |
| 36. | Jacksonville SCC LLC | 18-34046-11 | 4216 |
| 37. | La Hacienda SCC LLC | 18-34049-11 | 1074 |
| 38. | Lakepointe SCC LLC | 18-34050-11 | 7457 |
| 39. | Major Timbers LLC | 18-34052-11 | 7477 |
| 40. | Marlandwood East SCC LLC | 18-34054-11 | 1871 |
| 41. | Marlandwood West SCC LLC | 18-34058-11 | 2192 |
| 42. | Meadow Creek SCC LLC | 18-34064-11 | 9278 |
| 43. | Midland SCC LLC | 18-34065-11 | 4231 |
| 44. | Mill Forest Road SCC LLC | 18-34066-11 | 5137 |
| 45. | Mission SCC LLC | 18-33975-11 | 8086 |
| 46. | Mullican SCC LLC | 18-34067-11 | 7499 |
| 47. | Mystic Park SCC LLC | 18-34068-11 | 1898 |
| 48. | Normandie SCC LLC | 18-34069-11 | 1542 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 49. | Onion Creek SCC LLC | 18-34070-11 | 7425 |
| 50. | Park Bend SCC LLC | 18-34071-11 | 9410 |
| 51. | Pasadena SCC LLC | 18-34072-11 | 1694 |
| 52. | Pecan Tree SCC LLC | 18-34073-11 | 4241 |
| 53. | Pecan Valley SCC LLC | 18-34074-11 | 9585 |
| 54. | Pleasantmanor SCC LLC | 18-34075-11 | 7536 |
| 55. | PM Management - Allen NC LLC | 18-34076-11 | 4961 |
| 56. | PM Management - Babcock NC LLC | 18-34077-11 | 7829 |
| 57. | PM Management - Cedar Park NC LLC | 18-34078-11 | 1050 |
| 58. | PM Management - Corpus Christi NC II LLC | 18-34079-11 | 5231 |
| 59. | PM Management - Corpus Christi NC III LLC | 18-34080-11 | 5129 |
| 60. | PM Management - Corsicana NC II LLC | 18-34081-11 | 9281 |
| 61. | PM Management - Corsicana NC III LLC | 18-34082-11 | 9353 |
| 62. | PM Management - Corsicana NC LLC | 18-34083-11 | 1333 |
| 63. | PM Management - Denison NC LLC | 18-34084-11 | 5022 |
| 64. | PM Management - El Paso I NC LLC | 18-34085-11 | 2965 |
| 65. | PM Management - Fredericksburg NC LLC | 18-34086-11 | 0599 |
| 66. | PM Management - Frisco NC LLC | 18-34087-11 | 5082 |
| 67. | PM Management - Garland NC LLC | 18-33979-11 | 5137 |
| 68. | PM Management - Golden Triangle NC I LLC | 18-33980-11 | 9478 |
| 69. | PM Management - Golden Triangle NC II LLC | 18-33981-11 | 9536 |
| 70. | PM Management - Golden Triangle NC III LLC | 18-33982-11 | 9597 |
| 71. | PM Management - Golden Triangle NC IV LLC | 18-33983-11 | 9654 |
| 72. | PM Management - Killeen I NC LLC | 18-33984-11 | 3105 |
| 73. | PM Management - Killeen II NC LLC | 18-33985-11 | 3179 |
| 74. | PM Management - Killeen III NC LLC | 18-33986-11 | 3245 |
| 75. | PM Management - Lewisville NC LLC | 18-33988-11 | 5296 |
| 76. | PM Management - New Braunfels NC LLC | 18-33990-11 | 6293 |
| 77. | PM Management - Park Valley NC LLC | 18-33991-11 | 7186 |
| 78. | PM Management - Pflugerville AL LLC | 18-33993-11 | 4007 |
| 79. | PM Management - Portland AL LLC | 18-33994-11 | 5018 |
| 80. | PM Management - Portland NC LLC | 18-33995-11 | 4928 |
| 81. | PM Management - Round Rock AL LLC | 18-33997-11 | 5304 |
| 82. | PM Management - San Antonio NC LLC | 18-33998-11 | 1216 |
| 83. | Presidential SCC LLC | 18-34000-11 | 1913 |
| 84. | Redoak SCC LLC | 18-33976-11 | 7569 |
| 85. | Riverside SCC LLC | 18-34001-11 | 1889 |
| 86. | Round Rock SCC LLC | 18-34002-11 | 8936 |
| 87. | Rowlett SCC LLC | 18-34007-11 | 7606 |
| 88. | Ruston SCC LLC | 18-34009-11 | 0242 |
| 89. | RW SCC LLC | 18-34011-11 | 7631 |
| 90. | Sagebrook SCC LLC | 18-34013-11 | 9571 |
| 91. | San Angelo SCC LLC | 18-34015-11 | 4254 |
| 92. | SCC Edinburg LLC | 18-34019-11 | 1195 |
| 93. | SCC Hospice Holdco LLC | 18-34021-11 | 3166 |
| 94. | SCC Senior Care Investments LLC | 18-34023-11 | 4123 |
| 95. | SCC Socorro LLC | 18-34024-11 | 5459 |
| 96. | Senior Care Center Management II LLC | 18-34026-11 | 1280 |
| 97. | Senior Care Center Management LLC | 18-34028-11 | 7811 |
| 98. | Senior Care Centers Home Health, LLC | 18-34030-11 | 1931 |
| 99. | Senior Care Centers LLC | 18-33967-11 | 8550 |
| 100. | Senior Rehab Solutions LLC | 18-34031-11 | 4829 |

65407188.6

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 101. | Senior Rehab Solutions North Louisiana LLC | 18-34033-11 | 1690 |
| 102. | Shreveport SCC LLC | 18-34034-11 | 1659 |
| 103. | Solutions 2 Wellness LLC | 18-34038-11 | 4065 |
| 104. | South Oaks SCC LLC | 18-34039-11 | 8002 |
| 105. | Springlake ALF SCC LLC | 18-34041-11 | 2436 |
| 106. | Springlake SCC LLC | 18-34042-11 | 9102 |
| 107. | Stallings Court SCC LLC | 18-33977-11 | 7393 |
| 108. | Stonebridge SCC LLC | 18-34044-11 | 9234 |
| 109. | Stonegate SCC LLC | 18-33978-11 | 3005 |
| 110. | Summer Regency SCC LLC | 18-34047-11 | 7782 |
| 111. | TRISUN Healthcare LLC | 18-34048-11 | 2497 |
| 112. | Valley Grande SCC LLC | 18-34051-11 | 1341 |
| 113. | Vintage SCC LLC | 18-34053-11 | 7710 |
| 114. | West Oaks SCC LLC | 18-34055-11 | 9535 |
| 115. | Western Hills SCC LLC | 18-34056-11 | 1922 |
| 116. | Weston Inn SCC LLC | 18-34057-11 | 7871 |
| 117. | Westover Hills SCC LLC | 18-34059-11 | 3303 |
| 118. | Whitesboro SCC LLC | 18-34060-11 | 7745 |
| 119. | Windcrest SCC LLC | 18-34061-11 | 9541 |
| 120. | Windmill SCC LLC | 18-34062-11 | 8067 |
| 121. | Wurzbach SCC LLC | 18-34063-11 | 9920 |

65407188.6