IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| | § | |
| SENIOR CARE CENTERS, LLC, *ET AL.,* | § | CASE NO. 18-33967-bjh |
| | § | |
| | § | |
| DEBTOR. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Deirdre B. Ruckman attorney for Sabra Health Care REIT, Inc. ("Sabra"), a creditor and party-in-interest in the above matter pursuant to 11 U.S.C. § 503(b)(4), and pursuant to Rules 2002, 3017, and 9010 of the Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon them at the following address:

> Deirdre B. Ruckman (TX 21196500)
> FOLEY & LARDNER LLP
> 2021 McKinney Avenue, Suite 1600
> Dallas, Texas 75201
> Telephone: 214-999-4250
> Facsimile:  214-999-3250
> druckman@foley.com

Please take further notice that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and includes, without limitation, any plans of reorganization, objections, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the rights of Sabra (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) respecting in personam jurisdiction, or (v) any other rights, claims, actions, setoffs, or recoupments to which Sabra is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  December 5, 2018

Respectfully submitted,

*/s/ Deirdre B. Ruckman*
Deirdre B. Ruckman (TSB 21196500)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-4250
Facsimile: (214) 999-3250
druckman@foley.com

**ATTORNEY FOR SABRA HEALTH CARE REIT, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2018 a true and correct copy of the foregoing Notice was served electronically by the Court's electronic filing notification system.

*/s/ Deirdre B. Ruckman*
Deirdre B. Ruckman