Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (*Pro Hac Vice* Pending)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

PROPOSED COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>SENIOR CARE CENTERS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-33967 (BJH)<br><br>(Joint Administration Pending) |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 CASES
AND FILING OF CERTAIN FIRST DAY PLEADINGS**

**PLEASE TAKE NOTICE** that on December 4, 2018 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed voluntary petitions for relief ("**Chapter 11 Cases**") under chapter 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**First Day Hearing**") has been scheduled for **December 6, 2018 at 12:00 p.m. (CT)** before the Honorable Douglas Dodd at the United States Bankruptcy Court for the Northern District of Texas, Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom No. 2, Dallas, Texas 75242 on the

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as Exhibit A. The Debtors' mailing address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

66334563.2

following motions and supporting documents requesting certain "first day" relief, which were filed by the Debtors in connection with the Chapter 11 Cases:

1. Motion of Debtors for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 2];

2. Notice of Designation as Complex Chapter 11 Bankruptcy Cases [Docket No. 3];

3. Motion of Debtors for Entry of an Order (I) Authorizing the Filing of a Consolidated Mailing Matrix and Consolidated List of Forty Largest Unsecured Creditors, and (II) Approving the Form and Manner of Notice of Commencement of These Chapter 11 Cases [Docket No. 4];

4. Motion of Debtors for Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Continuation of Existing Deposit Practices [Docket No. 9];

5. Motion of Debtors for Entry of Interim and Final Orders Authorizing Payment of (I) Certain Prepetition Workforce Claims, Including Wages, Salaries, and Other Compensation, (II) Certain Employee Benefits and Confirming Right to Continue Employee Benefits on a Postpetition Basis, (III) Reimbursement to Employees for Prepetition Expenses, (IV) Withholding and Payroll-Related Taxes, (V) Workers' Compensation Obligations, and (VI) Prepetition Claims Owing to Administrators and Third-Party Providers [Docket No. 15];and

6. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 24].

**PLEASE TAKE FURTHER NOTICE** that an additional First Day Hearing has been scheduled for **December 7, 2018 at 9:00 a.m. (CT)** before the Honorable Douglas Dodd at the United States Bankruptcy Court for the Northern District of Texas, Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom No. 2, Dallas, Texas 75242 on the following motions and supporting documents requesting certain "first day" relief, which were filed by the Debtors in connection with the Chapter 11 Cases:

1. Application of Debtors for Entry of an Order Authorizing Employment and Retention of Omni Management Group, Inc. as Claims, Noticing, and Administrative Agent, *Nunc Pro Tunc* to the Petition Date [Docket No. 5];

2. Motion of Debtors for Entry of An Order Authorizing Procedures to Maintain and Protect Confidential Patient Information [Docket No. 6];

3. Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services, and (II) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 7];

4. Motion of Debtors for Entry of an Order Authorizing the Debtors to (I) Maintain, Administer, and Modify Patient Refund Programs and Practice, and (II) Honor Obligated Related Thereto [Docket No. 8];

5. Motion of the Debtors for Entry of an Order Pursuant to Bankruptcy Rule 1007 Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 17]; and

6. Motion of Debtors for Order (I) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with, Various Insurance Policies, (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto, (III) Preventing Insurance Companies From Giving Any Notice of Termination or Otherwise Modifying Any Insurance Policy Without Obtaining Relief From the Automatic Stay, (IV) Authorizing the Debtors to Continue to Honor Premium Financing Obligations, and (V) Authorizing the Debtors to Continue Surety Bond Program [Docket No. 18]; and

7. Motion of Debtors for Entry of an Order Authorizing Payment of Prepetition Taxes and Fees [Docket No. 20].

**PLEASE TAKE FURTHER NOTICE** that on the same day, in support of the Chapter 11 Petitions and First Day Pleadings, the Debtors rely upon the *Declaration of Kevin O'Halloran, Chief Restructuring Officer of Senior Care Centers, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 25].

**PLEASE TAKE FURTHER NOTICE** that copies of the above-referenced First Day Pleadings and the *Declaration of Kevin O'Halloran, Chief Restructuring Officer of Senior Care Centers, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* may be (i) inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours; (ii) downloaded from the Bankruptcy Court's web site at http://www.txnb.uscourts.gov/; and (iii)

66334563.2

downloaded free of charge from the website of the Debtors' proposed noticing, claims and administrative agent, Omni Management Group, Inc. ("**Omni**"), at https://omnimgt.com/SeniorCareCenters.  Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents from the Bankruptcy Court's website.  Requests for copies of the First Day Pleadings and further information regarding the First Day Hearings may also be obtained by contacting Omni via (i) email at seniorcare@omnimgt.com; (ii) telephone at (844) 378-1143; and (iii) by mail at Senior Care Centers, LLC, et al., c/o Omni Management Group, Inc., 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to any of the First Day Pleadings may be made at the respective First Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that any parties wishing to participate telephonically at the First Day Hearings may do so by dialing 1-800-873-5420 (call code: 9999#; passcode: 999#).

Dated: December 5, 2018
       Dallas, Texas

Respectfully submitted,

**POLSINELLI PC**

*/s/ Trey A. Monsour*
Trey A. Monsour (State Bar No. 14277200)
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

-and-

4

66334563.2

Jeremy R. Johnson (*Pro Hac Vice* Pending)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

## **Exhibit A**

(Sorted Alphabetically)

| #   | Debtor Name                        | Case No.  | EIN  |
|-----|------------------------------------|-----------|------|
| 1.  | Alief SCC LLC                      | 18-33987  | 0523 |
| 2.  | Bandera SCC LLC                    | 18-33989  | 0617 |
| 3.  | Baytown SCC LLC                    | 18-33992  | 0778 |
| 4.  | Beltline SCC LLC                   | 18-33996  | 7264 |
| 5.  | Booker SCC LLC                     | 18-33999  | 0967 |
| 6.  | Bossier SCC LLC                    | 18-34003  | 2017 |
| 7.  | Bradford SCC LLC                   | 18-34004  | 9535 |
| 8.  | Brinker SCC LLC                    | 18-34005  | 7304 |
| 9.  | Brownwood SCC LLC                  | 18-33968  | 0677 |
| 10. | Capitol SCC LLC                    | 18-34006  | 1750 |
| 11. | CapWest-Texas LLC                  | 18-34008  | 4897 |
| 12. | Cedar Bayou SCC LLC                | 18-34010  | 8889 |
| 13. | Clear Brook SCC LLC                | 18-34012  | 1877 |
| 14. | Colonial SCC LLC                   | 18-34014  | 4385 |
| 15. | Community SCC LLC                  | 18-33969  | 7951 |
| 16. | Corpus Christi SCC LLC             | 18-34016  | 9807 |
| 17. | Crestwood SCC LLC                  | 18-34017  | 7349 |
| 18. | Crowley SCC LLC                    | 18-33970  | 6697 |
| 19. | CTLTC Real Estate, LLC             | 18-34018  | 0202 |
| 20. | Fairpark SCC LLC                   | 18-34020  | 7381 |
| 21. | Gamble Hospice Care Central LLC    | 18-34022  | 6688 |
| 22. | Gamble Hospice Care Northeast LLC  | 18-34025  | 6661 |
| 23. | Gamble Hospice Care Northwest LLC  | 18-34027  | 2044 |
| 24. | Gamble Hospice Care of Cenla LLC   | 18-34029  | 4510 |
| 25. | Green Oaks SCC LLC                 | 18-33971  | 7218 |
| 26. | Harbor Lakes SCC LLC               | 18-33972  | 7299 |
| 27. | Harden HUD Holdco LLC              | 18-34032  | 1502 |
| 28. | Harden Non-HUD Holdco LLC          | 18-34035  | 3391 |
| 29. | Harden Pharmacy LLC                | 18-34036  | 1995 |
| 30. | Hearthstone SCC LLC                | 18-34037  | 9154 |
| 31. | Hewitt SCC LLC                     | 18-33973  | 7237 |
| 32. | HG SCC LLC                         | 18-34040  | 7415 |
| 33. | Hill Country SCC LLC               | 18-34043  | 4199 |
| 34. | Holland SCC LLC                    | 18-33974  | 1427 |
| 35. | Hunters Pond SCC LLC               | 18-34045  | 2886 |
| 36. | Jacksonville SCC LLC               | 18-34046  | 4216 |
| 37. | La Hacienda SCC LLC                | 18-34049  | 1074 |
| 38. | Lakepointe SCC LLC                 | 18-34050  | 7457 |
| 39. | Major Timbers LLC                  | 18-34052  | 7477 |
| 40. | Marlandwood East SCC LLC           | 18-34054  | 1871 |

| #   | Debtor Name                                    | Case No.   | EIN  |
|-----|------------------------------------------------|------------|------|
| 41. | Marlandwood West SCC LLC                       | 18-34058   | 2192 |
| 42. | Meadow Creek SCC LLC                           | 18-34064   | 9278 |
| 43. | Midland SCC LLC                                | 18-34065   | 4231 |
| 44. | Mill Forest Road SCC LLC                       | 18-34066   | 5137 |
| 45. | Mission SCC LLC                                | 18-33975   | 8086 |
| 46. | Mullican SCC LLC                               | 18-34067   | 7499 |
| 47. | Mystic Park SCC LLC                            | 18-34068   | 1898 |
| 48. | Normandie SCC LLC                              | 18-34069   | 1542 |
| 49. | Onion Creek SCC LLC                            | 18-34070   | 7425 |
| 50. | Park Bend SCC LLC                              | 18-34071   | 9410 |
| 51. | Pasadena SCC LLC                               | 18-34072   | 1694 |
| 52. | Pecan Tree SCC LLC                             | 18-34073   | 4241 |
| 53. | Pecan Valley SCC LLC                           | 18-34074   | 9585 |
| 54. | Pleasantmanor SCC LLC                          | 18-34075   | 7536 |
| 55. | PM Management - Allen NC LLC                   | 18-34076   | 4961 |
| 56. | PM Management - Babcock NC LLC                 | 18-34077   | 7829 |
| 57. | PM Management - Cedar Park NC LLC              | 18-34078   | 1050 |
| 58. | PM Management - Corpus Christi NC II LLC       | 18-34079   | 5231 |
| 59. | PM Management - Corpus Christi NC III LLC      | 18-34080   | 5129 |
| 60. | PM Management - Corsicana NC II LLC            | 18-34081   | 9281 |
| 61. | PM Management - Corsicana NC III LLC           | 18-34082   | 9353 |
| 62. | PM Management - Corsicana NC LLC               | 18-34083   | 1333 |
| 63. | PM Management - Denison NC LLC                 | 18-34084   | 5022 |
| 64. | PM Management - El Paso I NC LLC               | 18-34085   | 2965 |
| 65. | PM Management - Fredericksburg NC LLC          | 18-34086   | 0599 |
| 66. | PM Management - Frisco NC LLC                  | 18-34087   | 5082 |
| 67. | PM Management - Garland NC LLC                 | 18-33979   | 5137 |
| 68. | PM Management - Golden Triangle NC I LLC       | 18-33980   | 9478 |
| 69. | PM Management - Golden Triangle NC II LLC      | 18-33981   | 9536 |
| 70. | PM Management - Golden Triangle NC III LLC     | 18-33982   | 9597 |
| 71. | PM Management - Golden Triangle NC IV LLC      | 18-33983   | 9654 |
| 72. | PM Management - Killeen I NC LLC               | 18-33984   | 3105 |
| 73. | PM Management - Killeen II NC LLC              | 18-33985   | 3179 |
| 74. | PM Management - Killeen III NC LLC             | 18-33986   | 3245 |
| 75. | PM Management - Lewisville NC LLC              | 18-33988   | 5296 |
| 76. | PM Management - New Braunfels NC LLC           | 18-33990   | 6293 |
| 77. | PM Management - Park Valley NC LLC             | 18-33991   | 7186 |
| 78. | PM Management - Pflugerville AL LLC            | 18-33993   | 4007 |
| 79. | PM Management - Portland AL LLC                | 18-33994   | 5018 |
| 80. | PM Management - Portland NC LLC                | 18-33995   | 4928 |
| 81. | PM Management - Round Rock AL LLC              | 18-33997   | 5304 |
| 82. | PM Management - San Antonio NC LLC             | 18-33998   | 1216 |
| 83. | Presidential SCC LLC                           | 18-34000   | 1913 |
| 84. | Redoak SCC LLC                                 | 18-33976   | 7569 |

| #    | Debtor Name                                  | Case No.  | EIN  |
|------|----------------------------------------------|-----------|------|
| 85.  | Riverside SCC LLC                            | 18-34001  | 1889 |
| 86.  | Round Rock SCC LLC                           | 18-34002  | 8936 |
| 87.  | Rowlett SCC LLC                              | 18-34007  | 7606 |
| 88.  | Ruston SCC LLC                               | 18-34009  | 0242 |
| 89.  | RW SCC LLC                                   | 18-34011  | 7631 |
| 90.  | Sagebrook SCC LLC                            | 18-34013  | 9571 |
| 91.  | San Angelo SCC LLC                           | 18-34015  | 4254 |
| 92.  | SCC Edinburg LLC                             | 18-34019  | 1195 |
| 93.  | SCC Hospice Holdco LLC                       | 18-34021  | 3166 |
| 94.  | SCC Senior Care Investments LLC              | 18-34023  | 4123 |
| 95.  | SCC Socorro LLC                              | 18-34024  | 5459 |
| 96.  | Senior Care Center Management II LLC         | 18-34026  | 1280 |
| 97.  | Senior Care Center Management LLC            | 18-34028  | 7811 |
| 98.  | Senior Care Centers Home Health, LLC         | 18-34030  | 1931 |
| 99.  | Senior Care Centers LLC                      | 18-33967  | 8550 |
| 100. | Senior Rehab Solutions LLC                   | 18-34031  | 4829 |
| 101. | Senior Rehab Solutions North Louisiana LLC   | 18-34033  | 1690 |
| 102. | Shreveport SCC LLC                           | 18-34034  | 1659 |
| 103. | Solutions 2 Wellness LLC                     | 18-34038  | 4065 |
| 104. | South Oaks SCC LLC                           | 18-34039  | 8002 |
| 105. | Springlake ALF SCC LLC                       | 18-34041  | 2436 |
| 106. | Springlake SCC LLC                           | 18-34042  | 9102 |
| 107. | Stallings Court SCC LLC                      | 18-33977  | 7393 |
| 108. | Stonebridge SCC LLC                          | 18-34044  | 9234 |
| 109. | Stonegate SCC LLC                            | 18-33978  | 3005 |
| 110. | Summer Regency SCC LLC                       | 18-34047  | 7782 |
| 111. | TRISUN Healthcare LLC                        | 18-34048  | 2497 |
| 112. | Valley Grande SCC LLC                        | 18-34051  | 1341 |
| 113. | Vintage  SCC LLC                             | 18-34053  | 7710 |
| 114. | West Oaks SCC LLC                            | 18-34055  | 9535 |
| 115. | Western Hills SCC LLC                        | 18-34056  | 1922 |
| 116. | Weston Inn SCC LLC                           | 18-34057  | 7871 |
| 117. | Westover Hills SCC LLC                       | 18-34059  | 3303 |
| 118. | Whitesboro SCC LLC                           | 18-34060  | 7745 |
| 119. | Windcrest SCC LLC                            | 18-34061  | 9541 |
| 120. | Windmill SCC LLC                             | 18-34062  | 8067 |
| 121. | Wurzbach SCC LLC                             | 18-34063  | 9920 |