

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**Signed December 7, 2018**                           **United States Bankruptcy Judge**

_____


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Senior Care Centers, LLC, *et al.*,[1] | § | Case No. 18-33967 (BJH) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## INTERIM ORDER A ORDER AUTHORIZING PAYMENT OF
## <u>PREPETITION TAXES AND FEES</u>

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an interim order (this "**Interim Order**") authorizing the Debtors, in their discretion, to pay any prepetition Taxes and Fees owing to the Taxing Authorities; and the Court having reviewed the Motion and the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. 157 and §§ 1334(b); and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Debtors consent to entry of a final order under Article III of the United States Constitution; and the Court having found that venue of this proceeding and the

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as <u>Exhibit 1</u>.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED on an interim basis, as set forth herein.

2. The Debtors are hereby authorized, but not directed, to pay, in the ordinary course of their businesses, the prepetition taxes and fees related to Use Taxes, Licensing Fees, and Providers Fees as determined upon audit, or otherwise, to be owed for periods prior to the Petition Date, to the Taxing Authorities, provided that payments on account of prepetition Taxes and Fees shall not exceed $1,100,000.00 million on an aggregate basis during the interim period.

3. Nothing in the Motion or this Interim Order shall be construed as impairing the Debtors' rights to contest the validity or amount of any Taxes and Fees allegedly due or owing to any Taxing Authorities or priority of any claim or lien against the Debtors and all Debtors' rights with respect thereto are hereby reserved.

4. The Debtors' banks and financial institutions shall be, and are hereby authorized, when requested by the Debtors, to process, honor, and pay any and all checks or electronic fund transfers drawn on the Debtors' bank accounts to pay all prepetition Taxes and Fees owed to the Taxing Authorities, whether those checks were presented prior to or after the Petition Date, provided that sufficient funds are available in the applicable accounts to make the payments.

66416115.2

5. The Debtors' banks and financial institutions may rely on the representations of the Debtors with respect to whether any check or other transfer drawn or issued by the Debtors prior to the Petition Date should be honored pursuant to this order, and any such bank or financial institution shall not have any liability to any party for relying on such representations by the Debtors as provided for in this order.

6. Notwithstanding the relief granted herein or any actions taken hereunder, nothing contained in this order shall create any rights in favor of, or enhance the status of any claim held by, any Taxing Authority.

7. Neither the provisions contained herein, nor any actions or payments made by the Debtors pursuant to this order, shall be deemed an admission as to the validity of any underlying obligation or a waiver of any rights the Debtors may have to dispute such obligation on any ground that applicable law permits.

8. Notwithstanding anything to the contrary contained herein, any payment made or to be made under this Order, any authorization contained in this Order, or any claim for which payment is authorized hereunder, shall be subject to the requirements imposed on the Debtors under any orders of this Court approving any debtor in possession financing for, or any use of cash collateral by, the Debtors and any budget in connection therewith.

9. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this order.

10. The requirements set forth in Bankruptcy Rule 6004(a) are hereby waived.

11. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this order shall be effective and enforceable immediately upon entry hereof.

66416115.2

12. Nothing in the Motion or this Order, or the Debtors' payment of any claims pursuant to this Order, shall be deemed or construed as: (i) an admission as to the validity of any claim or lien against the Debtors or their estates, (ii) a waiver of the Debtors' rights to dispute any claim or lien, (iii) an approval or assumption of any agreement, contract, or lease pursuant to Bankruptcy Code section 365, (iv) an admission of the priority status of any claim, whether under Bankruptcy Code section 503(b)(9) or otherwise, or (v) a modification of the Debtors' rights to seek relief under any section of the Bankruptcy Code on account of any amounts owed or paid to any Taxing Authority.

13. The final hearing (the "**Final Hearing**") to consider the interim relief granted herein and entry of a final order granting balance of the relief requested in the Motion on a final basis and shall be held on December 27, 2018 at 1:00 p.m. Prevailing Central Time.

14. Any objection to the entry of a final order granting the relief requested in the Motion shall be filed with the Court and served on, no later than seven (7) days prior to the commencement of the final hearing: (a) Senior Care Centers, LLC, 600 N. Pearl Street, Suite 1100, Dallas, Texas, 75201 (Attn: Kevin O'Halloran); (b) Polsinelli PC, 600 Third Avenue, 42nd Floor, New York, New York 10016 (Attn: Jeremy Johnson), and Polsinelli PC, 2950 N. Harwood, Suite 2100, Dallas, Texas 75201 (Attn: Trey Monsour); (c) the Office of the United States for the Northern District of Texas, Earle Cabell Federal Building, 1100 Commerce Street, Room 976, Dallas, TX 75242 (Attn: Meredyth Kippes); (d) counsel to CIBC Bank USA, 190 South LaSalle Street, Suite 3700, Chicago, Illinois 60603 (Attn: John Weiss); and (e) counsel to the official committee of unsecured creditors, if one is appointed.

15. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Final Order.

66416115.2

# # # **End of Order** # # #

Ordered submitted by:

**POLSINELLI PC**

*/s/ Trey A. Monsour*
Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

-and-

Jeremy R. Johnson (*Pro Hac Vice* Pending)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## **Exhibit 1**

(Sorted Alphabetically)

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | Alief SCC LLC | 18-33987 | 0523 |
| 2. | Bandera SCC LLC | 18-33989 | 0617 |
| 3. | Baytown SCC LLC | 18-33992 | 0778 |
| 4. | Beltline SCC LLC | 18-33996 | 7264 |
| 5. | Booker SCC LLC | 18-33999 | 0967 |
| 6. | Bossier SCC LLC | 18-34003 | 2017 |
| 7. | Bradford SCC LLC | 18-34004 | 9535 |
| 8. | Brinker SCC LLC | 18-34005 | 7304 |
| 9. | Brownwood SCC LLC | 18-33968 | 0677 |
| 10. | Capitol SCC LLC | 18-34006 | 1750 |
| 11. | CapWest-Texas LLC | 18-34008 | 4897 |
| 12. | Cedar Bayou SCC LLC | 18-34010 | 8889 |
| 13. | Clear Brook SCC LLC | 18-34012 | 1877 |
| 14. | Colonial SCC LLC | 18-34014 | 4385 |
| 15. | Community SCC LLC | 18-33969 | 7951 |
| 16. | Corpus Christi SCC LLC | 18-34016 | 9807 |
| 17. | Crestwood SCC LLC | 18-34017 | 7349 |
| 18. | Crowley SCC LLC | 18-33970 | 6697 |
| 19. | CTLTC Real Estate, LLC | 18-34018 | 0202 |
| 20. | Fairpark SCC LLC | 18-34020 | 7381 |
| 21. | Gamble Hospice Care Central LLC | 18-34022 | 6688 |
| 22. | Gamble Hospice Care Northeast LLC | 18-34025 | 6661 |
| 23. | Gamble Hospice Care Northwest LLC | 18-34027 | 2044 |
| 24. | Gamble Hospice Care of Cenla LLC | 18-34029 | 4510 |
| 25. | Green Oaks SCC LLC | 18-33971 | 7218 |
| 26. | Harbor Lakes SCC LLC | 18-33972 | 7299 |
| 27. | Harden HUD Holdco LLC | 18-34032 | 1502 |
| 28. | Harden Non-HUD Holdco LLC | 18-34035 | 3391 |
| 29. | Harden Pharmacy LLC | 18-34036 | 1995 |
| 30. | Hearthstone SCC LLC | 18-34037 | 9154 |
| 31. | Hewitt SCC LLC | 18-33973 | 7237 |
| 32. | HG SCC LLC | 18-34040 | 7415 |
| 33. | Hill Country SCC LLC | 18-34043 | 4199 |
| 34. | Holland SCC LLC | 18-33974 | 1427 |
| 35. | Hunters Pond SCC LLC | 18-34045 | 2886 |
| 36. | Jacksonville SCC LLC | 18-34046 | 4216 |
| 37. | La Hacienda SCC LLC | 18-34049 | 1074 |
| 38. | Lakepointe SCC LLC | 18-34050 | 7457 |
| 39. | Major Timbers LLC | 18-34052 | 7477 |
| 40. | Marlandwood East SCC LLC | 18-34054 | 1871 |

| #   | Debtor Name                                  | Case No.  | EIN  |
|-----|----------------------------------------------|-----------|------|
| 41. | Marlandwood West SCC LLC                     | 18-34058  | 2192 |
| 42. | Meadow Creek SCC LLC                         | 18-34064  | 9278 |
| 43. | Midland SCC LLC                              | 18-34065  | 4231 |
| 44. | Mill Forest Road SCC LLC                     | 18-34066  | 5137 |
| 45. | Mission SCC LLC                              | 18-33975  | 8086 |
| 46. | Mullican SCC LLC                             | 18-34067  | 7499 |
| 47. | Mystic Park SCC LLC                          | 18-34068  | 1898 |
| 48. | Normandie SCC LLC                            | 18-34069  | 1542 |
| 49. | Onion Creek SCC LLC                          | 18-34070  | 7425 |
| 50. | Park Bend SCC LLC                            | 18-34071  | 9410 |
| 51. | Pasadena SCC LLC                             | 18-34072  | 1694 |
| 52. | Pecan Tree SCC LLC                           | 18-34073  | 4241 |
| 53. | Pecan Valley SCC LLC                         | 18-34074  | 9585 |
| 54. | Pleasantmanor SCC LLC                        | 18-34075  | 7536 |
| 55. | PM Management - Allen NC LLC                 | 18-34076  | 4961 |
| 56. | PM Management - Babcock NC LLC               | 18-34077  | 7829 |
| 57. | PM Management - Cedar Park NC LLC            | 18-34078  | 1050 |
| 58. | PM Management - Corpus Christi NC II LLC     | 18-34079  | 5231 |
| 59. | PM Management - Corpus Christi NC III LLC    | 18-34080  | 5129 |
| 60. | PM Management - Corsicana NC II LLC          | 18-34081  | 9281 |
| 61. | PM Management - Corsicana NC III LLC         | 18-34082  | 9353 |
| 62. | PM Management - Corsicana NC LLC             | 18-34083  | 1333 |
| 63. | PM Management - Denison NC LLC               | 18-34084  | 5022 |
| 64. | PM Management - El Paso I NC LLC             | 18-34085  | 2965 |
| 65. | PM Management - Fredericksburg NC LLC        | 18-34086  | 0599 |
| 66. | PM Management - Frisco NC LLC                | 18-34087  | 5082 |
| 67. | PM Management - Garland NC LLC               | 18-33979  | 5137 |
| 68. | PM Management - Golden Triangle NC I LLC     | 18-33980  | 9478 |
| 69. | PM Management - Golden Triangle NC II LLC    | 18-33981  | 9536 |
| 70. | PM Management - Golden Triangle NC III LLC   | 18-33982  | 9597 |
| 71. | PM Management - Golden Triangle NC IV LLC    | 18-33983  | 9654 |
| 72. | PM Management - Killeen I NC LLC             | 18-33984  | 3105 |
| 73. | PM Management - Killeen II NC LLC            | 18-33985  | 3179 |
| 74. | PM Management - Killeen III NC LLC           | 18-33986  | 3245 |
| 75. | PM Management - Lewisville NC LLC            | 18-33988  | 5296 |
| 76. | PM Management - New Braunfels NC LLC         | 18-33990  | 6293 |
| 77. | PM Management - Park Valley NC LLC           | 18-33991  | 7186 |
| 78. | PM Management - Pflugerville AL LLC          | 18-33993  | 4007 |
| 79. | PM Management - Portland AL LLC              | 18-33994  | 5018 |
| 80. | PM Management - Portland NC LLC              | 18-33995  | 4928 |
| 81. | PM Management - Round Rock AL LLC            | 18-33997  | 5304 |
| 82. | PM Management - San Antonio NC LLC           | 18-33998  | 1216 |
| 83. | Presidential SCC LLC                         | 18-34000  | 1913 |
| 84. | Redoak SCC LLC                               | 18-33976  | 7569 |

66416115.2

| #    | Debtor Name                                 | Case No.  | EIN  |
|------|---------------------------------------------|-----------|------|
| 85.  | Riverside SCC LLC                           | 18-34001  | 1889 |
| 86.  | Round Rock SCC LLC                          | 18-34002  | 8936 |
| 87.  | Rowlett SCC LLC                             | 18-34007  | 7606 |
| 88.  | Ruston SCC LLC                              | 18-34009  | 0242 |
| 89.  | RW SCC LLC                                  | 18-34011  | 7631 |
| 90.  | Sagebrook SCC LLC                           | 18-34013  | 9571 |
| 91.  | San Angelo SCC LLC                          | 18-34015  | 4254 |
| 92.  | SCC Edinburg LLC                            | 18-34019  | 1195 |
| 93.  | SCC Hospice Holdco LLC                      | 18-34021  | 3166 |
| 94.  | SCC Senior Care Investments LLC             | 18-34023  | 4123 |
| 95.  | SCC Socorro LLC                             | 18-34024  | 5459 |
| 96.  | Senior Care Center Management II LLC        | 18-34026  | 1280 |
| 97.  | Senior Care Center Management LLC           | 18-34028  | 7811 |
| 98.  | Senior Care Centers Home Health, LLC        | 18-34030  | 1931 |
| 99.  | Senior Care Centers LLC                     | 18-33967  | 8550 |
| 100. | Senior Rehab Solutions LLC                  | 18-34031  | 4829 |
| 101. | Senior Rehab Solutions North Louisiana LLC  | 18-34033  | 1690 |
| 102. | Shreveport SCC LLC                          | 18-34034  | 1659 |
| 103. | Solutions 2 Wellness LLC                    | 18-34038  | 4065 |
| 104. | South Oaks SCC LLC                          | 18-34039  | 8002 |
| 105. | Springlake ALF SCC LLC                      | 18-34041  | 2436 |
| 106. | Springlake SCC LLC                          | 18-34042  | 9102 |
| 107. | Stallings Court SCC LLC                     | 18-33977  | 7393 |
| 108. | Stonebridge SCC LLC                         | 18-34044  | 9234 |
| 109. | Stonegate SCC LLC                           | 18-33978  | 3005 |
| 110. | Summer Regency SCC LLC                      | 18-34047  | 7782 |
| 111. | TRISUN Healthcare LLC                       | 18-34048  | 2497 |
| 112. | Valley Grande SCC LLC                       | 18-34051  | 1341 |
| 113. | Vintage SCC LLC                             | 18-34053  | 7710 |
| 114. | West Oaks SCC LLC                           | 18-34055  | 9535 |
| 115. | Western Hills SCC LLC                       | 18-34056  | 1922 |
| 116. | Weston Inn SCC LLC                          | 18-34057  | 7871 |
| 117. | Westover Hills SCC LLC                      | 18-34059  | 3303 |
| 118. | Whitesboro SCC LLC                          | 18-34060  | 7745 |
| 119. | Windcrest SCC LLC                           | 18-34061  | 9541 |
| 120. | Windmill SCC LLC                            | 18-34062  | 8067 |
| 121. | Wurzbach SCC LLC                            | 18-34063  | 9920 |