IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---------------------------------------------------------x
In re

SENIOR CARE CENTERS, LLC, *et al.*,

                    Debtors.
---------------------------------------------------------x

Chapter 11

Case No. 18- 33967 (BJH)

(Jointly Administered)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Medline Industries, Inc. ("Medline"), by and through its counsel, Arent Fox LLP, hereby appears in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the person listed below at the following address, telephone and facsimile numbers and e-mail address:

        Robert M. Hirsh
        ARENT FOX LLP
        1301 Avenue of the Americas
        Floor 42
        New York, New York 10019
        Telephone: (212) 484-3900
        Facsimile:  (212) 484-3990
        Email: robert.hirsh@arentfox.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of Medline: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which Medline is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Medline expressly reserves.

Dated:   December 12, 2018
         New York, New York

By:   /s/ Robert M. Hirsh
      Robert M. Hirsh
      ARENT FOX LLP
      1301 Avenue of the Americas
      Floor 42
      New York, New York 10019
      Telephone: (212) 484-3900
      Facsimile: (212) 484-3990
      Email: robert.hirsh@arentfox.com

*Counsel to Medline Industries, Inc.*