United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-1079
Meredyth A. Kippes,
for the United States Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SENIOR CARE CENTERS, LLC, et al. | § § § | Case No. 18-33967-BJH-11 |
| | § § | |
| Debtors-in-Possession. | § | (Jointly Administered) |

**Appointment of the Official Unsecured Creditors' Committee**

TO THE HONORABLE BARBARA J. HOUSER, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

**Shiftkey, LLC**
**Dustin Freeman, Director of Business Development**
**2816 Thomas Avenue, 5**
**Dallas, TX 75204**
**972-200-6787**
**d.freeman@shiftkey.com**

**TXMS Real Estate Investments, Inc.**
**Clinton Malin, Executive Vice President**
**2829 Townsgate Road, Ste. 350**
**Westlake Village, CA 91361**
**805-981-8639**
**clint.malin@ltcreit.com**

**Trident USA Health**
**Thomas McCaffery, Senior Vice President**
**101 Rock Road**
**Horsham, PA 19044**
**215-375-8923**
**thomas.mccaffery@tridentusashealth.com**

**Performance Food Group, Inc.**
**Bradley Boe, Director of Credit**
**188 Inverness Drive West, Ste. 700**
**Englewood, CO 80108**
**303-898-8137**
**brad.boe@pfgc.com**

**Acadian Ambulance Service**
**James Troy Mayer, Regional Vice President**
**P.O. Box 98000**
**Lafayette, LA 70509**
**337-291-3311**

**Direct Supply, Inc.**
**Rich Lampereur, Director of Financial Services**
**6767 North Industrial Road**
**Milwaukee, WI 53223**
**414-760-8142**
**rlampereur@directs.com**

**Healthcare Services Group, Inc.**
**Raymond Terwilliger, Vice President Financial Services**
**3220 Tillman Drive, Ste. 300**
**Bensalem, PA 19020**
**215-688-4359**

**Joerns Healthcare LLC**
**Kevin Buczynski, Vice President National Revenue Cycle**
**2430 Whitehall Park Drive, Ste. 100**
**Charlotte, NC 28273**
**800-826-0270-ext. 1013**
**kevin.buczynski@joerns.com**

**Medline Industries Inc.**
**Shane Reed, Director of Credit**
**Three-Lakes Drive**
**Northfield, IL 60093**
**262-367-7501 ext. 2252**
**sreed@medline.com**

DATED:   December 14, 2018	Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

/s/ *Meredyth A. Kippes*
Meredyth A. Kippes
Trial Attorney
Texas State Bar No. 24007882
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-1079
meredyth.a.kippes@usdoj.gov