Susan C. Mathews
State Bar No. 05060650
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1300 McKinney, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701
Email:  smathews@bakerdonelson.com

**COUNSEL FOR LANCASTER POLLARD
MORTGAGE COMPANY LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In Re:** § | | **Chapter 11** |
| § | | |
| **Senior Care Centers, LLC, *et al.*,[1]** § | | **Case No. 18-33967 (BJH)** |
| § | | |
| **Debtors.** § | | **Joint Administration Pending** |

**LANCASTER POLLARD MORTGAGE COMPANY LLC'S
MOTION FOR LEAVE TO APPEAR WITHOUT LOCAL COUNSEL**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-THREE DAYS FROM THE DATE YOU WERE SERVED WITH THIS PLEADING. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

In response to Northern District of Texas Local Bankruptcy Rule 2090-4, LANCASTER POLLARD MORTGAGE COMPANY LLC ("Lancaster Pollard"), seeks leave of court to be exempted from the requirement to obtain local counsel.

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as Exhibit A.  The Debtors' mailing address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

Counsel for Lancaster Pollard, Susan C. Mathews, does not reside or maintain an office within 50 miles of the Northern District of Texas.  Ms. Mathews maintains an office in Houston, Texas and is a member of the bar of the State of Texas, in good standing, and admitted to practice in the Northern, Southern, Eastern, and Western Districts of Texas.  Counsel is prepared to perform all duties of local counsel, including appearance at hearings, as well as all other duties required by the local rules and procedures of this Court.

Therefore, Lancaster Pollard asks the Court grant this motion for leave and exempt it and its counsel, Ms. Mathews, from the requirement of obtaining local counsel under Local Bankruptcy Rule 2090-4.

Dated:  January 2, 2019.

          Respectfully submitted,

          **BAKER, DONELSON, BEARMAN,**
          **CALDWELL & BERKOWITZ**
          A Professional Corporation

          By:   */s/ Susan C. Mathews*
                 Susan C. Mathews
                 Texas Bar No. 05060650
                 smathews@bakerdonelson.com
                 1301 McKinney St., Suite 3700
                 Houston, Texas 77010
                 Telephone:  (713) 650-9700
                 Facsimile:  (713) 650-9701

          **ATTORNEYS FOR LANCASTER**
          **POLLARD MORTGAGE COMPANY LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2019, a true and correct copy of the foregoing was served via the Court's ECF system on those parties listed below and those parties registered to receive ECF notices by the Court.

**Proposed Counsel for Debtors**

Trey A. Monsour
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas  75201

Jeremy R. Johnson
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016

**United States Trustee**

Ms. Meredith A. Kippes
Stephen McKitt
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242-1699

**Proposed Counsel for the Official Committee of Unsecured Creditors**

Shari Heyen
Greenberg Traurig, LLP
1000 Louisiana, Suite 1700
Houston, Texas 77002

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 3100
Chicago, Illinois  60601

Karl G. Dial
Greenberg Traurig, LLP
2200 Ross Ave., Suite 5200
Dallas, Texas  75201

/s/ Susan C. Mathews
Susan C. Mathews

## Exhibit A

(Sorted Alphabetically)

| #   | Debtor Name                          | Case No.  | EIN  |
|-----|--------------------------------------|-----------|------|
| 1.  | Alief SCC LLC                        | 18-33987  | 0523 |
| 2.  | Bandera SCC LLC                      | 18-33989  | 0617 |
| 3.  | Baytown SCC LLC                      | 18-33992  | 0778 |
| 4.  | Beltline SCC LLC                     | 18-33996  | 7264 |
| 5.  | Booker SCC LLC                       | 18-33999  | 0967 |
| 6.  | Bossier SCC LLC                      | 18-34003  | 2017 |
| 7.  | Bradford SCC LLC                     | 18-34004  | 9535 |
| 8.  | Brinker SCC LLC                      | 18-34005  | 7304 |
| 9.  | Brownwood SCC LLC                    | 18-33968  | 0677 |
| 10. | Capitol SCC LLC                      | 18-34006  | 1750 |
| 11. | CapWest-Texas LLC                    | 18-34008  | 4897 |
| 12. | Cedar Bayou SCC LLC                  | 18-34010  | 8889 |
| 13. | Clear Brook SCC LLC                  | 18-34012  | 1877 |
| 14. | Colonial SCC LLC                     | 18-34014  | 4385 |
| 15. | Community SCC LLC                    | 18-33969  | 7951 |
| 16. | Corpus Christi SCC LLC               | 18-34016  | 9807 |
| 17. | Crestwood SCC LLC                    | 18-34017  | 7349 |
| 18. | Crowley SCC LLC                      | 18-33970  | 6697 |
| 19. | CTLTC Real Estate, LLC               | 18-34018  | 0202 |
| 20. | Fairpark SCC LLC                     | 18-34020  | 7381 |
| 21. | Gamble Hospice Care Central LLC      | 18-34022  | 6688 |
| 22. | Gamble Hospice Care Northeast LLC    | 18-34025  | 6661 |
| 23. | Gamble Hospice Care Northwest LLC    | 18-34027  | 2044 |
| 24. | Gamble Hospice Care of Cenla LLC     | 18-34029  | 4510 |
| 25. | Green Oaks SCC LLC                   | 18-33971  | 7218 |
| 26. | Harbor Lakes SCC LLC                 | 18-33972  | 7299 |
| 27. | Harden HUD Holdco LLC                | 18-34032  | 1502 |
| 28. | Harden Non-HUD Holdco LLC            | 18-34035  | 3391 |
| 29. | Harden Pharmacy LLC                  | 18-34036  | 1995 |
| 30. | Hearthstone SCC LLC                  | 18-34037  | 9154 |
| 31. | Hewitt SCC LLC                       | 18-33973  | 7237 |
| 32. | HG SCC LLC                           | 18-34040  | 7415 |
| 33. | Hill Country SCC LLC                 | 18-34043  | 4199 |
| 34. | Holland SCC LLC                      | 18-33974  | 1427 |
| 35. | Hunters Pond SCC LLC                 | 18-34045  | 2886 |
| 36. | Jacksonville SCC LLC                 | 18-34046  | 4216 |
| 37. | La Hacienda SCC LLC                  | 18-34049  | 1074 |
| 38. | Lakepointe SCC LLC                   | 18-34050  | 7457 |
| 39. | Major Timbers LLC                    | 18-34052  | 7477 |
| 40. | Marlandwood East SCC LLC             | 18-34054  | 1871 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 41. | Marlandwood West SCC LLC | 18-34058 | 2192 |
| 42. | Meadow Creek SCC LLC | 18-34064 | 9278 |
| 43. | Midland SCC LLC | 18-34065 | 4231 |
| 44. | Mill Forest Road SCC LLC | 18-34066 | 5137 |
| 45. | Mission SCC LLC | 18-33975 | 8086 |
| 46. | Mullican SCC LLC | 18-34067 | 7499 |
| 47. | Mystic Park SCC LLC | 18-34068 | 1898 |
| 48. | Normandie SCC LLC | 18-34069 | 1542 |
| 49. | Onion Creek SCC LLC | 18-34070 | 7425 |
| 50. | Park Bend SCC LLC | 18-34071 | 9410 |
| 51. | Pasadena SCC LLC | 18-34072 | 1694 |
| 52. | Pecan Tree SCC LLC | 18-34073 | 4241 |
| 53. | Pecan Valley SCC LLC | 18-34074 | 9585 |
| 54. | Pleasantmanor SCC LLC | 18-34075 | 7536 |
| 55. | PM Management - Allen NC LLC | 18-34076 | 4961 |
| 56. | PM Management - Babcock NC LLC | 18-34077 | 7829 |
| 57. | PM Management - Cedar Park NC LLC | 18-34078 | 1050 |
| 58. | PM Management - Corpus Christi NC II LLC | 18-34079 | 5231 |
| 59. | PM Management - Corpus Christi NC III LLC | 18-34080 | 5129 |
| 60. | PM Management - Corsicana NC II LLC | 18-34081 | 9281 |
| 61. | PM Management - Corsicana NC III LLC | 18-34082 | 9353 |
| 62. | PM Management - Corsicana NC LLC | 18-34083 | 1333 |
| 63. | PM Management - Denison NC LLC | 18-34084 | 5022 |
| 64. | PM Management - El Paso I NC LLC | 18-34085 | 2965 |
| 65. | PM Management - Fredericksburg NC LLC | 18-34086 | 0599 |
| 66. | PM Management - Frisco NC LLC | 18-34087 | 5082 |
| 67. | PM Management - Garland NC LLC | 18-33979 | 5137 |
| 68. | PM Management - Golden Triangle NC I LLC | 18-33980 | 9478 |
| 69. | PM Management - Golden Triangle NC II LLC | 18-33981 | 9536 |
| 70. | PM Management - Golden Triangle NC III LLC | 18-33982 | 9597 |
| 71. | PM Management - Golden Triangle NC IV LLC | 18-33983 | 9654 |
| 72. | PM Management - Killeen I NC LLC | 18-33984 | 3105 |
| 73. | PM Management - Killeen II NC LLC | 18-33985 | 3179 |
| 74. | PM Management - Killeen III NC LLC | 18-33986 | 3245 |
| 75. | PM Management - Lewisville NC LLC | 18-33988 | 5296 |
| 76. | PM Management - New Braunfels NC LLC | 18-33990 | 6293 |
| 77. | PM Management - Park Valley NC LLC | 18-33991 | 7186 |
| 78. | PM Management - Pflugerville AL LLC | 18-33993 | 4007 |
| 79. | PM Management - Portland AL LLC | 18-33994 | 5018 |
| 80. | PM Management - Portland NC LLC | 18-33995 | 4928 |
| 81. | PM Management - Round Rock AL LLC | 18-33997 | 5304 |
| 82. | PM Management - San Antonio NC LLC | 18-33998 | 1216 |
| 83. | Presidential SCC LLC | 18-34000 | 1913 |
| 84. | Redoak SCC LLC | 18-33976 | 7569 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 85. | Riverside SCC LLC | 18-34001 | 1889 |
| 86. | Round Rock SCC LLC | 18-34002 | 8936 |
| 87. | Rowlett SCC LLC | 18-34007 | 7606 |
| 88. | Ruston SCC LLC | 18-34009 | 0242 |
| 89. | RW SCC LLC | 18-34011 | 7631 |
| 90. | Sagebrook SCC LLC | 18-34013 | 9571 |
| 91. | San Angelo SCC LLC | 18-34015 | 4254 |
| 92. | SCC Edinburg LLC | 18-34019 | 1195 |
| 93. | SCC Hospice Holdco LLC | 18-34021 | 3166 |
| 94. | SCC Senior Care Investments LLC | 18-34023 | 4123 |
| 95. | SCC Socorro LLC | 18-34024 | 5459 |
| 96. | Senior Care Center Management II LLC | 18-34026 | 1280 |
| 97. | Senior Care Center Management LLC | 18-34028 | 7811 |
| 98. | Senior Care Centers Home Health, LLC | 18-34030 | 1931 |
| 99. | Senior Care Centers LLC | 18-33967 | 8550 |
| 100. | Senior Rehab Solutions LLC | 18-34031 | 4829 |
| 101. | Senior Rehab Solutions North Louisiana LLC | 18-34033 | 1690 |
| 102. | Shreveport SCC LLC | 18-34034 | 1659 |
| 103. | Solutions 2 Wellness LLC | 18-34038 | 4065 |
| 104. | South Oaks SCC LLC | 18-34039 | 8002 |
| 105. | Springlake ALF SCC LLC | 18-34041 | 2436 |
| 106. | Springlake SCC LLC | 18-34042 | 9102 |
| 107. | Stallings Court SCC LLC | 18-33977 | 7393 |
| 108. | Stonebridge SCC LLC | 18-34044 | 9234 |
| 109. | Stonegate SCC LLC | 18-33978 | 3005 |
| 110. | Summer Regency SCC LLC | 18-34047 | 7782 |
| 111. | TRISUN Healthcare LLC | 18-34048 | 2497 |
| 112. | Valley Grande SCC LLC | 18-34051 | 1341 |
| 113. | Vintage SCC LLC | 18-34053 | 7710 |
| 114. | West Oaks SCC LLC | 18-34055 | 9535 |
| 115. | Western Hills SCC LLC | 18-34056 | 1922 |
| 116. | Weston Inn SCC LLC | 18-34057 | 7871 |
| 117. | Westover Hills SCC LLC | 18-34059 | 3303 |
| 118. | Whitesboro SCC LLC | 18-34060 | 7745 |
| 119. | Windcrest SCC LLC | 18-34061 | 9541 |
| 120. | Windmill SCC LLC | 18-34062 | 8067 |
| 121. | Wurzbach SCC LLC | 18-34063 | 9920 |

66067405.2