IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case 18-33967-bjh11 |
| SENIOR CARE CENTERS, LLC *et al.*,[1] | § | |
| | § | Chapter 11 |
| Debtors, | § | (Jointly Administered) |

NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS

**TO THE HONORABLE JUDGE OF THE
UNITED STATES BANKRUPTCY COURT:**

1. PLEASE TAKE NOTICE that **ONSITE DENTISTS OF TEXAS** ("OnSite"), a creditor and party-in-interest to one or more of the JOINTLY ADMINISTERED Debtors of **SENIOR CARE CENTERS, LLC** hereby appears in the above-captioned case by its counsel, **MARK W. STOUT**, PARTNER, and **JOHN E. JOHNSON**, OF COUNSEL to **PADFIELD & STOUT, L.L.P.** *See* 11 U.S.C. § 101(10).

2. Such counsel hereby enters its appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Rules"); and such counsel hereby requests pursuant, *inter alia*, to Rules 2002, 3017 and 9007, and 11 U.S.C. § 342(e), that copies of all notices and pleadings given or filed in this case and in any adversary proceeding or contested matter filed herein be given to and served upon the undersigned at the following address and telephone number:

| | |
|---|---|
| John E. Johnson, Esq. | Mark W. Stout, Esq. |
| PADFIELD & STOUT, L.L.P. | PADFIELD & STOUT, L.L.P. |
| 705 Ross Avenue | 910 The Carnegie |
| Dallas TX 75202 | 421 W. Third Street |
| +1 214 215 6402 – telephone JEJ | Fort Worth, Texas 76102 |
| +1 817 338 1610 -- facsimile | +1 817 338 1600 – telephone JEJ |
| jjohnson@padfieldstout.com | +1 817 338 1610 -- facsimile |
| | mstout@padfieldstout.com |

---

[1] A list of all hospitum Debtors being jointly-administered, with said entity's federal tax identification number, is appended as **Addendum "A"**.

3. Please take further notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan of reorganization, disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, electronic mail, facsimile, or otherwise filed or made in or with regard to the referenced case and proceedings herein. *See* 11 U.S.C. § 1109(b) (if applicable).

4. This notice of appearance and demand for notices and papers shall not be deemed or construed to be a waiver of any rights: (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) to invoke the right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to ask the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to contend that jurisdiction or venue in this Court over any matter is improper or inappropriate.

5. REMEMBERED THIS signature this the 9th day of January, year 2018.

> Respectfully submitted,
> **PADFIELD & STOUT, L.L.P.**
>
> */s/ John E. Johnson, of counsel*
>
> MARK W. STOUT
> State Bar [Tex.] 24008096
> mstout@padfieldstout.com
> JOHN E. JOHNSON, of Counsel
> State Bar [Tex.] 24025457
> jjohnson@padfieldstout.com
> Home Office:
> 910 The Carnegie
> 421 W. Third Street
> Fort Worth, Texas 76102
> Telephone: 817 338 1616
> Telecopier: 817 338 1610
>
> Dallas Office:
> 705 Ross Avenue
> Dallas TX 75202
> Telephone: 214 215 6402
> Telecopier: 817 338 1610

**CERTIFICATE OF SERVICE**

  The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Wednesday, January 9, 2019; said e-mail provides an attributable hyperlink to the document, in portable document format, except any non-electronic served counsel; in that instance, such document was mailed via First Class United States Mail, to-wit:

SENIOR CARE CENTERS, LLC
Suite 1100, Plaza of the Americas – South Tower
600 North Pearl Street
Dallas TX 75201

Trey Monsour, Esq.
POLSINELLI PC
Suite 6400, Wells Fargo Plaza
1000 Louisiana Street
Houston TX 77002

Jeremy R. Johnson, Esq.
POLSINELLI PC
42nd Floor
600 Third Avenue
New York NY 10016

Nicholas Gribel, Esq.
POLSINELLI PC
Suite 1000, Deloitte Building
100 South Fourth Street
St Louis MO 63102

Meredyth Kippes, Esq.
UNITED STATES TRUSTEE, REGION 6
Room 976, United States Court House
1100 Commerce Street
Dallas TX 75242

Shari L. Heyen, Esq.
GREENBERG TRAURIG, LLP
Suite 1700, Wells Fargo Plaza
1000 Louisiana
Houston TX 77002

Nancy Peterman, Esq.
GREENBERG TRAURIG, LLP
Suite 3100
77 West Wacker Drive
Chicago IL 60601

                /s/ *John E. Johnson.*
                JOHN E. JOHNSON.

**Addendum A**
**(Jointly Administered Debtors [Sorted Alphabetically])**

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | Alief SCC LLC | 18-33987-11 | 0523 |
| 2. | Bandera SCC LLC | 18-33989-11 | 0617 |
| 3. | Baytown SCC LLC | 18-33992-11 | 0778 |
| 4. | Beltline SCC LLC | 18-33996-11 | 7264 |
| 5. | Booker SCC LLC | 18-33999-11 | 0967 |
| 6. | Bossier SCC LLC | 18-34003-11 | 2017 |
| 7. | Bradford SCC LLC | 18-34004-11 | 9535 |
| 8. | Brinker SCC LLC | 18-34005-11 | 7304 |
| 9. | Brownwood SCC LLC | 18-33968-11 | 0677 |
| 10. | Capitol SCC LLC | 18-34006-11 | 1750 |
| 11. | CapWest-Texas LLC | 18-34008-11 | 4897 |
| 12. | Cedar Bayou SCC LLC | 18-34010-11 | 8889 |
| 13. | Clear Brook SCC LLC | 18-34012-11 | 1877 |
| 14. | Colonial SCC LLC | 18-34014-11 | 4385 |
| 15. | Community SCC LLC | 18-33969-11 | 7951 |
| 16. | Corpus Christi SCC LLC | 18-34016-11 | 9807 |
| 17. | Crestwood SCC LLC | 18-34017-11 | 7349 |
| 18. | Crowley SCC LLC | 18-33970-11 | 6697 |
| 19. | CTLTC Real Estate, LLC | 18-34018-11 | 0202 |
| 20. | Fairpark SCC LLC | 18-34020-11 | 7381 |
| 21. | Gamble Hospice Care Central LLC | 18-34022-11 | 6688 |
| 22. | Gamble Hospice Care Northeast LLC | 18-34025-11 | 6661 |
| 23. | Gamble Hospice Care Northwest LLC | 18-34027-11 | 2044 |
| 24. | Gamble Hospice Care of Cenla LLC | 18-34029-11 | 4510 |
| 25. | Green Oaks SCC LLC | 18-33971-11 | 7218 |
| 26. | Harbor Lakes SCC LLC | 18-33972-11 | 7299 |
| 27. | Harden HUD Holdco LLC | 18-34032-11 | 1502 |
| 28. | Harden Non-HUD Holdco LLC | 18-34035-11 | 3391 |
| 29. | Harden Pharmacy LLC | 18-34036-11 | 1995 |
| 30. | Hearthstone SCC LLC | 18-34037-11 | 9154 |
| 31. | Hewitt SCC LLC | 18-33973-11 | 7237 |
| 32. | HG SCC LLC | 18-34040-11 | 7415 |
| 33. | Hill Country SCC LLC | 18-34043-11 | 4199 |
| 34. | Holland SCC LLC | 18-33974-11 | 1427 |
| 35. | Hunters Pond SCC LLC | 18-34045-11 | 2886 |
| 36. | Jacksonville SCC LLC | 18-34046-11 | 4216 |
| 37. | La Hacienda SCC LLC | 18-34049-11 | 1074 |
| 38. | Lakepointe SCC LLC | 18-34050-11 | 7457 |
| 39. | Major Timbers LLC | 18-34052-11 | 7477 |
| 40. | Marlandwood East SCC LLC | 18-34054-11 | 1871 |
| 41. | Marlandwood West SCC LLC | 18-34058-11 | 2192 |
| 42. | Meadow Creek SCC LLC | 18-34064-11 | 9278 |
| 43. | Midland SCC LLC | 18-34065-11 | 4231 |
| 44. | Mill Forest Road SCC LLC | 18-34066-11 | 5137 |
| 45. | Mission SCC LLC | 18-33975-11 | 8086 |
| 46. | Mullican SCC LLC | 18-34067-11 | 7499 |
| 47. | Mystic Park SCC LLC | 18-34068-11 | 1898 |
| 48. | Normandie SCC LLC | 18-34069-11 | 1542 |
| 49. | Onion Creek SCC LLC | 18-34070-11 | 7425 |
| 50. | Park Bend SCC LLC | 18-34071-11 | 9410 |
| 51. | Pasadena SCC LLC | 18-34072-11 | 1694 |
| 52. | Pecan Tree SCC LLC | 18-34073-11 | 4241 |
| 53. | Pecan Valley SCC LLC | 18-34074-11 | 9585 |
| 54. | Pleasantmanor SCC LLC | 18-34075-11 | 7536 |
| 55. | PM Management - Allen NC LLC | 18-34076-11 | 4961 |

| | | | |
|---|---|---|---|
| 56. | PM Management - Babcock NC LLC | 18-34077-11 | 7829 |
| 57. | PM Management - Cedar Park NC LLC | 18-34078-11 | 1050 |
| 58. | PM Management - Corpus Christi NC II LLC | 18-34079-11 | 5231 |
| 59. | PM Management - Corpus Christi NC III LLC | 18-34080-11 | 5129 |
| 60. | PM Management - Corsicana NC II LLC | 18-34081-11 | 9281 |
| 61. | PM Management - Corsicana NC III LLC | 18-34082-11 | 9353 |
| 62. | PM Management - Corsicana NC LLC | 18-34083-11 | 1333 |
| 63. | PM Management - Denison NC LLC | 18-34084-11 | 5022 |
| 64. | PM Management - El Paso I NC LLC | 18-34085-11 | 2965 |
| 65. | PM Management - Fredericksburg NC LLC | 18-34086-11 | 0599 |
| 66. | PM Management - Frisco NC LLC | 18-34087-11 | 5082 |
| 67. | PM Management - Garland NC LLC | 18-33979-11 | 5137 |
| 68. | PM Management - Golden Triangle NC I LLC | 18-33980-11 | 9478 |
| 69. | PM Management - Golden Triangle NC II LLC | 18-33981-11 | 9536 |
| 70. | PM Management - Golden Triangle NC III LLC | 18-33982-11 | 9597 |
| 71. | PM Management - Golden Triangle NC IV LLC | 18-33983-11 | 9654 |
| 72. | PM Management - Killeen I NC LLC | 18-33984-11 | 3105 |
| 73. | PM Management - Killeen II NC LLC | 18-33985-11 | 3179 |
| 74. | PM Management - Killeen III NC LLC | 18-33986-11 | 3245 |
| 75. | PM Management - Lewisville NC LLC | 18-33988-11 | 5296 |
| 76. | PM Management - New Braunfels NC LLC | 18-33990-11 | 6293 |
| 77. | PM Management - Park Valley NC LLC | 18-33991-11 | 7186 |
| 78. | PM Management - Pflugerville AL LLC | 18-33993-11 | 4007 |
| 79. | PM Management - Portland AL LLC | 18-33994-11 | 5018 |
| 80. | PM Management - Portland NC LLC | 18-33995-11 | 4928 |
| 81. | PM Management - Round Rock AL LLC | 18-33997-11 | 5304 |
| 82. | PM Management - San Antonio NC LLC | 18-33998-11 | 1216 |
| 83. | Presidential SCC LLC | 18-34000-11 | 1913 |
| 84. | Redoak SCC LLC | 18-33976-11 | 7569 |
| 85. | Riverside SCC LLC | 18-34001-11 | 1889 |
| 86. | Round Rock SCC LLC | 18-34002-11 | 8936 |
| 87. | Rowlett SCC LLC | 18-34007-11 | 7606 |
| 88. | Ruston SCC LLC | 18-34009-11 | 0242 |
| 89. | RW SCC LLC | 18-34011-11 | 7631 |
| 90. | Sagebrook SCC LLC | 18-34013-11 | 9571 |
| 91. | San Angelo SCC LLC | 18-34015-11 | 4254 |
| 92. | SCC Edinburg LLC | 18-34019-11 | 1195 |
| 93. | SCC Hospice Holdco LLC | 18-34021-11 | 3166 |
| 94. | SCC Senior Care Investments LLC | 18-34023-11 | 4123 |
| 95. | SCC Socorro LLC | 18-34024-11 | 5459 |
| 96. | Senior Care Center Management II LLC | 18-34026-11 | 1280 |
| 97. | Senior Care Center Management LLC | 18-34028-11 | 7811 |
| 98. | Senior Care Centers Home Health, LLC | 18-34030-11 | 1931 |
| 99. | Senior Care Centers LLC | 18-33967-11 | 8550 |
| 100. | Senior Rehab Solutions LLC | 18-34031-11 | 4829 |
| 101. | Senior Rehab Solutions North Louisiana LLC | 18-34033-11 | 1690 |
| 102. | Shreveport SCC LLC | 18-34034-11 | 1659 |
| 103. | Solutions 2 Wellness LLC | 18-34038-11 | 4065 |
| 104. | South Oaks SCC LLC | 18-34039-11 | 8002 |
| 105. | Springlake ALF SCC LLC | 18-34041-11 | 2436 |
| 106. | Springlake SCC LLC | 18-34042-11 | 9102 |
| 107. | Stallings Court SCC LLC | 18-33977-11 | 7393 |
| 108. | Stonebridge SCC LLC | 18-34044-11 | 9234 |
| 109. | Stonegate SCC LLC | 18-33978-11 | 3005 |
| 110. | Summer Regency SCC LLC | 18-34047-11 | 7782 |
| 111. | TRISUN Healthcare LLC | 18-34048-11 | 2497 |
| 112. | Valley Grande SCC LLC | 18-34051-11 | 1341 |
| 113. | Vintage SCC LLC | 18-34053-11 | 7710 |
| 114. | West Oaks SCC LLC | 18-34055-11 | 9535 |

| 115. | Western Hills SCC LLC   | 18-34056-11 | 1922 |
| 116. | Weston Inn SCC LLC      | 18-34057-11 | 7871 |
| 117. | Westover Hills SCC LLC  | 18-34059-11 | 3303 |
| 118. | Whitesboro SCC LLC      | 18-34060-11 | 7745 |
| 119. | Windcrest SCC LLC       | 18-34061-11 | 9541 |
| 120. | Windmill SCC LLC        | 18-34062-11 | 8067 |
| 121. | Wurzbach SCC LLC        | 18-34063-11 | 9920 |