**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| Senior Care Centers, LLC, *et al.*,[1] | § | Case No. 18-33967 (BJH) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY, STATEMENT OF LIMITATIONS, AND
DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (the "**Debtors**") in these chapter 11 cases, with the assistance of their advisors, are filing their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" or "**SOFAs**", and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**") pursuant to pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, Statement of Limitations, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached to the Schedules and Statements as <u>Exhibit A</u>.

part by any act or omission, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.

Chief Restructuring Officer Kevin O'Halloran has signed each of the Schedules and Statements. Mr. O'Halloran is an authorized signatory for the Debtors. In reviewing and signing each of the Schedules and Statements, Mr. O'Halloran has relied upon the efforts, statements, representations of various personnel employed by the Debtors and their advisors. Mr. O'Halloran has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses. Neither the Schedules and Statements, nor the Global Notes, should be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors.

### Global Notes Overview and Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate (including, without limitation): (a) the right to amend the Schedules and Statements with respect to a claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

2. **Description of Chapter 11 Cases and "As of" Information Date**. On December 4, 2018 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The

2

Debtors' chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors' assets and liabilities are reported as of the Petition Date, except as otherwise noted.

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for each of their assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book value of the Debtors' assets as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth in the Schedules and Statements.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, postemployment benefits, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statement questions, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5. **Liabilities**. The Debtors have sought to allocate assets and liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, each Debtors reserves all rights to amend, supplement, or otherwise modify its Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code section 503(b)(9). Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under Bankruptcy Code section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6. **Excluded Assets and Liabilities**. In certain instances, the Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements. The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion in the ordinary course of business, certain prepetition Claims on a postpetition basis. These schedules reflect such claims without reduction for postpetition payments on such claims. However, to the extent a claim has already been paid with respect to a prepetition claim, future disbursements on account of such claim will take into account and will be reduced by any postpetition payments already made with respect to such claim.

7.      **Insiders**. For the purposes of the Schedules and Statements, the Debtors defined "insider" pursuant to Bankruptcy Code section 101(31) as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. The parties identified as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of Bankruptcy Code section 101(31). The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.

8.      **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9.      **Executory Contracts and Unexpired Leases**. Although the Debtors have made diligent attempts to identify contracts and unexpired leases within the scope of Bankruptcy Code section 365 and to attribute an executory contract to its rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of these chapter 11 cases.

10.     **Classifications**. Listing a Claim, contract or lease on (a) Schedule D as "secured," (b) Schedule E/F, Part 1 as "priority unsecured," (c) Schedule E/F, Part 2 as "Non-priority unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

11.     **Claims Description**. Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

12.     **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties (collectively, "**Causes of Action**") as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve

4

all of their rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-claim, (e) counterclaim, (d) recoupment, and (e) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

13. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

  a.   <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

  b.   <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

  c.   <u>Liens</u>. The value of assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Currency**. All amounts are reflected in U.S. dollars unless otherwise indicated.

15. **Intercompany Receivables**. In the ordinary course of business, the Debtors engage in business relationships among each other and non-Debtor affiliates. Among the various Debtors are various intercompany receivables and payables which net out to zero. The Debtors are still reconciling amounts and will amend the Schedules and Statements accordingly.

16. As such, such intercompany accounts are not detailed in the Schedules and Statements as separate assets and liabilities. Instead, the Debtors have attached a list of their net intercompany receivables and payables hereto as <u>Exhibit 1</u>. More information regarding the Debtors' intercompany accounts may be found in the cash management motion [Docket No. 9]. The Debtors reserve all rights with respect to intercompany transfers and accounts.

17. **Setoffs**. The Debtors periodically incur certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, refunds, inadvertent payments, negotiations and/or disputes between a Debtor and its customers, suppliers and third party insurers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not

5

independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

18. **Employee Addresses**. Current employee and director addresses may be reported as the Debtors' business address throughout the Schedules and Statements, where applicable.

19. **Debtors' Addresses**. For the purposes of the Schedules and Statements, all addresses for all Debtors have been reported as the Debtors' corporate office in Dallas, Texas.

20. **Global Notes Control**. In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

### Specific Notes With Respect to the Schedules

1. **Schedule A/B – Real and Personal Property**

    a. <u>Cash and Cash Equivalents</u>. Cash and cash equivalents held in financial accounts are listed on Schedule A/B as of the Petition Date.

    b. <u>Accounts Receivable</u>. For book purposes, accounts receivable are stated at net realizable value. The fees charged by each Debtor to patients in its facilities are recorded on an accrual basis. These fees are based on the actual amount expected to be collected and are contractually adjusted with respect to individuals receiving benefits under federal and state funded programs and other third party payors.

    c. <u>Allowance for Doubtful Accounts</u>. <u>Allowance for Doubtful Accounts</u>. The allowance for doubtful accounts is estimated based on the aging of accounts receivable, historical collections data, review of specific accounts and other factors.

2. **Schedule D – Creditors Who Have Claims Secured by Property**

Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights, including certain parties from whom the Debtors may have received lien notices but whose notices the Debtors understands have not yet been filed or recorded. While reasonable efforts have been made, determination of the date upon which each claim in Schedule D was incurred or arose would be unduly burdensome or cost prohibitive, and therefore the Debtors may not list a date for each claim listed on Schedule D.

Finally, the Debtors are taking no position on the extent or priority of any particular creditor's lien in this document

3. **Schedule E/F – Creditors Who Have Unsecured Claims**

66775338.5

Certain of the claims of state and local taxing authorities set forth in Schedule E/F, ultimately may be deemed to be secured claims pursuant to state or local laws. In addition, certain of the claims owing to various taxing authorities to which any Debtor may be liable may be subject to ongoing audits. The Debtors reserve the right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority and the listing of any claim on Schedule E/F does not constitute an admission that such claim is entitled to priority treatment pursuant to Bankruptcy Code section 507.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to any Debtor. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Pursuant to the *Interim Order Authorizing Payment of (I) Certain Prepetition Workforce Claims, Including Wages, Salaries, and Other Compensation, (II) Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Reimbursement to Employees for Prepetition Expenses, (IV) Withholding and Payroll-Related Taxes, (IV) Withholding and Payroll-Related Taxes, (V) Workers' Compensation Obligations, and (VI) Prepetition Claims Owing to Administrators or Third-Party Providers* [Docket No. 78] and the *Second Interim Order Authorizing Payment of (I) Certain Prepetition Workforce Claims, Including Wages, Salaries, and Other Compensation, (II) Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Reimbursement to Employees for Prepetition Expenses, (IV) Withholding and Payroll-Related Taxes, (IV) Withholding and Payroll-Related Taxes, (V) Workers' Compensation Obligations, and (VI) Prepetition Claims Owing to Administrators or Third-Party Providers* [Docket No. 231] (together, the "**Wages Orders**"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for wages, salaries, and other compensation, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F any wage or wage-related obligations that the Debtors were granted authority to pay pursuant to any order that has been entered by the Bankruptcy Court, including the Wages Orders. The Debtors believe that, with the exception of unpaid employee bonuses, which are included on Schedule E/F part 2, all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 case pursuant to the authority granted in the Wages Orders. While the unpaid employee bonuses are currently reflected on Schedule E/F part 2, with the exception of discretionary bonuses, the analysis of these claims is continuing. Once the analysis is complete, some portion of these claims may be subject to priority treatment.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

4.      **Schedule G – Executory Contracts and Unexpired Leases**

Certain of the contracts and leases listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Debtors hereby express reserve the right to assert that any instrument listed on Schedule G is an executory contract or unexpired lease within the meaning of Bankruptcy Code section 365. Additionally, each Debtors reserves all rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement).

Certain confidentiality and non-compete agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, it is the Debtors' intent that each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

END OF GLOBAL NOTES

## Exhibit A

(Sorted Alphabetically)

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | Alief SCC LLC | 18-33987 | 0523 |
| 2. | Bandera SCC LLC | 18-33989 | 0617 |
| 3. | Baytown SCC LLC | 18-33992 | 0778 |
| 4. | Beltline SCC LLC | 18-33996 | 7264 |
| 5. | Booker SCC LLC | 18-33999 | 0967 |
| 6. | Bossier SCC LLC | 18-34003 | 2017 |
| 7. | Bradford SCC LLC | 18-34004 | 9535 |
| 8. | Brinker SCC LLC | 18-34005 | 7304 |
| 9. | Brownwood SCC LLC | 18-33968 | 0677 |
| 10. | Capitol SCC LLC | 18-34006 | 1750 |
| 11. | CapWest-Texas LLC | 18-34008 | 4897 |
| 12. | Cedar Bayou SCC LLC | 18-34010 | 8889 |
| 13. | Clear Brook SCC LLC | 18-34012 | 1877 |
| 14. | Colonial SCC LLC | 18-34014 | 4385 |
| 15. | Community SCC LLC | 18-33969 | 7951 |
| 16. | Corpus Christi SCC LLC | 18-34016 | 9807 |
| 17. | Crestwood SCC LLC | 18-34017 | 7349 |
| 18. | Crowley SCC LLC | 18-33970 | 6697 |
| 19. | CTLTC Real Estate, LLC | 18-34018 | 0202 |
| 20. | Fairpark SCC LLC | 18-34020 | 7381 |
| 21. | Gamble Hospice Care Central LLC | 18-34022 | 6688 |
| 22. | Gamble Hospice Care Northeast LLC | 18-34025 | 6661 |
| 23. | Gamble Hospice Care Northwest LLC | 18-34027 | 2044 |
| 24. | Gamble Hospice Care of Cenla LLC | 18-34029 | 4510 |
| 25. | Green Oaks SCC LLC | 18-33971 | 7218 |
| 26. | Harbor Lakes SCC LLC | 18-33972 | 7299 |
| 27. | Harden HUD Holdco LLC | 18-34032 | 1502 |
| 28. | Harden Non-HUD Holdco LLC | 18-34035 | 3391 |
| 29. | Harden Pharmacy LLC | 18-34036 | 1995 |
| 30. | Hearthstone SCC LLC | 18-34037 | 9154 |
| 31. | Hewitt SCC LLC | 18-33973 | 7237 |
| 32. | HG SCC LLC | 18-34040 | 7415 |
| 33. | Hill Country SCC LLC | 18-34043 | 4199 |
| 34. | Holland SCC LLC | 18-33974 | 1427 |
| 35. | Hunters Pond SCC LLC | 18-34045 | 2886 |
| 36. | Jacksonville SCC LLC | 18-34046 | 4216 |
| 37. | La Hacienda SCC LLC | 18-34049 | 1074 |
| 38. | Lakepointe SCC LLC | 18-34050 | 7457 |
| 39. | Major Timbers LLC | 18-34052 | 7477 |
| 40. | Marlandwood East SCC LLC | 18-34054 | 1871 |

| #   | Debtor Name | Case No. | EIN |
|-----|-------------|----------|-----|
| 41. | Marlandwood West SCC LLC | 18-34058 | 2192 |
| 42. | Meadow Creek SCC LLC | 18-34064 | 9278 |
| 43. | Midland SCC LLC | 18-34065 | 4231 |
| 44. | Mill Forest Road SCC LLC | 18-34066 | 5137 |
| 45. | Mission SCC LLC | 18-33975 | 8086 |
| 46. | Mullican SCC LLC | 18-34067 | 7499 |
| 47. | Mystic Park SCC LLC | 18-34068 | 1898 |
| 48. | Normandie SCC LLC | 18-34069 | 1542 |
| 49. | Onion Creek SCC LLC | 18-34070 | 7425 |
| 50. | Park Bend SCC LLC | 18-34071 | 9410 |
| 51. | Pasadena SCC LLC | 18-34072 | 1694 |
| 52. | Pecan Tree SCC LLC | 18-34073 | 4241 |
| 53. | Pecan Valley SCC LLC | 18-34074 | 9585 |
| 54. | Pleasantmanor SCC LLC | 18-34075 | 7536 |
| 55. | PM Management - Allen NC LLC | 18-34076 | 4961 |
| 56. | PM Management - Babcock NC LLC | 18-34077 | 7829 |
| 57. | PM Management - Cedar Park NC LLC | 18-34078 | 1050 |
| 58. | PM Management - Corpus Christi NC II LLC | 18-34079 | 5231 |
| 59. | PM Management - Corpus Christi NC III LLC | 18-34080 | 5129 |
| 60. | PM Management - Corsicana NC II LLC | 18-34081 | 9281 |
| 61. | PM Management - Corsicana NC III LLC | 18-34082 | 9353 |
| 62. | PM Management - Corsicana NC LLC | 18-34083 | 1333 |
| 63. | PM Management - Denison NC LLC | 18-34084 | 5022 |
| 64. | PM Management - El Paso I NC LLC | 18-34085 | 2965 |
| 65. | PM Management - Fredericksburg NC LLC | 18-34086 | 0599 |
| 66. | PM Management - Frisco NC LLC | 18-34087 | 5082 |
| 67. | PM Management - Garland NC LLC | 18-33979 | 5137 |
| 68. | PM Management - Golden Triangle NC I LLC | 18-33980 | 9478 |
| 69. | PM Management - Golden Triangle NC II LLC | 18-33981 | 9536 |
| 70. | PM Management - Golden Triangle NC III LLC | 18-33982 | 9597 |
| 71. | PM Management - Golden Triangle NC IV LLC | 18-33983 | 9654 |
| 72. | PM Management - Killeen I NC LLC | 18-33984 | 3105 |
| 73. | PM Management - Killeen II NC LLC | 18-33985 | 3179 |
| 74. | PM Management - Killeen III NC LLC | 18-33986 | 3245 |
| 75. | PM Management - Lewisville NC LLC | 18-33988 | 5296 |
| 76. | PM Management - New Braunfels NC LLC | 18-33990 | 6293 |
| 77. | PM Management - Park Valley NC LLC | 18-33991 | 7186 |
| 78. | PM Management - Pflugerville AL LLC | 18-33993 | 4007 |
| 79. | PM Management - Portland AL LLC | 18-33994 | 5018 |
| 80. | PM Management - Portland NC LLC | 18-33995 | 4928 |
| 81. | PM Management - Round Rock AL LLC | 18-33997 | 5304 |
| 82. | PM Management - San Antonio NC LLC | 18-33998 | 1216 |
| 83. | Presidential SCC LLC | 18-34000 | 1913 |
| 84. | Redoak SCC LLC | 18-33976 | 7569 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 85. | Riverside SCC LLC | 18-34001 | 1889 |
| 86. | Round Rock SCC LLC | 18-34002 | 8936 |
| 87. | Rowlett SCC LLC | 18-34007 | 7606 |
| 88. | Ruston SCC LLC | 18-34009 | 0242 |
| 89. | RW SCC LLC | 18-34011 | 7631 |
| 90. | Sagebrook SCC LLC | 18-34013 | 9571 |
| 91. | San Angelo SCC LLC | 18-34015 | 4254 |
| 92. | SCC Edinburg LLC | 18-34019 | 1195 |
| 93. | SCC Hospice Holdco LLC | 18-34021 | 3166 |
| 94. | SCC Senior Care Investments LLC | 18-34023 | 4123 |
| 95. | SCC Socorro LLC | 18-34024 | 5459 |
| 96. | Senior Care Center Management II LLC | 18-34026 | 1280 |
| 97. | Senior Care Center Management LLC | 18-34028 | 7811 |
| 98. | Senior Care Centers Home Health, LLC | 18-34030 | 1931 |
| 99. | Senior Care Centers LLC | 18-33967 | 8550 |
| 100. | Senior Rehab Solutions LLC | 18-34031 | 4829 |
| 101. | Senior Rehab Solutions North Louisiana LLC | 18-34033 | 1690 |
| 102. | Shreveport SCC LLC | 18-34034 | 1659 |
| 103. | Solutions 2 Wellness LLC | 18-34038 | 4065 |
| 104. | South Oaks SCC LLC | 18-34039 | 8002 |
| 105. | Springlake ALF SCC LLC | 18-34041 | 2436 |
| 106. | Springlake SCC LLC | 18-34042 | 9102 |
| 107. | Stallings Court SCC LLC | 18-33977 | 7393 |
| 108. | Stonebridge SCC LLC | 18-34044 | 9234 |
| 109. | Stonegate SCC LLC | 18-33978 | 3005 |
| 110. | Summer Regency SCC LLC | 18-34047 | 7782 |
| 111. | TRISUN Healthcare LLC | 18-34048 | 2497 |
| 112. | Valley Grande SCC LLC | 18-34051 | 1341 |
| 113. | Vintage SCC LLC | 18-34053 | 7710 |
| 114. | West Oaks SCC LLC | 18-34055 | 9535 |
| 115. | Western Hills SCC LLC | 18-34056 | 1922 |
| 116. | Weston Inn SCC LLC | 18-34057 | 7871 |
| 117. | Westover Hills SCC LLC | 18-34059 | 3303 |
| 118. | Whitesboro SCC LLC | 18-34060 | 7745 |
| 119. | Windcrest SCC LLC | 18-34061 | 9541 |
| 120. | Windmill SCC LLC | 18-34062 | 8067 |
| 121. | Wurzbach SCC LLC | 18-34063 | 9920 |

| Debtor Name | **Senior Care Centers, LLC** |
|---|---|
| **United States Bankruptcy Court for the Northern District of Texas** | |
| Case number (if known): | **18-33967** |

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

---

### Part 1: Summary of Assets

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $0.00

1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $16,049,191.97

1c. **Total of all property:**
   Copyline 92 from *Schedule A/B*.................................................................................. $16,049,191.97

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D........................... $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total of amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from the line 5a of *Schedule E/F*............................................. $54,076.99

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total amount of claims from Part 2 from line 5b of *Schedule E/F*................................. **+** $16,334,721.97

4. **Total liabilities** .......................................................................................... $16,388,798.96
   Lines 2 + 3a + 3b

| | |
|---|---|
| Debtor Name | **Senior Care Centers, LLC** |
| **United States Bankruptcy Court for the Northern District of Texas** | |
| Case number (if known): | **18-33967** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash of cash equivalents owned or controlled by the debtor**
   
   Current value of debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | CIBC | CHECKING | 2001 | $0.00 |
| 3.2 | CIBC | CHECKING | 2051 | $0.00 |

4. **Other cash equivalents**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
   
   $0.00

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

6.1

Debtor  Senior Care Centers, LLC                                    Case Number (if known) 18-33967

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1 | Security Deposits | $428,513.21 |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1 | Escrow Accounts, Restricted Cash, Cap Exp | ($8,111.43) |
| 8.2 | Restricted Cash Advance Property Tax | $28,715.21 |
| 8.3 | Escrow Insurance, Restricted Cash | $4,688.29 |
| 8.4 | Restricted Cash - Great American Insurance Company Security Loss Fund | $768,333.34 |
| 8.5 | Restricted Cash-MBS Indemnification Escrow | $7,600,000.00 |
| 9. | **Total of Part 2**<br>Add lines 7 through 8.  Copy the total to line 81. | **$8,822,138.62** |

| Part 3: | Accounts Receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ = 
face amount         doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = 
face amount         doubtful or uncollectible accounts

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

Debtor  Senior Care Centers, LLC                                   Case Number (if known) 18-33967

13.1

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. **Mutual funds of publicly traded stocks not included in Part 1** | | | |
| Name of fund or stock: | | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| Name of entity: | % of ownership: | | |
| 15.1  Partners Pharmacy, LLC | 40% Investment In Profit And Loss | Fair Market Value | $2,484,391.00 |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | | |
| Describe: | | | |

| 17. **Total of Part 4** | |
|---|---|
| Add lines 14 through 16. Copy the total to line 83. | **$2,484,391.00** |

**Part 5:**  Inventory, excluding agricultural assets

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

| 23. **Total of Part 5** | |
|---|---|
| Add lines 19 through 22. Copy the total to line 84. | |

Debtor  Senior Care Centers, LLC                                    Case Number (if known) 18-33967

24.  **Is any of the property listed in Part 5 perishable?**

☐ No.

☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

|  | General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops - either planted of harvested** | | | |
| 29. | **Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| 30. | **Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |

Debtor  Senior Care Centers, LLC

Case Number (if known) 18-33967

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.
☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.
☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.
☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

Debtor  Senior Care Centers, LLC                              Case Number (if known) 18-33967

| | | | | |
|---|---|---|---|---|
| 39.1 | Furniture & Fixtures | | Unknown | $265,752.05 |

**40. Office fixtures**

| | | | | |
|---|---|---|---|---|
| 40.1 | Leasehold Improvements | $270,030.70 | Unknown | $270,030.70 |

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| | | | | |
|---|---|---|---|---|
| 41.1 | Building Fixed Equipment | $2,450.62 | Unknown | $2,450.62 |
| 41.2 | Computer Systems & Software | $4,093,859.77 | Unknown | $4,093,859.77 |
| 41.3 | Department Equipment | $1,165.00 | Unknown | $1,165.00 |

**42. Collectibles**

Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                                          **$4,633,258.14**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 8:      Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 47.1 | FORD 150 1FTEX1CP3FKD76544 | $9,999.89 | Unknown | $9,999.89 |
| 47.2 | FORD 150 1FTEX1CP5FKD76545 | $9,999.89 | Unknown | $9,999.89 |

Debtor  Senior Care Centers, LLC                                    Case Number (if known) 18-33967

| | | | | |
|---|---|---|---|---|
| 47.3 | FORD 150 1FTEX1CP8FKE97828 | $9,999.89 | Unknown | $9,999.89 |
| 47.4 | Other Transporation-Cost | Unknown | Unknown | Unknown |

48. **Watercraft, trailers, motors, and related accessories**
   Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 50.1 | ( See Exhibit ) | unknown | $70,861.54 |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.                     **$100,861.21**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No.
   ☑ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No.
   ☐ Yes.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor  Senior Care Centers, LLC                                Case Number (if known) 18-33967

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

     ☐ No.
     ☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☐ No.
     ☐ Yes.

**Part 10:**     **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.
     ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 61.1  sccltc.com | Unknown | Unknown | |
| 61.2  senior-care-centers.com | Unknown | Unknown | |
| 61.3  seniorcarecentersltc.com | Unknown | Unknown | |
| 61.4  seniorcarecentersltc.net | Unknown | Unknown | |
| 61.5  sccchamps.com | Unknown | Unknown | |
| 61.6  scc-champs.com | Unknown | Unknown | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |

Debtor  Senior Care Centers, LLC                    Case Number (if known) 18-33967

**64.   Other intangibles, or intellectual property**

| | | | |
|---|---|---|---|
| 64.1 | SCC Granite Portfolio purchase in 2014 | Cost Approach | $2,016,666.47 |
| 64.2 | Leases assumed during the Trisun-Harden Acquisition (Ranger Project) | Cost Approach | $ 10,931,697.99 |
| 64.3 | Trisun-Harden Non-Compete (Ranger Project | Cost Approach | $ 200,800.00 |

**65.   Goodwill**

| | | | |
|---|---|---|---|
| 65.1 | CLTC Real Estate | Cost Approach | $21,239,258.00 |
| 65.2 | Ranger FMV Adjustment | Cost Approach | ($409,720.00) |
| 65.3 | Ranger Acquisition | Cost Approach | ($1,338,661.00) |
| 65.4 | Recognized Deferred Asset Liability | Cost Approach | ($13,632,166.00) |
| 65.5 | Audit Adjustment (Audit) | Cost Approach | $190,457.75 |
| 65.6 | WO Goodwill  For MBS Sale | Cost Approach | ($1,800,403.00) |

**66.   Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.

**67.   Do your lists or records include personally identifiable information of customers?**

☐ No.

☐ Yes.

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.

☐ Yes.

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 11:**      **All other assets**

Debtor  Senior Care Centers, LLC                                    Case Number (if known) 18-33967

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

70.1

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

_____   -   _____   =

Total face amount        Doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Case No. 2016-Dcl-02228 Senior Care Centers, LLC Plaintiff                                    $8,543.00

**Nature of claim**          undisclosed defects in a facility SCC acquired

**Amount Requested**      $8,543

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount Requested**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**

Examples: Season tickets, country club membership

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $8,543.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

Debtor  Senior Care Centers, LLC                                    Case Number (if known) 18-33967

**Part 12:**    **Summary**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.**   *Copy line 5, Part 1.* | $0.00 | |
| 81. | **Deposits and prepayments.**   *Copy line 9, Part 2.* | $8,822,138.62 | |
| 82. | **Accounts receivable.**   *Copy line 12, Part 3.* | | |
| 83. | **Investments.**   *Copy line 17, Part 4.* | $2,484,391.00 | |
| 84. | **Inventory.**   *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.**   *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,633,258.14 | |
| 87. | **Machinery, equipment, and vehicles.**   *Copy line 51, Part 8.* | $100,861.21 | |
| 88. | **Real Property.**   *Copy line 56, Part 9.* | | |
| 89. | **Intangibles and intellectual property.**   *Copy line 66, Part 10.* | | |
| 90. | **All other assets.**   *Copy line 78, Part 11.* | $8,543.00 | |
| 91. | **Total.**   Add lines 80 through 90 for each column. | 91a. $16,049,191.97 | **+** 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92........................................................................... | | $16,049,191.97 |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 8, QUESTION 50

OTHER MACHINERY, FIXTURES, AND EQUIPMENT
(EXCLUDING FARM MACHINERY AND EQUIPMENT)

**Senior Care Centers LLC**
**Case No. 18-33967**
**Schedule AB-50: Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Legal Name | Facility Name | Facility # | General Description | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Senior Care Centers LLC | Dallas Corporate Office | 50 | ADP, INC. | 8,635.34 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | ADP, INC. | 8,635.34 |
| | | | **ADP, INC.          Total** | 17,270.68 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | AUTOMOTIVE RENTALS INC | 9.50 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | AUTOMOTIVE RENTALS INC | 9.50 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | AUTOMOTIVE RENTALS INC | 25.00 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | AUTOMOTIVE RENTALS INC | 25.00 |
| | | | **AUTOMOTIVE RENTALS INC          Total** | 69.00 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | DENITECH CORPORATION (DES MOIN | 1,212.08 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | DENITECH CORPORATION (DES MOIN | 1,217.58 |
| | | | **DENITECH CORPORATION (DES MOIN    Total** | 2,429.66 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 423.26 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 5,141.88 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 672.32 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 144.20 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 13.30 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 44.10 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 67.90 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 554.40 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 17.50 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 50.40 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 50.40 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 144.20 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 13.30 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 554.40 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 44.10 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 17.50 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 67.90 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 17.50 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 44.10 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 554.40 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 13.30 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 144.20 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 50.40 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | Oper_Gen._SCC Mgmt | 67.90 |
| | | | **Oper_Gen._SCC Mgmt          Total** | 8,912.86 |
| Senior Care Centers LLC | Dallas Corporate Office | 50 | XEROX FINANCIAL SERVICES LLC | 42,179.34 |
| | | | **XEROX FINANCIAL SERVICES LLC     Total** | 42,179.34 |
| | | | **Grand   Total** | 70,861.54 |

| | |
|---|---|
| Debtor Name | **Senior Care Centers, LLC** |

**United States Bankruptcy Court for the Northern District of Texas**

Case number (if known):    **18-33967**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D - Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Creditor's name

## NONE

Creditor's mailing address

Describe debtor's property that is subject to a lien

Describe the lien
_____

Creditor's email address, if known

Date debt was incurred
_____

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| Debtor Name | **Senior Care Centers, LLC** |

**United States Bankruptcy Court for the Northern District of Texas**

Case number (if known): **18-33967**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*  (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | **Priority creditor's name and mailing address** <br> ADRIANNE JONES <br> ADDRESS REDACTED | **As of the petition filing date, the claim is:** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $48.63 | $48.63 |
|---|---|---|---|---|
| | **Date or dates debt was incurred** <br> 10/1/2018 | **Basis for the claim:** <br> EMPLOYEE | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     ) | | | |

| 2.2 | **Priority creditor's name and mailing address** <br> ALBERTO CASAREZ <br> ADDRESS REDACTED | **As of the petition filing date, the claim is:** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $19.99 | $19.99 |
|---|---|---|---|---|
| | **Date or dates debt was incurred** <br> 5/12/2015 | **Basis for the claim:** <br> EMPLOYEE | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     ) | | | |

| 2.3 | **Priority creditor's name and mailing address** <br> ALICE CHEN <br> ADDRESS REDACTED | **As of the petition filing date, the claim is:** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $77.00 | $77.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred** <br> 8/17/2017 | **Basis for the claim:** <br> EMPLOYEE | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4     ) | | | |

Debtor Name   **Senior Care Centers, LLC**      Case number (if known): **18-33967**

**Part 1:**   **Additional Page**

| | | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**2.4** Priority creditor's name and mailing address
ALICIA GUERRERO
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$125.25      $125.25

**Date or dates debt was incurred**
9/17/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address
ALLEN MALL - #165
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$103.99      $103.99

**Date or dates debt was incurred**
8/10/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address
ALLISON MARTIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$54.56      $54.56

**Date or dates debt was incurred**
6/4/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address
ALLISON SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.77      $29.77

**Date or dates debt was incurred**
8/8/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**  Case number (if known): **18-33967**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.8** | **Priority creditor's name and mailing address**
AMANDA BURNETT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $751.77  $751.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.9** | **Priority creditor's name and mailing address**
AMY ELIZONDO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $28.15  $28.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1/11/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.10** | **Priority creditor's name and mailing address**
ANDREW KERR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $10,144.84  $10,144.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
8/18/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.11** | **Priority creditor's name and mailing address**
ANGIE HART
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $381.80  $381.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2/26/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.12** | **Priority creditor's name and mailing address**
ARAIN MCCLAIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$590.51**    Priority amount **$590.51**

**Date or dates debt was incurred**
7/24/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.13** | **Priority creditor's name and mailing address**
ASHLEY PERKINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$409.71**    Priority amount **$409.71**

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.14** | **Priority creditor's name and mailing address**
AZUCENA RIVERA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$19.81**    Priority amount **$19.81**

**Date or dates debt was incurred**
12/11/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.15** | **Priority creditor's name and mailing address**
BERNARDO RUIZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$247.04**    Priority amount **$247.04**

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

---

**2.16** Priority creditor's name and mailing address
BETH MCCARTY
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $22.96    Priority amount $22.96

**Date or dates debt was incurred**
10/25/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.17** Priority creditor's name and mailing address
BETHANY WALKER
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $2,158.57    Priority amount $2,158.57

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.18** Priority creditor's name and mailing address
BILLIE JO NUNNERY
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $90.76    Priority amount $90.76

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.19** Priority creditor's name and mailing address
BRITNEY RESTIVO
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $100.00    Priority amount $100.00

**Date or dates debt was incurred**
12/3/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|----------------|---------------------|

---

**2.20** Priority creditor's name and mailing address
CANDACE PITKIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $283.63  **Priority amount** $283.63

**Date or dates debt was incurred**
11/28/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.21** Priority creditor's name and mailing address
CASEY MANASCO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $75.48  **Priority amount** $75.48

**Date or dates debt was incurred**
6/19/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.22** Priority creditor's name and mailing address
CASEY WARD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $22.00  **Priority amount** $22.00

**Date or dates debt was incurred**
9/25/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.23** Priority creditor's name and mailing address
CATHY DEAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $45.45  **Priority amount** $45.45

**Date or dates debt was incurred**
9/25/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name    **Senior Care Centers, LLC**        Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.24**   **Priority creditor's name and mailing address**
CATHY HENDERSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $17.27       $17.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/16/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.25**   **Priority creditor's name and mailing address**
CHARLES R STEWART
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $6.98       $6.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
8/22/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.26**   **Priority creditor's name and mailing address**
CHRISTINA STAGG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $489.89       $489.89

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2/28/2014

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.27**   **Priority creditor's name and mailing address**
CHRISTOPHER DAVIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $18.00       $18.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/7/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Senior Care Centers, LLC**          Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.28** Priority creditor's name and mailing address
CHRISTOPHER HODGE
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $250.00     **Priority amount** $250.00

Date or dates debt was incurred
11/16/2018

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.29** Priority creditor's name and mailing address
CLAIRE FREEMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $99.90     **Priority amount** $99.90

Date or dates debt was incurred
5/24/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.30** Priority creditor's name and mailing address
CLAUDIA FLORES
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $202.38     **Priority amount** $202.38

Date or dates debt was incurred
9/29/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.31** Priority creditor's name and mailing address
CONSLAR SANDERS
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $195.06     **Priority amount** $195.06

Date or dates debt was incurred
3/1/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Senior Care Centers, LLC**        Case number (if known): **18-33967**

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

---

**2.32**   Priority creditor's name and mailing address
CORTNEY LEIGH POWELL
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $39.43    **Priority amount** $39.43

Date or dates debt was incurred
Various

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.33**   Priority creditor's name and mailing address
COURTNEY ARMSTRONG
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $8.07    **Priority amount** $8.07

Date or dates debt was incurred
12/12/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.34**   Priority creditor's name and mailing address
DAMENA METTA
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $16.00    **Priority amount** $16.00

Date or dates debt was incurred
7/31/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.35**   Priority creditor's name and mailing address
DANIELA VELASQUEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $33.14    **Priority amount** $33.14

Date or dates debt was incurred
8/3/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Senior Care Centers, LLC**                Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.36** **Priority creditor's name and mailing address**
DANYELL YOUNG
ADDRESS REDACTED

**Total claim** $168.00     **Priority amount** $168.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.37** **Priority creditor's name and mailing address**
DARRYLE FEATHERSTONE
ADDRESS REDACTED

**Total claim** $138.56     **Priority amount** $138.56

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/19/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.38** **Priority creditor's name and mailing address**
DAVID BOLKOVAC
ADDRESS REDACTED

**Total claim** $557.36     **Priority amount** $557.36

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.39** **Priority creditor's name and mailing address**
DAVID DE LOS SANTOS
ADDRESS REDACTED

**Total claim** $10.52     **Priority amount** $10.52

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/10/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name  **Senior Care Centers, LLC**  Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.40** Priority creditor's name and mailing address
DAVID DOCKERY
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10.00**     **$10.00**

Date or dates debt was incurred
5/24/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.41** Priority creditor's name and mailing address
DAWN KUSER
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**$532.98**     **$532.98**

Date or dates debt was incurred
8/3/2015

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.42** Priority creditor's name and mailing address
DEDEE CRAMER
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**$120.00**     **$120.00**

Date or dates debt was incurred
10/17/2018

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.43** Priority creditor's name and mailing address
DEMI STIEWERT
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**$77.00**     **$77.00**

Date or dates debt was incurred
10/25/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | **Senior Care Centers, LLC** | Case number (if known): **18-33967** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.44** Priority creditor's name and mailing address
DESIREE HODGE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$24.49      $24.49

**Date or dates debt was incurred**
4/20/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.45** Priority creditor's name and mailing address
DIANA URISTA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$358.80      $358.80

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.46** Priority creditor's name and mailing address
DIANNE BARBARA EDWARDS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.50      $29.50

**Date or dates debt was incurred**
3/15/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.47** Priority creditor's name and mailing address
DIANNE H. THOMPSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$222.82      $222.82

**Date or dates debt was incurred**
1/5/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|

**2.48** Priority creditor's name and mailing address
DON THOMPSON
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$151.61      $151.61

Date or dates debt was incurred
11/15/2018

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.49** Priority creditor's name and mailing address
DONA GERON
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$34.22      $34.22

Date or dates debt was incurred
Various

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.50** Priority creditor's name and mailing address
DONNA EANES
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$26.70      $26.70

Date or dates debt was incurred
5/25/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.51** Priority creditor's name and mailing address
EDWARD BERNACKI
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$349.14      $349.14

Date or dates debt was incurred
11/15/2018

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|
| | | | **Total claim** | **Priority amount** |

---

**2.52** | **Priority creditor's name and mailing address**
ELENA CANTU
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$532.65**    Priority amount: **$532.65**

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.53** | **Priority creditor's name and mailing address**
ELISA SALAZAR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$27.85**    Priority amount: **$27.85**

**Date or dates debt was incurred**
8/10/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.54** | **Priority creditor's name and mailing address**
ELIZABETH ARMSTONG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$112.50**    Priority amount: **$112.50**

**Date or dates debt was incurred**
5/5/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.55** | **Priority creditor's name and mailing address**
ELIZABETH HERNANDEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$94.37**    Priority amount: **$94.37**

**Date or dates debt was incurred**
10/25/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

| Debtor Name | **Senior Care Centers, LLC** | Case number (if known): **18-33967** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.56**

**Priority creditor's name and mailing address**
EMILY ROBERSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $170.68   **Priority amount** $170.68

**Date or dates debt was incurred**
5/9/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.57**

**Priority creditor's name and mailing address**
ERIKA CASTANEDA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $21.22   **Priority amount** $21.22

**Date or dates debt was incurred**
11/9/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.58**

**Priority creditor's name and mailing address**
EZEQUIEL OROZCO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $210.84   **Priority amount** $210.84

**Date or dates debt was incurred**
10/27/2014

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.59**

**Priority creditor's name and mailing address**
FELISHA LONG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $99.00   **Priority amount** $99.00

**Date or dates debt was incurred**
4/30/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name  **Senior Care Centers, LLC**    Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.60** Priority creditor's name and mailing address
FRAN FRITZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $721.96    $721.96
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
4/30/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.61** Priority creditor's name and mailing address
FREDRICK JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $9.90    $9.90
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
9/5/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.62** Priority creditor's name and mailing address
GARY PERKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $12.93    $12.93
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
7/18/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.63** Priority creditor's name and mailing address
GAYE SPRINGER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $16.29    $16.29
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
3/2/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Debtor Name **Senior Care Centers, LLC**                Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.64** **Priority creditor's name and mailing address**
GILBERTO RIVERA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.69                $22.69

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.65** **Priority creditor's name and mailing address**
GLYNN BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$353.07                $353.07

**Date or dates debt was incurred**
4/25/2013

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.66** **Priority creditor's name and mailing address**
GORDON YELVERTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$3.23                $3.23

**Date or dates debt was incurred**
8/31/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.67** **Priority creditor's name and mailing address**
GRADY TREW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.31                $35.31

**Date or dates debt was incurred**
11/25/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Senior Care Centers, LLC**        Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.68**   **Priority creditor's name and mailing address**
GUENET TEFERRA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $50.00     $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
9/14/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.69**   **Priority creditor's name and mailing address**
HEIDI WEAR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $78.19     $78.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/31/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.70**   **Priority creditor's name and mailing address**
HOLLY NICLE TUNSTALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $101.91     $101.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2/28/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.71**   **Priority creditor's name and mailing address**
HOPE BURCHFIELD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $1,074.24     $1,074.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/15/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**    Case number (if known): **18-33967**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.72** Priority creditor's name and mailing address
JACQUELINE COOK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $140.00          $140.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
6/1/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.73** Priority creditor's name and mailing address
JAMES LEE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $652.61          $652.61
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
5/9/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.74** Priority creditor's name and mailing address
JANICE NCWILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $22.59          $22.59
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
10/29/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.75** Priority creditor's name and mailing address
JASON STALLWORTH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**          $12.41          $12.41
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
7/25/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Senior Care Centers, LLC**        Case number (if known): **18-33967**

| **Part 1:** | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.76** | **Priority creditor's name and mailing address**
JAYLON FANE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$23.29**      **$23.29**

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.77** | **Priority creditor's name and mailing address**
JENNIFER WOMACK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12.58**      **$12.58**

**Date or dates debt was incurred**
4/6/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.78** | **Priority creditor's name and mailing address**
JEREMY TUNSTALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8.00**      **$8.00**

**Date or dates debt was incurred**
11/2/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.79** | **Priority creditor's name and mailing address**
JILL M JESSUP
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**$101.62**      **$101.62**

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

**Part 1:**   **Additional Page**

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.80** | **Priority creditor's name and mailing address**
JILL PAYNE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$85.50**   Priority amount: **$85.50**

**Date or dates debt was incurred**
4/21/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.81** | **Priority creditor's name and mailing address**
JILL SAUNDERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$64.91**   Priority amount: **$64.91**

**Date or dates debt was incurred**
7/31/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.82** | **Priority creditor's name and mailing address**
JODI HAMILTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$381.15**   Priority amount: **$381.15**

**Date or dates debt was incurred**
5/26/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.83** | **Priority creditor's name and mailing address**
JOE MILLS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$6.98**   Priority amount: **$6.98**

**Date or dates debt was incurred**
12/28/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.84**   **Priority creditor's name and mailing address**
JOHN LACLAIRE
ADDRESS REDACTED

**Date or dates debt was incurred**
5/11/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $6.60    Priority amount: $6.60

---

**2.85**   **Priority creditor's name and mailing address**
JONATHAN ALVARADO
ADDRESS REDACTED

**Date or dates debt was incurred**
5/24/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $132.01    Priority amount: $132.01

---

**2.86**   **Priority creditor's name and mailing address**
JONATHAN E MESA
ADDRESS REDACTED

**Date or dates debt was incurred**
2/1/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $15.00    Priority amount: $15.00

---

**2.87**   **Priority creditor's name and mailing address**
JORDAN HALL
ADDRESS REDACTED

**Date or dates debt was incurred**
1/17/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $23.22    Priority amount: $23.22

Debtor Name **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.88** Priority creditor's name and mailing address
JORGE BECERRA
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $68.05    **Priority amount** $68.05

Date or dates debt was incurred
5/25/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.89** Priority creditor's name and mailing address
JOSE GARCIA
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $68.57    **Priority amount** $68.57

Date or dates debt was incurred
9/15/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.90** Priority creditor's name and mailing address
JOSHUA LAWRENCE
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $126.11    **Priority amount** $126.11

Date or dates debt was incurred
11/26/2018

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.91** Priority creditor's name and mailing address
JOY HEARD
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $13.52    **Priority amount** $13.52

Date or dates debt was incurred
1/31/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.92**   **Priority creditor's name and mailing address**
JUANITA MCCARTY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $404.47      $404.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/10/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.93**   **Priority creditor's name and mailing address**
JULIA LANIER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,083.67      $2,083.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/30/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.94**   **Priority creditor's name and mailing address**
JULIE EDDLEMON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $267.99      $267.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.95**   **Priority creditor's name and mailing address**
JULIO ROMERO
ADDRESS REDACTED

As of the petition filing date, the claim is:    $12.99      $12.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/22/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 1:** | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.96** Priority creditor's name and mailing address
JUSTIN EASTEPP
ADDRESS REDACTED

As of the petition filing date, the claim is:  $600.08   $600.08
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
10/30/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.97** Priority creditor's name and mailing address
JUSTIN VANLEEUWEN
ADDRESS REDACTED

As of the petition filing date, the claim is:  $14.08   $14.08
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
10/16/2018

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.98** Priority creditor's name and mailing address
KABIRU SONEKAN
ADDRESS REDACTED

As of the petition filing date, the claim is:  $1,605.14   $1,605.14
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/18/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.99** Priority creditor's name and mailing address
KARI BEARDEN
ADDRESS REDACTED

As of the petition filing date, the claim is:  $29.99   $29.99
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/19/2015

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name    **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| **Part 1:** | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.100**   **Priority creditor's name and mailing address**
KATHRYN SMITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $21.59     $21.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/5/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.101**   **Priority creditor's name and mailing address**
KATHRYN YODER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $358.13     $358.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2/27/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.102**   **Priority creditor's name and mailing address**
KATIA STONER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $41.20     $41.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
9/1/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.103**   **Priority creditor's name and mailing address**
KATRESE SIMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $27.10     $27.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/15/2013

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.104** **Priority creditor's name and mailing address**
KATTIE HAWKINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$10.44**   Priority amount **$10.44**

**Date or dates debt was incurred**
2/2/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.105** **Priority creditor's name and mailing address**
KAVIN BIZZELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$130.71**   Priority amount **$130.71**

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.106** **Priority creditor's name and mailing address**
KEAGAN BRADLEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$168.75**   Priority amount **$168.75**

**Date or dates debt was incurred**
3/31/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.107** **Priority creditor's name and mailing address**
KELCIE GRIGGS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$10.00**   Priority amount **$10.00**

**Date or dates debt was incurred**
8/15/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

---

**2.108**

**Priority creditor's name and mailing address**
KELLI MARX
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$442.26**  Priority amount: **$442.26**

**Date or dates debt was incurred**
10/12/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.109**

**Priority creditor's name and mailing address**
KENA SUMMERVILLE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$19.49**  Priority amount: **$19.49**

**Date or dates debt was incurred**
10/17/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.110**

**Priority creditor's name and mailing address**
KENNA HOWARD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$726.79**  Priority amount: **$726.79**

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.111**

**Priority creditor's name and mailing address**
KIM NGUYEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$66.00**  Priority amount: **$66.00**

**Date or dates debt was incurred**
7/6/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.112** | **Priority creditor's name and mailing address**
KIMBERLY LANE HOLDER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,934.77   **Priority amount** $1,934.77

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.113** | **Priority creditor's name and mailing address**
KIRK LYNCH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $4.90   **Priority amount** $4.90

**Date or dates debt was incurred**
11/29/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.114** | **Priority creditor's name and mailing address**
KRISTINE L CARCAREY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $87.47   **Priority amount** $87.47

**Date or dates debt was incurred**
8/30/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.115** | **Priority creditor's name and mailing address**
KRISTOPHER OLVERA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $9.46   **Priority amount** $9.46

**Date or dates debt was incurred**
6/14/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Senior Care Centers, LLC**                      Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.116** Priority creditor's name and mailing address
L. CHERI THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:       $45.69       $45.69

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/19/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.117** Priority creditor's name and mailing address
LAURA WILTGEN
ADDRESS REDACTED

As of the petition filing date, the claim is:       $53.12       $53.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/21/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.118** Priority creditor's name and mailing address
LAUREN SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:       $543.79       $543.79

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/24/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

---

**2.119** Priority creditor's name and mailing address
LEGINA SCHOOLER
ADDRESS REDACTED

As of the petition filing date, the claim is:       $104.50       $104.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/19/2018

Basis for the claim:
EMPLOYEE

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4      )

Debtor Name **Senior Care Centers, LLC**  Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.120** Priority creditor's name and mailing address
LESLIE DRAPER
ADDRESS REDACTED

As of the petition filing date, the claim is:  $177.47  $177.47

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.121** Priority creditor's name and mailing address
LEZLIE MICHAEL
ADDRESS REDACTED

As of the petition filing date, the claim is:  $136.00  $136.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/27/2018

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.122** Priority creditor's name and mailing address
LILIAM MIDENCE
ADDRESS REDACTED

As of the petition filing date, the claim is:  $45.78  $45.78

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
8/29/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.123** Priority creditor's name and mailing address
LINDA BARNETT
ADDRESS REDACTED

As of the petition filing date, the claim is:  $75.76  $75.76

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/16/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---|---|

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.124** **Priority creditor's name and mailing address**
LINDA SMITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $45.00   **Priority amount** $45.00

**Date or dates debt was incurred**
10/16/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.125** **Priority creditor's name and mailing address**
LISA F. ROBINSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $337.36   **Priority amount** $337.36

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.126** **Priority creditor's name and mailing address**
LISA ROBINSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $255.08   **Priority amount** $255.08

**Date or dates debt was incurred**
11/30/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.127** **Priority creditor's name and mailing address**
LLOY POPE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $97.03   **Priority amount** $97.03

**Date or dates debt was incurred**
3/30/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**    Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.128** | **Priority creditor's name and mailing address**
LOREE SCHLENTZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $38.33  **Priority amount** $38.33

**Date or dates debt was incurred**
10/26/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.129** | **Priority creditor's name and mailing address**
MABEL CASANOVA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $186.22  **Priority amount** $186.22

**Date or dates debt was incurred**
11/16/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.130** | **Priority creditor's name and mailing address**
MADELYN LANGDON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $187.48  **Priority amount** $187.48

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.131** | **Priority creditor's name and mailing address**
MAFE WOZNIAK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $627.96  **Priority amount** $627.96

**Date or dates debt was incurred**
7/17/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

---

**2.132** Priority creditor's name and mailing address
MAGGIE LOEPPKY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $244.05  Priority amount: $244.05

**Date or dates debt was incurred**
6/9/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.133** Priority creditor's name and mailing address
MARGARITA HERNANDEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $158.23  Priority amount: $158.23

**Date or dates debt was incurred**
11/1/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.134** Priority creditor's name and mailing address
MARGIE RHODES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $27.54  Priority amount: $27.54

**Date or dates debt was incurred**
9/21/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.135** Priority creditor's name and mailing address
MARIA LUNA - 168
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $9.73  Priority amount: $9.73

**Date or dates debt was incurred**
10/29/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name **Senior Care Centers, LLC**                                  Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.136** Priority creditor's name and mailing address
MARIA PALACIOS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $758.19    $758.19
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Various

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.137** Priority creditor's name and mailing address
MARISA WADE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $54.10    $54.10
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
11/12/2018

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.138** Priority creditor's name and mailing address
MARK WALTERS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $491.40    $491.40
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
9/15/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.139** Priority creditor's name and mailing address
MARSHA PARCHMAN
ADDRESS REDACTED

As of the petition filing date, the claim is:    $308.21    $308.21
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Various

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name **Senior Care Centers, LLC**        Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.140** | **Priority creditor's name and mailing address**
MARTHA RICHARDSON
ADDRESS REDACTED

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$340.00 | $340.00

---

**2.141** | **Priority creditor's name and mailing address**
MARTHA SANCHEZ
ADDRESS REDACTED

**Date or dates debt was incurred**
10/30/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$159.66 | $159.66

---

**2.142** | **Priority creditor's name and mailing address**
MARVENA MINER
ADDRESS REDACTED

**Date or dates debt was incurred**
10/1/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$607.73 | $607.73

---

**2.143** | **Priority creditor's name and mailing address**
MARY E TAYLOR
ADDRESS REDACTED

**Date or dates debt was incurred**
12/1/2015

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$54.02 | $54.02

---

Debtor Name **Senior Care Centers, LLC**     Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |

**2.144** **Priority creditor's name and mailing address**
MARY MCCUMBER-BELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$62.82                $62.82

**Date or dates debt was incurred**
11/14/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.145** **Priority creditor's name and mailing address**
MARY MESSICK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$6.59                $6.59

**Date or dates debt was incurred**
12/27/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.146** **Priority creditor's name and mailing address**
MARY WILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$11.95                $11.95

**Date or dates debt was incurred**
6/30/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.147** **Priority creditor's name and mailing address**
MEGAN A HARVEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$8.79                $8.79

**Date or dates debt was incurred**
6/30/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**                        Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.148** Priority creditor's name and mailing address
MELANI K MANNING
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $243.40          $243.40
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
3/20/2014

**Basis for the claim:**
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.149** Priority creditor's name and mailing address
MELISSA CARTER
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $9.07            $9.07
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
3/19/2018

**Basis for the claim:**
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.150** Priority creditor's name and mailing address
MERCIA RYOBA
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $9.68            $9.68
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
5/19/2017

**Basis for the claim:**
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

---

**2.151** Priority creditor's name and mailing address
MICHAEL MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $82.07           $82.07
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Various

**Basis for the claim:**
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4    )

Debtor Name     **Senior Care Centers, LLC**                  Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.152**   **Priority creditor's name and mailing address**
MICHAEL YOUNG
ADDRESS REDACTED

**Date or dates debt was incurred**
3/21/2016

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $4.50          $4.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.153**   **Priority creditor's name and mailing address**
MICHAELA ISON
ADDRESS REDACTED

**Date or dates debt was incurred**
1/23/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $80.00          $80.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.154**   **Priority creditor's name and mailing address**
MICHELLE WIGGINS
ADDRESS REDACTED

**Date or dates debt was incurred**
6/21/2017

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $311.92          $311.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.155**   **Priority creditor's name and mailing address**
MIKELANNE SAENZ
ADDRESS REDACTED

**Date or dates debt was incurred**
9/10/2018

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $200.70          $200.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|

**2.156** Priority creditor's name and mailing address
MILDRED HILL
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $10.80   **Priority amount** $10.80

Date or dates debt was incurred
9/9/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.157** Priority creditor's name and mailing address
MILLICENT TEMPLIN
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $195.93   **Priority amount** $195.93

Date or dates debt was incurred
Various

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.158** Priority creditor's name and mailing address
MIRIAN COLLINS
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $92.41   **Priority amount** $92.41

Date or dates debt was incurred
3/24/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.159** Priority creditor's name and mailing address
MISTI LEWIS
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $31.50   **Priority amount** $31.50

Date or dates debt was incurred
Various

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name  **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.160** | **Priority creditor's name and mailing address**
NANCY FLOWERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$219.20**     Priority amount: **$219.20**

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4       )

---

**2.161** | **Priority creditor's name and mailing address**
NATASHA HATHAWAY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$660.98**     Priority amount: **$660.98**

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4       )

---

**2.162** | **Priority creditor's name and mailing address**
OSCAR GUTIERREZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$35.00**     Priority amount: **$35.00**

**Date or dates debt was incurred**
11/1/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4       )

---

**2.163** | **Priority creditor's name and mailing address**
PAMELA GADISON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$116.73**     Priority amount: **$116.73**

**Date or dates debt was incurred**
9/30/2014

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4       )

Debtor Name  **Senior Care Centers, LLC**                                  Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.164** | Priority creditor's name and mailing address
PATRICIA BASAVE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $29.83            $29.83
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
7/25/2015

Basis for the claim:
EMPLOYEE

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.165** | Priority creditor's name and mailing address
PATRICIA SHELTON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $213.63           $213.63
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
10/1/2018

Basis for the claim:
EMPLOYEE

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.166** | Priority creditor's name and mailing address
PATRICIA STETAR
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $54.49            $54.49
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/15/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

---

**2.167** | Priority creditor's name and mailing address
PATRICIA V. SUGGS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $12.00            $12.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
6/17/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Debtor Name    **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---------|------------------|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.168**  **Priority creditor's name and mailing address**
PATRICK DRIGGERS
ADDRESS REDACTED

As of the petition filing date, the claim is:        $104.04        $104.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/4/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.169**  **Priority creditor's name and mailing address**
PATSY GONZALEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:        $20.55        $20.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
9/20/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.170**  **Priority creditor's name and mailing address**
PAULA DUNCAN
ADDRESS REDACTED

As of the petition filing date, the claim is:        $18.00        $18.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
9/28/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.171**  **Priority creditor's name and mailing address**
PAULA FAIR
ADDRESS REDACTED

As of the petition filing date, the claim is:        $211.62        $211.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/26/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Senior Care Centers, LLC**          Case number (if known): **18-33967**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.172** **Priority creditor's name and mailing address**
PAYDEN BARRICK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $17.09      **Priority amount** $17.09

**Date or dates debt was incurred**
6/30/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.173** **Priority creditor's name and mailing address**
PERRI MCGOWEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $10.28      **Priority amount** $10.28

**Date or dates debt was incurred**
1/5/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.174** **Priority creditor's name and mailing address**
PRINCESITA DEJESUS-BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $8.27      **Priority amount** $8.27

**Date or dates debt was incurred**
4/30/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.175** **Priority creditor's name and mailing address**
RACHEL NACHTIGALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,899.70      **Priority amount** $1,899.70

**Date or dates debt was incurred**
4/14/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.176** | **Priority creditor's name and mailing address**
RANELL PARKS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$22.48**  Priority amount **$22.48**

**Date or dates debt was incurred**
6/8/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.177** | **Priority creditor's name and mailing address**
RAS RUHMANN JR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$38.09**  Priority amount **$38.09**

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.178** | **Priority creditor's name and mailing address**
REBEKAH WHITE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$72.71**  Priority amount **$72.71**

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.179** | **Priority creditor's name and mailing address**
RENITA BILLINGSLEA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$30.71**  Priority amount **$30.71**

**Date or dates debt was incurred**
8/16/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**    Case number (if known): **18-33967**

| **Part 1:** | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |

**2.180** Priority creditor's name and mailing address
RHONDA LUCKEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $107.00    $107.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
7/19/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.181** Priority creditor's name and mailing address
RICHARD NEWELL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $50.74    $50.74
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
1/5/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.182** Priority creditor's name and mailing address
ROBERT D FUDGE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $48.24    $48.24
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Various

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.183** Priority creditor's name and mailing address
ROBERTO MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $1,805.90    $1,805.90
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
6/26/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name **Senior Care Centers, LLC**
Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.184** Priority creditor's name and mailing address
ROGER HARVILL
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$50.00**   **$50.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/27/2017

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.185** Priority creditor's name and mailing address
ROSE CARTER
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$111.63**   **$111.63**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/15/2018

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.186** Priority creditor's name and mailing address
ROXSAND GUERRERO
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$40.50**   **$40.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/19/2017

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.187** Priority creditor's name and mailing address
SABRINA HOOKS
ADDRESS REDACTED

As of the petition filing date, the claim is:   **$29.05**   **$29.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/1/2018

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name    **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.188** **Priority creditor's name and mailing address**
SACHA CLARKE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $19.60      $19.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2/1/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.189** **Priority creditor's name and mailing address**
SANDRA GLENN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $443.24      $443.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.190** **Priority creditor's name and mailing address**
SARA ALLEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $19.81      $19.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/20/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.191** **Priority creditor's name and mailing address**
SARAH M JOHNSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $11.95      $11.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/30/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**                              Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.192**

Priority creditor's name and mailing address
SAVANNAH POUNDS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $122.97          $122.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/28/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.193**

Priority creditor's name and mailing address
SHANDEL BLAKE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $322.90          $322.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.194**

Priority creditor's name and mailing address
SHANNON HUDSON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $102.48          $102.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.195**

Priority creditor's name and mailing address
SHARON BRADLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $12.84          $12.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
9/1/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.196** | Priority creditor's name and mailing address
SHARON FRANCIS
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$68.80     $68.80

**Date or dates debt was incurred**
7/1/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4       )

---

**2.197** | Priority creditor's name and mailing address
SHEILA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$51.60     $51.60

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4       )

---

**2.198** | Priority creditor's name and mailing address
SHELBEE MURRAY
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$7.00     $7.00

**Date or dates debt was incurred**
8/30/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4       )

---

**2.199** | Priority creditor's name and mailing address
SHELLEY ROBINETT
ADDRESS REDACTED

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$5.94     $5.94

**Date or dates debt was incurred**
10/28/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4       )

Debtor Name **Senior Care Centers, LLC**    Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.200** **Priority creditor's name and mailing address**
SHELLIE A RICHARD-THOMAS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $13.00    $13.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/1/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.201** **Priority creditor's name and mailing address**
SHIRLEY LIVINGSTON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $47.99    $47.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/13/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.202** **Priority creditor's name and mailing address**
SHUNETHIA JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $23.94    $23.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/10/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.203** **Priority creditor's name and mailing address**
SILVIA OCON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $50.00    $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/18/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.204** Priority creditor's name and mailing address
STACEY TOWNS
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$37.49     $37.49

Date or dates debt was incurred
1/31/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.205** Priority creditor's name and mailing address
STACY CLASBY
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$196.93     $196.93

Date or dates debt was incurred
Various

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.206** Priority creditor's name and mailing address
STEPHANIE SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$39.52     $39.52

Date or dates debt was incurred
6/20/2018

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.207** Priority creditor's name and mailing address
SUSAN KRALL
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$493.22     $493.22

Date or dates debt was incurred
12/2/2018

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.208** | **Priority creditor's name and mailing address**
SUSAN LABREE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $52.35    $52.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.209** | **Priority creditor's name and mailing address**
TAMARA M MAYER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $9.72    $9.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1/10/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.210** | **Priority creditor's name and mailing address**
TANEICHA S. GRADY-BRAVO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $42.79    $42.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/10/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.211** | **Priority creditor's name and mailing address**
TARA R STEWART
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $257.41    $257.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/2/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name **Senior Care Centers, LLC**                Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.212** Priority creditor's name and mailing address
TEXOLLA WEST
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $635.99    Priority amount: $635.99

Date or dates debt was incurred
10/3/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.213** Priority creditor's name and mailing address
THERESA CHRISTOPHER
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $205.83    Priority amount: $205.83

Date or dates debt was incurred
2/12/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.214** Priority creditor's name and mailing address
TIFFANY ADAMS
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $43.87    Priority amount: $43.87

Date or dates debt was incurred
4/20/2017

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.215** Priority creditor's name and mailing address
TIM VAN ALLEN
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $100.00    Priority amount: $100.00

Date or dates debt was incurred
1/27/2016

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name **Senior Care Centers, LLC**        Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.216** Priority creditor's name and mailing address
TONIA BELLARD
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$971.25**    **$971.25**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
9/1/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.217** Priority creditor's name and mailing address
TONYA THIELE
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$97.21**    **$97.21**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
9/26/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.218** Priority creditor's name and mailing address
TRACEY NEAL
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$119.96**    **$119.96**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
9/16/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.219** Priority creditor's name and mailing address
VALERIE SANCHEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$78.46**    **$78.46**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
6/5/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Senior Care Centers, LLC**                  Case number (if known): **18-33967**

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.220** | **Priority creditor's name and mailing address**
VANESSA WREN
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $101.69 **Priority amount** $101.69

**Date or dates debt was incurred**
11/28/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.221** | **Priority creditor's name and mailing address**
VERNA REGIER
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $122.88 **Priority amount** $122.88

**Date or dates debt was incurred**
2/9/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.222** | **Priority creditor's name and mailing address**
VERONICA FRUGE
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $7.79 **Priority amount** $7.79

**Date or dates debt was incurred**
10/6/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.223** | **Priority creditor's name and mailing address**
VICTORIA A. DELA FUENTE
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $15.00 **Priority amount** $15.00

**Date or dates debt was incurred**
12/15/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Senior Care Centers, LLC**                                  Case number (if known): **18-33967**

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.224**  **Priority creditor's name and mailing address**
VICTORIA CISSE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $36.00    **Priority amount** $36.00

**Date or dates debt was incurred**
3/16/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.225**  **Priority creditor's name and mailing address**
WENDY BELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $446.64    **Priority amount** $446.64

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.226**  **Priority creditor's name and mailing address**
YOLANDA JUDY YOUNG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $30.85    **Priority amount** $30.85

**Date or dates debt was incurred**
4/10/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.227**  **Priority creditor's name and mailing address**
ZAN JONES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $199.90    **Priority amount** $199.90

**Date or dates debt was incurred**
1/15/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Senior Care Centers, LLC**                                      Case number (if known): **18-33967**

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.228**  **Priority creditor's name and mailing address**
ZIPPORAH RICE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $21.00                $21.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/23/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

---

**2.229**  **Priority creditor's name and mailing address**
ZORAHAIDA GARZA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $8.65                $8.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/28/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4        )

Debtor Name    **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

                                                                           Amount of claim

**3.1**    **Nonpriority creditor's name and mailing address**

1717 WEST 6TH STREET(TX), LLC
4700 WILSHIRE BLVD.
LOS ANGELES, CA 90010

**As of the petition filing date, the claim is:**     $1,023.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Date or dates debt was incurred**
7/20/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**    **Nonpriority creditor's name and mailing address**

AACA PARTS & SUPPLIES
3227 MILITARY PARKWAY
MESQUITE, TX 75149

**As of the petition filing date, the claim is:**     $920.01

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**    **Nonpriority creditor's name and mailing address**

AANAC
400 S COLORADO BLVD #600
DENVER, CO 80246

**As of the petition filing date, the claim is:**     $3,524.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**    **Nonpriority creditor's name and mailing address**

ACCESS POINT INC.
P.O. BOX 842447
BOSTON, MA 02284-2447

**As of the petition filing date, the claim is:**     $101.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
11/15/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

| **3.5** | **Nonpriority creditor's name and mailing address**<br>ACEPROJECT<br>212-825 LEBOURGNEU BLVD<br>QC G2J 0B9<br>CANADA | As of the petition filing date, the claim is:<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE PAYABLE | $129.00 |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**<br>5/8/2018 | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **3.6** | **Nonpriority creditor's name and mailing address**<br>ADP, INC.<br>P.O. BOX 78415<br>PHOENIX, AZ 85062-8415 | As of the petition filing date, the claim is:<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE PAYABLE | $164,817.69 |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**<br>Various | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **3.7** | **Nonpriority creditor's name and mailing address**<br>ADRIAN ROBLES<br>5500 OVERPASS RD APT 308<br>BUDA, TX 78610 | As of the petition filing date, the claim is:<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>PATIENT REFUNDS | $202.79 |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**<br>12/4/2018 | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **3.8** | **Nonpriority creditor's name and mailing address**<br>ADRIANNE JONES<br>ADDRESS REDACTED | As of the petition filing date, the claim is:<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>EMPLOYEE | $48.63 |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**<br>10/1/2018 | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor Name     **Senior Care Centers, LLC**                                Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.9**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $4,085.33
AHS-MEDREC, INC. D/B/A MEDREC
85 NE LOOP 410, STE 610                                      [X] Contingent
SAN ANTONIO, TX 78216                                       [ ] Unliquidated
                                                            [ ] Disputed

                                                            **Basis for the claim:**
**Date or dates debt was incurred**                         CONTRACT LABOR
10/20/2018

**Last 4 digits of account number**                         **Is the claim subject to offset?**
                                                            [✓] No
                                                            [ ] Yes

**3.10**  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:          $19.99
ALBERTO CASAREZ
ADDRESS REDACTED                                            [ ] Contingent
                                                            [ ] Unliquidated
                                                            [ ] Disputed

                                                            **Basis for the claim:**
**Date or dates debt was incurred**                         EMPLOYEE
5/12/2015

**Last 4 digits of account number**                         **Is the claim subject to offset?**
                                                            [✓] No
                                                            [ ] Yes

**3.11**  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:          $77.00
ALICE CHEN
ADDRESS REDACTED                                            [ ] Contingent
                                                            [ ] Unliquidated
                                                            [ ] Disputed

                                                            **Basis for the claim:**
**Date or dates debt was incurred**                         EMPLOYEE
8/17/2017

**Last 4 digits of account number**                         **Is the claim subject to offset?**
                                                            [✓] No
                                                            [ ] Yes

**3.12**  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:          $125.25
ALICIA GUERRERO
ADDRESS REDACTED                                            [ ] Contingent
                                                            [ ] Unliquidated
                                                            [ ] Disputed

                                                            **Basis for the claim:**
**Date or dates debt was incurred**                         EMPLOYEE
9/17/2018

**Last 4 digits of account number**                         **Is the claim subject to offset?**
                                                            [✓] No
                                                            [ ] Yes

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

ALL IN ONE POSTER COMPANY INC
1156 N GILBERT ST
ANAHEIM, CA 92801

**As of the petition filing date, the claim is:**  $106.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

ALL-PUMP & EQUIP. CO.
5811 KANSAS
HOUSTON, TX 77007-1199

**As of the petition filing date, the claim is:**  $4,243.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
7/9/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

ALLEN MALL - #165
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $103.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
8/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

ALLIANCE INSURANCE GROUP
360 E TENTH AVENUE SUITE 101
EUGENE, OR 97401

**As of the petition filing date, the claim is:**  $15,625.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INSURANCE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.17** | **Nonpriority creditor's name and mailing address**
ALLIED FIRE PROTECTION, LP
P.O. BOX 2842
PEARLAND, TX 77588

**As of the petition filing date, the claim is:** $1,325.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**
ALLISON MARTIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $54.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
6/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**
ALLISON SMITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $29.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
8/8/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**
ALLSCRIPTS
P.O. BOX 60030
CHARLOTTE, NC 28260-0030

**As of the petition filing date, the claim is:** $37,768.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
10/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.21** **Nonpriority creditor's name and mailing address**
ALPHEUS DATA SERVICES, LLC
P.O. BOX 301630
DALLAAS, TX 75303

**Date or dates debt was incurred**
9/1/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,345.53

---

**3.22** **Nonpriority creditor's name and mailing address**
ALTERNATIVE BUSINESS AUTOMATIO
2000 E RANDOL MILLS RD STE 610
ARLINGTON, TX 76011

**Date or dates debt was incurred**
9/15/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$307.80

---

**3.23** **Nonpriority creditor's name and mailing address**
AMANDA BURNETT
ADDRESS REDACTED

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$751.77

---

**3.24** **Nonpriority creditor's name and mailing address**
AMARILLO CORPORATE SERVICES, L
500 SOUTH TAYLOR, SUITE 1100, LB 219
AMARILLO, TX 79101

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,500.00

---

Debtor Name    **Senior Care Centers, LLC**                                    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.25** **Nonpriority creditor's name and mailing address**

AMERICAN HEALTHTECH
P.O. BOX 12310
JACKSON, MS 39236

**As of the petition filing date, the claim is:**    $40,686.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

AMY ELIZONDO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $28.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
1/11/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**

ANDREW KERR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $10,144.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
8/18/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**

ANGIE HART
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $381.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
2/26/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.29** | **Nonpriority creditor's name and mailing address**
ARAIN MCCLAIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $590.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
7/24/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
ARANSAS PROPANE CO. , INC.
P.O. BOX 2460
ROCKPORT, TX 78381

**As of the petition filing date, the claim is:**                    $104.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
8/23/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
ARMADA ADMINISTRATORS
P.O. BOX 37769
BALTIMORE, MD 21297-3769

**As of the petition filing date, the claim is:**                    $17,727.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INSURANCE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
ASHLEY PERKINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $409.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.33**   **Nonpriority creditor's name and mailing address**
ASPIRE INFO SOLUTIONS , INC
2238 LONGVIEW RD
IRVING, TX 75063

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
10/29/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

**3.34**   **Nonpriority creditor's name and mailing address**
AT&T
P.O. BOX 105068
ATLANTA, GA 30348-5068

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
11/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$26.06

**3.35**   **Nonpriority creditor's name and mailing address**
AT&T -5014
P.O. BOX 5014
CAROL STREAM, IL 60197-5014

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$580.02

**3.36**   **Nonpriority creditor's name and mailing address**
AT&T 105262
P.O. BOX 105262
ATLANTA, GA 30348-5262

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
9/22/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$13.22

Debtor Name     **Senior Care Centers, LLC**                                      Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.37** | Nonpriority creditor's name and mailing address
AT&T 105414
P.O. BOX 105414
ATLANTA, GA 30348

As of the petition filing date, the claim is:          $1,082.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38** | Nonpriority creditor's name and mailing address
AT&T MOBILITY - 6463
P.O. BOX 8229
AURORA, IL 60572-8229

As of the petition filing date, the claim is:          $88.49
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
1/5/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39** | Nonpriority creditor's name and mailing address
AT&T/ 5001
P.O. BOX 5001
CAROL STREAM, IL 60197-5001

As of the petition filing date, the claim is:          $458.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.40** | Nonpriority creditor's name and mailing address
AT&T019
P.O. BOX 5094 AT&T
CAROL STREAM, IL 60197-5094

As of the petition filing date, the claim is:          $1,212.02
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name     **Senior Care Centers, LLC**                                    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.41**

**Nonpriority creditor's name and mailing address**
ATLAS, HALL & RODRIGUEZ
P.O. BOX 3725
MCALLEN, TX 78502

**As of the petition filing date, the claim is:**                               $4,548.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL SERVICES

**Date or dates debt was incurred**
11/19/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.42**

**Nonpriority creditor's name and mailing address**
ATMOS ENERGY
1005 CONVENTION PLAZA
ST. LOUIS, MO 63101

**As of the petition filing date, the claim is:**                               $29,156.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43**

**Nonpriority creditor's name and mailing address**
AUSTIN GERIATRIC SPECIALISTS
1108 LAVACA ST.
STE. 110 - 320
AUSTIN, TX 78701

**As of the petition filing date, the claim is:**                               $1,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
6/5/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44**

**Nonpriority creditor's name and mailing address**
AUSTIN GERIATRIC SPECIALISTS P
#320 603 WEST 13TH STREET #1A
AUSTIN, TX 78701

**As of the petition filing date, the claim is:**                               $1,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
9/5/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Senior Care Centers, LLC**        Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.45**

**Nonpriority creditor's name and mailing address**
AUTOMOTIVE RENTALS INC
P.O. BOX 8500-4375
PHILADELPHIA, PA 19178-4375

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,304.73

**3.46**

**Nonpriority creditor's name and mailing address**
AVATT SERVICES INC
340 CR 260
LIBERTY HILL, TX 78642

**Date or dates debt was incurred**
6/15/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$609.24

**3.47**

**Nonpriority creditor's name and mailing address**
AVAYA INC.
211 MT AIRY ROAD
BASKING RIDGE, NJ 07920

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$787.92

**3.48**

**Nonpriority creditor's name and mailing address**
AVAYA INC. (NEW YORK)
P.O. BOX 5332
NEW YORK, NY 10087-5332

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$359.94

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.49**

**Nonpriority creditor's name and mailing address**
AZUCENA RIVERA
ADDRESS REDACTED

**Date or dates debt was incurred**
12/11/2016

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$19.81

---

**3.50**

**Nonpriority creditor's name and mailing address**
BARNETT & GARCIA PLLC
3821 JUNIPER TRACE
SUITE 108
AUSTIN, TX 78738

**Date or dates debt was incurred**
11/8/2018

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,175.00

---

**3.51**

**Nonpriority creditor's name and mailing address**
BAXTER HEALTHCARE CORP
P.O. BOX 730531
DALLAS, TX 75373

**Date or dates debt was incurred**
3/31/2018

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$419.92

---

**3.52**

**Nonpriority creditor's name and mailing address**
BCM ONE
P.O. BOX 36204
NEWARK, NJ 07188-0001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,146.90

---

Debtor Name    **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.53**   Nonpriority creditor's name and mailing address
BEARD KULTGEN BROPHY BOSTWICK
220 SOUTH FOURTH STREET
WACO, TX 76701

As of the petition filing date, the claim is:    $300.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
LEGAL SERVICES

**Date or dates debt was incurred**
9/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.54**   Nonpriority creditor's name and mailing address
BERNARDO RUIZ
ADDRESS REDACTED

As of the petition filing date, the claim is:    $247.04
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.55**   Nonpriority creditor's name and mailing address
BETH MCCARTY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $22.96
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/25/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.56**   Nonpriority creditor's name and mailing address
BETHANY WALKER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $2,158.57
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name **Senior Care Centers, LLC**   Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.57** **Nonpriority creditor's name and mailing address**
BILLIE JO NUNNERY
ADDRESS REDACTED

As of the petition filing date, the claim is:                                $90.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
Various                                        EMPLOYEE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**
BILLY SMITH
106 NORTH BELTLINE
106 NORTH BELTLINE
GARLAND, TX 75040

As of the petition filing date, the claim is:                                $26.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
12/4/2018                                      TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

**3.59** **Nonpriority creditor's name and mailing address**
BIOMEDICAL WASTE SOLUTIONS, LL
P.O. BOX 26019
DEPT. 7063
BEAUMONT, TX 77720

As of the petition filing date, the claim is:                              $1,498.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
Various                                        UTILITIES

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**
BIRCH COMMUNICATIONS
DEPT 2544
P.O. BOX 122544
DALLAS, TX 75312-2544

As of the petition filing date, the claim is:                             $48,855.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
Various                                        UTILITIES

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

Debtor Name  **Senior Care Centers, LLC**                                    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.61** **Nonpriority creditor's name and mailing address**
BKD, LLP
1034 W. MAIN STREET
BRANSON, MO 65615-1277

**As of the petition filing date, the claim is:**                    $184,535.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.62** **Nonpriority creditor's name and mailing address**
BLACKWELL AND DUNCAN PLLC
15851 N DALLAS PKWY
STE 600
ADDISON, TX 75001

**As of the petition filing date, the claim is:**                    $18.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
6/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**
BLANKS PRINTING AND IMAGING
2343 NORTH BECKLEY
DALLAS, TX 75208

**As of the petition filing date, the claim is:**                    $45,996.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**
BLUEBIRD BROADBAND SERVICES
1325 BARKSDALE BLVD
STE#100
BOSSIER CITY, LA 71111

**As of the petition filing date, the claim is:**                    $698.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Senior Care Centers, LLC**        Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.65**

**Nonpriority creditor's name and mailing address**
BRASWELL OFFICE SYSTEMS
301 MESQUITE
CORPUS CHRISTI, TX 78401

**Date or dates debt was incurred**
8/2/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $27.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66**

**Nonpriority creditor's name and mailing address**
BRITNEY RESTIVO
ADDRESS REDACTED

**Date or dates debt was incurred**
12/3/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.67**

**Nonpriority creditor's name and mailing address**
BRYAN KEITH WHITE
1307 SYLVAN CT
ARLINGTON, TX 76012

**Date or dates debt was incurred**
1/1/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $3,600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68**

**Nonpriority creditor's name and mailing address**
BULK TV AND INTERNET
8537 SIX FORKS ROAD, SUITE 100
RALEIGH, NC 27615

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $41,975.62
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Senior Care Centers, LLC**

Case number (if known): **18-33967**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | | **Amount of claim** |
|---|---|---|

**3.69**

**Nonpriority creditor's name and mailing address**
BURTON METAL WORKS
105 METRO DRIVE
TERRELL, TX 75160-9105

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**$645.00**

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70**

**Nonpriority creditor's name and mailing address**
C. DAVID GARVIN, M.D.
1300 N. STATE HWY. 91
DENISON, TX 75020

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**$750.00**

**Date or dates debt was incurred**
2/1/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71**

**Nonpriority creditor's name and mailing address**
CABLE ONE - PHOENIX
1314 N. THIRD STREET
PHOENIX, AZ 85004

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**$91.89**

**Date or dates debt was incurred**
11/8/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.72**

**Nonpriority creditor's name and mailing address**
CAMERON CULVER MD
10850 COLBERT WAY
DALLAS, TX 75218

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**$1,000.00**

**Date or dates debt was incurred**
4/27/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**
Case number (if known): **18-33967**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.73**

**Nonpriority creditor's name and mailing address**
CANDACE PITKIN
ADDRESS REDACTED

**Date or dates debt was incurred**
11/28/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$283.63

**3.74**

**Nonpriority creditor's name and mailing address**
CANDLEWOOD SUITES - BAYTOWN
6126 GARTH ROAD
BAYTOWN, TX 77521

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,060.00

**3.75**

**Nonpriority creditor's name and mailing address**
CANDLEWOOD SUITES SAN ANGELO
4587 W. HOUSTON HARTE EXPY.
SAN ANGELO, TX 76901

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,803.58

**3.76**

**Nonpriority creditor's name and mailing address**
CANON BUSINESS SOLUTIONS INC
15004 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$624.33

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.77** **Nonpriority creditor's name and mailing address**
CANON FINANCIAL SERVICES INC
13824 COLLECTION CENTER DR
CHICAGO, IL 60693-0138

**As of the petition filing date, the claim is:** $17,668.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.78** **Nonpriority creditor's name and mailing address**
CANON SOLUTIONS AMERICA
P.O. BOX 742265
ATLANTA, GA 30374-2265

**As of the petition filing date, the claim is:** $591.12

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.79** **Nonpriority creditor's name and mailing address**
CARBONITE, INC.
2 AVENUE DE LAFAYETTE 6TH FLOOR
BOSTON, MA 02111

**As of the petition filing date, the claim is:** $6,258.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.80** **Nonpriority creditor's name and mailing address**
CARENOW CORPORATE
3751 SOUTH I-35 E
DENTON, TX 76210-6852

**As of the petition filing date, the claim is:** $118.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.81**

**Nonpriority creditor's name and mailing address**
CAREPOINT PARTNERS
INFUSION PARTNERS, LLC
P.O. BOX 418711
BOSTON, MA 02241-8711

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
3/20/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$832.50

**3.82**

**Nonpriority creditor's name and mailing address**
CAREWORX INC.
48 CENTENNIAL RD., UNIT 18
ORANGEVILLE, ON L9W 3T4
CANADA

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,213.90

**3.83**

**Nonpriority creditor's name and mailing address**
CARLS MCDONALD & DALRYMPLE (LAW FIRM)
BARTON OAKS PLAZA 2
SOUTH MOPAC EXPRESSWAY
SUITE 500
AUSTIN, TX 78746

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE
COLLECTION

**Date or dates debt was incurred**
2016-2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,568.09

**3.84**

**Nonpriority creditor's name and mailing address**
CAROLINA FINANCIAL SECURITIES
100 ELKS CLUB RD
BREVARD, NC 28712

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
4/26/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$42,210.00

Debtor Name     **Senior Care Centers, LLC**                                 Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.85** | **Nonpriority creditor's name and mailing address**
CASEY MANASCO
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $75.48
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          Basis for the claim:
6/19/2017                                    EMPLOYEE

**Last 4 digits of account number**          Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**
CASEY WARD
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $22.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          Basis for the claim:
9/25/2018                                    EMPLOYEE

**Last 4 digits of account number**          Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.87** | **Nonpriority creditor's name and mailing address**
CATHI CONEY
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $500.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          Basis for the claim:
11/11/2015                                   EMPLOYEE

**Last 4 digits of account number**          Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**
CATHY DEAN
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $45.45
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**          Basis for the claim:
9/25/2017                                    EMPLOYEE

**Last 4 digits of account number**          Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name **Senior Care Centers, LLC**  Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.89** Nonpriority creditor's name and mailing address
CATHY HENDERSON
ADDRESS REDACTED

As of the petition filing date, the claim is: $17.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/16/2017

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.90** Nonpriority creditor's name and mailing address
CENTURY HEALTHCARE LLC
6300 FALLWATER TRAIL STE 120
THE COLONY, TX 75056

As of the petition filing date, the claim is: $538,169.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

Basis for the claim:
INSURANCE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.91** Nonpriority creditor's name and mailing address
CENTURY LINK -52187
P.O. BOX 52187
PHOENIX, AZ 85072-2187

As of the petition filing date, the claim is: $905.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

Basis for the claim:
UTILITIES

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.92** Nonpriority creditor's name and mailing address
CENTURYLINK
P.O. BOX 52187
PHOENIX, AZ 85072-2187

As of the petition filing date, the claim is: $633,323.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

Basis for the claim:
UTILITIES

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **Senior Care Centers, LLC**     Case number (if known): **18-33967**

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.93**   Nonpriority creditor's name and mailing address

CENTURYLINK - 2961
P.O. BOX 2961
PHOENIX, AZ 85062-2961

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $531.91
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.94**   Nonpriority creditor's name and mailing address

CENTURYLINK COMMUNICATIONS, LL
P.O. BOX 4786
MONROE, LA 71211-4786

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $969.90
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.95**   Nonpriority creditor's name and mailing address

CERIDIAN CORPORATION-CTS
3311 EAST OLD SHAKOPEE ROAD
MINNEAPOLIS, MN 55425

**Date or dates debt was incurred**
8/1/2017

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $106.60
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.96**   Nonpriority creditor's name and mailing address

CERIDIAN HCM, INC
3311 EAST OLD SHAKOPEE RD
MINNEAPOLIS, MN 55425

**Date or dates debt was incurred**
2/26/2017

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $1,705.60
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.97** | **Nonpriority creditor's name and mailing address**
CERNER CORPORATION
P.O. BOX 412702
KANSAS CITY, MO 64141-2702

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,524.00

---

**3.98** | **Nonpriority creditor's name and mailing address**
CEU360
ROCKY MOUNTAIN PUBLISHING, LLC
5048 TENNYSON PARKWAY, SUITE 200
PLANO, TX 75024

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$91,380.00

---

**3.99** | **Nonpriority creditor's name and mailing address**
CHARLES R STEWART
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
8/22/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6.98

---

**3.100** | **Nonpriority creditor's name and mailing address**
CHARTER COMMUNICATIONS - ST LO
P.O. BOX 790264
SAINT LOUIS, MO 63179

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$291.45

---

Debtor Name    **Senior Care Centers, LLC**                          Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.101**   **Nonpriority creditor's name and mailing address**
CHARTER COMMUNICATIONS- LOS AN
P.O. BOX 60229
LOS ANGELES, CA 90060-0229

**Date or dates debt was incurred**
11/4/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**       $119.97
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102**   **Nonpriority creditor's name and mailing address**
CHEROKEEAN HERALD KTLU LLC
P.O. BOX 475
RUSK, TX 75785

**Date or dates debt was incurred**
12/31/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**       $168.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103**   **Nonpriority creditor's name and mailing address**
CHRISTINA STAGG
ADDRESS REDACTED

**Date or dates debt was incurred**
2/28/2014

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**       $489.89
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104**   **Nonpriority creditor's name and mailing address**
CHRISTOPHER DAVIS
ADDRESS REDACTED

**Date or dates debt was incurred**
3/7/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**       $18.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.105**

**Nonpriority creditor's name and mailing address**
CHRISTOPHER HODGE
ADDRESS REDACTED

**Date or dates debt was incurred**
11/16/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.00

**3.106**

**Nonpriority creditor's name and mailing address**
CISCO SYSTEMS CAPITAL CORPORAT
P.O. BOX 742927
LOS ANGELES, CA 90074-2927

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$43,546.50

**3.107**

**Nonpriority creditor's name and mailing address**
CIT TECNOLGY FINANCIAL SERV,
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,241.53

**3.108**

**Nonpriority creditor's name and mailing address**
CITY OF AUSTIN
P. O. BOX 2267
AUSTIN, TX 78783-2267

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,131.70

Debtor Name      **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.109** **Nonpriority creditor's name and mailing address**
CITY OF LEWISVILLE FIRE PREVEN
P.O. BOX 299002
151 W CHURCH STREET
LEWISVILLE, TX 75029

$175.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
6/27/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**
CITY OF SAN ANTONIO - REVENUE
P.O. BOX 839975
SAN ANTONIO, TX 78283-3975

$214.50

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
5/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111** **Nonpriority creditor's name and mailing address**
CITY OF SHREVEPORT-DEPT. OF WA
505 TRAVIS STREET
SHREVEPORT, LA 71101

$263.53

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
2/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112** **Nonpriority creditor's name and mailing address**
CITY OF WINDCREST
8601 MIDCROWN
WINDCREST, TX 78239

$9,726.49

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.113** **Nonpriority creditor's name and mailing address**
CLAIRE FREEMAN
ADDRESS REDACTED

$99.90

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
5/24/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114** **Nonpriority creditor's name and mailing address**
CLAUDIA FLORES
ADDRESS REDACTED

$202.38

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
9/29/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115** **Nonpriority creditor's name and mailing address**
CLIFTON LARSON ALLEN LLP
5001 SPRING VALLEY ROAD SUITE 600W
DALLAS, TX 75244

$10,000.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
9/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116** **Nonpriority creditor's name and mailing address**
CMS IP TECHNOLOGIES
P.O. BOX 12130
2930 EASTEX FWY
BEAUMONT, TX 77703-2130

$182.94

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
2/22/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.117** | **Nonpriority creditor's name and mailing address**
CNA DEDUCTIBLE RECOVERY GROUP
P.O. BOX 6065-02
HERMITAGE, PA 16148-1068

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$100,000.00

**Date or dates debt was incurred**
8/25/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address**
COLONIAL LIFE ACCIDENT & INSUR
1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402-1330

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INSURANCE

$138,876.78

**Date or dates debt was incurred**
9/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address**
COMBINED GROUP SERVICES INC.
P.O. BOX 819045
DALLAS, TX 75381-9045

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INSURANCE

$57,914.00

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address**
COMCAST
P.O. BOX 530098
ATLANTA, GA 30353-0098

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

$675.04

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Senior Care Centers, LLC**                                    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.121**  **Nonpriority creditor's name and mailing address**

COMCAST - CHARLOTTE
ONE COMCAST CENTER
32ND FLOOR
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                        **$1,939.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122**  **Nonpriority creditor's name and mailing address**

COMCAST BUSINESS
P.O. BOX 37601
PHILADELPHIA, PA 19101-0601

**Date or dates debt was incurred**
11/15/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                        **$1,130.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123**  **Nonpriority creditor's name and mailing address**

COMCAST-660618
P.O. BOX 660618
DALLAS, TX 75266-0618

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                        **$1,671.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124**  **Nonpriority creditor's name and mailing address**

COMFORT INN AIRPORT HOTEL
6645 GATEWAY WEST BLVD
EL PASO, TX 79925

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                        **$3,999.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.125**

**Nonpriority creditor's name and mailing address**
COMMUNITY PORTABLE X-RAY INC.
P.O. BOX 864808
PLANO, TX 75086

**Date or dates debt was incurred**
8/31/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$447.77

---

**3.126**

**Nonpriority creditor's name and mailing address**
CONEXUS SG LLC
4201 SPRING VALLEY ROAD
SUITE 1420
DALLAS, TX 75244

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,190.29

---

**3.127**

**Nonpriority creditor's name and mailing address**
CONSLAR SANDERS
ADDRESS REDACTED

**Date or dates debt was incurred**
3/1/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$195.06

---

**3.128**

**Nonpriority creditor's name and mailing address**
COPY GRAPHICS
221 NORTH 10TH STREET
MCALLEN, TX 78501

**Date or dates debt was incurred**
7/5/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$181.28

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.129** | **Nonpriority creditor's name and mailing address**
CORPORATE IMAGING CONCEPTS
308 WAINWRIGHT DR
NORTHBROOK, IL 60062

**As of the petition filing date, the claim is:** $2,875.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
9/30/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.130** | **Nonpriority creditor's name and mailing address**
CORTNEY LEIGH POWELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $39.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.131** | **Nonpriority creditor's name and mailing address**
COURTNEY ARMSTRONG
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $8.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
12/12/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.132** | **Nonpriority creditor's name and mailing address**
COWAN LAW FIRM LLP
111 VETERANS BLVD
SUITE 1050
METAIRIE, LA 70005

**As of the petition filing date, the claim is:** $6,113.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
10/23/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name    **Senior Care Centers, LLC**        Case number (if known): **18-33967**

| **Part 2:** | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.133**

**Nonpriority creditor's name and mailing address**
CPI IMAGING
P.O. BOX 934
SULPHUR SPRINGS, TX 75483

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$181.86

**Date or dates debt was incurred**
8/13/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134**

**Nonpriority creditor's name and mailing address**
CURRENT SAFETY SYSTEMS, LLC
POBOX 2054
BANDERA, TX 78003

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

$44.61

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135**

**Nonpriority creditor's name and mailing address**
CYXTERA COMMUNICATIONS LLC
2333 PONCE DE LEON BLVD STE 900
CORAL GABLES, FL 33134

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

$7,029.75

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136**

**Nonpriority creditor's name and mailing address**
DAHILL
P.O. BOX 205354
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$8,369.59

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Senior Care Centers, LLC**        Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.137** | **Nonpriority creditor's name and mailing address**
DAMENA METTA
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $16.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/31/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address**
DANIELA VELASQUEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $33.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
8/3/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**
DANYELL YOUNG
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $168.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address**
DARRIAN KENDALL
DARRIAN KENDALL
7301 N STATE HIGHWAY 161, SUITE #270
IRVING, TX 75039

**As of the petition filing date, the claim is:** $100.00
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/13/2015

**Basis for the claim:**
CONTRACT LABOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.141** **Nonpriority creditor's name and mailing address**
DARRYLE FEATHERSTONE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

$138.56

**Date or dates debt was incurred**
11/19/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142** **Nonpriority creditor's name and mailing address**
DATABANK IMX ,LLC
620 FREEDOM BUSINESS CENTER, 120
KING OF PRUSSIA, PA 19406

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$8,685.76

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143** **Nonpriority creditor's name and mailing address**
DAVID BOLKOVAC
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

$557.36

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144** **Nonpriority creditor's name and mailing address**
DAVID DE LOS SANTOS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

$10.52

**Date or dates debt was incurred**
12/10/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.145** | **Nonpriority creditor's name and mailing address**
DAVID DOCKERY
ADDRESS REDACTED

As of the petition filing date, the claim is: | $10.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/24/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**
DAWN KUSER
ADDRESS REDACTED

As of the petition filing date, the claim is: | $532.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
8/3/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address**
DBA RELIABLE WASTEWATER
7225 NORTH STREET
NACOGDOCHES, TX 75965

As of the petition filing date, the claim is: | $150.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2/23/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**
DBA SUDDENLINK
P.O. BOX 742535
CINCINNATI, OH 45274-2535

As of the petition filing date, the claim is: | $2,911.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.149**  **Nonpriority creditor's name and mailing address**
DEBORAH WILLIAMS
P.O. BOX 31872
HOUSTON, TX 77231

**As of the petition filing date, the claim is:**                          $249.30
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
PATIENT REFUNDS

**Date or dates debt was incurred**
11/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.150**  **Nonpriority creditor's name and mailing address**
DEBRA WOODY MACKEY
FLOORING CONTRACTORS
1710 LEVEE STREET
DALLAS, TX 75207

**As of the petition filing date, the claim is:**                          $132.85
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
10/1/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.151**  **Nonpriority creditor's name and mailing address**
DEDEE CRAMER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                          $120.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/17/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.152**  **Nonpriority creditor's name and mailing address**
DEMI STIEWERT
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                          $77.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/25/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.153**  **Nonpriority creditor's name and mailing address**

DENITECH
820 W SANDY LAKE RD STE 100
COPPELL, TX 75019

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,512.05

---

**3.154**  **Nonpriority creditor's name and mailing address**

DENITECH CORPORATION (DES MOIN
MAC N0005-055
800 WALNUT STREET
DES MOINES, IA 50309

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$165,133.92

---

**3.155**  **Nonpriority creditor's name and mailing address**

DES FINANCIAL SERVICES
FORM SOLUTIONS INC
P.O. BOX 39
ARLINGTON, TX 76004

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
4/20/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$661.04

---

**3.156**  **Nonpriority creditor's name and mailing address**

DESIGN FARM INC.
1100 CASTLE CT
AUSTIN, TX 78703-4900

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,100.00

---

Debtor Name    **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.49 |
|---|---|---|---|
| | DESIREE HODGE | ☐ Contingent | |
| | ADDRESS REDACTED | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | EMPLOYEE | |
| | 4/20/2016 | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $358.80 |
|---|---|---|---|
| | DIANA URISTA | ☐ Contingent | |
| | ADDRESS REDACTED | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | EMPLOYEE | |
| | Various | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29.50 |
|---|---|---|---|
| | DIANNE BARBARA EDWARDS | ☐ Contingent | |
| | ADDRESS REDACTED | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | EMPLOYEE | |
| | 3/15/2017 | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $222.82 |
|---|---|---|---|
| | DIANNE H. THOMPSON | ☐ Contingent | |
| | ADDRESS REDACTED | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | EMPLOYEE | |
| | 1/5/2017 | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.161** Nonpriority creditor's name and mailing address
DIGITAL TELEFONES
P.O. BOX 852184
RICHARDSON, TX 75085-2184

As of the petition filing date, the claim is:                                              $5,967.81
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162** Nonpriority creditor's name and mailing address
DIRECT SUPPLY
P.O. BOX 88201
MILWAUKEE, WI 53288-0201

As of the petition filing date, the claim is:                                              $406.25
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address
DIRECTTV
P.O. BOX 60036
LOS ANGELES, CA 90060-0036

As of the petition filing date, the claim is:                                              $3,342.51
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address
DISCOUNT HELIUM OF DALLAS, INC
P.O. BOX 872061
MESQUITE, TX 75187

As of the petition filing date, the claim is:                                              $189.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
6/10/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Senior Care Centers, LLC**          Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

 

                                                                                           **Amount of claim**

**3.165**   **Nonpriority creditor's name and mailing address**

DOMAIN LISTINGS
P.O. BOX 19607
LAS VEGAS, NV 89132-0607

**As of the petition filing date, the claim is:**      $228.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/10/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166**   **Nonpriority creditor's name and mailing address**

DON THOMPSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $151.61

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/15/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167**   **Nonpriority creditor's name and mailing address**

DONA GERON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $34.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168**   **Nonpriority creditor's name and mailing address**

DONNA EANES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $26.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/25/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.169** **Nonpriority creditor's name and mailing address**
DR. MARTINA TAMAKLOE
327 JEFFERSON OAKS DRIVE
RUSTON, LA 71270

**Date or dates debt was incurred**
6/5/2016

**Last 4 digits of account number**

As of the petition filing date, the claim is:      $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170** **Nonpriority creditor's name and mailing address**
DR. MAYANK PATEL
11920 ASTORIA BLVD, #320
HOUSTON, TX 77089

**Date or dates debt was incurred**
7/31/2015

**Last 4 digits of account number**

As of the petition filing date, the claim is:      $1,600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171** **Nonpriority creditor's name and mailing address**
DR. MICHAEL ROMAIN
AUSTIN DIANGNOSTIC CLINIC
12221 N. MOPAC EXPRY
AUSTIN, TX 78758

**Date or dates debt was incurred**
4/11/2018

**Last 4 digits of account number**

As of the petition filing date, the claim is:      $2,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172** **Nonpriority creditor's name and mailing address**
DR. MICHAEL SHANE PHILLIPS
180 LAGNIAPPE DR
RUSTON, LA 71270

**Date or dates debt was incurred**
6/5/2016

**Last 4 digits of account number**

As of the petition filing date, the claim is:      $800.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.173** **Nonpriority creditor's name and mailing address**
DR. OMAR A. ZANTUA
P.O. BOX 844904
LOS ANGELES, CA 90084-4904

As of the petition filing date, the claim is:                    $2,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
9/6/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.174** **Nonpriority creditor's name and mailing address**
DR. RICHARD BELLINGER
ROCKWALL–FAMILY MEDICAL CTR.
201 FM 550
ROCKWALL, TX 75032

As of the petition filing date, the claim is:                    $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
7/31/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.175** **Nonpriority creditor's name and mailing address**
DR. VINCENT LOCOCO
106 TRI-STATE
SAREPTA, LA 71071

As of the petition filing date, the claim is:                    $1,750.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.176** **Nonpriority creditor's name and mailing address**
DR. WILLIAM P. SANDERS
321 STOW CREEK RD
RUSTON, LA 71270

As of the petition filing date, the claim is:                    $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
6/5/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.177** | **Nonpriority creditor's name and mailing address**

E - LOCALLINK, INC
130 EAST MAIN STREET
1ST FLOOR
ROCHESTER, NY 14604

**Date or dates debt was incurred**
5/24/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

---

**3.178** | **Nonpriority creditor's name and mailing address**

EDGEWATER TECHNOLOGY-RANZAL L
200 HARVARD MILL SQUARE
STE. 210
WAKEFIELD, MA 01880

**Date or dates debt was incurred**
5/4/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

---

**3.179** | **Nonpriority creditor's name and mailing address**

EDWARD BERNACKI
ADDRESS REDACTED

**Date or dates debt was incurred**
11/15/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$349.14

---

**3.180** | **Nonpriority creditor's name and mailing address**

ELENA CANTU
ADDRESS REDACTED

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$532.65

---

Debtor Name   **Senior Care Centers, LLC**      Case number (if known): **18-33967**

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**Amount of claim**

---

**3.181**  **Nonpriority creditor's name and mailing address**
ELISA SALAZAR
ADDRESS REDACTED

**Date or dates debt was incurred**
8/10/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$27.85

---

**3.182**  **Nonpriority creditor's name and mailing address**
ELIZABETH ARMSTRONG
ADDRESS REDACTED

**Date or dates debt was incurred**
5/5/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$112.50

---

**3.183**  **Nonpriority creditor's name and mailing address**
ELIZABETH HERNANDEZ
ADDRESS REDACTED

**Date or dates debt was incurred**
10/25/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$94.37

---

**3.184**  **Nonpriority creditor's name and mailing address**
EMILY HEATH
704 PRAIRE TIMBER ROAD
BURLESON, TX 76028

**Date or dates debt was incurred**
10/11/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

---

Debtor Name    **Senior Care Centers, LLC**                                        Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.185**  **Nonpriority creditor's name and mailing address**
EMILY ROBERSON
ADDRESS REDACTED

**Date or dates debt was incurred**
5/9/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$170.68

---

**3.186**  **Nonpriority creditor's name and mailing address**
ENERGY ADVANTAGE HOLDING CORP.
303-5515 NORTH SERVICE ROAD
BURLINGTON, ON L7L 6G4
CANADA

**Date or dates debt was incurred**
10/31/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,385.00

---

**3.187**  **Nonpriority creditor's name and mailing address**
ENTERGY
P.O. BOX 61009
NEW ORLEANS, LA 70161

**Date or dates debt was incurred**
10/5/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$633.84

---

**3.188**  **Nonpriority creditor's name and mailing address**
ERIKA CASTANEDA
ADDRESS REDACTED

**Date or dates debt was incurred**
11/9/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$21.22

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.189**

**Nonpriority creditor's name and mailing address**
ESOLUTIONS, INC.
401 W. FRONTIER LANE, SUITE 101
OLATHE, KS 66061-7221

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,817.18

---

**3.190**

**Nonpriority creditor's name and mailing address**
ESTATE OF BRENDA J. LONG
C/O POWERS TAYLOR
ATTN: PATRICK POWERS
8150 N CENTRAL EXPRESSWAY, STE 1575
DALLAS, TX 75206

**Date or dates debt was incurred**
UNKNOWN

**Last 4 digits of account number**
DC-17-00201

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
DC-17-00201

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.191**

**Nonpriority creditor's name and mailing address**
ESTATE OF BRENDA J. LONG
C/O POWERS TAYLOR
ATTN: PATRICK POWERS
8150 N CENTRAL EXPRESSWAY, STE 1575
DALLAS, TX 75206

**Date or dates debt was incurred**
UNKNOWN

**Last 4 digits of account number**
DC-17-00201

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
DC-17-00201

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.192**

**Nonpriority creditor's name and mailing address**
EXECUTIVE OFFICELINX
C/O RONALD KIP GATES
1905 ROYAL AVE
MONROE, LA 71201

**Date or dates debt was incurred**

**Last 4 digits of account number**
2017CV91054

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$464.44

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.193**

**Nonpriority creditor's name and mailing address**
EZEQUIEL OROZCO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$210.84

**Date or dates debt was incurred**
10/27/2014

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194**

**Nonpriority creditor's name and mailing address**
FEDEX
P.O. BOX 660481
DALLAS, TX 75266-0481

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$9.27

**Date or dates debt was incurred**
11/15/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195**

**Nonpriority creditor's name and mailing address**
FELISHA LONG
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$99.00

**Date or dates debt was incurred**
4/30/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196**

**Nonpriority creditor's name and mailing address**
FRAN FRITZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$721.96

**Date or dates debt was incurred**
4/30/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.197** **Nonpriority creditor's name and mailing address**
FREDRICK JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is: $9.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
9/5/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198** **Nonpriority creditor's name and mailing address**
FRONTIER SOUTHWEST - FRONTIER
P.O. BOX 740407
CINCINNATI, OH 45274-0407

As of the petition filing date, the claim is: $2,969.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199** **Nonpriority creditor's name and mailing address**
FURNITURE SOLUTIONS LTD.
1473 TERRE COLONY COURT
DALLAS, TX 75212

As of the petition filing date, the claim is: $1,285.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
2/28/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200** **Nonpriority creditor's name and mailing address**
FUSION 4 BRANDING
PRINT SYNERGIES, INC.
5228 VILLAGE CREEK DRIVE, SUITE #100
PLANO, TX 75093

As of the petition filing date, the claim is: $230.57

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
2/14/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.201**

**Nonpriority creditor's name and mailing address**
GARY PERKINS
ADDRESS REDACTED

**Date or dates debt was incurred**
7/18/2017

**Last 4 digits of account number**

$12.93

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.202**

**Nonpriority creditor's name and mailing address**
GAYE SPRINGER
ADDRESS REDACTED

**Date or dates debt was incurred**
3/2/2018

**Last 4 digits of account number**

$16.29

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203**

**Nonpriority creditor's name and mailing address**
GE CAPITAL C/O RICOH USA PROGR
P.O. BOX 660342
DALLAS, TX 75266-0342

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

$4,701.62

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204**

**Nonpriority creditor's name and mailing address**
GEARY PORTER & DONOVAN PC
16475 DALLAS PARKWAY
STE 400
ADDISON, TX 75001-6837

**Date or dates debt was incurred**
8/21/2017

**Last 4 digits of account number**

$1,059.50

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.205** **Nonpriority creditor's name and mailing address**
GEMAIRE DISTRIBUTORS LLC
2151 W. HILLSBORO BLVD. SUITE 400
DEERFIELD BEACH, FL 33442

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$643.40

---

**3.206** **Nonpriority creditor's name and mailing address**
GEMAIRE DISTRIBUTORS LLC - TX
C/O ADAMS, LONDON & WEISS
ATTN: JEFFERY MORRIS
P.O. BOX 37428
HOUSTON, TX 77237

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE
COLLECTION

**Is the claim subject to offset?**
☑ No
☐ Yes

$751.55

---

**3.207** **Nonpriority creditor's name and mailing address**
GERIATRIC ASSOCIATES OF AM, PA
8511 S. SAM HOUSTON PKWY E.
STE. 101
HOUSTON, TX 77075-4857

**Date or dates debt was incurred**
2/1/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

---

**3.208** **Nonpriority creditor's name and mailing address**
GILBERTO RIVERA
ADDRESS REDACTED

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$22.69

---

Debtor Name    **Senior Care Centers, LLC**    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.209** | **Nonpriority creditor's name and mailing address**
GLENN ROGERS PLLC
ATTORNEYS & COUNSELORS
11610 BEE CAVES RD
AUSTIN, TX 78738

**As of the petition filing date, the claim is:** $114.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
9/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address**
GLIDE LLC
304 ERROL DR
SPICEWOOD, TX 78669

**As of the petition filing date, the claim is:** $584.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address**
GLYNN BROWN
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $353.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
4/25/2013

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address**
GORDON YELVERTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $3.23
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
8/31/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.213** **Nonpriority creditor's name and mailing address**
GRADY TREW
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $35.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
11/25/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.214** **Nonpriority creditor's name and mailing address**
GRANITE TELECOMMUNICATIONS
CLIENT ID#311
P.O. BOX 983119
BOSTON, MA 02298-3119

**As of the petition filing date, the claim is:** $5,485.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.215** **Nonpriority creditor's name and mailing address**
GRAVES DOUGHERTY HEARON & MOOD
P.O. BOX 98
AUSTIN, TX 78767

**As of the petition filing date, the claim is:** $632.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
7/31/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.216** **Nonpriority creditor's name and mailing address**
GREAT AMERICAN INSURANCE GROUP
ECA DIVISION
P.O. BOX 5430
CINCINNATI, OH 45201-5430

**As of the petition filing date, the claim is:** $93,333.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.217** Nonpriority creditor's name and mailing address

GUADALUPE REYES

As of the petition filing date, the claim is:                              **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**
UNKNOWN

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.218** Nonpriority creditor's name and mailing address

GUENET TEFERRA
ADDRESS REDACTED

As of the petition filing date, the claim is:                              **$50.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
9/14/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.219** Nonpriority creditor's name and mailing address

GUIDE IT
101 E. PARK BLVD
STE. 1001
PLANO, TX 75074

As of the petition filing date, the claim is:                              **$55,350.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.220** Nonpriority creditor's name and mailing address

HAJJAR PETERS, LLP
3144 BEE CAVE ROAD
AUSTIN, TX 78746

As of the petition filing date, the claim is:                              **$8,972.83**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
LEGAL SERVICES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    113 of 221

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.221** Nonpriority creditor's name and mailing address
HALL'S HEAT AND AIR MECHANICAL CONTRACTOR'S D/B/A HALL'S HEATING AND AIR
C/O MARK W. ODOM
910 PIERREMONT RD, STE 410
SHREVEPORT, LA 71106

As of the petition filing date, the claim is:                   $21,860.51
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
2017

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**
2018R06197

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.222** Nonpriority creditor's name and mailing address
HAMPTON INN & SUITES - CORPUS
917 NORTH NAVIGATION BLVD.
CORPUS CHRISTI, TX 78408

As of the petition filing date, the claim is:                   $141.45
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
11/5/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.223** Nonpriority creditor's name and mailing address
HAMPTON INN & SUITES - DALLAS
700 STATE HIGHWAY 121
SUITE 175
LEWISVILLE, TX 75067

As of the petition filing date, the claim is:                   $2,122.59
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
5/31/2017

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.224** Nonpriority creditor's name and mailing address
HAMPTON INN - SAN ANGELO
2959 LOOP 306
SAN ANGELO, TX 76904

As of the petition filing date, the claim is:                   $628.28
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
9/2/2016

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.225**

**Nonpriority creditor's name and mailing address**
HARTFORD INSURANCE CO. OF THE
ONE HARTFORD PLAZA
HARTFORD, CT 06155

**Date or dates debt was incurred**
5/8/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INSURANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,975.00

---

**3.226**

**Nonpriority creditor's name and mailing address**
HEIDI WEAR
ADDRESS REDACTED

**Date or dates debt was incurred**
12/31/2015

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$78.19

---

**3.227**

**Nonpriority creditor's name and mailing address**
HEWLETT-PACKARD FINANCIAL SERV
200 CONNELL DR STE 5000
BERKELEY HEIGHTS, NJ 07922

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$64,114.24

---

**3.228**

**Nonpriority creditor's name and mailing address**
HILL COUNTRY DAIRIES, INC.
912 KRAMER LANE
AUSTIN, TX 78758

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.60

---

Debtor Name    **Senior Care Centers, LLC**                      Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.229**

**Nonpriority creditor's name and mailing address**
HILTON GARDEN INN TEMPLE
1749 SCOTT BLVD
TEMPLE, TX 76504

**As of the petition filing date, the claim is:**                      $220.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/6/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230**

**Nonpriority creditor's name and mailing address**
HITACHI CAPITAL AMERICA CORP DBA CUBEX FINANCIAL SERVICES
C/O WINTHROP & WEINSTINE
ATTN: MATTHEW MCBRIDE
3500 CAPELLA TOWER
225 S SIXTH ST
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:**                      $1,000,000.00
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
2015, 2016 & 2017

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231**

**Nonpriority creditor's name and mailing address**
HOLLY NICLE TUNSTALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                      $101.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2/28/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.232**

**Nonpriority creditor's name and mailing address**
HOMEWOOD SUITES BROWNSVILLE -
3759 NORTH EXPRESSWAY
BROWNSVILLE, TX 78520

**As of the petition filing date, the claim is:**                      $9,457.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.233**

**Nonpriority creditor's name and mailing address**
HOMEWOOD SUITES- BROWNVILLE
10024 BLUEWATER TER
IRVING, TX 75063

As of the petition filing date, the claim is: $119.60
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
10/19/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.234**

**Nonpriority creditor's name and mailing address**
HOPE BURCHFIELD
ADDRESS REDACTED

As of the petition filing date, the claim is: $1,074.24
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
11/15/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.235**

**Nonpriority creditor's name and mailing address**
HYATT HOUSE DALLAS/LINCOLN PAR
8221 NORTH CENTRAL EXPRESSWAY
DALLAS, TX 75225

As of the petition filing date, the claim is: $274.32
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
9/26/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.236**

**Nonpriority creditor's name and mailing address**
HYMARK SOLUTIONS INC.
2609 RIVER ROAD
YAKIMA, WA 98902

As of the petition filing date, the claim is: $8,875.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
11/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name      **Senior Care Centers, LLC**                                     Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.237**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:          $260.00
IDEAL MARKETING GROUP
P.O. BOX 141416                                          ☐ Contingent
IRVING, TX 75014                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**
**Date or dates debt was incurred**                      TRADE PAYABLE

9/21/2016

**Last 4 digits of account number**                      **Is the claim subject to offset?**
                                                         ☑ No
                                                         ☐ Yes

**3.238**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:          $2,000.00
IM HOSPITALISTS-RAVI B. PATEL
5335 MONTROSE DRIVE                                      ☐ Contingent
DALLAS, TX 75209                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**
**Date or dates debt was incurred**                      SERVICES

1/12/2018

**Last 4 digits of account number**                      **Is the claim subject to offset?**
                                                         ☑ No
                                                         ☐ Yes

**3.239**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:          $19,500.00
INPATIENT CONSULTANTS OF TEXAS
VIJAYA KAVIKONDALA MD                                    ☐ Contingent
P.O. BOX 92284                                           ☐ Unliquidated
LOS ANGELES, CA 90009                                    ☐ Disputed

                                                         **Basis for the claim:**
**Date or dates debt was incurred**                      SERVICES

Various

**Last 4 digits of account number**                      **Is the claim subject to offset?**
                                                         ☑ No
                                                         ☐ Yes

**3.240**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:          $539.12
INSERVIO3
13915 N MOPAC EXPY SUITE 210                             ☐ Contingent
AUSTIN, TX 78728                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**
**Date or dates debt was incurred**                      TRADE PAYABLE

Various

**Last 4 digits of account number**                      **Is the claim subject to offset?**
                                                         ☑ No
                                                         ☐ Yes

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.241** **Nonpriority creditor's name and mailing address**
INTERNET PAYMENT EXCHANGE , IN
1946 N. 13TH STREET
STE. 348
TOLEDO, OH 43604

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$275.10

**3.242** **Nonpriority creditor's name and mailing address**
J S FREDERICKSBURG REALTY LP
3232 MCCKINNEY AVE
STE 890
DALLAS, TX 75204

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$92,920.41

**3.243** **Nonpriority creditor's name and mailing address**
JACQUELINE COOK
ADDRESS REDACTED

**Date or dates debt was incurred**
6/1/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$140.00

**3.244** **Nonpriority creditor's name and mailing address**
JAMES ALFORD
ADDRESS REDACTED

**Date or dates debt was incurred**
5/10/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$305.00

Debtor Name     **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.245**

**Nonpriority creditor's name and mailing address**
JAMES LEE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $652.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
5/9/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.246**

**Nonpriority creditor's name and mailing address**
JANICE NCWILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $22.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/29/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.247**

**Nonpriority creditor's name and mailing address**
JASON STALLWORTH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $12.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
7/25/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248**

**Nonpriority creditor's name and mailing address**
JAYLON FANE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    $23.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.249** **Nonpriority creditor's name and mailing address**
JENNIFER VALDEZ
1403 BIRCHWOOD
PASADENA, TX 77502

**Date or dates debt was incurred**
9/9/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$18.00

**3.250** **Nonpriority creditor's name and mailing address**
JENNIFER WOMACK
ADDRESS REDACTED

**Date or dates debt was incurred**
4/6/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12.58

**3.251** **Nonpriority creditor's name and mailing address**
JEREMY TUNSTALL
ADDRESS REDACTED

**Date or dates debt was incurred**
11/2/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$8.00

**3.252** **Nonpriority creditor's name and mailing address**
JEROME LEE SANG MD , PA

**Date or dates debt was incurred**
8/2/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.253** **Nonpriority creditor's name and mailing address**
JILL M JESSUP
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $101.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254** **Nonpriority creditor's name and mailing address**
JILL PAYNE
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $85.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
4/21/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255** **Nonpriority creditor's name and mailing address**
JILL SAUNDERS
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $64.91

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
7/31/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.256** **Nonpriority creditor's name and mailing address**
JODI HAMILTON
ADDRESS REDACTED

As of the petition filing date, the claim is:                    $381.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
5/26/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    122 of 221

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.257**

**Nonpriority creditor's name and mailing address**
JOE MILLS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$6.98

**Date or dates debt was incurred**
12/28/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.258**

**Nonpriority creditor's name and mailing address**
JOHN HELLER
2 PARK PLAZA
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$45,000.00

**Date or dates debt was incurred**
Various

**Basis for the claim:**
DIVIDENDS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.259**

**Nonpriority creditor's name and mailing address**
JOHN LACLAIRE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$6.60

**Date or dates debt was incurred**
5/11/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.260**

**Nonpriority creditor's name and mailing address**
JONATHAN ALVARADO
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$132.01

**Date or dates debt was incurred**
5/24/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Senior Care Centers, LLC**   Case number (if known): **18-33967**

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
|---|---|---|---|

JONATHAN E MESA
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
2/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.22 |
|---|---|---|---|

JORDAN HALL
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
1/17/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $68.05 |
|---|---|---|---|

JORGE BECERRA
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
5/25/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $68.57 |
|---|---|---|---|

JOSE GARCIA
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
9/15/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.265** **Nonpriority creditor's name and mailing address**
JOSEPH WARD
C/O CHARLES BRANHAM III
302N MARKET ST, STE 300
DALLAS, TX 75202

**Date or dates debt was incurred**
UNKNOWN

**Last 4 digits of account number**
5:17-cv-00422-FB-HJB

**As of the petition filing date, the claim is:** UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
CASE NO. 5:17-CV-00422-FB-HJB

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.266** **Nonpriority creditor's name and mailing address**
JOSHUA LAWRENCE
ADDRESS REDACTED

**Date or dates debt was incurred**
11/26/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $126.11
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.267** **Nonpriority creditor's name and mailing address**
JOY HEARD
ADDRESS REDACTED

**Date or dates debt was incurred**
1/31/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $13.52
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.268** **Nonpriority creditor's name and mailing address**
JUANITA MCCARTY
ADDRESS REDACTED

**Date or dates debt was incurred**
10/10/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $404.47
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.269** | **Nonpriority creditor's name and mailing address**
JULIA LANIER
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,083.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/30/2017

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address**
JULIE EDDLEMON
ADDRESS REDACTED

As of the petition filing date, the claim is: $267.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address**
JULIO ROMERO
ADDRESS REDACTED

As of the petition filing date, the claim is: $12.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/22/2016

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address**
JUSTIN EASTEPP
ADDRESS REDACTED

As of the petition filing date, the claim is: $600.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/30/2016

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.273** **Nonpriority creditor's name and mailing address**
JUSTIN VANLEEUWEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $14.08

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.274** **Nonpriority creditor's name and mailing address**
KABIRU SONEKAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $1,605.14

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
4/18/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.275** **Nonpriority creditor's name and mailing address**
KARI BEARDEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $29.99

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
11/19/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.276** **Nonpriority creditor's name and mailing address**
KATHRYN SMITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $21.59

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
5/5/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name **Senior Care Centers, LLC**    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.277** **Nonpriority creditor's name and mailing address**
KATHRYN YODER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $358.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2/27/2017

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.278** **Nonpriority creditor's name and mailing address**
KATIA STONER
ADDRESS REDACTED

As of the petition filing date, the claim is:    $41.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
9/1/2015

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.279** **Nonpriority creditor's name and mailing address**
KATRESE SIMS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $27.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/15/2013

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.280** **Nonpriority creditor's name and mailing address**
KATTIE HAWKINS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $10.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2/2/2017

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **Senior Care Centers, LLC**                                   Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.281** | **Nonpriority creditor's name and mailing address**
KAVIN BIZZELL
ADDRESS REDACTED

As of the petition filing date, the claim is:    $130.71
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.282** | **Nonpriority creditor's name and mailing address**
KEAGAN BRADLEY
ADDRESS REDACTED

As of the petition filing date, the claim is:    $168.75
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
3/31/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.283** | **Nonpriority creditor's name and mailing address**
KELCIE GRIGGS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $10.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
8/15/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.284** | **Nonpriority creditor's name and mailing address**
KELLI MARX
ADDRESS REDACTED

As of the petition filing date, the claim is:    $442.26
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/12/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.285** | **Nonpriority creditor's name and mailing address**
KENA SUMMERVILLE
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $19.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/17/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address**
KENDRA GREEN DIAS
3928 BENT ELM WAY
FORT WORTH, TX 76109

**As of the petition filing date, the claim is:** $770.37

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT REFUNDS

**Date or dates debt was incurred**
9/24/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address**
KENNA HOWARD
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $726.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address**
KIM NGUYEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $66.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
7/6/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Senior Care Centers, LLC**                                    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.289** **Nonpriority creditor's name and mailing address**

KIMBERLY LANE HOLDER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $1,934.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.290** **Nonpriority creditor's name and mailing address**

KIRBO'S OFFICE SYSTEMS
P.O. BOX 2249
BROWNWOOD, TX

**As of the petition filing date, the claim is:**     $204.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT RENTAL

**Date or dates debt was incurred**
11/9/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.291** **Nonpriority creditor's name and mailing address**

KIRK LYNCH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**     $4.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
11/29/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.292** **Nonpriority creditor's name and mailing address**

KIRKLAND & ELLIS LLP
300 NORTH LASALLE
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**     $4,417.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL SERVICES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**           Case number (if known): **18-33967**

| **Part 2:** | List All Creditors with **NONPRIORITY** Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $87.47
KRISTINE L CARCAREY
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
8/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9.46
KRISTOPHER OLVERA
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
6/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $522.50
KUTAK ROCK LLP
1650 FARNAM STREET
OMAHA, NE 68102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL SERVICES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $45.69
L. CHERI' THOMAS
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
1/19/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.297**

**Nonpriority creditor's name and mailing address**
LA QUINTA CORPUS CHRISTI #0995
10446 IH 37 NUMB
CORPUS CHRISTI, TX 78410

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.95

**3.298**

**Nonpriority creditor's name and mailing address**
LA QUINTA INN #0512
4440 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$509.61

**3.299**

**Nonpriority creditor's name and mailing address**
LA QUINTA INN #6643
8250 ANDESON BLVD
FORT WORTH, TX 76120

**Date or dates debt was incurred**
11/2/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$102.47

**3.300**

**Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES (PEARLA
AARAYAM L.L.C.
9002 BROADWAY STREET
PEARLAND, TX 77584

**Date or dates debt was incurred**
10/27/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$93.57

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.301** | Nonpriority creditor's name and mailing address
LA QUINTA INN & SUITES - 0953
2912 HWY. 75 NORTH
SHERMAN, TX 75090

$1,150.61

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.302** | Nonpriority creditor's name and mailing address
LA QUINTA INN & SUITES - BROWN
103 MARKET PLACE BLVD.
BROWNWOOD, TX 76801

$674.97

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.303** | Nonpriority creditor's name and mailing address
LA QUINTA INN & SUITES - FREDE
1465 EAST MAIN STREET
FREDERICKSBURG, TX 78624

$230.52

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
10/19/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.304** | Nonpriority creditor's name and mailing address
LA QUINTA INN & SUITES - SHREV
6700 FINANACIAL CIRCLE
SHREVEPORT, LA 71129

$360.38

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

| 3.305 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

LA QUINTA INN & SUITES - WACO
6003 WOODWAY DRIVE
WOODWAY, TX 76712

As of the petition filing date, the claim is:          $1,395.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address |
|---|---|

LA QUINTA INN & SUITES -ROUND

As of the petition filing date, the claim is:          $159.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
11/16/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address |
|---|---|

LA QUINTA INN & SUITES AUSTIN
7625 E BEN WHITE BOULEVARD
AUSTIN, TX 78741

As of the petition filing date, the claim is:          $914.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address |
|---|---|

LA QUINTA INN & SUITES BURLESO
OM SHREE KRISHNA SHRADDHA LLC
225 EAST ALSBURY BOULEVARD
BURLESON, TX 76028

As of the petition filing date, the claim is:          $117.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
10/17/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | **Amount of claim** |
| --- | --- | --- |

**3.309** | **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES BY AT&T
3852 TAVERN OAKS
SAN ANTONIO, TX 78247

**As of the petition filing date, the claim is:**    **$122.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/28/2017

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES CONF. C
GARY WALLS
4431 HORIZON HILL BLVD
SAN ANTONIO, TX 78229

**As of the petition filing date, the claim is:**    **$499.51**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES CORPUS
PORTLAND DEVELOPMENT INC/PORTLAND DELAWARE SPE, LLC
201 BUDDY GANEM DRIVE
PORTLAND, TX 78374

**As of the petition filing date, the claim is:**    **$426.58**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES DALLAS
13175 N CENTRAL EXP
DALLAS, TX 75243

**As of the petition filing date, the claim is:**    **$100.57**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/12/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name  **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.313** | **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES LUBBOCK
5006 AUBURN STREET
LUBBOCK, TX 79416

**Date or dates debt was incurred**
11/21/2018

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$142.38

---

**3.314** | **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES MCALLEN
801 S. WARE RD
MCALLEN, TX 78501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,590.81

---

**3.315** | **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES MISSION
805 TRAVIS STREET
MISSION, TX 78572

**Date or dates debt was incurred**
11/15/2018

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$85.44

---

**3.316** | **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES PASADEN
3490 E SAM HOUSTON PKWY SOUTH
PASADENA, TX 77505

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$897.26

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.317** **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES PLANO #
6624 COMMUNICATIONS PARKWAY
PLANO, TX 75024

**Date or dates debt was incurred**
11/23/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$382.43

**3.318** **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES ROCKWAL
689 E- 30
ROCKWALL, TX 75087

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$805.39

**3.319** **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES SAN ANT
100 W CESAR E CHAVEZ BLVD
SAN ANTONIO, TX 78204

**Date or dates debt was incurred**
8/9/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$394.05

**3.320** **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES STEPHEN
105 CHRISTY PLAZA
STEPHENVILLE, TX 76401

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$120.91

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.321** | **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES SW-MOPA
4424 SOUTH MOPAC
AUSTIN, TX 78735

As of the petition filing date, the claim is:    **$10,782.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.322** | **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES WEBSTER
520 W BAY AREA BLVD
WEBSTER, TX 77598

As of the petition filing date, the claim is:    **$92.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/6/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.323** | **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES- CORSIC
2020 REGAL DR
CORSICANA, TX 75109

As of the petition filing date, the claim is:    **$1,008.91**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.324** | **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES-BROWNSV
5051 N. EXPRESSWAY
BROWNSVILLE, TX 78520

As of the petition filing date, the claim is:    **$693.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.325** **Nonpriority creditor's name and mailing address**
LA QUINTA INN & SUITES-DENTON
4465 NORTH I-35
DENTON, TX 76207

As of the petition filing date, the claim is: $362.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
11/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.326** **Nonpriority creditor's name and mailing address**
LA QUINTA INN AND SUITES #6123
2220 HWY. 62 SOUTH
ORANGE, TX 77630

As of the petition filing date, the claim is: $112.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
10/9/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.327** **Nonpriority creditor's name and mailing address**
LA QUINTA INN AND SUITES - PAR
3205 NE LOOP 286
PARIS, TX 75460

As of the petition filing date, the claim is: $317.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
10/31/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.328** **Nonpriority creditor's name and mailing address**
LA QUINTA INNS & SUITES
11901 N MOPAC
AUSTIN, TX 78759

As of the petition filing date, the claim is: $329.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Senior Care Centers, LLC**                                      Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.329**

**Nonpriority creditor's name and mailing address**
LA QUINTA INNS & SUITES - CORP

**Date or dates debt was incurred**
11/20/2018

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$112.82

---

**3.330**

**Nonpriority creditor's name and mailing address**
LA QUINTA INNS & SUITES AUSTIN
INN 6338
10701 LAKELINE MALL DR
AUSTIN, TX 78717

**Date or dates debt was incurred**
5/25/2018

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$125.35

---

**3.331**

**Nonpriority creditor's name and mailing address**
LA QUINTA INNS & SUITES GARLAN
DALLAS GARLAND
12721 I-635 (LBJ FRWY)
GARLAND, TX 75041

**Date or dates debt was incurred**
7/18/2017

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$111.87

---

**3.332**

**Nonpriority creditor's name and mailing address**
LA QUINTA INNS & SUITES SAN AN
850 HALM BLVD
SAN ANTONIO, TX 78216

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$383.93

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.333** | **Nonpriority creditor's name and mailing address**
LA QUINTA INNS & SUITES WAXAHA
311 STADIUM DR
WAXAHACHIE, TX 75165

**Date or dates debt was incurred**
11/16/2018

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$145.45

**3.334** | **Nonpriority creditor's name and mailing address**
LA QUINTA WEATHERFORD
RELIANSE FORD LLC
1915 WALL ST
WEATHERFORD, TX 76086

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$317.32

**3.335** | **Nonpriority creditor's name and mailing address**
LAQUINTA INNS & SUITES- BEAUMO

**Date or dates debt was incurred**
11/16/2018

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$465.80

**3.336** | **Nonpriority creditor's name and mailing address**
LAURA WILTGEN
ADDRESS REDACTED

**Date or dates debt was incurred**
1/21/2016

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$53.12

Debtor Name    **Senior Care Centers, LLC**                          Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.337** | **Nonpriority creditor's name and mailing address**
LAUREN SMITH
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$543.79

**Date or dates debt was incurred**
4/24/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address**
LAW OFFICE OF LEO C. SALZMAN
P.O. BOX 2587
HARLINGEN, TX 78551-2587

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$550.00

**Date or dates debt was incurred**
2/10/2017

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address**
LAZ PARKING
1310 ELM STREET
STE. 110
DALLAS, TX 75202

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$31,804.98

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address**
LDH,OPH
P.O. BOX 4489
BATON ROUGE, LA 70821-4489

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,155.00

**Date or dates debt was incurred**
8/3/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.341** Nonpriority creditor's name and mailing address
LEGINA SCHOOLER
ADDRESS REDACTED

$104.50

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/19/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.342** Nonpriority creditor's name and mailing address
LEMONS PUBLICATIONS INC.
P.O. BOX 250
SANGER, TX 76266-0250

$450.00

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
8/1/2016

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343** Nonpriority creditor's name and mailing address
LESLIE DRAPER
ADDRESS REDACTED

$177.47

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.344** Nonpriority creditor's name and mailing address
LEVEL (3) COMMUNICATIONS LLC
DEPARTMENT 182
DENVER, CO 80291-0182

$3,860.97

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.345** | **Nonpriority creditor's name and mailing address**
LEWIS BRISBOIS BISGAARD & SMIT
633 W. FIFTH STREET
STE. 4000
LOS ANGELES, CA 90071

$405.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL SERVICES

**Date or dates debt was incurred**
8/18/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address**
LEZLIE MICHAEL
ADDRESS REDACTED

$136.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
11/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address**
LILIAM MIDENCE
ADDRESS REDACTED

$45.78

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
8/29/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address**
LINDA BARNETT
ADDRESS REDACTED

$75.76

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
4/16/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

<div align="right"><b>Amount of claim</b></div>

| 3.349 | **Nonpriority creditor's name and mailing address**<br>LINDA SMITH<br>ADDRESS REDACTED | **As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45.00 |
|---|---|---|---|

**Date or dates debt was incurred**
10/16/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address**<br>LISA F. ROBINSON<br>ADDRESS REDACTED | **As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $337.36 |
|---|---|---|---|

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address**<br>LISA ROBINSON<br>ADDRESS REDACTED | **As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $255.08 |
|---|---|---|---|

**Date or dates debt was incurred**
11/30/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address**<br>LITTLER MENDELSON, PC<br>P.O. BOX 45547<br>SAN FRANCISCO, CA 94145-0547 | **As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,566.05 |
|---|---|---|---|

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.353** | **Nonpriority creditor's name and mailing address**
LLOY POPE
ADDRESS REDACTED

**As of the petition filing date, the claim is:** | **$97.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
3/30/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address**
LOGITRAC INC
19200 VON KARMAN AVENUE, SUITE 600
IRVINE, CA 92612

**As of the petition filing date, the claim is:** | **$920.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address**
LONGHORN TROPHIES , INC.
4912 BURNET RD.
AUSTIN, TX 78756

**As of the petition filing date, the claim is:** | **$140.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address**
LOOPBACK ANALYTICS
LOOPBACK LLC
14900 LANDMARK BLVD SUITE 240
DALLAS, TX 75254

**As of the petition filing date, the claim is:** | **$4,330.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**    Case number (if known): **18-33967**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.357** **Nonpriority creditor's name and mailing address**
LOREE SCHLENTZ
ADDRESS REDACTED

As of the petition filing date, the claim is: $38.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/26/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.358** **Nonpriority creditor's name and mailing address**
LORRETTA HARDY
C/O HOWARD & KOBELAN
100 CONGRESS, STE 1720
AUSTIN, TX 78701

As of the petition filing date, the claim is: **UNKNOWN**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION
CAUSE NO. 1:18-CV-00739

**Date or dates debt was incurred**
UNKNOWN

**Last 4 digits of account number**
NO. 1:18-cv-00739

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.359** **Nonpriority creditor's name and mailing address**
LOUISIANA PHS LLC
1509 DULLES DR.
LAFAYETTE, LA 70506

As of the petition filing date, the claim is: $1,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
9/30/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.360** **Nonpriority creditor's name and mailing address**
LOWES COMMERCIAL SERVICES
P.O. BOX 530954
ATLANTA, GA 30353-0954

As of the petition filing date, the claim is: $50,864.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
12/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | Amount of claim |
|---|---:|

---

**3.361** Nonpriority creditor's name and mailing address
LPA PAINTING INC
1704 MORNING MEADOWS COVE
ROUND ROCK, TX 78664

As of the petition filing date, the claim is:    $5,450.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/21/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.362** Nonpriority creditor's name and mailing address
LYNNE S. KATZMANN
14 GREENVIEW WAY
MONTCLAIR, NJ 07043

As of the petition filing date, the claim is:    $15,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
DIVIDENDS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.363** Nonpriority creditor's name and mailing address
MABEL CASANOVA
ADDRESS REDACTED

As of the petition filing date, the claim is:    $186.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/16/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.364** Nonpriority creditor's name and mailing address
MADELYN LANGDON
ADDRESS REDACTED

As of the petition filing date, the claim is:    $187.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.365** Nonpriority creditor's name and mailing address

MAFE WOZNIAK
ADDRESS REDACTED

As of the petition filing date, the claim is: $627.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
7/17/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.366** Nonpriority creditor's name and mailing address

MAGELLAN BEHAVIORAL HEALTH, IN
P.O. BOX 785341
PHILADELPHIA, PA 19178-5341

As of the petition filing date, the claim is: $79,660.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INSURANCE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.367** Nonpriority creditor's name and mailing address

MAGGIE LOEPPKY
ADDRESS REDACTED

As of the petition filing date, the claim is: $244.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
6/9/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.368** Nonpriority creditor's name and mailing address

MAILFINANCE
478 WHEELERS FARMS RD
MILFORD, CT 06461

As of the petition filing date, the claim is: $4,771.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
8/13/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **Senior Care Centers, LLC**                              Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.369** **Nonpriority creditor's name and mailing address**
MANAGED HEALTH CARE ASSOCIATES
NET-RX DIVISION
25-A VREELAND RD STE 200
P.O. BOX 789
FLORHAM PARK, NJ 07932-089

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,490.00

---

**3.370** **Nonpriority creditor's name and mailing address**
MANAGEMENT AND NETWORK SERVICE
ATTN TAMRA FRALEY
4892 BLAZER PKWY
DUBLIN, OH 43017

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,563.28

---

**3.371** **Nonpriority creditor's name and mailing address**
MARGARITA HERNANDEZ
ADDRESS REDACTED

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$158.23

---

**3.372** **Nonpriority creditor's name and mailing address**
MARGIE RHODES
ADDRESS REDACTED

**Date or dates debt was incurred**
9/21/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$27.54

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    151 of 221

Debtor Name **Senior Care Centers, LLC**
Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.373** Nonpriority creditor's name and mailing address
MARIA LUNA - 168
ADDRESS REDACTED

$9.73

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/29/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.374** Nonpriority creditor's name and mailing address
MARIA PALACIOS
ADDRESS REDACTED

$758.19

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.375** Nonpriority creditor's name and mailing address
MARISA WADE
ADDRESS REDACTED

$54.10

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
11/12/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.376** Nonpriority creditor's name and mailing address
MARK ERIC GIBBS, MD
MCLEROY GIBBS & KLEIN MEDICAL CLINIC
1625 N. GRAND AVENUE
GAINESVILLE, TX 76240-2343

$2,500.00

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
3/2/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

---

**3.377**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $491.40

MARK WALTERS
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
9/15/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $308.21

MARSHA PARCHMAN
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.379**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $340.00

MARTHA RICHARDSON
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.380**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $159.66

MARTHA SANCHEZ
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.381** **Nonpriority creditor's name and mailing address**
MARVENA MINER
ADDRESS REDACTED

As of the petition filing date, the claim is: $607.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/1/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.382** **Nonpriority creditor's name and mailing address**
MARY E TAYLOR
ADDRESS REDACTED

As of the petition filing date, the claim is: $54.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/1/2015

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.383** **Nonpriority creditor's name and mailing address**
MARY MCCUMBER-BELL
ADDRESS REDACTED

As of the petition filing date, the claim is: $62.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/14/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.384** **Nonpriority creditor's name and mailing address**
MARY MESSICK
ADDRESS REDACTED

As of the petition filing date, the claim is: $6.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/27/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.385** | **Nonpriority creditor's name and mailing address**
MARY WILLIAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$11.95

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
6/30/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address**
MATTHEW CARROL PARKER ,MD
279 BOULDER LANE
NACOGDOCHES, TX 75965

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,500.00

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
11/25/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address**
MED-PASS INC
L-3495
COLUMBUS, OH 43260-0001

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$570.91

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address**
MEDICATION THERAPY SOLUTIONS,
12650 GROVE WEST
WILLIS, TX 77378

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$391.91

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **Senior Care Centers, LLC**                          Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.389**     **Nonpriority creditor's name and mailing address**

MEDLINE INDUSTRIES INC
DEPT 1080
P.O. BOX 121080
DALLAS, TX 75312-1080

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$181.50

---

**3.390**     **Nonpriority creditor's name and mailing address**

MEDSPRING - DALLAS
P.O. BOX 843115
DALLAS, TX 75284

**Date or dates debt was incurred**
2/10/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$492.00

---

**3.391**     **Nonpriority creditor's name and mailing address**

MEDSPRING OF TEXAS, PA
P.O. BOX 162323
AUSTIN, TX 78716-0247

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,664.00

---

**3.392**     **Nonpriority creditor's name and mailing address**

MEGAN A HARVEY
ADDRESS REDACTED

**Date or dates debt was incurred**
6/30/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$8.79

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.393** | **Nonpriority creditor's name and mailing address**
MEHAFFY WEBER
P.O. BOX 16
BEAUMONT, TX 77704-0016

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL SERVICES

$71.00

**Date or dates debt was incurred**
11/30/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address**
MELANI K MANNING
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

$243.40

**Date or dates debt was incurred**
3/20/2014

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address**
MELISSA CARTER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

$9.07

**Date or dates debt was incurred**
3/19/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address**
MERCIA RYOBA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

$9.68

**Date or dates debt was incurred**
5/19/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**                                        Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.397** | **Nonpriority creditor's name and mailing address**
METROPOLITAN TELECOMMUNICATION
55 WATER STREET
NEW YORK, NY 10041

As of the petition filing date, the claim is:                                   $56,713.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**
12/12/2018                                                  UTILITIES

**Last 4 digits of account number**                         **Is the claim subject to offset?**
☑ No
☐ Yes

**3.398** | **Nonpriority creditor's name and mailing address**
MICHAEL EMERY
15408 IVEANS WAY
AUSTIN, TX 78717

As of the petition filing date, the claim is:                                   $200.00
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**
7/31/2018                                                   PATIENT REFUNDS

**Last 4 digits of account number**                         **Is the claim subject to offset?**
☑ No
☐ Yes

**3.399** | **Nonpriority creditor's name and mailing address**
MICHAEL MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:                                   $82.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**
Various                                                     EMPLOYEE

**Last 4 digits of account number**                         **Is the claim subject to offset?**
☑ No
☐ Yes

**3.400** | **Nonpriority creditor's name and mailing address**
MICHAEL YOUNG
ADDRESS REDACTED

As of the petition filing date, the claim is:                                   $4.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**
3/21/2016                                                   EMPLOYEE

**Last 4 digits of account number**                         **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

<br>

**Amount of claim**

---

**3.401**

**Nonpriority creditor's name and mailing address**
MICHAELA ISON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $80.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1/23/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.402**

**Nonpriority creditor's name and mailing address**
MICHELLE WIGGINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $311.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/21/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.403**

**Nonpriority creditor's name and mailing address**
MICROSOFT CORPORATION
ONE MICROSOFT WAY
REDMOND, WA 98052-6399

**As of the petition filing date, the claim is:**      $5,387.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.404**

**Nonpriority creditor's name and mailing address**
MIKELANNE SAENZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $200.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
9/10/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.405**

**Nonpriority creditor's name and mailing address**
MILDRED HILL
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $10.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
9/9/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.406**

**Nonpriority creditor's name and mailing address**
MILLICENT TEMPLIN
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $195.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.407**

**Nonpriority creditor's name and mailing address**
MIREX AQUAPURE SOLUTIONS & MATERA PAPER

**As of the petition filing date, the claim is:** $31,444.18

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE
COLLECTION

**Date or dates debt was incurred**
2014-2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.408**

**Nonpriority creditor's name and mailing address**
MIRIAN COLLINS
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $92.41

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
3/24/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.409** | **Nonpriority creditor's name and mailing address**
MISTI LEWIS
ADDRESS REDACTED

$31.50

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address**
MOVI HEALTHCARE LLC
1071 MORRISON DRIVE
STE C
CHARLESTON, SC 29403

$14,625.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
8/29/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address**
MUNICIPAL SERVICES BUREAU
CTRMA PROCESSING
P.O. BOX 16777
AUSTIN, TX 78761-6777

$33.74

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address**
MUSCULOSKELETAL INSTITUTE OF L
1534 ELIZABETH AVE
STE. 201
SHREVEPORT, LA 71101

$68.60

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROVIDERS

**Date or dates debt was incurred**
3/6/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.413** | **Nonpriority creditor's name and mailing address**
NANCY FLOWERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$219.20

---

**3.414** | **Nonpriority creditor's name and mailing address**
NANCY SPANIOLA
15112 MANDARIN CROSSING
PFLUGERVILLE, TX 78660

**As of the petition filing date, the claim is:**
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT REFUNDS

**Date or dates debt was incurred**
1/11/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$32.80

---

**3.415** | **Nonpriority creditor's name and mailing address**
NATASHA HATHAWAY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$660.98

---

**3.416** | **Nonpriority creditor's name and mailing address**
NATIONAL DATACARE CORPORATION
P.O. BOX 222430
CHANTILLY, VA 20153-2430

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,398.25

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.417** | **Nonpriority creditor's name and mailing address**
NATIONAL RECORDS CENTERS, INC.
13601 PRESTON ROAD
STE. W545
DALLAS, TX 75240

**Date or dates debt was incurred**
9/30/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $524.69
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.418** | **Nonpriority creditor's name and mailing address**
NAVEX GLOBAL , INC.
6000 MEADOWS ROAD
STE. 200
LAKE OSWEGO, OR 97035

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $703.56
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.419** | **Nonpriority creditor's name and mailing address**
NEOFUNDS BY NEOPOST
P.O. BOX 30193
TAMPA, FL 33630-3193

**Date or dates debt was incurred**
11/30/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $5,000.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.420** | **Nonpriority creditor's name and mailing address**
NETSMART TECHNOLOGIES
4950 COLLEGE BOULEVARD
OVERLAND PARK, KS 66211

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $56,498.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.421** **Nonpriority creditor's name and mailing address**
NEW LIFESTYLES, INC.
4144 N CENTRAL EXPY STE 1000
DALLAS, TX 75204

As of the petition filing date, the claim is:     $4,333.83
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.422** **Nonpriority creditor's name and mailing address**
NEXTLINK
2132 TIN TOP RD.
STE. 200
WEATHERFORD, TX 76086

As of the petition filing date, the claim is:     $638.19
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
12/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.423** **Nonpriority creditor's name and mailing address**
NEXTRAQ
P.O. BOX 538566
ATLANTA, GA 30353-8566

As of the petition filing date, the claim is:     $2,226.21
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.424** **Nonpriority creditor's name and mailing address**
NORTHLAND COMMUNICATIONS
P.O. BOX 70
STEPHENVILLE, TX 76401-0001

As of the petition filing date, the claim is:     $494.23
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
11/19/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.425**

**Nonpriority creditor's name and mailing address**
NOVA 401K ASSOCIATES
10777 NORTHWEST FREEWAY SUITE 440
HOUSTON, TX 77092

**As of the petition filing date, the claim is:**     $6,774.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.426**

**Nonpriority creditor's name and mailing address**
NUECES COUNTY RECORD STAR
P.O. BOX 1610
ALICE, TX 78333

**As of the petition filing date, the claim is:**     $31.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
9/25/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.427**

**Nonpriority creditor's name and mailing address**
NUMOTION MOBILITY
1221 PROFIT DRIVE
DALLAS, TX 75247

**As of the petition filing date, the claim is:**     $7,096.24
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT REFUNDS

**Date or dates debt was incurred**
11/16/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.428**

**Nonpriority creditor's name and mailing address**
OCCUPATIONAL HEALTH CENTERS OF
1818 E SKY HARBOR CIR N #150
PHOENIX, AZ 85034-3407

**As of the petition filing date, the claim is:**     $488.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.429**

**Nonpriority creditor's name and mailing address**
OCCUPATIONAL HEALTH CENTERS OF
P.O. BOX 9005
ADDISON, TX 75001-9005

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,806.00

---

**3.430**

**Nonpriority creditor's name and mailing address**
OCCUPATIONAL HEALTH CENTERS OF
P.O. BOX 369
LOMBARD, IL 60148-0369

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$123.00

---

**3.431**

**Nonpriority creditor's name and mailing address**
OGLETREE DEAKINS
P.O. BOX 89
COLUMBIA, SC 29202

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$96,631.46

---

**3.432**

**Nonpriority creditor's name and mailing address**
OMNICARE, INC.
14450 TRINITY BLVD, STE 200
FORT WORTH, TX 76155

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,113,881.04

---

Debtor Name    **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.433** **Nonpriority creditor's name and mailing address**

ON HOLD GOLD MARKETING
P.O. BOX 1593
MT PLEASANT, TX 75456-1593

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $216.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.434** **Nonpriority creditor's name and mailing address**

OSCAR GUTIERREZ
ADDRESS REDACTED

**Date or dates debt was incurred**
11/1/2015

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $35.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.435** **Nonpriority creditor's name and mailing address**

PAMELA GADISON
ADDRESS REDACTED

**Date or dates debt was incurred**
9/30/2014

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $116.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.436** **Nonpriority creditor's name and mailing address**

PAPERMASTER, INC
1152 GRIMMETT DRIVE
SHREVEPORT, LA 71107

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $120.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Senior Care Centers, LLC**

Case number (if known): **18-33967**

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.437** **Nonpriority creditor's name and mailing address**
PARACORP INC DBA PARASEC
P.O. BOX 160568
SACRAMENTO, CA 95816-0568

**As of the petition filing date, the claim is:**    $140.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.438** **Nonpriority creditor's name and mailing address**
PARIS LUMBER AND BUILDING CTR
3555 N.E. LOOP 286
PARIS, TX 75460

**As of the petition filing date, the claim is:**    $207.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.439** **Nonpriority creditor's name and mailing address**
PATRICIA BASAVE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $29.83
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
7/25/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.440** **Nonpriority creditor's name and mailing address**
PATRICIA SHELTON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $213.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.441**   **Nonpriority creditor's name and mailing address**
PATRICIA STETAR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $54.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
11/15/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.442**   **Nonpriority creditor's name and mailing address**
PATRICIA V. SUGGS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $12.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
6/17/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.443**   **Nonpriority creditor's name and mailing address**
PATRICK DRIGGERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $104.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.444**   **Nonpriority creditor's name and mailing address**
PATSY GONZALEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $20.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
9/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.445**  **Nonpriority creditor's name and mailing address**
PATSY WIELAND
P.O. BOX 836
PFLUGERVILLE, TX 78691

**As of the petition filing date, the claim is:**        $990.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
PATIENT REFUNDS

**Date or dates debt was incurred**
6/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.446**  **Nonpriority creditor's name and mailing address**
PAULA DUNCAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        $18.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
9/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.447**  **Nonpriority creditor's name and mailing address**
PAULA FAIR
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        $211.62

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
7/26/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.448**  **Nonpriority creditor's name and mailing address**
PAYDEN BARRICK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**        $17.09

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
6/30/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name     **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.449**   **Nonpriority creditor's name and mailing address**

PAYTECH INC
7979 E TUFTS AVE STE 1000
DENVER, CO 80237

**As of the petition filing date, the claim is:**    $45,900.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.450**   **Nonpriority creditor's name and mailing address**

PC CONNECTION SALES - CONNECTI
730 MILFORD RD
MERRIMACK, NH 03054

**As of the petition filing date, the claim is:**    $130,583.12

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.451**   **Nonpriority creditor's name and mailing address**

PDQ.COM
P.O. BOX 1229
SALT LAKE CITY, UT 84110-1229

**As of the petition filing date, the claim is:**    $500.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
9/17/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.452**   **Nonpriority creditor's name and mailing address**

PEDERNALES ELECTRIC
COOPERATIVE INC.
P.O. BOX 1
JOHNSON CITY TX,

**As of the petition filing date, the claim is:**    $29,942.85

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

---

**3.453** **Nonpriority creditor's name and mailing address**
PENNINGTON HILL, L.L.P.
566 N. KIMBALL AVENUE
SUITE 130
SOUTHLAKE, TX 76092

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$10,638.02

---

**3.454** **Nonpriority creditor's name and mailing address**
PENSKE TRUCK LEASING CO LP
2675 MORGANTOWN RD
P.O. BOX 1321
READING, PA 19603-1321

**Date or dates debt was incurred**
5/9/2018

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$89.39

---

**3.455** **Nonpriority creditor's name and mailing address**
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
LEGAL SERVICES

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$44,666.66

---

**3.456** **Nonpriority creditor's name and mailing address**
PERRI MCGOWEN
ADDRESS REDACTED

**Date or dates debt was incurred**
1/5/2016

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$10.28

---

Debtor Name **Senior Care Centers, LLC**                     Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.457** | **Nonpriority creditor's name and mailing address**
PETERSEN INTERNATIONAL UNDERWR
23929 VALENCIA BLVD
2ND FLOOR
VALENCIA, CA 91355

As of the petition filing date, the claim is:                     $3,061.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
INSURANCE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.458** | **Nonpriority creditor's name and mailing address**
PHARMERICA LONG TERM CARE, LLC
C/O QUILLING SELANDER LOWNDS, WINSLETT & MOSER, P.C.
ATTN: GREGORY M. SUDBURY
2001 BRYAN ST, STE 1800
DALLAS, TX 75201

As of the petition filing date, the claim is:                     $314,739.00
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**
2012-2017

**Last 4 digits of account number**
DC 18-09962

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.459** | **Nonpriority creditor's name and mailing address**
PHILADELPHIA INDEMNITY INSURAN
P.O. BOX 731178
DALLAS, TX 75373-1178

As of the petition filing date, the claim is:                     $741.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
3/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.460** | **Nonpriority creditor's name and mailing address**
PHILIDELPHIA INSURANCE
ATTN: SHAKELIA HAYES

As of the petition filing date, the claim is:                     UNKNOWN
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
INSURANCE CLAIM
PHNH 18121234079

**Date or dates debt was incurred**
12/17/2018

**Last 4 digits of account number**
PHNH 18121234079

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.461**

**Nonpriority creditor's name and mailing address**

PIPER-WEATHERFORD CO
P.O. BOX 550428
DALLAS, TX 75355-0428

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

7/31/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$487.13

---

**3.462**

**Nonpriority creditor's name and mailing address**

PJ WILLIAMS PHOTOGRAPHY
4510 BALLYMENA DRIVE
FRISCO, TX 75034

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

9/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,618.34

---

**3.463**

**Nonpriority creditor's name and mailing address**

PLATINUM PARKING
719 OLIVE STREET
BRYAN TOWER II , LP
DALLAS, TX 75201

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,841.05

---

**3.464**

**Nonpriority creditor's name and mailing address**

POINTCLICKCARE TECHNOLOGIES, I
5570 EXPLORER DRIVE
MISSISSAUGA, ON L4W 0C4
CANADA

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$296,774.45

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.465** | **Nonpriority creditor's name and mailing address**
POTA JV, LLC
P.O. BOX 748271
LOS ANGELS, CA 90074-8271

As of the petition filing date, the claim is: | $8,907.67
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
RENT

**Date or dates debt was incurred**
10/20/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.466** | **Nonpriority creditor's name and mailing address**
PREVENTIAMED, PA
1250 S. CAPITAL OF TX HWY, BUILDING III, SUITE 400
AUSTIN, TX 78746

As of the petition filing date, the claim is: | $2,500.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
9/30/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.467** | **Nonpriority creditor's name and mailing address**
PRINCESITA DEJESUS-BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is: | $8.27
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
4/30/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.468** | **Nonpriority creditor's name and mailing address**
PRINCIPAL FINANCIAL GROUP
C/O THE PLUS GROUP TEXAS
2400 DALLAS PARKWAY, SUITE 260
PLANO, TX 75093

As of the petition filing date, the claim is: | $6,166.60
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
INSURANCE

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **Senior Care Centers, LLC**                          Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.469**  **Nonpriority creditor's name and mailing address**

PRINCIPAL LIFE INSURANCE COMPA
4141 PARK LAKE AVE.
AVE. 400
RELEIGH, NC 27612

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $3,050.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.470**  **Nonpriority creditor's name and mailing address**

PRINCIPIUM RECRUITING LLC
P.O. BOX 793643
DALLAS, TX 75379

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $28,491.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.471**  **Nonpriority creditor's name and mailing address**

PROVIDERTRUST , INC.
2300 CHARLOTTE AVE., 104
NASHVILLE, TN 37203

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $40,326.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.472**  **Nonpriority creditor's name and mailing address**

PTOT SALES AND SERVICE, LLC
1211 ASHMOORE CT.
SOUTHLAKE, TX 76092

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $9,625.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **Senior Care Centers, LLC**                    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.473** Nonpriority creditor's name and mailing address

QUADRIGA PARTNERS
200 COLUMBINE
SUITE 200
DENVER, CO 80206

As of the petition filing date, the claim is:            $20,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
Various                                        TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.474** Nonpriority creditor's name and mailing address

QUINATAIROS PRIETO WOOD & BOYE
9300 SOUTH DADELAND BLVD.
4TH FLOOR
MIAMI, FL 33156

As of the petition filing date, the claim is:            $32,084.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
Various                                        LEGAL SERVICES

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.475** Nonpriority creditor's name and mailing address

QUINTAIROS, PRIETO, WOOD & BOY
9300 SOUTH DADELAND BLVD
4TH FLOOR
MIAMI, FL 33156

As of the petition filing date, the claim is:            $75,271.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
Various                                        LEGAL SERVICES

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.476** Nonpriority creditor's name and mailing address

RACHEL NACHTIGALL
ADDRESS REDACTED

As of the petition filing date, the claim is:            $1,899.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
4/14/2017                                      EMPLOYEE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.477** | Nonpriority creditor's name and mailing address
RANELL PARKS
ADDRESS REDACTED

As of the petition filing date, the claim is:    $22.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/8/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address
RAS RUHMANN JR
ADDRESS REDACTED

As of the petition filing date, the claim is:    $38.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address
REBEKAH WHITE
ADDRESS REDACTED

As of the petition filing date, the claim is:    $72.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address
REED , CLAYMON, MEEKER & HARGE
5608 PARKCREST DRIVE, 200
AUSTIN, TX 78731-4999

As of the petition filing date, the claim is:    $10,507.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
LEGAL SERVICES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    178 of 221

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

| | | Amount of claim |
|---|---|---|

**3.481** | **Nonpriority creditor's name and mailing address**
REED SMITH LLP
225 FIFTH AVENUE
PITTSBURGH, PA 15222

**As of the petition filing date, the claim is:** $3,852.80
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
CONTRACTOR

**Date or dates debt was incurred**
9/5/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.482** | **Nonpriority creditor's name and mailing address**
REFRIGERATED SPECIALIST, INC
3040 EAST MEADOWS
3040 EAST MEADOWS
MESQUITE, TX 75150

**As of the petition filing date, the claim is:** $636.30
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.483** | **Nonpriority creditor's name and mailing address**
REGIONAL EMP. ASSIST - COMMUNI
2142 SUNSET DRIVE
SAN ANGELO, TX 76904

**As of the petition filing date, the claim is:** $3,600.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.484** | **Nonpriority creditor's name and mailing address**
RELIANT ENERGY RETAIL SERVICES
P.O. BOX 650475
DALLAS, TX 75265-0475

**As of the petition filing date, the claim is:** $286,728.51
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
9/28/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.485** **Nonpriority creditor's name and mailing address**
RENEW WASTE SOLUTIONS, LLC
5840 GREENWOOD RD.
SHREVEPORT, LA 71119

As of the petition filing date, the claim is: $65.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/15/2018

Basis for the claim:
UTILITIES

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.486** **Nonpriority creditor's name and mailing address**
RENITA BILLINGSLEA
ADDRESS REDACTED

As of the petition filing date, the claim is: $30.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
8/16/2017

Basis for the claim:
EMPLOYEE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.487** **Nonpriority creditor's name and mailing address**
REPUBLIC SERVICES
ALLIED WASTE SERVICES#847
P.O. BOX 9236
CORPUS CHRISTI, TX 78469

As of the petition filing date, the claim is: $5,966.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

Basis for the claim:
UTILITIES

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.488** **Nonpriority creditor's name and mailing address**
RESTORATIVE HEALTH&WELLNESS- Q
401 CONGRESS AVE
STE. 1540
AUSTIN, TX 78701

As of the petition filing date, the claim is: $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

Basis for the claim:
SERVICES

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.489** **Nonpriority creditor's name and mailing address**
RHONDA LUCKEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $107.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
7/19/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.490** **Nonpriority creditor's name and mailing address**
RICHARD NEWELL
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $50.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
1/5/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.491** **Nonpriority creditor's name and mailing address**
RICHTER & ASSOCIATES
8948 CANYON FALLS BLVD
STE. 400
TWINSBURG, OH 44087

**As of the petition filing date, the claim is:** $68,218.44

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACTOR

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.492** **Nonpriority creditor's name and mailing address**
ROBERT D FUDGE
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $48.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

---

**3.493** **Nonpriority creditor's name and mailing address**
ROBERT WELCH
C/O FLEITA WELCH
1516 JERSEY DR
AUSTIN, TX 78758

**As of the petition filing date, the claim is:** $233.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
PATIENT REFUNDS

**Date or dates debt was incurred**
12/4/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.494** **Nonpriority creditor's name and mailing address**
ROBERTO MARTINEZ
ADDRESS REDACTED

**As of the petition filing date, the claim is:** $1,805.90
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
6/26/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.495** **Nonpriority creditor's name and mailing address**
ROBIN DUNN
1168 WALLER STREET
AUSTIN, TX 78702

**As of the petition filing date, the claim is:** $294.42
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
12/21/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.496** **Nonpriority creditor's name and mailing address**
ROCKWALL SIGNS AND WRAP - ROCK
ROCKWALL SIGNS AND WRAPS
ROCKWALL, TX 75087

**As of the petition filing date, the claim is:** $5,196.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
9/21/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name     **Senior Care Centers, LLC**                                     Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.497**  **Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is:                     $50.00
ROGER HARVILL
ADDRESS REDACTED
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                                             **Basis for the claim:**
6/27/2017                                                                        EMPLOYEE

**Last 4 digits of account number**                                             **Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.498**  **Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is:                     $191.40
ROMPH & POU AGENCY , INC
7225 FERN AVE.
SUITE 100
SHREVEPORT, LA 71105
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                                             **Basis for the claim:**
1/31/2017                                                                        TRADE PAYABLE

**Last 4 digits of account number**                                             **Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.499**  **Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is:                     $3,300.00
RONALD W. KILLAM, MD
13111 EAST FWY, SUITE 303
HOUSTON, TX 77015-5819
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                                             **Basis for the claim:**
Various                                                                          SERVICES

**Last 4 digits of account number**                                             **Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.500**  **Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is:                     $111.63
ROSE CARTER
ADDRESS REDACTED
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                                             **Basis for the claim:**
11/15/2018                                                                       EMPLOYEE

**Last 4 digits of account number**                                             **Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.501 Nonpriority creditor's name and mailing address**
ROSS AND SHOALMIRE
1820 GALLERIA OAKS DRIVE
TEXARKANA, TX 75503

**Date or dates debt was incurred**
6/26/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
LEGAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

**3.502 Nonpriority creditor's name and mailing address**
ROXSAND GUERRERO
ADDRESS REDACTED

**Date or dates debt was incurred**
4/19/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$40.50

**3.503 Nonpriority creditor's name and mailing address**
RSM COMMERCIAL LIGHTING LLC
3808 HARVEY PENICK DR
ROUND ROCK, TX 78664

**Date or dates debt was incurred**
4/18/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,500.00

**3.504 Nonpriority creditor's name and mailing address**
RUBY GARCIA
ADDRESS REDACTED

**Date or dates debt was incurred**
1/23/2014

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

Debtor Name  **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.505**  **Nonpriority creditor's name and mailing address**
RWH MYERS & COMPANY LLC
P.O. BOX 62031
PITTSBURGH, PA 15241

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
11/8/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,425.00

---

**3.506**  **Nonpriority creditor's name and mailing address**
RYAN D. FORD, MD
TRINITY CLINIC - JACKSONVILLE
2026 S. JACKSON STREET
JACKSONVILLE, TX 75766-5822

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
9/29/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

---

**3.507**  **Nonpriority creditor's name and mailing address**
SABRINA HOOKS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$29.05

---

**3.508**  **Nonpriority creditor's name and mailing address**
SACHA CLARKE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
2/1/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$19.60

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.509** Nonpriority creditor's name and mailing address
SAFEGUARD DATA STORAGE
P.O. BOX 471487
FORT WORTH, TX 76147-1400

As of the petition filing date, the claim is: **$86.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
10/31/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.510** Nonpriority creditor's name and mailing address
SALES MARKETING GROUP
30707 GREENFIELD ROAD
SOUTHFIELD, MI 48076

As of the petition filing date, the claim is: **$974.05**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
2/20/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.511** Nonpriority creditor's name and mailing address
SAN ANGELO SENIOR'S GUIDE
C/O DAVID CHICK
P.O. BOX 2584
SAN ANGELO, TX 76902

As of the petition filing date, the claim is: **$507.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
5/8/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.512** Nonpriority creditor's name and mailing address
SAN ANGELO SENIORS GUIDE

As of the petition filing date, the claim is: **$350.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
8/8/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**
Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.513** | **Nonpriority creditor's name and mailing address**
SANDRA GLENN
ADDRESS REDACTED

$443.24

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address**
SARA ALLEN
ADDRESS REDACTED

$19.81

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
7/20/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address**
SARAH M JOHNSON
ADDRESS REDACTED

$11.95

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
6/30/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address**
SATELLITE PHONE STORE.COM
2830 SHELTER ISLAND DRIVE
SAN DIEGO, CA 92106

$5,170.64

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
3/24/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.517**

**Nonpriority creditor's name and mailing address**
SAVANNAH POUNDS
ADDRESS REDACTED

$122.97

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/28/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.518**

**Nonpriority creditor's name and mailing address**
SCOTT RICKARD
C/O GRANITE INVESTMENTS
2 PARK PLAZA
IRVINE, CA 92614

$45,000.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIVIDENDS

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.519**

**Nonpriority creditor's name and mailing address**
SECURED DOCUMENT SHREDDING INC
26 WEST INDUSTRIAL LOOP
MIDLAND, TX 79701

$287.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.520**

**Nonpriority creditor's name and mailing address**
SENIOR CARE CENTERS FOUNDATION
2828 NORTH HARWOOD
DALLAS, TX 75201

$11,205.96

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Senior Care Centers, LLC**                     Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.521**  **Nonpriority creditor's name and mailing address**

SENIOR RESOURCE GUIDE, LLC
5753 SOUTH PRINCE STREET
LITTLETON, CO 80160

**As of the petition filing date, the claim is:**                  $6,720.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.522**  **Nonpriority creditor's name and mailing address**

SENIOR TV
815 EAST TALLMADGE AVE
AKRON, OH 44310

**As of the petition filing date, the claim is:**                  $7,178.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.523**  **Nonpriority creditor's name and mailing address**

SERVICE EMPLOYEE INT'L UNION
LOCAL 100 ULU
P.O. BOX 3924
NEW ORLEANS, LA 70177

**As of the petition filing date, the claim is:**                  $311.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
7/19/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.524**  **Nonpriority creditor's name and mailing address**

SERVICE EXPRESS , INC
3854 BROADMOOR AVE SE
GRAND RAPIDS, MI 49512

**As of the petition filing date, the claim is:**                  $4,004.18

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.525** | **Nonpriority creditor's name and mailing address**
SHANDEL BLAKE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$322.90

**3.526** | **Nonpriority creditor's name and mailing address**
SHANNON HUDSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$102.48

**3.527** | **Nonpriority creditor's name and mailing address**
SHARON BRADLEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
9/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$12.84

**3.528** | **Nonpriority creditor's name and mailing address**
SHARON FRANCIS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
7/1/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$68.80

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.529** | **Nonpriority creditor's name and mailing address**
SHEILA JOHNSON
ADDRESS REDACTED

$51.60

**As of the petition filing date, the claim is:**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.530** | **Nonpriority creditor's name and mailing address**
SHELBEE MURRAY
ADDRESS REDACTED

$7.00

**As of the petition filing date, the claim is:**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
8/30/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.531** | **Nonpriority creditor's name and mailing address**
SHELLEY ROBINETT
ADDRESS REDACTED

$5.94

**As of the petition filing date, the claim is:**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
10/28/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.532** | **Nonpriority creditor's name and mailing address**
SHELLIE A RICHARD-THOMAS
ADDRESS REDACTED

$13.00

**As of the petition filing date, the claim is:**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
12/1/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor Name    **Senior Care Centers, LLC**      Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.533** **Nonpriority creditor's name and mailing address**
SHIRLEY LIVINGSTON
ADDRESS REDACTED

**Date or dates debt was incurred**
11/13/2016

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $47.99
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.534** **Nonpriority creditor's name and mailing address**
SHRED - IT US JV LLC
10801 KEMPWOOD DR.
STE. 4
HOUSTON, TX 77043

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $3,745.96
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.535** **Nonpriority creditor's name and mailing address**
SHRED-IT US - CHICAGO
28883 NETWORK PLACE
CHICAGO, IL 60673-1288

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $3,226.68
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.536** **Nonpriority creditor's name and mailing address**
SHRED-IT USA LLC
11101 FRANKLIN AVE.
STE.100
FRANKLIN PARK, IL 60131-1403

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $2,482.53
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.537** | **Nonpriority creditor's name and mailing address**
SHUNETHIA JOHNSON
ADDRESS REDACTED

**As of the petition filing date, the claim is:** — $23.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/10/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address**
SIGMA ACTUARIAL CONSULTING GRO
5301 VIRGINIA WAY STE 230
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:** — $8,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address**
SILVIA OCON
ADDRESS REDACTED

**As of the petition filing date, the claim is:** — $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/18/2018

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address**
SIMPLELTC SYSTEMS INC
4220 DONNINGTON DRIVE
PLANO, TX 75093

**As of the petition filing date, the claim is:** — $78,144.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.541** **Nonpriority creditor's name and mailing address**
SIMPLIFY
300 VALLEYWOOD ROAD
THE WOODLANDS, TX 77380

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,299.35

---

**3.542** **Nonpriority creditor's name and mailing address**
SOUND PHYSICIANS OF TEXAS III
HOSPITALIST MEDICINE PHYSICIANS OF TEXAS, PLLC
P.O. BOX 742936
LOS ANGELES, CA 90074-2936

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,000.00

---

**3.543** **Nonpriority creditor's name and mailing address**
SOUTH TEXAS BROADCASTING, INC-
9601 MCALLISTER FREEWAY, 1200
SAN ANTONIO, TX 78216

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,840.00

---

**3.544** **Nonpriority creditor's name and mailing address**
SOUTH TEXAS CLINICAL LABORATORY, LTD
C/O ANDERSON, LEHRMAN, BARRE, & MARAIST, LLP
ATTN: DENNY S. BARRE
GASLIGHT SQUARE
1001 THIRD ST, STE 1
CORPUS CHRISTI, TX 78404

**Date or dates debt was incurred**
2017

**Last 4 digits of account number**
2018DCV-3292-C

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$100,000.00

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.545** | **Nonpriority creditor's name and mailing address**
SOUTHWESTERN ELECTRIC POWER
P.O. BOX 24422
CANTON, OH 44701-4422

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,291.16

---

**3.546** | **Nonpriority creditor's name and mailing address**
SPECTROTEL
3535 STATE HWY 66
BLDG 7
NEPTUNE, NJ 07753

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$186.20

---

**3.547** | **Nonpriority creditor's name and mailing address**
SPOK , INC.
10400 YELLOW CIRCLE DRIVE
EDEN PRAIRIE, MN 55343

**Date or dates debt was incurred**
11/20/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$261.26

---

**3.548** | **Nonpriority creditor's name and mailing address**
SPRING HILL SUITES BY MARRIOTT
1907 N LAMAR ST.
DALLAS, TX 75202

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,876.36

---

Debtor Name     **Senior Care Centers, LLC**                     Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.549** | **Nonpriority creditor's name and mailing address**
SPRINGHILL SUITES CORPUS CHRIS
4331 SOUTH PADRE ISLAND DRIVE
CORPUS CHRISTI, TX 78411

**As of the petition filing date, the claim is:**                     $699.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address**
STACEY TOWNS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $37.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1/31/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.551** | **Nonpriority creditor's name and mailing address**
STACY CLASBY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                     $196.93
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.552** | **Nonpriority creditor's name and mailing address**
STAPLES BUSINESS ADVANTAGE (DS
P.O. BOX 71217
CHICAGO, IL 60694-1217

**As of the petition filing date, the claim is:**                     $6,565.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.553** Nonpriority creditor's name and mailing address
STAPLES PROMOTIONAL PRODUCTS
STAPLES CONTRACT AND COMMERCIAL, INC.
BIN #150003, P.O. BOX 790322
ST. LOUIS, MO 63179-0322

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**$6,478.77**

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.554** Nonpriority creditor's name and mailing address
STEPHANIE SMITH
ADDRESS REDACTED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**$39.52**

**Date or dates debt was incurred**
6/20/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.555** Nonpriority creditor's name and mailing address
STEPHEN DUCK, CPA P.C.
911 NW LOOP 281, SUITE 201
LONGVIEW, TX 75604

As of the petition filing date, the claim is:
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACTOR

**$2,550.00**

**Date or dates debt was incurred**
10/31/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.556** Nonpriority creditor's name and mailing address
STERICYCLE , INC
4010 COMMERCIAL AVE
NORTHBROOK, IL 60062

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**$1,342.92**

**Date or dates debt was incurred**
10/31/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name     **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.557** Nonpriority creditor's name and mailing address

STEVEN BRAY
1739 BISON MEADOW LN
HEATH, TX 75032

As of the petition filing date, the claim is:                    $5,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.558** Nonpriority creditor's name and mailing address

STEWART WIEGAND & OWENS PC
325 NORTH ST. PAUL AVE
SUITE 4150
DALLAS, TX 75201

As of the petition filing date, the claim is:                    $157.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
10/3/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.559** Nonpriority creditor's name and mailing address

STOCKARD JOHNSTON BROWN & NETA
1800 S WASHINGTON ST STE 307
AMARILLO, TX 79102

As of the petition filing date, the claim is:                    $3,287.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL SERVICES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.560** Nonpriority creditor's name and mailing address

STREAM REALTY PARTNERS - AUSTI
P.O. BOX 730888
DALLAS, TX 75373-0888

As of the petition filing date, the claim is:                    $8,104.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.561** **Nonpriority creditor's name and mailing address**
SUBSCRIPTION SERVICES
P.O. BOX 17592
BALTIMORE, MD 21297-1592

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
1/15/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,926.00

**3.562** **Nonpriority creditor's name and mailing address**
SUDDENLINK
P.O. BOX 660365
DALLAS, TX 75266-0365

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
11/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$184.57

**3.563** **Nonpriority creditor's name and mailing address**
SUSAN KRALL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
12/2/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$493.22

**3.564** **Nonpriority creditor's name and mailing address**
SUSAN LABREE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$52.35

Debtor Name  **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.565** | **Nonpriority creditor's name and mailing address**
TALENTWISE, INC
500 108TH AVE N.E., 25TH FLOOR
BELLEVUE, WA 98004

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$33,749.25

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address**
TALLWOOD MEDICAL EQUIPMENT & SUPPLY INC
C/O CRUMP & DEUTCSH PLLC
ATTN: P. RANDALL CRUMP
2825 WILCREST DR, STE 216
HOUSTON, TX 77042

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

$100,948.82

**Date or dates debt was incurred**
2017

**Last 4 digits of account number**
CL-2018-198672

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.567** | **Nonpriority creditor's name and mailing address**
TALX CORPORATION
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$1,172.60

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address**
TAMARA M MAYER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

$9.72

**Date or dates debt was incurred**
1/10/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.569** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.79

TANEICHA S. GRADY-BRAVO
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
6/10/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $257.41

TARA R STEWART
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
6/2/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.571** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,514.48

TASC
CLIENT INVOICES
P.O. BOX 88278
MILWAUKEE, WI 83288-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.572** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,427.10

TCF EQUIPMENT FINANCE
P.O. BOX 77077
MINNEAPOLIS, MN 55480-7777

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,500.00 |
| --- | --- | --- | --- |

TEAM TSI CORPORATION
P.O. BOX 1547
ALBERTVILLE, AL 35950

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.82 |
| --- | --- | --- | --- |

TECH DOGS LLC
1200 PLACID AVE
STE. 500
PLANO, TX 75074

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
11/27/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 |
| --- | --- | --- | --- |

TECHRELIEF SOFTWARE INC
P.O. BOX 33412
INDIALANTIC, FL 32903

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
12/1/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,294.96 |
| --- | --- | --- | --- |

TEXAS DISPOSAL SYSTEM, INC
P.O. BOX 968
AUSTIN, TX 78767-0968

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.577** | **Nonpriority creditor's name and mailing address**
TEXAS HEALTH AND HUMAN SERVICE
HHSC-ARTS
P.O. BOX 149055
AUSTIN, TX 78714-9055

**As of the petition filing date, the claim is:**            $7,130.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.578** | **Nonpriority creditor's name and mailing address**
TEXAS LIVING
1716 BRIARCREST DRIVE
STE. 750
BRYAN, TX 77802

**As of the petition filing date, the claim is:**            $1,590.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.579** | **Nonpriority creditor's name and mailing address**
TEXAS TOLLWAYS CSC
12719 BURNET ROAD
AUSTIN, TX 78727

**As of the petition filing date, the claim is:**            $101.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.580** | **Nonpriority creditor's name and mailing address**
TEXOLLA WEST
ADDRESS REDACTED

**As of the petition filing date, the claim is:**            $635.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
10/3/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.581** | **Nonpriority creditor's name and mailing address**
THE 3-DG GROUP, LLC
2911 ESTERS ROAD, 2660
IRVING, TX 75062

**Date or dates debt was incurred**
9/14/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$302.40

---

**3.582** | **Nonpriority creditor's name and mailing address**
THE GOBER GROUP
1005 CONFRESS AVENUE
SUITE 350
AUSTIN, TX 78701

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,300.00

---

**3.583** | **Nonpriority creditor's name and mailing address**
THE PILL BOX PHAMACY
4740JACKSON STREET EXT
ALEXANDRIA, LA 71303

**Date or dates debt was incurred**
10/12/2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.00

---

**3.584** | **Nonpriority creditor's name and mailing address**
THE PLANT PLACE
10704 GOODNIGHT LANE
DALLAS, TX 75220

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,434.73

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.585** | **Nonpriority creditor's name and mailing address**
THE TRADE GROUP
JESSE CHAVOYA
1434 PATTON PLACE SUITE #190
CARROLLTON, TX 75007

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$397.92

**Date or dates debt was incurred**
5/30/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address**
THERESA CHRISTOPHER
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

$205.83

**Date or dates debt was incurred**
2/12/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address**
THOMSON REUTERS WEST PAYMENT C
P.O. BOX 6292
CAROL STREAM, IL 60197-6292

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$6,459.65

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address**
TIFFANY ADAMS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

$43.87

**Date or dates debt was incurred**
4/20/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.589 Nonpriority creditor's name and mailing address**
TIGER SANITATION
P.O. BOX 200143
SAN ANTONIO, TX 78220-0143

**As of the petition filing date, the claim is:**  $978.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.590 Nonpriority creditor's name and mailing address**
TIGERLILLIES FLORIST
109 EAST COMMERCE
JACKSONVILLE, TX 75766

**As of the petition filing date, the claim is:**  $59.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
5/30/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.591 Nonpriority creditor's name and mailing address**
TIM VAN ALLEN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
1/27/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.592 Nonpriority creditor's name and mailing address**
TIME MANAGEMENT SYSTEMS (TMS,
3220 LINE DRIVE
SIOUX CITY, IA 51106

**As of the petition filing date, the claim is:**  $1,722.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
7/1/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **Senior Care Centers, LLC**                                    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.593**  **Nonpriority creditor's name and mailing address**
TIME WARNER - 223085
BOX 223085
PITTSBURGH, PA 15251-2085

**As of the petition filing date, the claim is:**                    $4,889.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.594**  **Nonpriority creditor's name and mailing address**
TIME WARNER CABLE
P.O. BOX 650734
DALLAS, TX 75265-0734

**As of the petition filing date, the claim is:**                    $1,265.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.595**  **Nonpriority creditor's name and mailing address**
TIME WARNER CABLE - 60074
P.O. BOX 60074
CITY OF INDUSTUSTRY, CA 91716-0074

**As of the petition filing date, the claim is:**                    $49,858.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.596**  **Nonpriority creditor's name and mailing address**
TIME WARNER CABLE - 660097
P.O. BOX 660097
DALLAS, TX 75266-0097

**As of the petition filing date, the claim is:**                    $139.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
7/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**                                    Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.597** | **Nonpriority creditor's name and mailing address**
TIRE KINGDOM NTB
823 DONALD ROSS ROAD
JUNO BEACH, FL 33408

**As of the petition filing date, the claim is:**                                    $19.72
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
3/25/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.598** | **Nonpriority creditor's name and mailing address**
TOMAS GUERRA
2130 MOUNTAIN RANCH
HOUSTON, TX 77049

**As of the petition filing date, the claim is:**                                    $1,285.89
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.599** | **Nonpriority creditor's name and mailing address**
TONIA BELLARD
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $971.25
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
9/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.600** | **Nonpriority creditor's name and mailing address**
TONYA THIELE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    $97.21
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
9/26/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name   **Senior Care Centers, LLC**       Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.601** **Nonpriority creditor's name and mailing address**
TOSHIBA FINANCIAL SERVICES
P.O. BOX 740441
ATLANTA, GA 30374-0441

**As of the petition filing date, the claim is:**    $446.34
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
10/16/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.602** **Nonpriority creditor's name and mailing address**
TOWNEPLACE SUITES CORPUS CHRIS
109 ESPLANADE DRIVE
PORTLAND, TX 78374

**As of the petition filing date, the claim is:**    $5,355.83
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.603** **Nonpriority creditor's name and mailing address**
TRACEY NEAL
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $119.96
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
9/16/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.604** **Nonpriority creditor's name and mailing address**
TRINITY TILE AND STONE
3705 TARRAGONA LANE
AUSTIN, TX 78727

**As of the petition filing date, the claim is:**    $18,975.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
7/26/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.605** | **Nonpriority creditor's name and mailing address**
TRUE COLORS INTERNATIONAL
1401 N. BATAVIA STREET
SUITE 106
ORANGE, CA 92867

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,745.35

**3.606** | **Nonpriority creditor's name and mailing address**
UNDERWOOD LAW FIRM, P.C.
P.O. BOX 9158
AMARILLO, TX 79105-9158

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,735.42

**3.607** | **Nonpriority creditor's name and mailing address**
UNILINK
P.O. BOX 18148
ROCHESTER, NY 14618

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$240.00

**3.608** | **Nonpriority creditor's name and mailing address**
UNITED PROPANE
HENDERSON BUTANE LP
P.O. BOX 5
JUSTIN, TX 76247

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,072.08

Debtor Name    **Senior Care Centers, LLC**                     Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                              **Amount of claim**

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,884.00 |
|---|---|---|---|

UNITED SEATING AND MOBILITY
DBA NUMOTION
975 HORNET DRIVE
HAZELWOOD, MO 63045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,200.00 |
|---|---|---|---|

US-ANALYTICS SOLUTIONS GROUP,
600 E LAS COLINAS BLVD
STE 2222
IRVING, TX 75039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/1/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.46 |
|---|---|---|---|

VALERIE SANCHEZ
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/5/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 |
|---|---|---|---|

VALLEY PULMONARY GROUP, PLLC
1200 E. SAVANNAH
STE. 16
MCALLEN, TX 78503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/3/2017

**Basis for the claim:**
SERVICES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.613** **Nonpriority creditor's name and mailing address**
VALUATION & INFORMATION GROUP
6167 BRISTOL PARKWY, SUITE 430
CULVER CITY, CA 90230

**As of the petition filing date, the claim is:**    $2,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
DIVIDENDS

**Date or dates debt was incurred**
8/31/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.614** **Nonpriority creditor's name and mailing address**
VANESSA WREN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    $101.69
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
11/28/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.615** **Nonpriority creditor's name and mailing address**
VERIZON BUSINESS
P.O. BOX 371873
PITTSBURGH, PA 15250-7873

**As of the petition filing date, the claim is:**    $953.31
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.616** **Nonpriority creditor's name and mailing address**
VERIZON DIRECTORIES CORP.
ATTN: ACCT RECEIVABLE DEPT.
P.O. BOX 619009
D/FW AIRPORT, TX 75261-9009

**As of the petition filing date, the claim is:**    $1,249.56
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
3/22/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.617** | **Nonpriority creditor's name and mailing address**
VERNA REGIER
ADDRESS REDACTED

As of the petition filing date, the claim is: $122.88

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2/9/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address**
VERONICA FRUGE
ADDRESS REDACTED

As of the petition filing date, the claim is: $7.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/6/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.619** | **Nonpriority creditor's name and mailing address**
VICTORIA A. DELA FUENTE
ADDRESS REDACTED

As of the petition filing date, the claim is: $15.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/15/2017

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address**
VICTORIA CISSE
ADDRESS REDACTED

As of the petition filing date, the claim is: $36.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/16/2016

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**                       Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.621** **Nonpriority creditor's name and mailing address**
VIDAURRI LYDE RODRIGUEZ & HAYN
202 N 10TH AVE
EDINBURG, TX 78541

**As of the petition filing date, the claim is:**        $620.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
LEGAL SERVICES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.622** **Nonpriority creditor's name and mailing address**
VITA-STAT LLC
DBA CREATIVE STRATEGIES
5650 BARDSTOWN ROAD
LOUISVILLE, KY 40291

**As of the petition filing date, the claim is:**        $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.623** **Nonpriority creditor's name and mailing address**
VIVIAN ROWLAND
100 SEQUOYAH STREET
BUDA, TX 78610

**As of the petition filing date, the claim is:**        $50.93
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
PATIENT REFUNDS

**Date or dates debt was incurred**
2/6/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.624** **Nonpriority creditor's name and mailing address**
VNR-1 COMMUNICATIONS, INC.
VNR-1 VIDEO PUBLIC RELATIONS, INC.
16415 ADDISON ROAD, SUITE 500
ADDISON, TX 75001

**As of the petition filing date, the claim is:**        $1,350.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
7/18/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.625**

**Nonpriority creditor's name and mailing address**
WALL I. S. D.
P.O. BOX 259
WALL, TX 76957

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$350.00

**Date or dates debt was incurred**
5/24/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.626**

**Nonpriority creditor's name and mailing address**
WASTE CONNECTIONS
3 WATERWAY SQUARE PLACE
STE 110
THE WOODLANDS, TX 77380

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

$9,590.03

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.627**

**Nonpriority creditor's name and mailing address**
WELLMED NETWORK , INC
P.O. BOX 845833
DALLAS, TX 75284-5833

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

$2,000.00

**Date or dates debt was incurred**
1/1/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.628**

**Nonpriority creditor's name and mailing address**
WELLS FARGO EQUIPMENT FINANCE
P.O. BOX 7777
SAN FRANCISCO, CA 94120-7777

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

$4,858.86

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**   Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.629 Nonpriority creditor's name and mailing address**
WELLS FARGO EQUIPMENT FINANCE,
600 SOUTH 4TH ST
FLOOR 10
MINNEAPOLIS, MN 55415

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $18,600.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.630 Nonpriority creditor's name and mailing address**
WELLS FARGO EQUIPMENT FINANCE,
733 MARQUETTE AVE. , STE. 700
MAC N9306-070
MINNEAPOLIS, MN 55402

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $5,189.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.631 Nonpriority creditor's name and mailing address**
WENDY BELL
ADDRESS REDACTED

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $446.64
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.632 Nonpriority creditor's name and mailing address**
WEST PUBLISHING CORPORATION D/B/A WEST, A THOMSON REUTERS BUSINESS
C/O MOSS & BARNETT, PA
ATTN: MICHAEL ETMUND
150 SOUTH FIFTH ST, STE 1200
MINNEAPOLIS, MN 55402

**Date or dates debt was incurred**
2016

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $12,009.36
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Senior Care Centers, LLC**                                Case number (if known): **18-33967**

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.633**  **Nonpriority creditor's name and mailing address**
WILLIAM NGENE
C/O JOHN E. WALL, JR.
5728 PROSPECT AVE, STE 2001
DALLAS, TX 75206-7284

**As of the petition filing date, the claim is:**                       UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
NO.6:17-CV-00215-RP-JCM

**Date or dates debt was incurred**
UNKNOWN

**Last 4 digits of account number**
6:17-cv-00215-RP-JCM

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.634**  **Nonpriority creditor's name and mailing address**
WINDSTREAM
P.O. BOX 9001013
LOUISVILLE, KY 40290-1013

**As of the petition filing date, the claim is:**                       $2,594.95
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UTILITIES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.635**  **Nonpriority creditor's name and mailing address**
WK PIERREMONT CARDIOLOGY
1811 EAST BERT KOUNS
SUITE 210
SHREVEPORT, LA 71105-5741

**As of the petition filing date, the claim is:**                       $202.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
PROVIDERS

**Date or dates debt was incurred**
12/16/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.636**  **Nonpriority creditor's name and mailing address**
XOCHITL VALENCIA
C/O LANCE GEPPERT
8000 WEST AVE, STE 1
SAN ANTONIO, TX 78231

**As of the petition filing date, the claim is:**                       UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION
CAUSE 2017 CV 05846

**Date or dates debt was incurred**
UNKNOWN

**Last 4 digits of account number**
Cause 2017 CV 05846

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.637** | **Nonpriority creditor's name and mailing address**
YOLANDA JUDY YOUNG
ADDRESS REDACTED

As of the petition filing date, the claim is:      $30.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
4/10/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.638** | **Nonpriority creditor's name and mailing address**
YORK RISK SERVICES GROUP, INC.

As of the petition filing date, the claim is:      $20,800.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INSURANCE

**Date or dates debt was incurred**
10/1/2018

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.639** | **Nonpriority creditor's name and mailing address**
ZAN JONES
ADDRESS REDACTED

As of the petition filing date, the claim is:      $199.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
1/15/2016

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.640** | **Nonpriority creditor's name and mailing address**
ZIPPORAH RICE
ADDRESS REDACTED

As of the petition filing date, the claim is:      $21.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
3/23/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.641** Nonpriority creditor's name and mailing address
ZIRMED, INC.
888 WEST MARKET STREET
LOUISVILLE, KY 40202

As of the petition filing date, the claim is: $38,814.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.642** Nonpriority creditor's name and mailing address
ZOOM VIDEO COMMUNICATIONS, INC
55 ALMADEN BLVD.
SUITE 600
SAN JOSE, CA 95113

As of the petition filing date, the claim is: $1,881.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**
11/12/2018

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.643** Nonpriority creditor's name and mailing address
ZORAHAIDA GARZA
ADDRESS REDACTED

As of the petition filing date, the claim is: $8.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE

**Date or dates debt was incurred**
6/28/2016

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **Senior Care Centers, LLC**

Case number (if known): **18-33967**

| Part 3: | List Others to be Notified About Unsecured Claims |
| --- | --- |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditors (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | FULTZ MADDOX DICKENS PLC<br>ATTN: BENJAMIN FULTZ, JENNIFER STINNETT<br>RE: PHARMERICA LONG TERM CARE LLC<br>101 S 5TH ST, 27TH FL<br>LOUISVILLE, KY 40202 | Line 3.458<br><br>☐ Not listed.  Explain | |

Debtor Name      **Senior Care Centers, LLC**                                    Case number (if known): **18-33967**

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                                              $54,076.99

**5b. Total claims from Part 2**                                                              $16,334,721.97

**5c. Total claims of Parts 1 and 2**
   Lines 5a + 5b = 5c                                                                          $16,388,798.96

| | |
|---|---|
| Debtor Name | **Senior Care Centers, LLC** |
| **United States Bankruptcy Court for the Northern District of Texas** | |
| Case number (if known): | **18-33967** |

☐ Check if this is an
amended filing

<u>Official Form 206G</u>
## Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | ALLRUVA TECHNOLOGY SERVICES INC<br>2108 TORIN ST<br>LEWISVILLE, TX 75056 |
| | State the term remaining | 1/31/2018 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | BDO<br>P.O. BOX 642743<br>PITTSBURGH, PA 15264-2743 |
| | State the term remaining | 10/23/2018 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | LEASE EXPENSE-PHONE HANDSETS | CENTURYLINK<br>P.O. BOX 52187<br>PHOENIX, AZ 85072-2187 |
| | State the term remaining | | |
| | List the contract number of any government contract | Unknown | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | CHRIS BLAND<br>22402 BANISTER<br>SAN ANTONIO, TX 78259 |
| | State the term remaining | 11/9/2018 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | LEASE EXPENSE-NETWORK EQUIPMENT (MERAKI) | CISCO SYSTEMS CAPITAL CORPORATION<br>170 W TASMAN DR<br>MAILSTOP SJ-13/3<br>SAN JOSE, CA 95134 |
| | State the term remaining | | |
| | List the contract number of any government contract | Unknown | |

| Debtor Name | **Senior Care Centers, LLC** | | Case number (if known): **18-33967** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | LEASE EXPENSE-COPIERS | DAHILL<br>8200 IH 10 W, SUITE 400<br>SAN ANTONIO, TX 78230 |
| | State the term remaining<br>List the contract number of any government contract | Unknown | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | LEASE EXPENSE-COPIER | DENITECH CORPORATION<br>820 W SANDY LAKE RD, STE 100<br>COPPELL, TX 75019 |
| | State the term remaining<br>List the contract number of any government contract | Unknown | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | EFFECTIVE FOCUS INC<br>5729 LEBANON RD, 144 BOX 230<br>FRISCO, TX 75034 |
| | State the term remaining<br>List the contract number of any government contract | 10/1/2018 | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | FREDERIC W COOK & CO INC<br>685 3RD AVE, 28TH FL<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | 4/30/2018 | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | GREEN WASTE TECHNOLOGY CONSULTING SERVICE , LLC |
| | State the term remaining<br>List the contract number of any government contract | 9/30/2017 | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | GSELL CONSULTING INC<br>7506 LONE STAR JUNCTION ST<br>RICHMOND, TX 77406 |
| | State the term remaining<br>List the contract number of any government contract | 4/8/2018 | |

| Debtor Name | **Senior Care Centers, LLC** | | Case number (if known): **18-33967** |

<div style="background:black"> </div> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | LEASE EXPENSE-PC'S AND VARIOUS EQUIPMENT | HEWLETT-PACKARD FINANCIAL SERVICES 200 CONNELL DR, STE 5000 BERKELEY HEIGHTS, NJ 07922 |
| | State the term remaining List the contract number of any government contract | Unknown | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | JADE GONG & ASSOCIATES LLC |
| | State the term remaining List the contract number of any government contract | 3/26/2017 | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | JAMS INC P.O. BOX 845402 LOS ANGELES, CA 90084 |
| | State the term remaining List the contract number of any government contract | 2/22/2018 | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | KORN FERRY INTERNATIONAL NW 5064 P.O. BOX 1450 MINNEAPOLIS, MN 55485-5064 |
| | State the term remaining List the contract number of any government contract | 7/12/2018 | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | MATTHEW ALLEN WOOLSEY CONSULTING ED.D., CPC, ELI-MP |
| | State the term remaining List the contract number of any government contract | 8/2/2018 | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | MINDY SHAVER |
| | State the term remaining List the contract number of any government contract | 10/31/2017 | |

| Debtor Name | **Senior Care Centers, LLC** | Case number (if known): **18-33967** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | **NEXTSTEP RECRUITING LLC**<br>19111 DALLAS PKWY, STE 100<br>PLANO, TX 75287 |
| | State the term remaining<br>List the contract number of any government contract | 9/13/2018 | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | **PAUL SPIEGELMAN, LLC** |
| | State the term remaining<br>List the contract number of any government contract | 12/2/2017 | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | **QUANTUM GLOBAL ADVISORS**<br>445 N LASALLE ST<br>CHICAGO, IL 60654 |
| | State the term remaining<br>List the contract number of any government contract | 7/31/2018 | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | **RAINSHADOW COACHING - CARRIE WILLIAMS**<br>17356 MARLIN PL<br>LAKE BALBOA, CA 91406 |
| | State the term remaining<br>List the contract number of any government contract | 8/1/2018 | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | **REED SMITH LLP**<br>225 FIFTH AVENUE<br>PITTSBURGH, PA 15222 |
| | State the term remaining<br>List the contract number of any government contract | 9/5/2018 | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | **RICHTER & ASSOCIATES**<br>8948 CANYON FALLS BLVD<br>STE. 400<br>TWINSBURG, OH 44087 |
| | State the term remaining<br>List the contract number of any government contract | 10/31/2018 | |

| Debtor Name | **Senior Care Centers, LLC** | Case number (if known): **18-33967** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT** | **RIGSBY HULL, INC**<br>**2309 UNIVERSITY BLVD**<br>**HOUSTON, TX 77005** |
| | State the term remaining | 1/31/2018 | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT** | **S4 GROUP LLC**<br>**30 N LASALLE ST, STE 4030**<br>**CHICAGO, IL 60602** |
| | State the term remaining | 11/1/2018 | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT** | **SHELDON COBLE** |
| | State the term remaining | 6/1/2017 | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT** | **STEPHEN DUCK, CPA P.C.**<br>**911 NW LOOP 281, SUITE 201**<br>**LONGVIEW, TX 75604** |
| | State the term remaining | 10/31/2018 | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT** | **SUMA THOMAS**<br>**616 TALL TREE DR**<br>**MURPHY, TX 75094** |
| | State the term remaining | 12/29/2018 | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT** | **UNITED TILE COMPANY, INC**<br>**6969 FERN LOOP, STE 111**<br>**SHREVEPORT, LA 71105** |
| | State the term remaining | 2/26/2018 | |
| | List the contract number of any government contract | | |

Debtor Name **Senior Care Centers, LLC**

Case number (if known): **18-33967**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT** | **VERITY RECRUTING, PSS LLC**<br>**5068 W PLANO PKWY, STE272**<br>**PLANO, TX 75093** |
| | State the term remaining | 9/5/2018 | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT** | **WEBTPA EMPLOYER SERVICES**<br>**8500 FREEPORT PKWY, STE 400**<br>**IRVING, TX 75063** |
| | State the term remaining | 11/20/2018 | |
| | List the contract number of any government contract | | |

Debtor Name      **Senior Care Centers, LLC**

**United States Bankruptcy Court for the Northern District of Texas**

Case number (if known):      **18-33967**

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1  **CLEAR BROOK SCC LLC** | **10800 FLORA MAE MEADOWS RD HOUSTON, TX 77089** | William Ngene | ☐ D  ☒ E/F  ☐ G |
| 2.2  **MYSTIC PARK SCC LLC** | **8503 MYSTIC PARK SAN ANTONIO, TX 78254** | Xochitl Valencia | ☐ D  ☒ E/F  ☐ G |
| 2.3  **PM MANAGEMENT - CEDAR PARK NC LLC** | **1500 COTTONWOOD CREEK TRAIL CEDAR PARK, TX 78613** | Lorretta Hardy | ☐ D  ☒ E/F  ☐ G |
| 2.4  **PM MANAGEMENT - EL PASO I NC LLC** | **11169 SEAN HAGGERTY EL PASO, TX 79934** | PharMerica Long Term Care, LLC | ☐ D  ☒ E/F  ☐ G |
| 2.5  **RUSTON SCC LLC** | **2401 N. SERVICE RD., EAST RUSTON, LA 71270** | Executive OfficeLinx | ☐ D  ☒ E/F  ☐ G |

| Debtor Name | **Senior Care Centers, LLC** | Case number (if known): **18-33967** |
|---|---|---|

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.6 **SCC SOCORRO LLC** | **10064 ALAMEDA AVE SOCORRO, TX 79927** | PharMerica Long Term Care, LLC | ☐ D ☑ E/F ☐ G |
| 2.7 **SENIOR CARE CENTER MANAGEMENT LLC** | **600 N. PEARL STREET, SUITE 1100 DALLAS, TX 75201** | Lorretta Hardy | ☐ D ☑ E/F ☐ G |
| 2.8 **WESTOVER HILLS SCC LLC** | **9922 STATE HWY 151 SAN ANTONIO, TX 78251** | Xochitl Valencia | ☐ D ☑ E/F ☐ G |
| 2.9 **WINDMILL SCC LLC** | **507 MARTIN LUTHER KING BLVD. LUBBOCK, TX 79403** | Guadalupe Reyes | ☐ D ☑ E/F ☐ G |

| | |
|---|---|
| **Debtor Name** | Senior Care Centers, LLC |
| **United States Bankruptcy Court for the Northern District of Texas** | |
| **Case Number:** | 18-33967 |

<u>Official Form 202</u>

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Restructuring Officer of the Senior Care Centers, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 256 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  1/10/2019
MM / DD / YYYY

Signature  _____ /s/ Kevin O'Halloran _____

_____ Kevin O'Halloran _____
Printed Name

_____ Chief Restructuring Officer _____
Title