Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>SENIOR CARE CENTERS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-33967 (BJH)<br><br>(Jointly Administered) |

**OMNIBUS NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on January 29, 2019, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the following motions (collectively, the "**Motions**") with the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**"):

1. Supplemental Motion of Debtors for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief [Docket No. 445]; and

2. Third Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases and Executory Contracts, and (II) Granting Certain Related Relief [Docket No. 448].

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as Exhibit A. The Debtors' mailing address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

67107398.1

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motions has been scheduled for **February 21, 2019 at 2:00 p.m. (CT)** before the Honorable Douglas Dodd at the United States Bankruptcy Court for the Northern District of Texas, Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom No. 2, Dallas, Texas 75242.

**PLEASE TAKE FURTHER NOTICE** that any objections or other responses (collectively, "**Objections**") to the Motions must be filed on or before **February 19, 2019 at 5:00 p.m. (CT)** (the "**Objection Deadline**") with the Bankruptcy Court. At the same time, you must serve a copy of the Objection upon the undersigned proposed counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that in the event no Objections to the Motions are timely received, the Bankruptcy Court may approve the Motions without the need for a hearing.

**PLEASE TAKE FURTHER NOTICE** that all pleadings filed in this case are available for free at: https://omnimgt.com/SeniorCareCenters.

Dated: January 30, 2019  
      Dallas, Texas

Respectfully submitted,

**POLSINELLI PC**

*/s/ Trey A. Monsour*  
Trey A. Monsour (State Bar No. 14277200)  
2950 N. Harwood, Suite 2100  
Dallas, Texas 75201  
Telephone: (214) 397-0030  
Facsimile: (214) 397-0033  
tmonsour@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel to the Debtors and
Debtors in Possession*

67107398.1

**Exhibit A**
(Sorted Alphabetically)

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | Alief SCC LLC | 18-33987 | 0523 |
| 2. | Bandera SCC LLC | 18-33989 | 0617 |
| 3. | Baytown SCC LLC | 18-33992 | 0778 |
| 4. | Beltline SCC LLC | 18-33996 | 7264 |
| 5. | Booker SCC LLC | 18-33999 | 0967 |
| 6. | Bossier SCC LLC | 18-34003 | 2017 |
| 7. | Bradford SCC LLC | 18-34004 | 9535 |
| 8. | Brinker SCC LLC | 18-34005 | 7304 |
| 9. | Brownwood SCC LLC | 18-33968 | 0677 |
| 10. | Capitol SCC LLC | 18-34006 | 1750 |
| 11. | CapWest-Texas LLC | 18-34008 | 4897 |
| 12. | Cedar Bayou SCC LLC | 18-34010 | 8889 |
| 13. | Clear Brook SCC LLC | 18-34012 | 1877 |
| 14. | Colonial SCC LLC | 18-34014 | 4385 |
| 15. | Community SCC LLC | 18-33969 | 7951 |
| 16. | Corpus Christi SCC LLC | 18-34016 | 9807 |
| 17. | Crestwood SCC LLC | 18-34017 | 7349 |
| 18. | Crowley SCC LLC | 18-33970 | 6697 |
| 19. | CTLTC Real Estate, LLC | 18-34018 | 0202 |
| 20. | Fairpark SCC LLC | 18-34020 | 7381 |
| 21. | Gamble Hospice Care Central LLC | 18-34022 | 6688 |
| 22. | Gamble Hospice Care Northeast LLC | 18-34025 | 6661 |
| 23. | Gamble Hospice Care Northwest LLC | 18-34027 | 2044 |
| 24. | Gamble Hospice Care of Cenla LLC | 18-34029 | 4510 |
| 25. | Green Oaks SCC LLC | 18-33971 | 7218 |
| 26. | Harbor Lakes SCC LLC | 18-33972 | 7299 |
| 27. | Harden HUD Holdco LLC | 18-34032 | 1502 |
| 28. | Harden Non-HUD Holdco LLC | 18-34035 | 3391 |
| 29. | Harden Pharmacy LLC | 18-34036 | 1995 |
| 30. | Hearthstone SCC LLC | 18-34037 | 9154 |
| 31. | Hewitt SCC LLC | 18-33973 | 7237 |
| 32. | HG SCC LLC | 18-34040 | 7415 |
| 33. | Hill Country SCC LLC | 18-34043 | 4199 |
| 34. | Holland SCC LLC | 18-33974 | 1427 |
| 35. | Hunters Pond SCC LLC | 18-34045 | 2886 |
| 36. | Jacksonville SCC LLC | 18-34046 | 4216 |
| 37. | La Hacienda SCC LLC | 18-34049 | 1074 |
| 38. | Lakepointe SCC LLC | 18-34050 | 7457 |
| 39. | Major Timbers LLC | 18-34052 | 7477 |
| 40. | Marlandwood East SCC LLC | 18-34054 | 1871 |
| 41. | Marlandwood West SCC LLC | 18-34058 | 2192 |

| #   | Debtor Name                                      | Case No.  | EIN  |
|-----|--------------------------------------------------|-----------|------|
| 42. | Meadow Creek SCC LLC                             | 18-34064  | 9278 |
| 43. | Midland SCC LLC                                  | 18-34065  | 4231 |
| 44. | Mill Forest Road SCC LLC                         | 18-34066  | 5137 |
| 45. | Mission SCC LLC                                  | 18-33975  | 8086 |
| 46. | Mullican SCC LLC                                 | 18-34067  | 7499 |
| 47. | Mystic Park SCC LLC                              | 18-34068  | 1898 |
| 48. | Normandie SCC LLC                                | 18-34069  | 1542 |
| 49. | Onion Creek SCC LLC                              | 18-34070  | 7425 |
| 50. | Park Bend SCC LLC                                | 18-34071  | 9410 |
| 51. | Pasadena SCC LLC                                 | 18-34072  | 1694 |
| 52. | Pecan Tree SCC LLC                               | 18-34073  | 4241 |
| 53. | Pecan Valley SCC LLC                             | 18-34074  | 9585 |
| 54. | Pleasantmanor SCC LLC                            | 18-34075  | 7536 |
| 55. | PM Management - Allen NC LLC                     | 18-34076  | 4961 |
| 56. | PM Management - Babcock NC LLC                   | 18-34077  | 7829 |
| 57. | PM Management - Cedar Park NC LLC                | 18-34078  | 1050 |
| 58. | PM Management - Corpus Christi NC II LLC         | 18-34079  | 5231 |
| 59. | PM Management - Corpus Christi NC III LLC        | 18-34080  | 5129 |
| 60. | PM Management - Corsicana NC II LLC              | 18-34081  | 9281 |
| 61. | PM Management - Corsicana NC III LLC             | 18-34082  | 9353 |
| 62. | PM Management - Corsicana NC LLC                 | 18-34083  | 1333 |
| 63. | PM Management - Denison NC LLC                   | 18-34084  | 5022 |
| 64. | PM Management - El Paso I NC LLC                 | 18-34085  | 2965 |
| 65. | PM Management - Fredericksburg NC LLC            | 18-34086  | 0599 |
| 66. | PM Management - Frisco NC LLC                    | 18-34087  | 5082 |
| 67. | PM Management - Garland NC LLC                   | 18-33979  | 5137 |
| 68. | PM Management - Golden Triangle NC I LLC         | 18-33980  | 9478 |
| 69. | PM Management - Golden Triangle NC II LLC        | 18-33981  | 9536 |
| 70. | PM Management - Golden Triangle NC III LLC       | 18-33982  | 9597 |
| 71. | PM Management - Golden Triangle NC IV LLC        | 18-33983  | 9654 |
| 72. | PM Management - Killeen I NC LLC                 | 18-33984  | 3105 |
| 73. | PM Management - Killeen II NC LLC                | 18-33985  | 3179 |
| 74. | PM Management - Killeen III NC LLC               | 18-33986  | 3245 |
| 75. | PM Management - Lewisville NC LLC                | 18-33988  | 5296 |
| 76. | PM Management - New Braunfels NC LLC             | 18-33990  | 6293 |
| 77. | PM Management - Park Valley NC LLC               | 18-33991  | 7186 |
| 78. | PM Management - Pflugerville AL LLC              | 18-33993  | 4007 |
| 79. | PM Management - Portfolio IX NC LLC              | 19-30253  | 1841 |
| 80. | PM Management – Portfolio V NC, LLC              | 19-30249  | 2086 |
| 81. | PM Management - Portfolio VI NC LLC              | 19-30250  | 5354 |
| 82. | PM Management - Portfolio VII NC LLC             | 19-30251  | 9728 |
| 83. | PM Management - Portfolio VIII NC LLC            | 19-30252  | 3048 |
| 84. | PM Management - Portland AL LLC                  | 18-33994  | 5018 |
| 85. | PM Management - Portland NC LLC                  | 18-33995  | 4928 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 86. | PM Management - Round Rock AL LLC | 18-33997 | 5304 |
| 87. | PM Management - San Antonio AL LLC | 19-30254 | 4609 |
| 88. | PM Management - San Antonio NC LLC | 18-33998 | 1216 |
| 89. | Presidential SCC LLC | 18-34000 | 1913 |
| 90. | Redoak SCC LLC | 18-33976 | 7569 |
| 91. | Riverside SCC LLC | 18-34001 | 1889 |
| 92. | Round Rock SCC LLC | 18-34002 | 8936 |
| 93. | Rowlett SCC LLC | 18-34007 | 7606 |
| 94. | Ruston SCC LLC | 18-34009 | 0242 |
| 95. | RW SCC LLC | 18-34011 | 7631 |
| 96. | Sagebrook SCC LLC | 18-34013 | 9571 |
| 97. | San Angelo SCC LLC | 18-34015 | 4254 |
| 98. | San Antonio SCC, LLC | 19-30261 | 4923 |
| 99. | SCC Edinburg LLC | 18-34019 | 1195 |
| 100. | SCC Hospice Holdco LLC | 18-34021 | 0104 |
| 101. | SCC Senior Care Investments LLC | 18-34023 | 4123 |
| 102. | SCC Socorro LLC | 18-34024 | 5459 |
| 103. | Senior Care Center Management II LLC | 18-34026 | 1280 |
| 104. | Senior Care Center Management LLC | 18-34028 | 7811 |
| 105. | Senior Care Centers Home Health, LLC | 18-34030 | 1931 |
| 106. | Senior Care Centers LLC | 18-33967 | 8550 |
| 107. | Senior Rehab Solutions LLC | 18-34031 | 4829 |
| 108. | Senior Rehab Solutions North Louisiana LLC | 18-34033 | 1690 |
| 109. | Shreveport SCC LLC | 18-34034 | 1659 |
| 110. | Solutions 2 Wellness LLC | 18-34038 | 4065 |
| 111. | South Oaks SCC LLC | 18-34039 | 8002 |
| 112. | Springlake ALF SCC LLC | 18-34041 | 2436 |
| 113. | Springlake SCC LLC | 18-34042 | 9102 |
| 114. | Stallings Court SCC LLC | 18-33977 | 7393 |
| 115. | Stonebridge SCC LLC | 18-34044 | 9234 |
| 116. | Stonegate SCC LLC | 18-33978 | 3005 |
| 117. | Summer Regency SCC LLC | 18-34047 | 7782 |
| 118. | TRISUN Healthcare LLC | 18-34048 | 2497 |
| 119. | Valley Grande SCC LLC | 18-34051 | 1341 |
| 120. | Vintage SCC LLC | 18-34053 | 7710 |
| 121. | West Oaks SCC LLC | 18-34055 | 9535 |
| 122. | Western Hills SCC LLC | 18-34056 | 1922 |
| 123. | Weston Inn SCC LLC | 18-34057 | 7871 |
| 124. | Westover Hills SCC LLC | 18-34059 | 3303 |
| 125. | Whitesboro SCC LLC | 18-34060 | 7745 |
| 126. | Windcrest SCC LLC | 18-34061 | 9541 |
| 127. | Windmill SCC LLC | 18-34062 | 8067 |
| 128. | Wurzbach SCC LLC | 18-34063 | 9920 |