Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>SENIOR CARE CENTERS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-33967 (BJH)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON FEBRUARY 21, 2019 AT 2:00 P.M. (CT)

**MATTERS GOING FORWARD**

1.  Supplemental Motion of Debtors for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief [Docket No. 445; Filed: 1/29/2019]

    Objection Deadline:        February 19, 2019

    Related Document(s):

        a)    Omnibus Notice of Hearing [Docket No. 451; Filed: 1/30/2019]

    Response(s) Received:        Informal comments from the United States Trustee.

    Status:        This matter will go forward.

2.  Jackie Waldron's Motion for Relief from Automatic Stay to Continue Litigation [Docket No. 266; Filed: 1/7/2019]

---

[1]   A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as <u>Exhibit A</u>. The Debtors' mailing address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

Objection Deadline:          January 22, 2019

Related Document(s):

    a)    Notice of Hearing [Docket No. 281; Filed: 1/9/2019]

Response(s) Received:

    a)    Debtors' Omnibus Objection to Various Individual Plaintiff-Litigants' Motions for Relief from Automatic Stay to Continue Litigation [Docket No. 414; Filed: 1/22/2019]

Status:          This matter will go forward.

3.    David Riley's Motion for Relief from Automatic Stay to Continue Litigation [Docket No. 268; Filed: 1/7/2019]

Objection Deadline:          January 22, 2019

Related Document(s):

    a)    Notice of Hearing [Docket No. 282; Filed: 1/9/2019]

Response(s) Received:

    a)    Debtors' Omnibus Objection to Various Individual Plaintiff-Litigants' Motions for Relief from Automatic Stay to Continue Litigation [Docket No. 414; Filed: 1/22/2019]

Status:          This matter will go forward.

4.    San Antonio North Knoll, LLC's Motion for Relief from the Automatic Stay to Permit Setoff Under Section 553 of the Bankruptcy Code [Docket No. 271; Filed: 1/7/2019]

Objection Deadline:          January 21, 2019

Related Document(s):

    a)    Notice of Hearing [Docket No. 274; Filed: 1/8/2019]

    b)    Affidavit of Nicholas S. Martinez in Support of San Antonio North Knoll, LLC's Motion for Relief from the Automatic Stay to Permit Setoff Under Section 553 of the Bankruptcy Code [Docket No. 286; Filed: 1/9/2019]

    c)    Order on Debtors' Objection to San Antonio North Knoll, LLC's Motion for Relief from the Automatic Stay to Permit Setoff Under Section 553 of the Bankruptcy Code [Docket No. 435; Entered: 1/25/2019]

Response(s) Received:

    a)    Debtors' Objection to San Antonio North Knoll, LLC's Motion for Relief from the Automatic Stay to Permit Setoff Under Section 553 of the Bankruptcy Code [Docket No. 413; Filed: 1/22/2019]

Status:    This matter will go forward.

5.    Motion of Debtors for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices [Docket No. 9; Filed: 12/5/2018]

Objection Deadline:    February 14, 2019

Related Document(s):

    a)    Interim Order (I) Authorizing Continued Use of Existing Cash Management System. Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices [Docket No. 72; Entered: 12/7/2018]

    b)    Second Interim Order (I) Authorizing Continued Use of Existing Cash Management System. Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices [Docket No. 230; Entered: 12/31/2018]

    c)    Third Interim Order (I) Authorizing Continued Use of Existing Cash Management System. Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices [Docket No. 384; Entered: 1/18/2019]

Response(s) Received:

    a)    United States Trustee's Omnibus Response to Employment Applications, Cash Management Motion, Fee Procedures Motion, and Ordinary Course Professionals Motion [Docket No. 337; Filed: 1/11/2019]

Status:    This matter will go forward.

6.    Application of Debtors for Entry of an Order Authorizing the Employment and Retention of H2C Analytics, LLC as Investment Banker *Nunc Pro Tunc* to the Effective Date [Docket No. 253; Filed: 1/4/2019]

Objection Deadline:    January 28, 2019

Related Document(s):

    a)      Notice of Hearing [Docket No. 264; Filed: 1/7/2019]

Response(s) Received:     Informal comments from the United States Trustee and Committee

Status:     This matter will go forward.

7.    Application of Debtors for Authority to Employ and Retain Gray Robinson, P.A. as Special Counsel to the Independent Board of Directors of Senior Care Centers, LLC *Nunc Pro Tunc* to the Petition Date [Docket No. 173; Filed: 12/21/2018]

Objection Deadline:     January 11, 2019

Related Document(s):

    a)      Omnibus Notice of Hearing [Docket No. 194; Filed: 12/21/2018]

Response(s) Received:

    a)      United States Trustee's Omnibus Response to Employment Applications, Cash Management Motion, Fee Procedures Motion, and Ordinary Course Professionals Motion [Docket No. 337; Filed: 1/11/2019]

Status:     This matter will go forward.

8.    Application of Debtors for an Order (I) Authorizing the Continued Employment and Retention of BDO USA, Inc. to Provide a Chief Executive Office, Chief Financial Officer, and Additional Personnel, and (II) Designating Dr. David Friend as Chief Executive Officer and Venson Wallin as Chief Financial Officer *Nunc Pro Tunc* to the Petition Date [Docket No. 186; Filed: 12/21/2018]

Objection Deadline:     January 11, 2019

Related Document(s):

    a)      Omnibus Notice of Hearing [Docket No. 194; Filed: 12/21/2018]

Response(s) Received:

    a)      United States Trustee's Omnibus Response to Employment Applications, Cash Management Motion, Fee Procedures Motion, and Ordinary Course Professionals Motion [Docket No. 337; Filed: 1/11/2019]

    b)      Informal comments from the Official Committee of Unsecured Creditors

Status:     This matter will go forward.

67348737.3

9.      Application of Debtors for an Order (I) Authorizing the Employment and Retention of Newbridge Management, LLC to Provide a Chief Restructuring Officer and Additional Personnel, and (II) Designating Kevin O'Halloran as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date [Docket No. 172; Filed: 12/21/2018]

Objection Deadline:        January 11, 2019

Related Document(s):

        a)      Omnibus Notice of Hearing [Docket No. 194; Filed: 12/21/2018]

Response(s) Received:

        a)      United States Trustee's Omnibus Response to Employment Applications, Cash Management Motion, Fee Procedures Motion, and Ordinary Course Professionals Motion [Docket No. 337; Filed: 1/11/2019]

        b)      Informal comments from the Official Committee of Unsecured Creditors

Status:        This matter will go forward.

10.      Motion of Debtors for Entry of an Order Authorizing the Debtors to File Certain Sensitive Financial Information Under Seal [Docket No. 419; Filed: 1/23/2019]

Objection Deadline:        February 14, 2019

Related Document(s):

        a)      Notice of Hearing [Docket No. 443; Filed: 1/29/2019]

Response(s) Received:        None.

Status:        This matter will go forward.

11.      Third Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases and Executory Contracts, and (II) Granting Certain Related Relief [Docket No. 448; Filed: 1/29/2019]

Objection Deadline:        February 19, 2019

Related Document(s):

        a)      Omnibus Notice of Hearing [Docket No. 451; Filed: 1/30/2019]

        b)      Supplemental Exhibit to the Debtors' Third Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases and Executory Contracts, and (II) Granting Certain Related Relief [Docket No. 472; Filed: 2/6/2019]

67348737.3

Response(s) Received:

a)    Limited Objection of GLS Hospice Properties, LLC to Third Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases and Executory Contracts, and (II) Granting Certain Related Relief [Docket No. 503; Filed: 2/13/2019]

b)    Response and Limited Objection of 1717 West 6th Street (TX), LLC to Debtors' Third Omnibus Motion (I) Authorizing the Debtors to Reject Certain Unexpired Leases and Executory Contracts, and (II) Granting Certain Related Relief [Docket No. 504; Filed: 2/13/2019]

c)    Response and Objection of Saddleback Sundance, LLC and Saddleback Park Valley, LLC to Third Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases and Executory Contracts, and (II) Granting Certain Related Relief [Docket No. 505; Filed: 2/13/2019]

d)    BBA Heath Realty, LLC's Response to Third Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases, and (II) Granting Related Relief [Docket No. 532; Filed 2/19/2019]

e)    OLP Wyoming Springs, LLP's Response to Debtors' Third Omnibus Motion to Reject Certain Unexpired Leases and Executory Contracts [Docket No. 533; Filed 2/19/2019]

f)    Round Rock Business Park, L.P., d/b/a ParkWest Corporate Centers's Response to Debtors' Third Omnibus Motion to Reject Certain Unexpired Leases and Executory Contracts [Docket No. 534; Filed 2/19/2019]

g)    Debtors' Omnibus Response to Various Objections to the Debtors' Third Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Unexpired Leases and Executory Contracts, and (II) Granting Certain Related Relief [Docket No. 538; Filed 2/20/2019]

Status:        This matter will go forward.

12.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 24; Filed: 12/5/2018]

Objection Deadline:        February 4, 2019

67348737.3

Related Document(s):

    a)    Findings of Fact and Conclusions of Law Regarding the Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 74; Entered: 12/7/2018]

    b)    Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 75; Entered: 12/7/2018]

    c)    Preliminary Omnibus Reply in Support of the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 199; Filed: 12/26/2018]

    d)    Debtors' Memorandum of Law Regarding the Debtors' Obligation to Pay Rent for Nursing Home Leases Subject to a Pending Rejection Motion [Docket No. 321; Filed: 1/10/2019]

    e)    Second Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 431; Entered: 1/24/2019]

    f)    Revised Budget [Docket No. 351; Filed: 1/14/2019]

Response(s) Received:

    a)    Objection of Texas Ad Valorem Taxing Jurisdictions to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 117; Filed: 12/12/2018]

    b)    Texas Health and Human Services Commission's Limited Objection to motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 142; Filed: 12/17/2018]

    c)    Limited Objection of San Antonio North Knoll, LLC to the Use of Cash Collateral [Docket No. 146; Filed: 12/19/2018]

67348737.3

d) Response of HC Hill Country Associates, Ltd., H-C Associates, Ltd., HC-RW Associates Ltd., Hidalgo Healthcare Realty, LLC, and Socorro Health Realty, LLC to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 148; Filed: 12/19/2018]

e) CCP Landlords' Reservation of Rights and Limited Objection to Debtors' Motion to Use Cash Collateral [Docket No. 149; Filed: 12/19/2018]

f) Objection of OLP Wyoming Springs, LLC to (I) Motion for Entry of Order Authorizing Payment of Prepetition Taxes and Fees; and (II) Motion for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral [Docket No. 151; Filed: 12/19/2018]

g) Limited Objection of Atlas Dental Management, LLC to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 152; Filed: 12/19/2018]

h) TXMS Real Estate Investments, Inc.'s Objection to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 153; Filed: 12/19/2018]

i) Objection of PharMerica Long Term-Care, LLC d/b/a PharMerica to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 154; Filed: 12/19/2018]

j) Limited Objection of KeyBank National Association to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 155; Filed: 12/19/2018]

k) The United States of America's Limited Objection to Debtors' Motion for Entry of Interim and Final Order Authorizing Use of Cash Collateral [Docket No. 157; Filed: 12/19/2018]

l) Tax Authorities' Objection to Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the

Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 158; Filed: 12/19/2018]

m) Granite Landlords' Limited Objection and Limited Joinder in KeyBank National Association's Limited Objection to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 174; Filed: 12/21/2018]

n) Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 187; Filed: 12/21/2018]

o) CCP Landlords' First Amended Objection to Debtors' Motion to Use Cash Collateral [Docket No. 189; Filed: 12/21/2018]

p) Brief in Support of Objection of PharMerica Long Term-Care, LLC d/b/a PharMerica to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 205; Filed: 12/26/2018]

q) Limited Objection of Love Funding Corporation to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II), Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 270; Filed: 1/7/2019]

r) Limited Objection of Onsite Dentists of Texas to Debtors' Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Setting a Final Hearing; and (V) Granting Related Relief [Docket No. 293; Filed: 1/9/2019]

s) CCP Landlords' Memorandum of Law in Support of Debtors' Obligations to Timely Pay Post-Petition Rental Obligations [Docket No. 302; Filed: 1/10/2019]

t) HC Hill Country Associates, Ltd., H-C Associates, Ltd., HC-RW Associates Ltd., Hidalgo Healthcare Realty, LLC, and Socorro Health Realty, LLC's Memorandum of Law in Support of Response to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of

67348737.3

Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 307; Filed: 1/10/2019]

u)      OLP Wyoming Springs, LLC's Supplemental Brief in Support of Objection to (I) Taxes Motion and (II) Cash Collateral Motion [Docket No. 312; Filed: 1/10/2019]

v)      Cedar Park Healthcare, LLC's Hearing Brief Regarding Debtors' Post-Petition Lease Obligations Pending Rejection and Transition of Operations [Docket No. 313; Filed: 1/10/2019]

w)      TXMS Real Estate Investments, Inc.'s Surreply Brief in Support of Its Objection to Debtors Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protecting, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 314; Filed: 1/10/2019]

x)      Brief in Support of Granite Landlords' Limited Objection and Limited Joinder in KeyBank National Association's Limited Objection to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protecting, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 315; Filed: 1/10/2019]

y)      Limited Objection of Berkadia Commercial Mortgage LLC to Motion of Debtors for Entry of Interim and Final Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 320; Filed: 1/10/2019]

z)      G Debtors' Brief in Opposition Regarding the Debtors' Obligation to Pay Rent for Nursing Home Leases Subject to a Pending Rejection Motion [Docket No. 324; Filed: 1/10/2019]

aa)     Limited Objection of Texas Nursing Home Management Solutions, LLC to Debtors' Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Setting a Final Hearing; and (V) Granting Related Relief [Docket No. 344; Filed: 1/12/2019]

bb)     Texas Health and Human Services Commission's Supplemental Limited Objection to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Setting a Final

Hearing; and (V) Granting Related Relief [Docket No. 370; Filed: 1/16/2019]

    cc)      Cedar Park Healthcare, LLC's Response to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Setting a Final Hearing; and (V) Granting Related Relief [Docket No. 499; Filed: 2/13/2019]

    dd)      POTA JV, LLC's Limited Objection to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Setting a Final Hearing; and (V) Granting Related Relief [Docket No. 531; Filed: 2/19/2019]

Status:      This matter will go forward.

13.      Motion to Reject Certain "Granite" Leases *Nunc Pro Tunc* [Docket No. 211; Filed: 12/27/2018]

Objection Deadline:      January 17, 2019

Related Document(s):

    a)      Notice of Hearing [Docket No. 220; Filed: 12/28/2018]

    b)      Supplement to Motion to Reject Certain "Granite" Leases *Nunc Pro Tunc* [Docket No. 469; Filed: 2/5/2019]

    c)      Amended Notice of Hearing [Docket No. 487; Filed: 2/11/2019]

Response(s) Received:

    a)      Granite Landlords' Objection to Motion to Reject Certain "Granite" Leases *Nunc Pro Tunc* [Docket No. 397; Filed: 1/18/2019]

    b)      The United States of America's Limited Objection and Reservation of Rights with Respect to the Debtors' Lease Rejection Motions [Docket No. 407; Filed: 1/21/2019]

Status:      This matter will go forward.

14.      Motion to Approve Agreements for (I) Use of Cash Collateral, (II) Granting Adequate Protection Between Certain Senior Care Centers Debtors and KeyBank N.A., (III) Modifying the Automatic Stay and (IV) Granting Relief Related to Use of KeyBank N.A.'s Cash Collateral Pursuant to Rule 4001(d)(1)(A)(i), (iii) and (iv) [Docket No. 476; Filed: 2/6/2019]

Objection Deadline: February 20, 2019

Related Document(s):

    a)    Notice of Hearing [Docket No. 481; Filed: 2/7/2019]

Response(s) Received:    None.

Status:    This matter will go forward.

15.    Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 330; Filed: 1/11/2019]

Objection Deadline: February 1, 2019

Related Document(s):

    a)    Notice of Hearing [Docket No. 333; Filed: 1/11/2019]

Response(s) Received:    None.

Status:    This matter will go forward.

Dated: February 20, 2019
Dallas, Texas

Respectfully submitted,

**POLSINELLI PC**

*/s/ Trey A. Monsour*
Trey A. Monsour (State Bar No. 14277200)
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

    -and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com
*Counsel to the Debtors and
Debtors in Possession*

67348737.3

# EXHIBIT A

## Exhibit A
(Sorted Alphabetically)

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | Alief SCC LLC | 18-33987 | 0523 |
| 2. | Bandera SCC LLC | 18-33989 | 0617 |
| 3. | Baytown SCC LLC | 18-33992 | 0778 |
| 4. | Beltline SCC LLC | 18-33996 | 7264 |
| 5. | Booker SCC LLC | 18-33999 | 0967 |
| 6. | Bossier SCC LLC | 18-34003 | 2017 |
| 7. | Bradford SCC LLC | 18-34004 | 9535 |
| 8. | Brinker SCC LLC | 18-34005 | 7304 |
| 9. | Brownwood SCC LLC | 18-33968 | 0677 |
| 10. | Capitol SCC LLC | 18-34006 | 1750 |
| 11. | CapWest-Texas LLC | 18-34008 | 4897 |
| 12. | Cedar Bayou SCC LLC | 18-34010 | 8889 |
| 13. | Clear Brook SCC LLC | 18-34012 | 1877 |
| 14. | Colonial SCC LLC | 18-34014 | 4385 |
| 15. | Community SCC LLC | 18-33969 | 7951 |
| 16. | Corpus Christi SCC LLC | 18-34016 | 9807 |
| 17. | Crestwood SCC LLC | 18-34017 | 7349 |
| 18. | Crowley SCC LLC | 18-33970 | 6697 |
| 19. | CTLTC Real Estate, LLC | 18-34018 | 0202 |
| 20. | Fairpark SCC LLC | 18-34020 | 7381 |
| 21. | Gamble Hospice Care Central LLC | 18-34022 | 6688 |
| 22. | Gamble Hospice Care Northeast LLC | 18-34025 | 6661 |
| 23. | Gamble Hospice Care Northwest LLC | 18-34027 | 2044 |
| 24. | Gamble Hospice Care of Cenla LLC | 18-34029 | 4510 |
| 25. | Green Oaks SCC LLC | 18-33971 | 7218 |
| 26. | Harbor Lakes SCC LLC | 18-33972 | 7299 |
| 27. | Harden HUD Holdco LLC | 18-34032 | 1502 |
| 28. | Harden Non-HUD Holdco LLC | 18-34035 | 3391 |
| 29. | Harden Pharmacy LLC | 18-34036 | 1995 |
| 30. | Hearthstone SCC LLC | 18-34037 | 9154 |
| 31. | Hewitt SCC LLC | 18-33973 | 7237 |
| 32. | HG SCC LLC | 18-34040 | 7415 |
| 33. | Hill Country SCC LLC | 18-34043 | 4199 |
| 34. | Holland SCC LLC | 18-33974 | 1427 |
| 35. | Hunters Pond SCC LLC | 18-34045 | 2886 |
| 36. | Jacksonville SCC LLC | 18-34046 | 4216 |
| 37. | La Hacienda SCC LLC | 18-34049 | 1074 |
| 38. | Lakepointe SCC LLC | 18-34050 | 7457 |
| 39. | Major Timbers LLC | 18-34052 | 7477 |
| 40. | Marlandwood East SCC LLC | 18-34054 | 1871 |
| 41. | Marlandwood West SCC LLC | 18-34058 | 2192 |

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 42. | Meadow Creek SCC LLC | 18-34064 | 9278 |
| 43. | Midland SCC LLC | 18-34065 | 4231 |
| 44. | Mill Forest Road SCC LLC | 18-34066 | 5137 |
| 45. | Mission SCC LLC | 18-33975 | 8086 |
| 46. | Mullican SCC LLC | 18-34067 | 7499 |
| 47. | Mystic Park SCC LLC | 18-34068 | 1898 |
| 48. | Normandie SCC LLC | 18-34069 | 1542 |
| 49. | Onion Creek SCC LLC | 18-34070 | 7425 |
| 50. | Park Bend SCC LLC | 18-34071 | 9410 |
| 51. | Pasadena SCC LLC | 18-34072 | 1694 |
| 52. | Pecan Tree SCC LLC | 18-34073 | 4241 |
| 53. | Pecan Valley SCC LLC | 18-34074 | 9585 |
| 54. | Pleasantmanor SCC LLC | 18-34075 | 7536 |
| 55. | PM Management - Allen NC LLC | 18-34076 | 4961 |
| 56. | PM Management - Babcock NC LLC | 18-34077 | 7829 |
| 57. | PM Management - Cedar Park NC LLC | 18-34078 | 1050 |
| 58. | PM Management - Corpus Christi NC II LLC | 18-34079 | 5231 |
| 59. | PM Management - Corpus Christi NC III LLC | 18-34080 | 5129 |
| 60. | PM Management - Corsicana NC II LLC | 18-34081 | 9281 |
| 61. | PM Management - Corsicana NC III LLC | 18-34082 | 9353 |
| 62. | PM Management - Corsicana NC LLC | 18-34083 | 1333 |
| 63. | PM Management - Denison NC LLC | 18-34084 | 5022 |
| 64. | PM Management - El Paso I NC LLC | 18-34085 | 2965 |
| 65. | PM Management - Fredericksburg NC LLC | 18-34086 | 0599 |
| 66. | PM Management - Frisco NC LLC | 18-34087 | 5082 |
| 67. | PM Management - Garland NC LLC | 18-33979 | 5137 |
| 68. | PM Management - Golden Triangle NC I LLC | 18-33980 | 9478 |
| 69. | PM Management - Golden Triangle NC II LLC | 18-33981 | 9536 |
| 70. | PM Management - Golden Triangle NC III LLC | 18-33982 | 9597 |
| 71. | PM Management - Golden Triangle NC IV LLC | 18-33983 | 9654 |
| 72. | PM Management - Killeen I NC LLC | 18-33984 | 3105 |
| 73. | PM Management - Killeen II NC LLC | 18-33985 | 3179 |
| 74. | PM Management - Killeen III NC LLC | 18-33986 | 3245 |
| 75. | PM Management - Lewisville NC LLC | 18-33988 | 5296 |
| 76. | PM Management - New Braunfels NC LLC | 18-33990 | 6293 |
| 77. | PM Management - Park Valley NC LLC | 18-33991 | 7186 |
| 78. | PM Management - Pflugerville AL LLC | 18-33993 | 4007 |
| 79. | PM Management - Portfolio IX NC LLC | 19-30253 | 1841 |
| 80. | PM Management – Portfolio V NC, LLC | 19-30249 | 2086 |
| 81. | PM Management - Portfolio VI NC LLC | 19-30250 | 5354 |
| 82. | PM Management - Portfolio VII NC LLC | 19-30251 | 9728 |
| 83. | PM Management - Portfolio VIII NC LLC | 19-30252 | 3048 |
| 84. | PM Management - Portland AL LLC | 18-33994 | 5018 |
| 85. | PM Management - Portland NC LLC | 18-33995 | 4928 |

67348737.3

| # | Debtor Name | Case No. | EIN |
|---|-------------|----------|-----|
| 86. | PM Management - Round Rock AL LLC | 18-33997 | 5304 |
| 87. | PM Management - San Antonio AL LLC | 19-30254 | 4609 |
| 88. | PM Management - San Antonio NC LLC | 18-33998 | 1216 |
| 89. | Presidential SCC LLC | 18-34000 | 1913 |
| 90. | Redoak SCC LLC | 18-33976 | 7569 |
| 91. | Riverside SCC LLC | 18-34001 | 1889 |
| 92. | Round Rock SCC LLC | 18-34002 | 8936 |
| 93. | Rowlett SCC LLC | 18-34007 | 7606 |
| 94. | Ruston SCC LLC | 18-34009 | 0242 |
| 95. | RW SCC LLC | 18-34011 | 7631 |
| 96. | Sagebrook SCC LLC | 18-34013 | 9571 |
| 97. | San Angelo SCC LLC | 18-34015 | 4254 |
| 98. | San Antonio SCC, LLC | 19-30261 | 4923 |
| 99. | SCC Edinburg LLC | 18-34019 | 1195 |
| 100. | SCC Hospice Holdco LLC | 18-34021 | 0104 |
| 101. | SCC Senior Care Investments LLC | 18-34023 | 4123 |
| 102. | SCC Socorro LLC | 18-34024 | 5459 |
| 103. | Senior Care Center Management II LLC | 18-34026 | 1280 |
| 104. | Senior Care Center Management LLC | 18-34028 | 7811 |
| 105. | Senior Care Centers Home Health, LLC | 18-34030 | 1931 |
| 106. | Senior Care Centers LLC | 18-33967 | 8550 |
| 107. | Senior Rehab Solutions LLC | 18-34031 | 4829 |
| 108. | Senior Rehab Solutions North Louisiana LLC | 18-34033 | 1690 |
| 109. | Shreveport SCC LLC | 18-34034 | 1659 |
| 110. | Solutions 2 Wellness LLC | 18-34038 | 4065 |
| 111. | South Oaks SCC LLC | 18-34039 | 8002 |
| 112. | Springlake ALF SCC LLC | 18-34041 | 2436 |
| 113. | Springlake SCC LLC | 18-34042 | 9102 |
| 114. | Stallings Court SCC LLC | 18-33977 | 7393 |
| 115. | Stonebridge SCC LLC | 18-34044 | 9234 |
| 116. | Stonegate SCC LLC | 18-33978 | 3005 |
| 117. | Summer Regency SCC LLC | 18-34047 | 7782 |
| 118. | TRISUN Healthcare LLC | 18-34048 | 2497 |
| 119. | Valley Grande SCC LLC | 18-34051 | 1341 |
| 120. | Vintage SCC LLC | 18-34053 | 7710 |
| 121. | West Oaks SCC LLC | 18-34055 | 9535 |
| 122. | Western Hills SCC LLC | 18-34056 | 1922 |
| 123. | Weston Inn SCC LLC | 18-34057 | 7871 |
| 124. | Westover Hills SCC LLC | 18-34059 | 3303 |
| 125. | Whitesboro SCC LLC | 18-34060 | 7745 |
| 126. | Windcrest SCC LLC | 18-34061 | 9541 |
| 127. | Windmill SCC LLC | 18-34062 | 8067 |
| 128. | Wurzbach SCC LLC | 18-34063 | 9920 |

67348737.3