

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____

**Signed February 27, 2019**                           **United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Senior Care Centers, LLC, *et al.*,[1] | § | Case No. 18-33967 (BJH) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES, AND (II) GRANTING CERTAIN RELATED RELIEF

Upon the motion (the "**Motion**") of the debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") for entry of an order (this "**Order**") (i) authorizing the Debtors to reject certain unexpired leases, which are listed on Exhibit 2 attached hereto, and (ii) granting certain related relief, all as more fully set forth in the Motion; and upon the record of the hearing on the Motion, if any; the Court having reviewed the Motion and the *Declaration of Kevin O'Halloran, Chief Restructuring Officer of Senior Care Centers, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as Exhibit 1.

No. 25] (the "**First Day Declaration**") and the objections and memoranda of law filed by the landlords of the Rejected Leases (as defined below); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. 157 and §§ 1334(b); and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Debtors consent to entry of a final order under Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.  The Motion is GRANTED as set forth herein.

2.  Pursuant to Bankruptcy Code sections 105(a), 365, and 554, the leases identified on Exhibit 2 hereto (the "**Rejected Leases**") are rejected by the Debtors effective as of the entry of this Order, except as otherwise set forth below.

3.  The lease with 1717 West 6th Street (TX), LLC (the "**Austin Corporate Lease**") is rejected, however, the effective date of rejection of the Austin Corporate Lease is to be determined by further order of the Court after an evidentiary hearing.

4.  With respect to the Lease Purchase Agreement between GLS Hospice Properties, LLC and SCC Hospice Holdco, LLC, dated September 1, 2015, the Debtors, at their own cost and expense, shall remove from the buildings subject to the Lease, located at 8950 East Kings Highway, Shreveport, Louisiana and at 104 MBL Bank Drive, Minden, Louisiana all furniture in

the Administrative Office of each building as soon as practicable but in no event later than forty-five (45) days following the date of the entry of this Order.

5. The Lease of Skilled Nursing Facility, dated January 19, 2017, between BBA Health Realty, LLC and San Antonio SCC, LLC, was terminated prior to the Petition Date and, as such, is not subject to any rejection pursuant to this Order.

6. The Debtors shall not be required to pay any real or personal property taxes to OLP Wyoming Springs, LLC except upon further order of the Court authorizing such payment.

7. Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this order shall: (a) constitute an admission as to the validity or priority of any claim against the Debtors, or (b) constitute a waiver of the Debtors' rights to dispute any claim.

8. Within two (2) business days after entry of this Order, the Debtors shall serve this Order on the counterparties to the Rejected Leases.

9. Each counterparty to a Rejected Lease may file a claim under Bankruptcy Code section 502 or other claims in connection with such Rejected Lease in accordance with any claims bar date set by the Court, and the failure to file a timely claim by the claims bar date set by the Court shall forever prohibit such counterparty from receiving any distribution on account of such claims from the Debtors' estates unless this Court orders otherwise in accordance with the applicable provisions of the Bankruptcy Code and Rules of Bankruptcy Procedure or other legal precedent.

10. Notwithstanding anything in this Order, all regulatory agreement(s) between: (a) the U.S. Department of Housing and Urban Development ("**HUD**") and any Debtor, and (b) HUD and any non-debtor shall remain in full force and effect, and nothing shall affect, modify,

or impair HUD's rights, claims, or defenses pursuant to any HUD statutes, regulations, rules, procedures, policies, regulatory agreements, or any loan document executed in favor of any HUD authorized lender.

11. The Debtors shall, pursuant to Bankruptcy Code Section 365(d)(3), pay January 2019 rent, to the extent not already so paid, and February 2019 rent required under the Rejected Leases at the full contract rate, including any taxes, common area maintenance charges, and other charges accruing and payable under such leases on a monthly basis, to all landlords listed in Exhibit 2 as soon as practical, but in no event later than ten (10) business days after the entry of this Order, *provided*, *however*, that (i) with respect to the Austin Corporate Lease, the Debtors shall pay January 2019 rent at the full contract rate pursuant to Bankruptcy Code section 365(d)(3), but shall only be obligated to pay February 2019 rent at the full contract rate pursuant to Bankruptcy Code section 365(d)(3) if the Court determines, after an evidentiary hearing, that the effective date of rejection of the Austin Corporate Lease is the date of entry of this Order rather than the date of filing the Motion, and (ii) with respect to the Master Lease Agreement, dated August 1, 2013 with Saddleback Park Valley, LLC and Saddleback Sundance, LLC (the "**Saddleback Master Lease**"), the Debtors shall be obligated to pay rent at the full contract rate pursuant to Bankruptcy Code section 365(d)(3) only for February 2019.

12. Claims for stub rent (from the Petition Date through December 31, 2018, or, with respect to the Saddleback Master Lease, from January 29, 2019 through January 31, 2019) and for rent owed for the post-rejection date period shall be determined under Bankruptcy Code section 503(b)(1)(A) provided that (a) the landlord can show that the rent was an actual and necessary expense of preserving the Debtors' estates, and (b) the Debtors can show that the benefit the Debtors received is less than the rent specified as the contract rate in the Rejected

67253668.2

Leases. The benefit the Debtors received is presumed to be the rent specified in the Rejected Leases, but which presumption the Debtors may attempt to rebut through evidence. Stub rent and post-rejection date rent shall only be paid upon further order of the Court. Between the stub period and the effective date of the rejection, rent for the period shall be rent at the full contract rate in accordance with Bankruptcy Code section 365(d)(3).

13. Any amounts ordered herein to be paid by the Debtors shall comply with any cash collateral order entered by this Court, and nothing herein shall require the Debtors to make any payment not permitted by any cash collateral order entered by this Court or, in the case of the Saddleback Master Lease and two subleases by PM Management – Portfolio IX NC, LLC, not permitted by a written consent of Love Funding.

14. The requirements of Bankruptcy Rule 6006(f)(6) are hereby satisfied for the purposes of the Motion.

15. The Debtors are authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

16. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

### END OF ORDER ###

Order submitted by:

**POLSINELLI PC**

*/s/ Trey A. Monsour*
Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*

## **Exhibit 1**

(Sorted Alphabetically)

| # | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | Alief SCC LLC | 18-33987 | 0523 |
| 2. | Bandera SCC LLC | 18-33989 | 0617 |
| 3. | Baytown SCC LLC | 18-33992 | 0778 |
| 4. | Beltline SCC LLC | 18-33996 | 7264 |
| 5. | Booker SCC LLC | 18-33999 | 0967 |
| 6. | Bossier SCC LLC | 18-34003 | 2017 |
| 7. | Bradford SCC LLC | 18-34004 | 9535 |
| 8. | Brinker SCC LLC | 18-34005 | 7304 |
| 9. | Brownwood SCC LLC | 18-33968 | 0677 |
| 10. | Capitol SCC LLC | 18-34006 | 1750 |
| 11. | CapWest-Texas LLC | 18-34008 | 4897 |
| 12. | Cedar Bayou SCC LLC | 18-34010 | 8889 |
| 13. | Clear Brook SCC LLC | 18-34012 | 1877 |
| 14. | Colonial SCC LLC | 18-34014 | 4385 |
| 15. | Community SCC LLC | 18-33969 | 7951 |
| 16. | Corpus Christi SCC LLC | 18-34016 | 9807 |
| 17. | Crestwood SCC LLC | 18-34017 | 7349 |
| 18. | Crowley SCC LLC | 18-33970 | 6697 |
| 19. | CTLTC Real Estate, LLC | 18-34018 | 0202 |
| 20. | Fairpark SCC LLC | 18-34020 | 7381 |
| 21. | Gamble Hospice Care Central LLC | 18-34022 | 6688 |
| 22. | Gamble Hospice Care Northeast LLC | 18-34025 | 6661 |
| 23. | Gamble Hospice Care Northwest LLC | 18-34027 | 2044 |
| 24. | Gamble Hospice Care of Cenla LLC | 18-34029 | 4510 |
| 25. | Green Oaks SCC LLC | 18-33971 | 7218 |
| 26. | Harbor Lakes SCC LLC | 18-33972 | 7299 |
| 27. | Harden HUD Holdco LLC | 18-34032 | 1502 |
| 28. | Harden Non-HUD Holdco LLC | 18-34035 | 3391 |
| 29. | Harden Pharmacy LLC | 18-34036 | 1995 |
| 30. | Hearthstone SCC LLC | 18-34037 | 9154 |
| 31. | Hewitt SCC LLC | 18-33973 | 7237 |
| 32. | HG SCC LLC | 18-34040 | 7415 |
| 33. | Hill Country SCC LLC | 18-34043 | 4199 |
| 34. | Holland SCC LLC | 18-33974 | 1427 |
| 35. | Hunters Pond SCC LLC | 18-34045 | 2886 |
| 36. | Jacksonville SCC LLC | 18-34046 | 4216 |
| 37. | La Hacienda SCC LLC | 18-34049 | 1074 |
| 38. | Lakepointe SCC LLC | 18-34050 | 7457 |
| 39. | Major Timbers LLC | 18-34052 | 7477 |
| 40. | Marlandwood East SCC LLC | 18-34054 | 1871 |

| #   | Debtor Name | Case No. | EIN |
|-----|-------------|----------|-----|
| 41. | Marlandwood West SCC LLC | 18-34058 | 2192 |
| 42. | Meadow Creek SCC LLC | 18-34064 | 9278 |
| 43. | Midland SCC LLC | 18-34065 | 4231 |
| 44. | Mill Forest Road SCC LLC | 18-34066 | 5137 |
| 45. | Mission SCC LLC | 18-33975 | 8086 |
| 46. | Mullican SCC LLC | 18-34067 | 7499 |
| 47. | Mystic Park SCC LLC | 18-34068 | 1898 |
| 48. | Normandie SCC LLC | 18-34069 | 1542 |
| 49. | Onion Creek SCC LLC | 18-34070 | 7425 |
| 50. | Park Bend SCC LLC | 18-34071 | 9410 |
| 51. | Pasadena SCC LLC | 18-34072 | 1694 |
| 52. | Pecan Tree SCC LLC | 18-34073 | 4241 |
| 53. | Pecan Valley SCC LLC | 18-34074 | 9585 |
| 54. | Pleasantmanor SCC LLC | 18-34075 | 7536 |
| 55. | PM Management - Allen NC LLC | 18-34076 | 4961 |
| 56. | PM Management - Babcock NC LLC | 18-34077 | 7829 |
| 57. | PM Management - Cedar Park NC LLC | 18-34078 | 1050 |
| 58. | PM Management - Corpus Christi NC II LLC | 18-34079 | 5231 |
| 59. | PM Management - Corpus Christi NC III LLC | 18-34080 | 5129 |
| 60. | PM Management - Corsicana NC II LLC | 18-34081 | 9281 |
| 61. | PM Management - Corsicana NC III LLC | 18-34082 | 9353 |
| 62. | PM Management - Corsicana NC LLC | 18-34083 | 1333 |
| 63. | PM Management - Denison NC LLC | 18-34084 | 5022 |
| 64. | PM Management - El Paso I NC LLC | 18-34085 | 2965 |
| 65. | PM Management - Fredericksburg NC LLC | 18-34086 | 0599 |
| 66. | PM Management - Frisco NC LLC | 18-34087 | 5082 |
| 67. | PM Management - Garland NC LLC | 18-33979 | 5137 |
| 68. | PM Management - Golden Triangle NC I LLC | 18-33980 | 9478 |
| 69. | PM Management - Golden Triangle NC II LLC | 18-33981 | 9536 |
| 70. | PM Management - Golden Triangle NC III LLC | 18-33982 | 9597 |
| 71. | PM Management - Golden Triangle NC IV LLC | 18-33983 | 9654 |
| 72. | PM Management - Killeen I NC LLC | 18-33984 | 3105 |
| 73. | PM Management - Killeen II NC LLC | 18-33985 | 3179 |
| 74. | PM Management - Killeen III NC LLC | 18-33986 | 3245 |
| 75. | PM Management - Lewisville NC LLC | 18-33988 | 5296 |
| 76. | PM Management - New Braunfels NC LLC | 18-33990 | 6293 |
| 77. | PM Management - Park Valley NC LLC | 18-33991 | 7186 |
| 78. | PM Management - Pflugerville AL LLC | 18-33993 | 4007 |
| 79. | PM Management - Portfolio IX NC LLC | 19-30253 | 1841 |
| 80. | PM Management – Portfolio V NC, LLC | 19-30249 | 2086 |
| 81. | PM Management - Portfolio VI NC LLC | 19-30250 | 5354 |
| 82. | PM Management - Portfolio VII NC LLC | 19-30251 | 9728 |
| 83. | PM Management - Portfolio VIII NC LLC | 19-30252 | 3048 |
| 84. | PM Management - Portland AL LLC | 18-33994 | 5018 |

| #    | Debtor Name                                 | Case No.  | EIN  |
|------|---------------------------------------------|-----------|------|
| 85.  | PM Management - Portland NC LLC             | 18-33995  | 4928 |
| 86.  | PM Management - Round Rock AL LLC           | 18-33997  | 5304 |
| 87.  | PM Management - San Antonio AL LLC          | 19-30254  | 4609 |
| 88.  | PM Management - San Antonio NC LLC          | 18-33998  | 1216 |
| 89.  | Presidential SCC LLC                        | 18-34000  | 1913 |
| 90.  | Redoak SCC LLC                              | 18-33976  | 7569 |
| 91.  | Riverside SCC LLC                           | 18-34001  | 1889 |
| 92.  | Round Rock SCC LLC                          | 18-34002  | 8936 |
| 93.  | Rowlett SCC LLC                             | 18-34007  | 7606 |
| 94.  | Ruston SCC LLC                              | 18-34009  | 0242 |
| 95.  | RW SCC LLC                                  | 18-34011  | 7631 |
| 96.  | Sagebrook SCC LLC                           | 18-34013  | 9571 |
| 97.  | San Angelo SCC LLC                          | 18-34015  | 4254 |
| 98.  | San Antonio SCC, LLC                        | 19-30261  | 4923 |
| 99.  | SCC Edinburg LLC                            | 18-34019  | 1195 |
| 100. | SCC Hospice Holdco LLC                      | 18-34021  | 0104 |
| 101. | SCC Senior Care Investments LLC             | 18-34023  | 4123 |
| 102. | SCC Socorro LLC                             | 18-34024  | 5459 |
| 103. | Senior Care Center Management II LLC        | 18-34026  | 1280 |
| 104. | Senior Care Center Management LLC           | 18-34028  | 7811 |
| 105. | Senior Care Centers Home Health, LLC        | 18-34030  | 1931 |
| 106. | Senior Care Centers LLC                     | 18-33967  | 8550 |
| 107. | Senior Rehab Solutions LLC                  | 18-34031  | 4829 |
| 108. | Senior Rehab Solutions North Louisiana LLC  | 18-34033  | 1690 |
| 109. | Shreveport SCC LLC                          | 18-34034  | 1659 |
| 110. | Solutions 2 Wellness LLC                    | 18-34038  | 4065 |
| 111. | South Oaks SCC LLC                          | 18-34039  | 8002 |
| 112. | Springlake ALF SCC LLC                      | 18-34041  | 2436 |
| 113. | Springlake SCC LLC                          | 18-34042  | 9102 |
| 114. | Stallings Court SCC LLC                     | 18-33977  | 7393 |
| 115. | Stonebridge SCC LLC                         | 18-34044  | 9234 |
| 116. | Stonegate SCC LLC                           | 18-33978  | 3005 |
| 117. | Summer Regency SCC LLC                      | 18-34047  | 7782 |
| 118. | TRISUN Healthcare LLC                       | 18-34048  | 2497 |
| 119. | Valley Grande SCC LLC                       | 18-34051  | 1341 |
| 120. | Vintage SCC LLC                             | 18-34053  | 7710 |
| 121. | West Oaks SCC LLC                           | 18-34055  | 9535 |
| 122. | Western Hills SCC LLC                       | 18-34056  | 1922 |
| 123. | Weston Inn SCC LLC                          | 18-34057  | 7871 |
| 124. | Westover Hills SCC LLC                      | 18-34059  | 3303 |
| 125. | Whitesboro SCC LLC                          | 18-34060  | 7745 |
| 126. | Windcrest SCC LLC                           | 18-34061  | 9541 |
| 127. | Windmill SCC LLC                            | 18-34062  | 8067 |
| 128. | Wurzbach SCC LLC                            | 18-34063  | 9920 |

# **Exhibit 2**

Rejected Leases

67253668.2

| Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description |
|---|---|---|
| Round Rock Business Park, L.P. | Round Rock Business Park, L.P.<br>525 Round Rock West Drive, Suite 250<br>Round Rock, Texas 78681<br><br>Keith M. Aurzada<br>Michael P. Cooley<br>Bradley J. Purcell<br>Bryan, Cave, Leighton & Paisner, LLP<br>2200 Ross Avenue, Suite 3300<br>Dallas, Texas 75201<br>Tel: (214) 721-8000<br>Email: keith.aurzada@bclplaw.com<br>     Michael.Cooley@bclplaw.com<br>     bradley.purcell@bclplaw.com | Business Park Lease, dated September 15, 2003<br><br>Business Park Lease, dated August 17, 2005<br><br>Lease, dated November 1, 2005 |
| 1717 West 6th Street (TX), LLC | 4700 Wilshire Boulevard<br>Los Angeles, California 90010<br>Tel: (323) 860-4900<br><br>With copy to:<br>Peter Gurfein<br>Landau, Gottfried & Berger LLP<br>1801 Century Park East, Suite 700<br>Tel: (310) 691-7374<br>Email: pgurfein@lgbfirm.com | Triple Net Lease, dated February 2, 2016 |
| OLP Wyoming Springs, LLC | Keith M. Aurzada<br>Michael P. Cooley<br>Bradley J. Purcell<br>Bryan, Cave, Leighton & Paisner, LLP<br>2200 Ross Avenue, Suite 3300<br>Dallas, Texas 75201<br>Tel: (214) 721-8000<br>Email: keith.aurzada@bclplaw.com<br>     Michael.Cooley@bclplaw.com<br>     bradley.purcell@bclplaw.com | Lease Agreement, dated November 10, 2010 |
| Saddleback Sundance, LLC<br>Saddleback Park Valley, LLC | Saddleback Park Valley, LLC<br>115 Wild Basin Rd., Suite 201<br>Austin, Texas 78746<br>Attn: Kathryn Boykin<br>Facsimile: (512) 391-2177<br><br>William H. Daniel<br>McGinnis Lochridge<br>600 Congress Avenue, Suite 2100<br>Austin, Texas 78701<br>wdaniel@mcginnislaw.com | Master Lease Agreement, dated August 1, 2013 |
| PM Management – Portfolio IX NC, LLC | PM Management – Portfolio IX NC, LLC<br>c/o Trisun Healthcare, LLC<br>1703 West 5th Street, Suite 800<br>Austin, Texas 78703<br>Attn: General Counsel<br>(512) 524-3325<br><br>William H. Daniel<br>McGinnis Lochridge | Sublease Agreement, dated August 1, 2013 |

| | | |
|---|---|---|
| | 600 Congress Avenue, Suite 2100<br>Austin, Texas 78701<br>wdaniel@mcginnislaw.com | |
| PM Management – Portfolio IX NC, LLC | PM Management – Portfolio IX NC, LLC<br>c/o Trisun Healthcare, LLC<br>1703 West 5th Street, Suite 800<br>Austin, Texas 78703<br>Attn: General Counsel<br>(512) 524-3325<br><br>William H. Daniel<br>McGinnis Lochridge<br>600 Congress Avenue, Suite 2100<br>Austin, Texas 78701<br>wdaniel@mcginnislaw.com | Sublease Agreement, dated August 1, 2013 |
| GLS Hospice Properties, LLC | GLS Properties, L.L.C.<br>Kevin C Gamble<br>Denny E. Gamble, Jr.<br>Keith E. Gamble<br>8520 Business Park Drive<br>Shreveport, LA 71105<br><br>With copy to:<br>Mark E. Gilliam<br>400 Travis St., Suite 1700<br>Shreveport, LA 71101 | Lease and Purchase Agreement, dated September 1, 2015 |
| Allied Properties | Steven R. Hall<br>400 Trenton Street, Suite 3<br>West Monroe, Louisiana 71291 | Contract of Lease, dated November 5, 2013<br>Contract of Lease, dated October 12, 2015 |
| BATSC, LLC | BATSC, LLC<br>1223 MacArthur Drive<br>Alexandria, Louisiana 71303 | Lease, dated January 1, 2018 |
| BATSC, LLC | 1223 MacArthur Drive<br>Alexandria, Louisiana 71303<br><br>PO Box 12846<br>Alexandria, Louisiana 71315 | Lease, dated September 1, 2013 |

| | | |
|---|---|---|
| Navarro SNF Development, LP | Navarro SNF Development, LP<br>9840 Jacksboro Highway<br>Fort Worth, Texas 76135<br>Telephone: (817) 238-6217<br>E-Mail: mcd@dfwonline.net<br><br>Marvin E. Sprouse III<br>Sprouse Law Firm<br>401 Congress Avenue, Suite 1540<br>Austin, Texas 78701<br>Tel: (512) 658-1915<br>msprouse@sprousepllc.com | Lease Agreement, dated May 24, 2010 |
| Pitney Bowes | Pitney Bowes Credit Corporation<br>Bankruptcy Administrator<br>27 Waterview Drive<br>Shelton, Connecticut 06484<br>Fax: (203) 617-6292<br>Email: bankruptcy@pb.com<br><br>Veni Krishnan<br>Client Support Services<br>Pitney Bowes<br>2225 American Drive<br>Neenah, Wisconsin 54956<br>Tel: (800) 228-1071<br>supportemail@pb.com | Pitney Bowes Lease Agreement, dated July 10, 2015 |
| Pitney Bowes | Pitney Bowes Credit Corporation<br>Bankruptcy Administrator<br>27 Waterview Drive<br>Shelton, Connecticut 06484<br>Fax: (203) 617-6292<br>Email: bankruptcy@pb.com<br><br>Veni Krishnan<br>Client Support Services<br>Pitney Bowes<br>2225 American Drive<br>Neenah, Wisconsin 54956<br>Tel: (800) 228-1071<br>supportemail@pb.com | Pitney Bowes Lease Agreement, dated June 20, 2000 and Lease Renewal dated July 22, 2013 |
| Pitney Bowes | Pitney Bowes Credit Corporation<br>Bankruptcy Administrator<br>27 Waterview Drive<br>Shelton, Connecticut 06484<br>Fax: (203) 617-6292<br>Email: bankruptcy@pb.com<br><br>Veni Krishnan<br>Client Support Services<br>Pitney Bowes<br>2225 American Drive<br>Neenah, Wisconsin 54956<br>Tel: (800) 228-1071<br>supportemail@pb.com | Pitney Bowes Global Financial Services Lease Agreement, dated April 11, 2012 |

| Pitney Bowes | Pitney Bowes Credit Corporation<br>Bankruptcy Administrator<br>27 Waterview Drive<br>Shelton, Connecticut 06484<br>Fax: (203) 617-6292<br>Email: bankruptcy@pb.com<br><br>Veni Krishnan<br>Client Support Services<br>Pitney Bowes<br>2225 American Drive<br>Neenah, Wisconsin 54956<br>Tel: (800) 228-1071<br>supportemail@pb.com | Pitney Bowes Lease Agreement, dated March 9, 2011 |
| --- | --- | --- |
| Pitney Bowes | Pitney Bowes Credit Corporation<br>Bankruptcy Administrator<br>27 Waterview Drive<br>Shelton, Connecticut 06484<br>Fax: (203) 617-6292<br>Email: bankruptcy@pb.com<br><br>Veni Krishnan<br>Client Support Services<br>Pitney Bowes<br>2225 American Drive<br>Neenah, Wisconsin 54956<br>Tel: (800) 228-1071<br>supportemail@pb.com | Pitney Bowes Lease Agreement, dated May 24, 2016 |
| Pitney Bowes | Pitney Bowes Credit Corporation<br>Bankruptcy Administrator<br>27 Waterview Drive<br>Shelton, Connecticut 06484<br>Fax: (203) 617-6292<br>Email: bankruptcy@pb.com<br><br>Veni Krishnan<br>Client Support Services<br>Pitney Bowes<br>2225 American Drive<br>Neenah, Wisconsin 54956<br>Tel: (800) 228-1071<br>supportemail@pb.com | Pitney Bowes Global Financial Services Agreement, dated September 30, 2013 |
| Pitney Bowes | Pitney Bowes Credit Corporation<br>Bankruptcy Administrator<br>27 Waterview Drive<br>Shelton, Connecticut 06484<br>Fax: (203) 617-6292<br>Email: bankruptcy@pb.com<br><br>Veni Krishnan<br>Client Support Services<br>Pitney Bowes<br>2225 American Drive<br>Neenah, Wisconsin 54956<br>Tel: (800) 228-1071<br>supportemail@pb.com | Pitney Bowes Global Financial Services Lease Agreement, dated September 30, 2011 |

| | | |
|---|---|---|
| Pitney Bowes | Pitney Bowes Credit Corporation<br>Bankruptcy Administrator<br>27 Waterview Drive<br>Shelton, Connecticut 06484<br>Fax: (203) 617-6292<br>Email: bankruptcy@pb.com<br><br>Veni Krishnan<br>Client Support Services<br>Pitney Bowes<br>2225 American Drive<br>Neenah, Wisconsin 54956<br>Tel: (800) 228-1071<br>supportemail@pb.com | Pitney Bowes Lease Agreement, dated May 8, 2015 |
| Pitney Bowes | Pitney Bowes Credit Corporation<br>Bankruptcy Administrator<br>27 Waterview Drive<br>Shelton, Connecticut 06484<br>Fax: (203) 617-6292<br>Email: bankruptcy@pb.com<br><br>Veni Krishnan<br>Client Support Services<br>Pitney Bowes<br>2225 American Drive<br>Neenah, Wisconsin 54956<br>Tel: (800) 228-1071<br>supportemail@pb.com | Pitney Bowes Lease Agreement, dated November 13, 2015 |
| Pitney Bowes | Pitney Bowes Credit Corporation<br>Bankruptcy Administrator<br>27 Waterview Drive<br>Shelton, Connecticut 06484<br>Fax: (203) 617-6292<br>Email: bankruptcy@pb.com<br><br>Veni Krishnan<br>Client Support Services<br>Pitney Bowes<br>2225 American Drive<br>Neenah, Wisconsin 54956<br>Tel: (800) 228-1071<br>supportemail@pb.com | Lease Agreement Client Privilege |

67253668.2