BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Senior Care Centers, LLC | First Day Motions (Dkts 2, 3, 4, 9, 15, and 24) | Case # 18–33967–bjh11 |
| **DEBTOR** | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Senior Care Centers, LLC | *VS* | |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | |
|---|---|
| J. Johnson | |
| **ATTORNEY** | **ATTORNEY** |

**EXHIBITS**

Debtor Exhibit 1 – Declaration of Kevin O'Halloran with attachments

Debtor Exhibit 2 – Budget

| | | |
|---|---|---|
| Nicole Whittington | 12/6/2018 | Douglas D. Dodd |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |