Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>SENIOR CARE CENTERS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-33967 (BJH)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 03, 2019 AT 9:00 A.M. (CT)**

**MATTERS GOING FORWARD**

1.     Motion for Relief from the Automatic Stay filed by MS Amlin Underwriting Limited [Docket No. 635; Filed: 3/05/2019]

   Objection Deadline:          March 19, 2019

   Related Document(s):

       a)     Notice of Hearing [Docket No. 637; Filed: 3/06/2019]

       b)     Declaration of Xanthe Boyle In Support of Motion for Relief from the Automatic Stay [Docket No. 760; Filed 03/26/2019]

---

[1]   The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 569] and may also be found on the Debtors' claims agent's website at https://omnimgt.com/SeniorCareCenters. The location of the Debtors' service address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

Response(s) Received:

    a)    Debtors' Objection to MS Amlin's Motion for Relief from the Automatic Stay [Docket No. 722; Filed 03/19/2019]

Status:    This matter will go forward.

2.    Motion for Relief from the Automatic Stay to Continue Litigation Filed by Dr. Albert L. Travis [Docket No. 633; Filed: 3/05/2019]

Objection Deadline:    March 19, 2019

Related Document(s):

    a)    Notice of Hearing [Docket No. 638; Filed: 3/06/2019]

Response(s) Received:

    a)    Debtors' Omnibus Objection to Albert L. Travis Motion for Relief from the Automatic Stay to Continue Litigation [Docket No. 723; Filed 03/19/2019]

Status:    This matter will go forward.

3.    Motion for 2004 Examination of Granite Investment Group, LLC, Silver Star Investment, LLC, the Granite Investment Board Appointees and the Granite Landlords, Filed by Official Committee of Unsecured Creditors [Docket No. 644; Filed: 3/07/2019]

Objection Deadline:    March 28, 2019

Related Document(s):

    a)    Notice of Hearing [Docket No. 647; Filed: 3/08/2019]

    b)    Notice of Rescheduled Hearing [Docket No. 749; Filed 3/22/2019]

Response(s) Received:

    a)    None

Status:    This matter will not go forward as it is rescheduled to April 17, 2019 at 2:00 p.m. (CDT).

68050265.1

Dated: April 2, 2019
      Dallas, Texas

Respectfully submitted,

**POLSINELLI PC**

*/s/ Trey A. Monsour*
Trey A. Monsour (State Bar No. 14277200)
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

  -and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel to the Debtors and*
*Debtors in Possession*

3