Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>SENIOR CARE CENTERS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-33967 (BJH)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 29, 2019 AT 2:00 P.M. (CT)**

**MATTERS GOING FORWARD**

1.  Motion for Relief from the Automatic Stay filed by Creditor MS Amlin Underwriting Limited [Docket No. 635; Filed: 3/05/2019]

    Objection Deadline:        March 19, 2019

    Related Document(s):

    a)   Notice of Hearing [Docket No. 637; Filed: 3/06/2019]

    b)   Declaration of Xanthe Boyle In Support of Motion for Relief from the Automatic Stay [Docket No. 760; Filed 3/26/2019]

    c)   Notice of Final Hearing [Docket No. 838; Filed 4/03/2019]

---

[1] The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 569] and may also be found on the Debtors' claims agent's website at https://omnimgt.com/SeniorCareCenters. The location of the Debtors' service address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

Response(s) Received:

    a)    Debtors' objection to MS Amlin's Motion for Relief from the Automatic Stay [Docket No. 722; Filed 3/19/2019]

Status:    This matter will go forward.

2. Motion to Pay Patient Care Ombudsman's Request for Payment of Fees and Costs and Objection to the Use of Cash Collateral to Pay Professionals Significantly More Than Which Was Budgeted for the PCO and His Counsel [Docket No. 720; Filed: 3/19/2019]

Objection Deadline:    April 26, 2019

Related Document(s):

    a)    Notice of Hearing [Docket No. 798; Filed: 4/01/2019]

    b)    Patient Care Ombudsman Supplemental Brief In Support of His Request for Payment of Fees and Costs and Objection to the Use of Cash Collateral to Pay Professionals Significantly More Than Which Was Budgeted for the PCO and His Counsel [Docket No. 993; Filed 4/24/2019]

Response(s) Received:

    a)    Omnibus Objection of Debtors to First Interim Fee Applications of (I) Patient Care Ombudsman [Docket No. 793], (II) Nelson Mullins Riley and Scarborough LLP [Docket No. 792], (III) Waller Landsden Dortch & Davis, LLP [Docket No. 813], and (IV) PCO's Request for Payment of Fees and Costs and Objection to the Use of Cash Collateral to Pay Professionals Significantly More Than That Which Was Budgeted for the PCO and His Counsel [Docket No. 720] [Docket No. 998; Filed 4/24/2019]

    b)    Amended Omnibus Objection of Debtors to First Interim Fee Applications of (I) Patient Care Ombudsman [Docket No. 793], (II) Nelson Mullins Riley and Scarborough LLP [Docket No. 792], (III) Waller Landsden Dortch & Davis, LLP [Docket No. 813], and (IV) PCO's Request for Payment of Fees and Costs and Objection to the Use of Cash Collateral to Pay Professionals Significantly More Than That Which Was Budgeted for the PCO and His Counsel [Docket No. 720] [Docket No. 1002; Filed 4/24/2019]

Status:    This matter will go forward.

3. Application of Debtors for Authority to Employ and Retain Stephen Duck, CPA, PC as Accountants Nunc Pro Tunc to April 2, 2019 [Docket No. 877; Filed: 4/05/2019]

    Objection Deadline:    April 26, 2019

    Related Document(s):

        a)    Omnibus Notice of Hearing [Docket No. 878; Filed: 4/05/2019]

    Response(s) Received:

        a)    None.

    Status:    This matter will go forward.

Dated: April 24, 2019　　　　　　　　　　Respectfully submitted,
Dallas, Texas

**POLSINELLI PC**

*/s/ Trey A. Monsour*
Trey A. Monsour (State Bar No. 14277200)
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*