

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**Signed April 30, 2019**                            **United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Senior Care Centers, LLC, *et al.*,[1] | § | Case No. 18-33967 (BJH) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS, AND (II) GRANTING CERTAIN RELATED RELIEF

Upon the motion (the "**Motion**") of the debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") for entry of an order (this "**Order**") (i) authorizing the Debtors to reject certain unexpired leases and executory contracts, which are listed on <u>Exhibit 1</u> attached hereto, and (ii) granting certain related relief, all as more fully set forth in the Motion; and upon the record of the hearing on the Motion, if any;

---

[1] The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 569] and may also be found on the Debtors' claims agent's website at https://omnimgt.com/SeniorCareCenters. The location of the Debtors' service address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

68291728.2

the Court having reviewed the Motion and the *Declaration of Kevin O'Halloran, Chief Restructuring Officer of Senior Care Centers, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 25] (the "**First Day Declaration**"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. 157 and §§ 1334(b); and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Debtors consent to entry of a final order under Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Code sections 105(a), 365, and 554, the leases and contracts identified on Exhibit 1 hereto (the "**Rejected Leases and Contracts**") are rejected by the Debtors effective as of the date of filing the Motion, which was March 25, 2019 (the "**Filing Date**").

3. Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this order shall: (a) constitute an admission as to the validity or priority of any claim against the Debtors, or (b) constitute a waiver of the Debtors' rights to dispute any claim.

4. Within two (2) business days after entry of this Order, the Debtors shall serve this Order on the counterparties to the Rejected Leases and Contracts.

5. Each counterparty to a Rejected Lease and Contract may file a claim under Bankruptcy Code section 502 or other claims in connection with such Rejected Lease or Contract in accordance with any claims bar date set by the Court, and the failure to file a timely claim by the claims bar date set by the Court shall forever prohibit such counterparty from receiving any distribution on account of such claims from the Debtors' estates unless this Court orders otherwise in accordance with the applicable provisions of the Bankruptcy Code and Rules of Bankruptcy Procedure or other legal precedent. As to Michael Brandley, the *Application for Allowance and Payment of Administrative Claim* [Docket No. 608] sufficiently asserts and preserves all alleged post-petition claims arising from the Employment Agreement, including from the instant rejection effective as of the Filing Date, and this finding shall be binding upon any successors to the Debtors, including any chapter 7 or chapter 11 trustee that may be appointed or elected on behalf of the Debtors' estates.

6. The requirements of Bankruptcy Rule 6006(f)(6) are hereby satisfied for the purposes of the Motion.

7. The Debtors are authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

### END OF ORDER ###

68291728.2

Order submitted by:

**POLSINELLI PC**

*/s/      Trey A. Monsour*
Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*

68291728.2

# **Exhibit 1**

Rejected Leases and Contracts

| **Non-Debtor Counterparty** | **Non-Debtor Counterparty Notice Address** | **Contract Name or Description** |
|---|---|---|
| Mike Brandley | Hudson M. Jobe<br>Quilling, Selander, Lownds, Winslett & Moser, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201<br>(214) 871-2100<br>hjobe@qslwm.com | Employment Agreement, dated October 1, 2011 |
| Rangers Baseball, LLC | Meagan Martin Powers<br>Heygood, Orr & Pearson<br>6363 North State Highway 161, Suite 450<br>Irving, Texas 75038<br>(469)-857-3810<br>Meagan@hop-law.com<br><br>Rangers Baseball, LLC<br>1000 Ballpark Way, Suite 400<br>Arlington, Texas 76011<br>Attn: Kate Cassidy, Legal Department | Suite Lease Agreement, dated October 25, 2016 |

68291728.2