Ervin D. Lucky
6711 S. New Braunfels, Ste. 100
San Antonio, TX 78223
May 13, 2019



Hon. Judge Barbara J. Houser
United States Bankruptcy Court
1100 Commerce St.
Rm. 1254
Dallas, TX 75201
Case No. 18-33967

Dear Hon. Judge Barbara J. Houser:

I am respectfully requesting an extension of 45 days on the deadline for filing proof of claim in this case due by May 15, 2019 at 4:00 pm.  Also, in the future, any attempt of corresponding with me should be by mail to: Fannin Hall-SASH, 6711 S. New Braunfels, Ste. 100, San Antonio, TX 78223.

All of my attempts of acquirement of information concerning my involvement, such as which subsidiary of 'Senior Care Centers, LLC, et al' being represented by Omni Management Group is of concern here?  Only by knowing when and where and under which circumstances was my involvement can I render a proper response in this particular case.  Using all of the contact information supplied, all of the said information has been denied me.   Without this information, which should be a matter of public record of court proceedings, I may accidentally fraudulently supply false information (by confusing one case for another) on this official proof of claim form No. B 410.  Knowing that it is not an attempt of this company (Omni Mgmt.) to lead me to supply wrongful information, thus nullifying any attempt of a claim, or stonewalling me to pass the deadline.  If this is so, then shame on those responsible; they should be admonished by the court for such actions.  From a concerned person who does not like being taken advantage of, thank you for your ear, your help, and your timely assistance in this matter.

Sincerely,

*E. P. Lucky* (signature)
Ervin D. Lucky