IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| NAVARRO SNF DEVELOPMENT, LP, | § § § | |
| Plaintiff, | § § | Case No. 3:19-cv-01717-N |
| v. | § § | |
| HARDEN HEALTHCARE, LLC, | § § | (Removed from the County Court at Law, Navarro County, Texas, |
| Defendant | § | Cause No. C19-27977-CV) |

## ORDER ON DEFENDANT'S MOTION FOR REFERENCE TO BANKRUPTCY COURT OF NORTHERN DISTRICT OF TEXAS

On this date came to be considered Defendant's Motion for Reference to Bankruptcy Court for the Northern District of Texas. After considering the papers filed with the Court and the arguments of counsel, the Court is of the opinion that Defendant's Motion should be granted and this case be referred to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

It is therefore ORDERED that Defendant's Motion is GRANTED.

SIGNED this 14th day of August, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE