Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (*Admitted Pro Hac Vice*)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Senior Care Centers, LLC, *et al.*,[1] | § | Case No. 18-33967 (BJH) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 10, 2019 AT 2:00 P.M. (CT)**

**MATTERS GOING FORWARD**

1. Application for Allowance and Payment of Administrative Claim Filed by Michael Brandley [Docket No. 608; Filed 03/01/2019]

    Related Document(s):

    a) Stipulation and Agreed Order Concerning Application for Allowance and Payment of Administrative Claim Filed by Michael Brandley [Docket No. 921; Entered 04/11/2019]

    b) Amended Notice of Status Conference [Docket No. 1535; Filed 07/16/2019]

---

[1] The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 569] and may also be found on the Debtors' claims agent's website at https://omnimgt.com/SeniorCareCenters. The location of the Debtors' service address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

70311589.3

Response(s) Received:

    a)    CIBC Bank USA's Response to the Application for Allowance and Payment of Administrative Claim Filed by Michael Brandley and Reservation of Rights [Docket No. 1348; Filed 06/14/2019]

Status:    This matter will go forward as a status conference.

2.  Second Motion of Debtors for Entry of an Order Extending Time to File Notices of Removal of Civil Actions [Docket No. 1460; Filed 06/28/2019]

    Objection Deadline:    July 19, 2019

    Related Document(s):

        a)    Notice of Hearing [Docket No. 1555; Filed: 07/18/2019]

    Response(s) Received:

        a)    None.

    Status:    This matter will go forward.

3.  Motion of Debtors for Entry of an Order (I) Approving Settlement Agreement by and between the Debtors and Certain Dental Providers, and (II) Granting Related Relief [Docket No. 1599; Filed 07/22/2019]

    Objection Deadline:    September 6, 2019

    Related Document(s):

        a)    Notice of Hearing [Docket No. 1682; Filed 08/02/2019]

    Response(s) Received:

        a)    None.

    Status:    This matter will go forward.

4.  First Interim Application by BDO USA, LLP to Provide a Chief Executive Officer, Chief Financial Officer, and Additional Personnel for the Period December 4, 2018 through and including February 28, 2019 [Docket No. 1449; Filed 06/27/2019]

    Objection Deadline:    July 18, 2019

    Related Document(s):

        a)    Notice of Hearing [Docket No. 1555; Filed: 07/18/2019]

      b)      Supplemental Statement of Michele Michaelis, in Support of the First Interim Application by BDO USA, LLP to Provide a Chief Executive Officer, Chief Financial Officer, and Additional Personnel for the Period December 4, 2018 through and including February 28, 2019 [Docket No. 1561; Filed 07/18/2019]

Response(s) Received:

      a)      Limited Objection of CIBC Bank USA to the First Interim Application by BDO USA, LLP to Provide a Chief Executive Officer, Chief Financial Officer, and Additional Personnel for the Period December 4, 2018 through and including February 28,2019   [Docket No. 1553; Filed 07/18/2019]

Status:      This matter will go forward.

5. First Interim Application of Smith & Douglas, Inc. for Allowance of Fees and Reimbursement of Expenses [Docket No. 1639; Filed 07/18/2019]

    Objection Deadline:      August 19, 2019

    Related Document(s):

      a)      Notice of Hearing [Docket No. 1643; Filed 07/29/2019]

    Response(s) Received:

      a)      CIBC Bank USA's Limited Objection to the First Interim Application of Smith & Douglas, Inc. for Allowance of Fees and Reimbursement of Expenses and Reservation of Rights [Docket No. 1745; Filed 08/15/2019]

    Status:      This matter will go forward.

6. Second and Final Application of Sitrick and Company for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications and Public Relations Consultants retained by the Debtors for the Period from December 1, 2018 through March 31, 2019 [Docket No. 1650; Filed 07/30/2019]

    Objection Deadline:      August 23, 2019

    Related Document(s):

      a)      Notice of Hearing [Docket No. 1660; Filed 07/31/2019]

Response(s) Received:

    a)     Limited Objection of Love Funding Corporation to the Second and Final Fee Application of Sitrick and Company for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications and Public Relations Consultants retained by the Debtors and Debtors in Possession for the Period from December 1, 2018 through March 31,2019 [Docket No. 1778; Filed 08/22/2019]

Status:     This matter will go forward.

7. Second Interim Application of FTI Consulting, Inc. for Allowance and Payment of Fees and Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period of March 1, 2019 through and including June 30,2019 [Docket No. 1655; Filed 07/30/2019]

    Objection Deadline:     August 23, 2019

    Related Document(s):

        a)     Notice of Hearing [Docket No. 1661; Filed 07/31/2019]

    Response(s) Received:

        a)     Limited Objection of Love Funding Corporation to the Second Interim Application of FTI Consulting, Inc. for Allowance and Payment of Fees and Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period of March 1, 2019 through and including June 30,2019 [Docket No. 1779; Filed 08/22/2019]

    Status:     This matter will go forward.

8. Second Interim Application of Greenberg Traurig, LLP for Allowance of Payment of Fees and Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of March 1, 2019 through and including June 30,2019 [Docket No. 1657; Filed 07/30/2019]

    Objection Deadline:     August 23, 2019

    Related Document(s):

        a)     Notice of Hearing [Docket No. 1662; Filed 07/31 /2019]

Response(s) Received:

a) Limited Objection of Love Funding Corporation to the Second Interim Fee Application of Greenberg Traurig, LLP for Allowance of Payment of Fees and Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2019 through June 30, 2019 [Docket No. 1781; Filed 08/22/2019]

Status: This matter will go forward.

9. Second Interim Fee Application of Polsinelli PC for the Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2019 through June 30, 2019 [Docket No. 1673; Filed 08/01/2019]

Objection Deadline: August 24, 2019

Related Document(s):

a) Notice of Hearing [Docket No. 1683; Filed 08/02/2019]

Response(s) Received:

a) Limited Objection of Love Funding Corporation to the Second Interim Fee Application of Polsinelli PC for the Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2019 through June 30, 2019 [Docket No. 1782; Filed 08/22/2019]

Status: This matter will go forward.

10. Second Interim Fee Application of Gray Robinson, P.A. for Compensation and Reimbursement of Expenses as Special Counsel to the Independent Board of Directors for the Period from March 1, 2019 through June 30, 2019 [Docket No. 1678; Filed 08/02/2019

Objection Deadline: August 26, 2019

Related Document(s):

a) Notice of Hearing [Docket No. 1688; Filed 08/05/2019]

Response(s) Received:

a) Limited Objection of Love Funding Corporation to the Second Interim Fee Application of Gray Robinson, P.A. for Compensation and Reimbursement of Expenses as Special Counsel to the Independent Board of Directors for the Period from March 1, 2019 through June 30, 2019 [Docket No. 1783; Filed 08/22/2019]

<u>Status</u>:        This matter will go forward.

**<u>Matters Not Going Forward</u>**

11. Motion of Debtors for Entry of Order Authorizing Payment of Prepetition Claims Owing to Employee Benefits Administrators and Third Party [Docket No. 1026; Filed: 04/30/2019]

    <u>Objection Deadline</u>:        May 21, 2019

    <u>Related Document(s)</u>:

    a) Notice of Errata Re Motion of Debtors for Entry of Order Authorizing Payment of Prepetition Claims Owing to Employee Benefits Administrators and Third Party [Docket No. 1028; Filed 04/30/2019]

    b) Notice of Hearing [Docket No. 1555; Filed: 07/18/2019]

    <u>Response(s) Received</u>:

    c) Limited Response of Century Healthcare, LLC to Motion of Debtors for Entry of an Order Authorizing Payment of Prepetition Claims Owing to Employee Benefits Administrators and Third Party Providers [Docket No. 1096; Filed 5/16/2019]

    d) UMR Inc.'s Limited Objection to Motion of Debtors for Entry of Order Authorizing Payment of Prepetition Claims Owing Administrators and Third Party Providers [Docket No. 1151; Filed 5/20/2019]

    e) Objection of the Official Committee of Unsecured Creditors of Senior Care Centers, LLC, Et Al., to the Debtors' Motion for Entry of Order Authorizing Payment of Prepetition Claims Owing to Employee Benefits Administrators and Third party Providers [Relates to Docket Nos. 15, 78, 231, 1026] Docket No. 1165; Filed 5/21/2019]

    f) CIBC Bank USA's Response to the Motion of Debtors for Entry of Order Authorizing Payment of Prepetition Claims Owing to Employee Benefits Administrators and Third Party Providers [Docket No. 1166; Filed 5/21/2019]

    <u>Status</u>:        This matter will not go forward.

| | |
|---|---|
| Dated: September 6, 2019<br>Dallas, Texas | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br>*/s/     Trey A. Monsour*<br>Trey A. Monsour<br>State Bar No. 14277200<br>2950 N. Harwood, Suite 2100<br>Dallas, Texas 75201<br>Telephone: (214) 397-0030<br>Facsimile: (214) 397-0033<br>tmonsour@polsinelli.com<br><br>-and-<br><br>Jeremy R. Johnson (Admitted *Pro Hac Vice*)<br>600 3rd Avenue, 42nd Floor<br>New York, New York 10016<br>Telephone: (212) 684-0199<br>Facsimile: (212) 684-0197<br>jeremy.johnson@polsinelli.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

70311589.3