Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (*Admitted Pro Hac Vice*)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Senior Care Centers, LLC, *et al.*,[1] | § § § | Case No. 18-33967 (BJH) |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 1, 2019 AT 1:30 P.M. (CT)**

**MATTERS GOING FORWARD**

1.  Application of Debtors for Authority to Employ and Retain Morris C. Aaron By and Through MCA Financial Group, Ltd. As to Provide Expert Financial and Valuation Services *Nunc Pro Tunc* to August 7, 2019 [Docket No. 1800; Filed: 08/26/2019]

    Objection Deadline:        September 18, 2019

    Related Document(s):

    a)    Notice of Hearing [Docket No. 1885; Filed 09/10/2019]

---

[1] The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 569] and may also be found on the Debtors' claims agent's website at https://omnimgt.com/SeniorCareCenters. The location of the Debtors' service address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

70523186.1

Response(s) Received:

    a)     CIBC Bank USA's Response to Application of Debtors for Authority to Employ and Retain Morris C. Aaron By and Through MCA Financial Group, Ltd. As to Provide Expert Financial and Valuation Services *Nunc Pro Tunc* to August 7, 2019 and Reservation of Rights [Docket No. 1907; Filed: 09/18/2019]

Status:     This matter will go forward.

2. Second Interim Fee Application of Omni Management Group, Inc. for Compensation and Reimbursement of Expenses as Claims, Noticing and Administrative Agent to the Debtors and Debtors in Possession for the Period From March 1, 2019 Through June 30, 2019 [Docket No. 1863; Filed: 09/06/2019]

Objection Deadline:     September 29, 2019

Related Document(s):

    a)     Amended Notice of Hearing [Docket No. 1896; Filed: 09/13/2019]

Response(s) Received:

    a)     None.

Status:     This matter will go forward.

3. Second Interim Fee Application of Waller Lansden Dortch & Davis LLP, Counsel to Patient Care Ombudsman, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred [Docket No. 1656; Filed: 07/30/2019]

Objection Deadline:     August 23, 2019

Related Document(s):

    a)     Notice of Hearing [Docket No. 1887; Filed 09/11/2019]

Response(s) Received:

    a)     Limited Objection of Love Funding Corporation to the Second Interim Fee Application of Waller Lansden Dortch & Davis LLP, Counsel to Patient Care Ombudsman, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred [Docket No. 1780; Filed 08/22/2019]

Status:     This matter will go forward.

**Matters Not Going Forward**

4. Motion of Debtors for Entry of Order Authorizing Payment of Prepetition Claims Owing to Employee Benefits Administrators and Third Party [Docket No. 1026; Filed: 04/30/2019]

    Objection Deadline:    May 21, 2019

    Related Document(s):

    a) Notice of Errata Re Motion of Debtors for Entry of Order Authorizing Payment of Prepetition Claims Owing to Employee Benefits Administrators and Third Party [Docket No. 1028; Filed 04/30/2019]

    b) Notice of Hearing [Docket No. 1555; Filed: 07/18/2019]

    Response(s) Received:

    c) Limited Response of Century Healthcare, LLC to Motion of Debtors for Entry of an Order Authorizing Payment of Prepetition Claims Owing to Employee Benefits Administrators and Third Party Providers [Docket No. 1096; Filed 5/16/2019]

    d) UMR Inc.'s Limited Objection to Motion of Debtors for Entry of Order Authorizing Payment of Prepetition Claims Owing Administrators and Third Party Providers [Docket No. 1151; Filed 5/20/2019]

    e) Objection of the Official Committee of Unsecured Creditors of Senior Care Centers, LLC, Et Al., to the Debtors' Motion for Entry of Order Authorizing Payment of Prepetition Claims Owing to Employee Benefits Administrators and Third party Providers [Relates to Docket Nos. 15, 78, 231, 1026] Docket No. 1165; Filed 5/21/2019]

    f) CIBC Bank USA's Response to the Motion of Debtors for Entry of Order Authorizing Payment of Prepetition Claims Owing to Employee Benefits Administrators and Third Party Providers [Docket No. 1166; Filed 5/21/2019]

    Status:    This matter will not go forward.

| | |
|---|---|
| Dated: September 27, 2019<br>Dallas, Texas | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br>*/s/     Trey A. Monsour*<br>Trey A. Monsour<br>State Bar No. 14277200<br>2950 N. Harwood, Suite 2100<br>Dallas, Texas 75201<br>Telephone: (214) 397-0030<br>Facsimile: (214) 397-0033<br>tmonsour@polsinelli.com<br><br>-and-<br><br>Jeremy R. Johnson (Admitted *Pro Hac Vice*)<br>600 3rd Avenue, 42nd Floor<br>New York, New York 10016<br>Telephone: (212) 684-0199<br>Facsimile: (212) 684-0197<br>jeremy.johnson@polsinelli.com<br><br>*Counsel to the Debtors and Debtors in Possession* |