Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (*Admitted Pro Hac Vice*)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Senior Care Centers, LLC, *et al.*,[1] | § § § | Case No. 18-33967 (BJH) |
| Debtors. | § § | (Jointly Administered) |

## **AMENDED NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that, on October 30, 2019, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the following pleadings with the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**"):

1. Motion of Debtors for Entry of an Order Authorizing the Debtors to Terminate Corporate-Owned Life Insurance Policies and Claim the Cash Surrender Value in Connection Therewith and Offer Certain Employees the Option to Purchase the Debtors' Interest in Those Life Insurance Policies In Lieu of Termination [Docket No. 2129] (the "**Motion**").

2. Notice of Hearing [Docket No. 2130] (the "**Notice of Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Notice of Hearing originally scheduled the hearing on the Motion for November 22, 2019 at 9:30 a.m. (CT) before the Honorable Stacy G. C. Jernigan at the United States Bankruptcy Court for the Northern District of Texas, Earle

---

[1] The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 569] and may also be found on the Debtors' claims agent's website at https://omnimgt.com/SeniorCareCenters. The location of the Debtors' service address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

71016472.2

Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom No. 1, Dallas, Texas 75242.

**PLEASE TAKE FURTHER NOTICE** that this Amended Notice of Hearing amends and supersedes the previously filed Notice of Hearing and hereby schedules the hearing on the Motion for **December 3, 2019 at 2:00 p.m. (CT)** before the Honorable Stacy G. C. Jernigan at the United States Bankruptcy Court for the Northern District of Texas, Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom No. 1, Dallas, Texas 75242.

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY ANSWERING EACH PARAGRAPH OF THE PLEADING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE (21) DAYS FROM THE DATE YOU WERE SERVED WITH THE PLEADING. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

**PLEASE TAKE FURTHER NOTICE** that all pleadings filed in these chapter 11 cases are available for free at: https://omnimgt.com/SeniorCareCenters.

Dated: November 1, 2019
Dallas, Texas

Respectfully submitted,

**POLSINELLI PC**

*/s/     Trey A. Monsour*
Trey A. Monsour
State Bar No. 14277200
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*