Jamie R. Welton (SBN 24013732)
Robert M. Castle III (SBN 24036338)
Thomas G. Haskins, Jr. (SBN 24087681)
BARNES & THORNBURG, LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201-2469
T: 214-258-4200
F: 214-258-4199
jwelton@btlaw.com
rcastle@btlaw.com
thaskins@btlaw.com

*Attorneys for Harden Healthcare, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Senior Care Centers, LLC, *et. al.*,[1] | § | Case No. 18-33967 (BJH) |
| | § | |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF APPEAL

In accordance with 28 U.S.C. § 158(a)(1) and Fed.R.Bankr.P. 8002-8003, creditor Harden Healthcare, LLC ("Harden") hereby files its Notice of Appeal, appealing to the United States District Court for the Northern District of Texas from the October 25, 2019 *Order (I) Approving Settlement Agreement and (II) Granting Related Relief.* Dkt. 2098.

### Part 1: Identify the Appellant

1.     Name of Appellant: Harden Healthcare, LLC.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 569] and may also be found on the Debtors' claims agent's website at http://omnigmt.com/SeniorCareCenters. The location of the Debtors' service address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

2. Position of the Appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding: | ___ Plaintiff |
| --- | --- |
| | ___ Defendant |
| | ___ Other (describe) |
| For appeals in a bankruptcy case and not in an adversary proceeding: | ___ Debtor |
| | _X_ Creditor |
| | ___ Trustee |
| | ___ Other (describe) |

**Part 2: Identify the Subject of this Appeal**

3. Describe the judgment, order, or decree appealed from:

   *Order (I) Approving Settlement Agreement and (II) Granting Related Relief* [Docket No. 2098]

4. State the date on which the judgment, order, or decree was entered:

   October 25, 2019.

**Part 3: Identify the Other Parties to this Appeal**

List the name of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone number of their attorneys (attach additional pages if necessary):

**Appellant:**

Harden Healthcare, LLC

Jamie R. Welton
State Bar No. 24013732
Robert M. Castle, III
State Bar No. 24036338
Thomas G. Haskins, Jr.
State Bar No. 24087681

2121 N. Pearl St., Suite 700

|  |  |
|---|---|
|  | Dallas, TX 75201-2469<br>(214) 258-4200 Telephone<br>(214) 258-4199 Facsimile<br>rcastle@btlaw.com<br>jwelton@btlaw.com<br>thaskins@btlaw.com |
| **Appellees:** |  |
| OLP Wyoming Springs, LLC | Michael P. Cooley<br>Lindsey L. Robin<br>Reed Smith LLP<br>2501 N. Harwood Street, Suite 1700<br>Dallas, Texas 75201<br>Telephone: (469) 680-4200<br>Fax: (469) 680-4299<br>mpcooley@reedsmith.com<br>lrobing@reedsmith.com |
| Senior Care Centers, LLC<br>PM Management-Round Rock AL, LLC | Jeremy R. Johnson<br>Polsinelli PC<br>600 Third Avenue, 42nd Floor<br>New York, New York 10016<br>Telephone: (646) 289-6507<br>Fax: (212) 320-0479<br>Jeremy.johnson@polsinelli.com<br><br>Trey Andrew Monsour<br>Polisnelli PC<br>1000 Louisiana Street, Suite 6400<br>Houston, Texas 77002<br>Telephone: (713) 374-1643<br>Fax: (713) 374-1601<br>tmonsour@polsinelli.com |

**Part 4: Optional election to have appeal heard by District Court**

    Not applicable.

**Part 5: Sign Below**

Dated: November 8, 2019

Respectfully submitted,

**BARNES & THORNBURG LLP**

By: /s/ Jamie R. Welton
    Jamie R. Welton
    State Bar No. 24013732
    Robert M. Castle, III
    State Bar No. 24036338
    Thomas G. Haskins, Jr.
    State Bar No. 24087681

    2121 N. Pearl St., Suite 700
    Dallas, TX 75201-2469
    (214) 258-4200 Telephone
    (214) 258-4199 Facsimile
    rcastle@btlaw.com
    jwelton@btlaw.com
    thaskins@btlaw.com

**ATTORNEYS FOR DEFENDANT, HARDEN HEALTHCARE, LLC**

## CERTIFICATE OF SERVICE

I certify that on November 8, 2019 a true and correct copy of the foregoing document was served via ECF to all parties authorized to receive notice in this case.

/s/ Jamie R. Welton
Jamie R. Welton