Yahoo Mail/Inbox

Nov 13 at 8:56 AM

**Re:**

melinda garza <melindagarza50@gmail.com>

To: maria.sanchezortiz@yahoo.com <maria.sanchezortiz@yahoo.com>

On Tue, Nov 12, 2019 at 6:43 AM melinda garza <> wrote:

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | )( | Chapter 11 |
| | )( | |
| SENIOR CARE CENTERS. | )( | Case No. 18-33967(BJH) |
| | )( | Jointly Administered |

**Response and Counter Offer**

We, Maria G. Sanchez Ortiz, Edward Aguirre and Benito Aguirre respond to the Alternative Dispute Resolution. We do not accept the resolution of $2,000.00. Our counter offer is $150,000. Nothing will bring our mother back but we believe there was negligence.

_signature_ 11/13/19

Maria G. Sanchez Ortiz, Pro Se
Edward Aguirre
Benito Aguirre
10713 Stonewall Blvd.
Corpus Christi, Texas 78410
361-558-4000

I certify that a true and correct copy of this Response and Counter Offer was sent to all parties.

_signature_ 11/13/19

Maria G. Sanchez Ortiz

FILED
NOV 22 2019
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS