Trey A. Monsour  
State Bar No. 14277200  
Polsinelli PC  
2950 N. Harwood, Suite 2100  
Dallas, Texas 75201  
Telephone: (214) 397-0030  
Facsimile: (214) 397-0033  
tmonsour@polsinelli.com  

Jeremy R. Johnson (*Admitted Pro Hac Vice*)  
Polsinelli PC  
600 3rd Avenue, 42nd Floor  
New York, New York 10016  
Telephone: (212) 684-0199  
Facsimile: (212) 684-0197  
jeremy.johnson@polsinelli.com

COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| Senior Care Centers, LLC, *et al.*,[1] | § § | Case No. 18-33967 (BJH) |
| Debtors. | § § § | (Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 3, 2019 AT 2:00 P.M. (CT)**

**MATTERS GOING FORWARD AS STATUS CONFERENCES**

1. Joint Motion of the Official Committee of Unsecured Creditors and CIBC Bank USA, Inc. Seeking Entry of an Order Compelling the Texas Health & Human Services Commission; Amerigroup Texas; United Healthcare; Superior Health Plan; Molina Healthcare of Texas; and Texas Medicaid & Healthcare Partnership To Turnover CHOW Hold Monies [Docket No. 2117; Filed: 10/29/19]

    Related Documents:

    a) Notice of Hearing [Docket No. 2214; Filed: 11/19/19]

---

[1] The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 569] and may also be found on the Debtors' claims agent's website at https://omnimgt.com/SeniorCareCenters. The location of the Debtors' service address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

71401949.1

b) Joint Motion of the Official Committee of Unsecured Creditors and CIBC Bank USA, Inc. For Expedited Status Hearing on the Joint Motion Seeking Entry of an Order Compelling the Texas Health & Human Services Commission; Amerigroup Texas; United Healthcare; Superior Health Plan; Molina Healthcare of Texas; and Texas Medicaid & Healthcare Partnership to Turnover CHOW Hold Monies [Docket No. 2118; Filed: 10/29/19]

Responses Received:

a) Texas Health and Human Services Commission's Status Report Relating to Joint Motion of the Official Committee of Unsecured Creditors and CIBC Bank USA, Inc. Seeking Entry of an Order Compelling the Texas Health and Human Services Commission; Amerigroup Texas; United Healthcare; Superior Health Plan; Molina Healthcare of Texas; and Texas Medicaid & Healthcare Partnership to Turnover CHOW Hold Monies [Docket No. 2208; Filed: 11/18/19]

b) Response of Onsite Dentists of Texas, PLLC, Texas Nursing Home Management Solutions, LLC d/b/a Nursing Home Dental Care to the Joint Motion to Turnover Chow Hold Monies [Docket No. 2205; Filed 11/15/19]

c) Response of Atlas Dental Management, LLC to Joint Motion of the Official Committee of Unsecured Creditors and CIBC Bank USA, Inc. Seeking Entry of an Order Compelling the Texas Health and Human Services Commission; Amerigroup Texas; United Healthcare; Superior Health Plan; Molina Healthcare of Texas; and Texas Medicaid & Healthcare Partnership to Turnover CHOW Hold Monies [Docket No. 2193; 11/14/19]

Status: This matter will go forward as a status conference.

2. Motion of Debtors for Entry of an Order (I) Approving Procedures Relating to Closure of a Skilled Nursing and Assisted Living Facility, (II) Authorizing the Abandonment of Certain Property in Connection Therewith, (III) Approving Use of Said Procedures and Abandonment for Other Potential Closures, With Additional Notice to Applicable Landlord and Regulatory Authorities, and (IV) Granting Related Relief [Docket No. 1918; Filed: 09/20/2019]

Objection Deadline: October 11, 2019

Related Documents:

a) Notice of Hearing [Docket No. 2207; Filed: 11/18/2019]

71401949.1

    b)    Response to Objections to Debtors' Motion for Entry of Order Approving Procedures Related to Closure of Skilled Nursing Facilities and Related Relief [Docket No. 2030; Filed: 10/14/2019]

Responses Received:

    a)    The United States of America's Objection to Motion of Debtors for Entry of an Order (I) Approving Procedures Relating to Closure of a Skilled Nursing and Assisted Living Facility, (II) Authorizing the Abandonment of Certain Property in Connection Therewith, (III) Approving Use of Said Procedures and Abandonment for Other Potential Closures, With Additional Notice to Applicable Landlord and Regulatory Authorities, and (IV) Granting Related Relief [Docket No. 2005; Filed: 10/11/2019]

    b)    Granite Landlords Objection to Motion of Debtors for Entry of an Order (I) Approving Procedures Relating to Closure of a Skilled Nursing and Assisted Living Facility, (II) Authorizing the Abandonment of Certain Property in Connection Therewith, (III) Approving Use of Said Procedures and Abandonment for Other Potential Closures, With Additional Notice to Applicable Landlord and Regulatory Authorities, and (IV) Granting Related Relief [Docket No. 2018; Filed: 10/11/2019]

    c)    Objection of White Oak Healthcare Finance, LLC to Motion of Debtors for Entry of an Order (I) Approving Procedures Relating to Closure of a Skilled Nursing and Assisted Living Facility, (II) Authorizing the Abandonment of Certain Property in Connection Therewith, (III) Approving Use of Said Procedures and Abandonment for Other Potential Closures, With Additional Notice to Applicable Landlord and Regulatory Authorities, and (IV) Granting Related Relief [Docket No. 2019; Filed: 10/11/2019]

Status:    This matter will go forward as a status conference.

3.    Application For Allowance and Payment of Administrative Claim Filed by Michael Brandley [Docket No. 608; Filed: 03/01/19]

Related Documents:

    a)    Stipulation and Agreed Order Concerning Application For Allowance and Payment of Administrative Claim Filed By Michael Brandley [Docket No. 921; Filed: 04/11/19]

Responses Received:

    a)    CIBC Bank USA's Response to the Application for Allowance and Payment of Administrative Claim Filed by Michael Brandley and Reservation of Rights [Docket No. 1348; Filed 06/14/19]

71401949.1

Status:     This matter will go forward as a status conference

**MATTERS GOING FORWARD**

4. Third Motion of Debtors for Entry of an Order Extending Time to File Notices of Removal of Civil Actions [Docket No. 2105; Filed: 10/28/19]

    Objection Deadline:     November 25, 2019

    Related Documents:

    a)     Notice of Hearing [Docket No. 2106; Filed: 10/28/19]

    Responses Received:

    b)     None

    Status:     This matter will go forward.

5. Consent Motion of the Debtors and The United States of America to Enter Into Order Approving Stipulation For Relief From the Automatic Stay to Setoff Mutual Debts [Docket No. 2202; Filed: 11/15/19]

    Objection Deadline:     November 28, 2019

    Related Document(s):

    a)     Notice of Hearing [Docket No. 2203; Filed: 11/15/19]

    Response(s) Received:

    b)     None

    Status:     This matter will go forward.

6. Motion of Debtors for Entry of an Order Authorizing the Debtors to Terminate Corporate-Owned Life Insurance Policies and Claim the Cash Surrender Value in Connection Therewith and Offer Certain Employees the Option to Purchase the Debtors' Interest in Those Life Insurance Policies In Lieu of Termination [Docket No. 2129; Filed 10/30/19]

    Objection Deadline:     November 20, 2019

    Related Document(s):

    a)     Amended Notice of Hearing [Docket No. 2143; Filed: 11/01/19]

  b)  Declaration of Kevin O'Halloran Apprising the Court of Employees' Decision Pertaining to Motion of Debtors for Entry of an Order Authorizing the Debtors to Terminate Corporate-Owned Life Insurance Policies and Claim the Cash Surrender Value in Connection Therewith and Offer Certain Employees the Option to Purchase the Debtors' Interest in Those Life Insurance Policies In Lieu of Termination

Response(s) Received:

  c)  None

Status:  This matter will go forward.

Dated: December 2, 2019      Respectfully submitted,
    Dallas, Texas

**POLSINELLI PC**

/s/  *Trey A. Monsour*
Trey A. Monsour
State Bar No. 14277200
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*