James P. Muenker
State Bar No. 24002659
John D. Gaither
State Bar No. 24055516
**NELIGAN LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

**ATTORNEYS FOR ACCOUNTABLE
HEALTHCARE STAFFING, INC.
AND MICHAEL BRANDLEY**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| **SENIOR CARE CENTERS, LLC,** *et al.* | § | CASE NO. 18-33967-bjh-11 |
| | § | **(Jointly Administered)** |
| **DEBTORS.** | § | |

## JOINT NOTICE OF APPEAL

Pursuant to 18 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8002 and 8003, creditors and parties-in-interest Accountable Healthcare Staffing, Inc. and Michael Brandley (collectively, the "Appellants") jointly give notice of their appeal of the Court's December 13, 2019 *Findings of Fact, Conclusions of Law, and Order Confirming Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "Confirmation Order") [Docket No. 2376], a copy of which is attached hereto as **Exhibit A**.

**Part 1:** **Identify the Appellants**

1. Names of Appellants: Accountable Healthcare Staffing, Inc. and Michael Brandley

2. Position of Appellants in bankruptcy case that is the subject of this appeal:

    For appeals in an adversary                 For appeals in a bankruptcy case and
    Proceeding.                                 not in an adversary proceeding
    ____ Plaintiff                              ____ Debtor
    ____ Defendant                              _X_ Creditor(s)
    ____ Other (describe)                       ____ Trustee
                                                ____ Other (describe)

**Part 2:** **Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   *Findings of Fact, Conclusions of Law, and Order Confirming Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "Confirmation Order") [Docket No. 2376]

2. State the date on which the judgment, order, or decree was entered:

   December 13, 2019

**Part 3:** **Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appeal from and the names, addresses, and telephone numbers of their attorneys:

| Party | Attorneys |
|---|---|
| **Appellants:** | |
| Accountable Healthcare Staffing, Inc. | James P. Muenker<br>State Bar No. 24002659<br>John D. Gaither<br>State Bar No. 24055516<br>**NELIGAN LLP**<br>325 N. St. Paul, Suite 3600<br>Dallas, Texas 75201<br>Telephone: (214) 840-5300<br>Facsimile: (214) 840-5301<br>jmuenker@neliganlaw.com<br>jgaither@neliganlaw.com |
| Michael Brandley | James P. Muenker<br>State Bar No. 24002659<br>John D. Gaither 24055516<br>**NELIGAN LLP**<br>325 N. St. Paul, Suite 3600<br>Dallas, Texas 75201<br>Telephone: (214) 840-5300<br>Facsimile: (214) 840-5301<br>jmuenker@neliganlaw.com<br>jgaither@neliganlaw.com |

**Appellees:**

| | |
|---|---|
| Senior Care Centers, LLC<br>Senior Rehab Solutions, LLC<br>HHC Portland AL, LP<br>and each of the other debtors in the above-captioned jointly administered bankruptcy cases[1] | Trey A. Monsour<br>State Bar No. 14277200<br>**Polsinelli PC**<br>2950 N. Harwood, Suite 2100<br>Dallas, Texas 75201<br>Telephone: (214) 397-0030<br>Facsimile: (214) 397-0033<br>tmonsour@polsinelli.com<br><br>-and-<br><br>Jeremy R. Johnson (Admitted *Pro Hac Vice*)<br>Stephen J. Astringer (Admitted *Pro Hac Vice*)<br>**Polsinelli PC**<br>600 3rd Avenue, 42nd Floor<br>New York, New York 10016<br>Telephone: (212) 684-0199<br>Facsimile: (212) 684-0197<br>jeremy.johnson@polsinelli.com<br>sastringer@polsinelli.com |
| The Official Committee of Unsecured Creditors of Senior Care Centers, LLC, *et al*. | Shari L. Heyen<br>Texas Bar No. 09564750<br>HeyenS@gtlaw.com<br>**Greenberg Traurig, LLP**<br>1000 Louisiana St., Suite 1700<br>Houston, Texas 77002<br>Telephone: (713) 374-3500<br>Facsimile: (713) 374-3505<br><br>– and –<br><br>Nancy A. Peterman<br>Admitted *Pro Hac Vice*<br>PetermanN@gtlaw.com<br>**Greenberg Traurig, LLP**<br>77 West Wacker Dr., Suite 3100<br>Chicago, Illinois 60601<br>Telephone: (312) 456-8400<br>Facsimile: (312) 456-8435 |

---

[1] Each of the debtors in the above-captioned jointly administered bankruptcy cases are parties to the appeal. The names of each of the additional debtor entities are set forth on **Exhibit B** attached hereto, which reflects an excerpt from the Court's *Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 569].

**Part 4:** **Optional election to have appeal heard by District Court (applicable only in certain districts)**

    Not Applicable

**Part 5:** **Sign below**

Dated: December 27, 2019             Respectfully submitted,

                                                   **NELIGAN LLP**

                                                   */s/ James P. Muenker*
                                                   James P. Muenker
                                                   Texas State Bar No. 24002659
                                                   John D. Gaither
                                                   Texas State Bar No. 24055516
                                                   325 N. St. Paul, Suite 3600
                                                   Dallas, Texas 75201
                                                   Telephone: (214) 840-5300
                                                   Facsimile: (214) 840-5301
                                                   jmuenker@neliganlaw.com
                                                   jgaither@neliganlaw.com

                                                   **ATTORNEYS FOR ACCOUNTABLE HEALTHCARE STAFFING, INC. AND MICHAEL BRANDLEY**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 27th day of December 2019 a true and correct copy of the foregoing was served on the United States trustee, the parties to the appeal, and on all parties receiving notice via the Court's ECF filing system.

                                                   */s/ James P. Muenker*
                                                   James P. Muenker