Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
Stephen J. Astringer (Admitted *Pro Hac Vice*)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com
sastringer@polsinelli.com

COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Senior Care Centers, LLC, *et al.*,[1] | § § | Case No. 18-33967 (BJH) |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 14, 2020 AT 1:30 P.M. (CT)**

**MATTERS WITH CERTIFICATE OF NO OBJECTION**

1. Third Interim Application of BDO USA, LLP to Provide a Chief Executive Officer, Chief Financial Officer, and Additional Personnel for the Period July 1, 2019 Through and Including September 30, 2019 [Docket No. 2354; Filed: 12/09/2019]

    Objection Deadline:   December 30, 2019

    Related Documents:

    a)   Notice of Hearing [Docket No. 2367; Filed: 12/12/2019]

    b)   Certificate of No Objection [Docket No. 2461; Filed: 01/09/2020]

---

[1] The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 569] and may also be found on the Debtors' claims agent's website at https://omnimgt.com/SeniorCareCenters. The location of the Debtors' service address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

71855338.3

Responses Received:

    a)    None.

Status: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

2. Third Interim Fee Application of Omni Management Group, Inc. for Compensation and Reimbursement of Expenses as Claims, Noticing, and Administrative Agent to the Debtors and Debtors in Possession for the Period From July 1, 2019 Through October 31, 2019 [Docket No. 2355; Filed: 12/09/2019]

    Objection Deadline:    December 30, 2019

    Related Documents:

        a)    Notice of Hearing [Docket No. 2367; Filed: 12/12/2019]

        b)    Certificate of No Objection [Docket No. 2461; Filed: 01/09/2020]

    Responses Received:

        a)    None.

    Status: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

3. First Interim Application of MCA Financial Group, Ltd. For the Period August 7, 2019 Through and Including October 31, 2019 [Docket No. 2401; Filed: 12/18/2019]

    Objection Deadline:    January 8, 2020

    Related Documents:

        a)    First Interim Application of MCA Financial Group, Ltd. For the Period August 7, 2019 Through and Including October 31, 2019 [Docket No. 2391; Filed: 12/17/2019]

        b)    Notice of Hearing [Docket No. 2393; Filed: 12/17/2019]

        c)    Certificate of No Objection [Docket No. 2461; Filed: 01/09/2020]

    Responses Received:

        a)    None.

    Status: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

**UNCONTESTED MATTERS GOING FORWARD**

4. Third Interim Fee Application of Gray Robinson, P.A. for Compensation and Reimbursement of Expenses as Special Counsel to the Independent Board of Directors for the Period From July 1, 2019 Through October 31, 2019 [Docket No. 2430; Filed 12/23/2019]

    Objection Deadline: January 13, 2020

    Related Documents:

    a) Notice of Hearing [Docket No. 2437; Filed: 12/26/2019]

    Responses Received:

    a) None.

    Status: This matter will go forward on an uncontested basis.

5. Third Interim Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From July 1, 2019 Through October 31, 2019 [Docket No. 2433; Filed 12/23/2019]

    Objection Deadline: January 13, 2020

    Related Documents:

    a) Notice of Hearing [Docket No. 2434; Filed: 12/23/2019]

    Responses Received:

    a) None.

    Status: This matter will go forward on an uncontested basis.

6. Third Interim Application of Greenberg Traurig, LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period July 1, 2019 Through and Including October 31, 2019 [Docket No. 2300; Filed 12/02/2019]

    Objection Deadline: December 23, 2019

    Related Documents:

    a) Notice of Hearing [Docket No. 2335; Filed: 12/05/2019]

    Responses Received:

    a) None.

Status:    This matter will go forward on an uncontested basis.

**MATTERS GOING FORWARD AS STATUS CONFERENCES**

7. Application for Allowance and Payment of Administrative Claim Filed: by Michael Brandley [Docket No. 608; Filed: 03/01/2019]

    Objection Deadline:    December 31, 2019

    Related Documents:

    a) Stipulation and Agreed Order Concerning Application for Allowance and Payment of Administrative Claim Filed: by Michael Brandley [Docket No. 921; Entered 04/11/2019]

    b) Notice of Reset Status Conference [Docket No. 2359; Filed: 12/10/2019]

    Responses Received:

    a) CIBC Bank USA's Response to the Application for Allowance and Payment of Administrative Claim Filed: by Michael Brandley and Reservation of Rights [Docket No. 1348; Filed: 06/14/2019]

    b) The Official Committee of Unsecured Creditors' Objection to and Request for Continuance of the Hearing On, the Application for Allowance and Payment of Administrative Claim Filed by Michael Brandley [Docket No. 2448; Filed: 12/31/2019]

    c) Debtors' Preliminary Objection to Application for Allowance and Payment of Administrative Claim Filed by Michael Brandley [Docket No. 2449; Filed: 12/31/2019]

    Status:    This matter will go forward as a status conference regarding scheduling.

8. Joint Motion of the Official Committee of Unsecured Creditors and CIBC Bank USA, Inc. Seeking Entry of an Order Compelling the Texas Health & Human Services Commission; Amerigroup Texas; United Healthcare; Superior Health Plan; Molina Healthcare of Texas; and Texas Medicaid & Healthcare Partnership To Turnover CHOW Hold Monies [Docket No. 2117; Filed: 10/29/2019]

    Related Documents:

    a) Notice of Hearing [Docket No. 2214; Filed: 11/19/2019]

    b) Joint Motion of the Official Committee of Unsecured Creditors and CIBC Bank USA, Inc. For Expedited Status Hearing on the Joint Motion Seeking Entry of an Order Compelling the Texas Health & Human Services Commission; Amerigroup Texas; United Healthcare; Superior Health Plan;

    Molina Healthcare of Texas; and Texas Medicaid & Healthcare Partnership to Turnover CHOW Hold Monies [Docket No. 2118; Filed: 10/29/2019

 Responses Received:

  a)   Texas Health and Human Services Commission's Status Report Relating to Joint Motion of the Official Committee of Unsecured Creditors and CIBC Bank USA, Inc. Seeking Entry of an Order Compelling the Texas Health and Human Services Commission; Amerigroup Texas; United Healthcare; Superior Health Plan; Molina Healthcare of Texas; and Texas Medicaid & Healthcare Partnership to Turnover CHOW Hold Monies [Docket No. 2208; Filed: 11/18/2019]

  b)   Response of Onsite Dentists of Texas, PLLC, Texas Nursing Home Management Solutions, LLC d/b/a Nursing Home Dental Care to the Joint Motion to Turnover Chow Hold Monies [Docket No. 2205; Filed 11/15/2019]

  c)   Response of Atlas Dental Management, LLC to Joint Motion of the Official Committee of Unsecured Creditors and CIBC Bank USA, Inc. Seeking Entry of an Order Compelling the Texas Health and Human Services Commission; Amerigroup Texas; United Healthcare; Superior Health Plan; Molina Healthcare of Texas; and Texas Medicaid & Healthcare Partnership to Turnover CHOW Hold Monies [Docket No. 2193; 11/14/2019]

 Status:   This matter will go forward as a status conference.

## CONTESTED MATTERS GOING FORWARD

9.   Motion of Debtors for Entry of an Order (I) Approving Settlement Agreement With PharMerica Long-Term Care, LLC, and (II) Granting Related Relief [Docket No. 2316; Filed 12/03/2019]

 Objection Deadline:     December 24, 2019

 Related Documents:

  a)   Notice of Hearing [Docket No. 2367; Filed: 12/12/2019]

 Responses Received:

  a)   Official Committee of Unsecured Creditors' Objection to Debtors' Motion for Entry of an Order (I) Approving Settlement Agreement With PharMerica Long-Term Care, LLC, and (II) Granting Related Relief [Docket No. 2435; Filed 12/24/2019]

71855338.3

      b)     CIBC Bank USA's Response to the Motion of Debtors for Entry of an Order (I) Approving Settlement Agreement With PharMerica Long-Term Care, LLC, and (II) Granting Related Relief [Docket No. 2436; Filed 12/24/2019]

Status:     This matter will go forward on a contested basis.

Dated: January 10, 2019  
Dallas, Texas

Respectfully submitted,

**POLSINELLI PC**

*/s/ Trey A. Monsour*
Trey A. Monsour
State Bar No. 14277200
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
Stephen J. Astringer (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com
sastringer@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*