James P. Muenker
State Bar No. 24002659
John D. Gaither
State Bar No. 24055516
**NELIGAN LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

**ATTORNEYS FOR ACCOUNTABLE
HEALTHCARE STAFFING, INC.
AND MICHAEL BRANDLEY**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| SENIOR CARE CENTERS, LLC, *et al.* | § | CASE NO. 18-33967-bjh-11 |
| | § | (Jointly Administered) |
| DEBTORS. | § | |

## APPELLANTS' JOINT STATEMENT OF ISSUES AND DESIGNATION OF RECORD

In accordance with Federal Rule of Bankruptcy Procedure 8009, appellants Accountable Healthcare Staffing, Inc. and Michael Brandley (collectively, "Appellants") hereby submit their statement of issues to be presented and designation of items to be included in the record in their appeal of the Court's December 13, 2019 Findings of Fact, Conclusions of Law, and Order Confirming Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Confirmation Order") [Docket No. 2376].

**I.    Statement of Issues**

1.    Whether the Court erred in approving the substantive consolidation of Senior Rehab Solutions, LLC with the other debtors in this case as provided for in the Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan") [Docket No. ___].

2.  Whether the Court erred in concluding that the Plan satisfied 11 U.S.C. §§ 1123(a), 1129(a)(1)-(3), (7), (8), and (b)(2)(B).

3.  Whether the Court erred in holding that the Plan shall be deemed to be substantially consummated on the Effective Date (as defined in the Plan) under 11 U.S.C. §§ 1101 and 1127(b).

4.  Whether the Court erred in approving the release and exculpation provisions contained in the Plan.

**II.    Designation of Record**

Appellants designate the following items for inclusion in the record on appeal. Each designated item is intended to include all exhibits, attachments, declarations, or other supporting materials filed with or attached to the designated item.

| Docket Number[1] | Date | Description |
| --- | --- | --- |
| n/a | n/a | Case Docket Sheet |
| 1 | 12/4/2018 | Senior Care Centers, LLC Voluntary Petition |
| 1 *(Case No. 18-34031)* | 12/4/2018 | Senior Rehab Solutions LLC Voluntary Petition |
| 2 | 12/4/2018 | Motion of Debtors for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases |
| 9 | 12/5/18 | Motion of Debtors for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices |
| 25 | 12/5/2018 | Declaration of Kevin O'Halloran, Chief Restructuring Officer of Senior Care Centers, LLC, in Support of Chapter 11 Petitions and First Day Pleadings |
| 65 | 12/7/2018 | Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief |

---

[1] Unless otherwise noted, all docket references are to the docket in case number 18-33967-bjh-11.

| 72 | 12/7/2018 | Interim Order (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices |
|---|---|---|
| 230 | 12/31/2018 | Second Interim Order (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices |
| 384 | 1/18/2019 | Third Interim Order (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices |
| 445 | 1/20/2019 | Supplemental Motion of Debtors for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief |
| 8 *(Case No. 18-34031)* | 2/15/2019 | Senior Rehab Solutions LLC Amended Schedules |
| 9 *(Case No. 18-34031)* | 2/15/2019 | Senior Rehab Solutions LLC Amended Statement of Financial Affairs |
| 569 | 2/25/2019 | Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief |
| 606 | 3/1/2019 | Final Order (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices |
| 1171 | 5/22/2019 | Supplemental Motion of Debtors for Entry of An Order (I) Directing Joint Administration of Chapter11 Cases, and (II) Granting Related Relief |
| 1427 | 6/24/2019 | Motion of Debtors for Entry of an Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Scheduling a Confirmation Hearing; (IV) Approving Related Notice Procedures and (V) Granting Related Relief |
| 1565 | 7/19/2019 | Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief |
| 2053 | 10/16/2019 | Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |

| 2054 | 10/16/2019 | Disclosure Statement for Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| --- | --- | --- |
| 2055 | 10/16/2019 | Notice of Filing Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and Disclosure Statement for the Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2068 | 10/20/2019 | Notice of Filing of Exhibits to Disclosure Statement for the Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2091 | 10/24/2019 | Order Approving Motion of Debtors for Entry of An Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Scheduling a Confirmation Hearing; (IV) Approving Related Notice Procedures; and (V) Granting Related Relief |
| 2094 | 10/25/2019 | Notice of Filing of Solicitation Version of Disclosure Statement for the Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2219 | 11/19/2019 | Notice of Filing of Plan Supplement |
| 2271 | 11/27/2019 | Notice of Filing of Plan Supplement Exhibit |
| 2273 | 11/29/2019 | Objection to Confirmation of the Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2277 | 11/29/2019 | Accountable Healthcare Staffing, Inc.'s Objection to Confirmation of the Third Amended Joint Plan of Reorganization |
| 2284 | 11/29/2019 | Witness and Exhibit List filed by Accountable Healthcare Staffing, Inc. |
| 2287 | 11/29/2019 | Witness and Exhibit List for December 4, 2019 Hearing filed by Senior Care Centers, LLC |
| 2295 | 12/2/2019 | Joinder of Michael Brandley to Objection to Confirmation of the Third Amended Joint Plan of Reorganization Filed by Accountable Healthcare Staffing, Inc. |
| 2301 | 12/2/2019 | Declaration of Catherine Nownes-Whitaker Regarding Analysis of Ballots for Accepting or Rejecting the Debtor's Amended Chapter 11 Plan Pursuant to Chapter 11 of the Bankruptcy Code |
| 2302 | 12/2/2019 | Witness and Exhibit List filed by Michael Brandley |
| 2303 | 12/2/2019 | Witness and Exhibit List filed by Michael Brandley |

| 2305 | 12/2/2019 | Declaration of Kevin O'Halloran, Chief Restructuring Officer of the Debtors, in Support of Confirmation of the Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| --- | --- | --- |
| 2306 | 12/2/2019 | Debtors' Memorandum of Law in Support of Confirmation of the Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and Omnibus Reply to Objections |
| 2308 | 12/2/2019 | Amended Witness and Exhibit List for December 4, 2019 Hearing filed by Senior Care Centers, LLC |
| 2319 | 12/3/2019 | Notice of Amendments to Plan Supplement |
| 2320 | 12/3/2019 | Amended Declaration of Kevin O'Halloran, Chief Restructuring Officer of the Debtors, in Support of Confirmation of the Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2337 | 12/5/2019 | Request for Transcript of Hearing Held on 12/4/2019 |
| 2338 | 12/5/2019 | Request for Transcript of Hearing Held on 12/5/2019 |
| 2352 | 12/9/2019 | Transcript of Hearing Held 12/4/2019 |
| 2353 | 12/9/2019 | Transcript of Hearing Held 12/5/2019 |
| 2376 | 12/13/2019 | Findings of Fact, Conclusions of Law, and Order Confirming Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2444 | 12/27/2019 | Joint Notice of Appeal |
| 2457 | 1/6/2020 | Appellants' Joint Request for Certification of Direct Appeal to the Fifth Circuit Court of Appeals |
| 2460 | 1/8/2020 | Clerk's correspondence requesting second amended notice of appeal |
| 2465 |  | Amended notice of appeal filed by Accountable Healthcare Staffing Inc., Michael Brandley |
| 2470 | 1/10/2020 | Appellants' Joint Statement of Issues and Designation of Record |
| n/a | n/a | Any responses to, or rulings on, Appellants' Joint Request for Certification of Direct Appeal to the Fifth Circuit Court of Appeals [Docket No. 2457] |
| n/a | n/a | Accountable Healthcare Staffing Exhibits 2, 3-8, 10-41 and Rebuttal Exhibit 1 Admitted at the Hearing on 12/4/2019 |

| n/a | n/a | Debtors' Exhibits A, B, C-V, W, X-Z, AA, BB, CC, DD-FF Admitted at the Hearing on 12/4/2019 |
|---|---|---|
| n/a | n/a | Michael Brandley's 1-10, 11 Admitted at the Hearing on 12/4/2019 |

Appellants reserve the right to amend or supplement this Statement of Issues and Designation of Record, including to identify and include additional issues on appeal and items for inclusion in the record on appeal.

Dated:  January 10, 2020

Respectfully submitted,

**NELIGAN LLP**

 */s/ James P. Muenker*
James P. Muenker
Texas State Bar No. 24002659
John D. Gaither
Texas State Bar No. 24055516
325 N. St. Paul, Suite 3600
Dallas, Texas  75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301
jmuenker@neliganlaw.com
jgaither@neliganlaw.com

**ATTORNEYS FOR ACCOUNTABLE HEALTHCARE STAFFING, INC. AND MICHAEL BRANDLEY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January 2020 a true and correct copy of the foregoing was served on the United States trustee, the parties to the appeal, and on all parties receiving electronic notice, via the Court's ECF filing system.

 */s/ James P. Muenker*
James P. Muenker