Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Senior Care Centers, LLC, *et al.*,[1] | § § § | Case No. 18-33967 (BJH) |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 11, 2020 AT 2:00 P.M. (CT)**

**MATTERS GOING FORWARD**

1.  Motion of Robert S. Hicks Et Al For Relief From The Automatic Stay To Permit Setoff of Mutual Debts [Docket No. 2311; Filed: 12/2/19]

    Objection Deadline:        December 16, 2019

    Related Documents:

    a)  Third Amended Notice of Hearing on Motion of Robert S. Hicks Et Al For Relief From The Automatic Stay To Permit Setoff of Mutual Debts [Docket No. 2458; Filed: 1/7/20]

---

[1] The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 569] and may also be found on the Debtors' claims agent's website at https://omnimgt.com/SeniorCareCenters. The location of the Debtors' service address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

72236245.1

    b)    Declaration of Benjamin M. Hanson In Support of Motion of Robert S. Hicks Et Al For Relief From The Automatic Stay To Permit Setoff Of Mutual Debts [Docket No. 2519; Filed: 2/4/20]

Responses Received:

    a)    Official Committee of Unsecured Creditors' Objection To Motion of Robert S. Hicks, Et Al., For Relief From The Automatic Stay To Permit Setoff of Mutual Debts [Docket No. 2455; Filed: 1/3/20]

Status:    This matter will go forward.

2.    Motion For An Order to Show Cause [Docket No. 2489; Filed: 1/16/20]

    Objection Deadline:    February 6, 2020

    Related Documents:

        a)    Notice of Hearing [Docket No. 2490; Filed: 1/16/20]

    Responses Received:

        a)    Official Committee of Unsecured Creditors' Objection to Motion for an Order to Show Cause [Docket No. 2523; Filed: 2/6/20]

        b)    Debtors' Preliminary Objection to Motion for an Order to Show Cause [Docket No. 2524; Filed: 2/6/20]

    Status:    This matter will go forward.

3.    Fourth Motion of Debtors for Entry of an Order Extending Time to File Notices of Removal of Civil Actions [Docket No. 2493; Filed: 1/17/20]

    Objection Deadline:    February 7, 2020

    Related Documents:

        a)    Notice of Hearing [Docket No. 2497; Filed: 1/17/20]

    Responses Received:

        a)    None.

    Status:    This matter will go forward.

4. Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Reject Executory Contracts, and (II) Granting Certain Related Relief [Docket No. 2496; Filed 1/17/20]

    Objection Deadline: February 7, 2020

    Related Documents:

        a) Notice of Hearing [Docket No. 2497; Filed: 1/17/20]

    Responses Received:

        a) None.

    Status: This matter will go forward.

Dated: February 10, 2020
Dallas, Texas

Respectfully submitted,

**POLSINELLI PC**

/s/ *Trey A. Monsour*
Trey A. Monsour
State Bar No. 14277200
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*

72236245.1