| | |
|---|---|
| Trey A. Monsour | Jeremy R. Johnson (Admitted *Pro Hac Vice*) |
| State Bar No. 14277200 | Stephen J. Astringer (Admitted *Pro Hac Vice*) |
| Polsinelli PC | Polsinelli PC |
| 2950 N. Harwood, Suite 2100 | 600 3rd Avenue, 42nd Floor |
| Dallas, Texas 75201 | New York, New York 10016 |
| Telephone: (214) 397-0030 | Telephone: (212) 684-0199 |
| Facsimile: (214) 397-0033 | Facsimile: (212) 684-0197 |
| tmonsour@polsinelli.com | jeremy.johnson@polsinelli.com |
| | sastringer@polsinelli.com |

COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Senior Care Centers, LLC, *et al.*,[1] | § | Case No. 18-33967 (BJH) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 27, 2020 AT 9:30 A.M. (CT)**

**MATTERS GOING FORWARD**

1. Status Conference regarding Effective Date progress.

---

[1] The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* [Docket No. 569] and may also be found on the Debtors' claims agent's website at https://omnimgt.com/SeniorCareCenters. The location of the Debtors' service address is 600 North Pearl Street, Suite 1100, Dallas, Texas 75201.

72475203.1

2. Notice of Filing of Agreed Order (I) Supplementing Previous Orders, (II) Approving Release of Escrow Funds, and (III) Granting Related Relief [Docket No. 2576; Filed: 02/26/2020]

3. Expedited Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Equity Interest of Certain of the Debtors Pursuant to a Membership Interest Purchase Agreement Free and Clear of Liens, Claims, Interests, and Encumbrances, and (II) Granting Related Relief [Docket No. 2559; Filed: 02/21/2020]

    Objection Deadline:    February 27, 2020

    Related Documents:

        a) Request for Expedited Consideration of Motion [Docket No. 2560; Filed: 02/24/2020]

        b) Notice of Hearing [Docket No. 2561; Filed: 02/24/2020]

        c) Notice of Amendment to Membership Interest Purchase Agreement [Docket No. 2564; Filed: 02/24/2020]

    Responses Received:

        a) Limited Objection to Expedited Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Equity Interest of Certain of the Debtors Pursuant to a Membership Interest Purchase Agreement Free and Clear of Liens, Claims, Interests, and Encumbrances, and (II) Granting Related Relief [Docket No. 2574; Filed: 02/26/2020]

    Status:    This matter will go forward.

| | |
|---|---|
| Dated: February 26, 2020<br>Dallas, Texas | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br>*/s/ Trey A. Monsour*<br>Trey A. Monsour<br>State Bar No. 14277200<br>2950 N. Harwood, Suite 2100<br>Dallas, Texas 75201<br>Telephone: (214) 397-0030<br>Facsimile: (214) 397-0033<br>tmonsour@polsinelli.com<br><br>-and-<br><br>Jeremy R. Johnson (Admitted *Pro Hac Vice*)<br>Stephen J. Astringer (Admitted *Pro Hac Vice*)<br>600 3rd Avenue, 42nd Floor<br>New York, New York 10016<br>Telephone: (212) 684-0199<br>Facsimile: (212) 684-0197<br>jeremy.johnson@polsinelli.com<br>sastringer@polsinelli.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

72475203.1