Patrick J. Neligan, Jr.
Texas State Bar No. 14866000
John D. Gaither
Texas State Bar No. 24055516
**NELIGAN LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301
pneligan@neliganlaw.com
jgaither@neliganlaw.com

COUNSEL FOR ACCOUNTABLE HEALTHCARE STAFFING, INC.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| **SENIOR CARE CENTERS, LLC**, *et al.*, | § | CASE NO. 18-33967-BJH-11 |
| | § | |
| DEBTORS. | § | |

### NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that James P. Muenker hereby requests to withdraw his appearance in the above-captioned case as counsel to Accountable Healthcare Staffing, Inc. effective July 5, 2020.  Please note that this withdrawal is limited only to Mr. Muenker and is not intended to impact any other appearances filed by the undersigned firm.

**PLEASE TAKE FURHTER NOTICE** that the undersigned requests that the Clerk of the United States Bankruptcy Court for the Northern District of Texas, or any claims and noticing agent appointed in this case, remove him from the electronic and paper noticing matrix for the above-captioned case.  All other counsel of record will continue to represent Accountable Healthcare Staffing, Inc. and are not intended to be affected by this notice.

Dated: July 30, 2020                    Respectfully submitted,

                                                  **NELIGAN LLP**

                                                */s/ Patrick J. Neligan, Jr.*
                                               Patrick J. Neligan, Jr.
Texas State Bar No. 14866000
pneligan@neliganlaw.com
John D. Gaither
Texas State Bar No. 24055516
jgaither@neliganlaw.com
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

**COUNSEL FOR ACCOUNTABLE HEALTHCARE STAFFING, INC.**

## CERTIFICATE OF SERVICE

I certify that on July 30, 2020, I cause a copy of the foregoing document to be served on the parties that are registered to receive notice by the Court's CM/ECF Filing System in the above case.

                                               */s/ Patrick J. Neligan, Jr.*
                                              Patrick J. Neligan, Jr.